FILED
2020 Mar-25  AM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

STANDING ORDER FOR CIVIL CASES
PENDING BEFORE JUDGE HAIKALA

On March 17, 2020, Chief Judge L. Scott Coogler issued a General Order suspending all jury trials, civil and criminal, pending further order of the Court.

Consistent with the General Order, hearings and other court proceedings before the undersigned shall be converted to teleconferences or videoconferences pending further order of the Court. In this time of national emergency, the Court understands that attorneys, their staffs, and their clients and witnesses may face many challenges. If the Court sets a telephone conference or a videoconference, and counsel cannot be available for the conference, counsel does not have to file a motion to ask the Court to reschedule. Counsel may email chambers, copying all counsel of record, and ask the Court to reschedule the proceeding. The Court will consider objections to requests for rescheduling. Counsel may object by email or by written submission on the docket.

The Court asks all attorneys to please accommodate reasonable requests to reschedule depositions or mediations and to extend scheduling order deadlines. The Court waives the requirement that counsel meet in person for Rule 26 conferences. Counsel shall hold those conferences by telephone.

Until the current health emergency abates, in every ordinary civil case that involves medical evidence, counsel shall not seek discovery from healthcare professionals without leave of Court. To the very limited extent that there are requests for medical records relating to Social Security appeals pending before the undersigned, counsel may file an omnibus motion as to all providers for a particular petitioner.

If you have a question or if you need clarification, please contact the undersigned's office by email at haikala_chambers@alnd.uscourts.gov. We will be happy to assist you.

**DONE** and **ORDERED** this March 24, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE