FILED

2020 May-22  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A



VIA E-MAIL TRANSMISSION

April 1, 2020

Mr. D.G. Pantazis, Jr. (dgp@wigginschilds.com)
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC

Mr. Lange Clark (langeclark@langeclark.com)
Law Office of Lange Clark, P.C.

Re:     Compass SmartInvestor 401(k) Plan (the "Plan")

Dear Messrs. Pantazis and Clark,

This letter is in response to the claims filed under the Plan on October 2, 2019, by your clients, Gloria Ferguson, Christine D. Drake, and Cassandra McClinton (collectively, the "Claimants").  As you know, by letter dated December 19, 2019 from the Retirement Committee for the Compass SmartInvestor 401(k) Plan (the "Committee"), the period of time for reviewing the claims made by the Claimants was extended by 90 days in accordance with the claim procedures set forth in Section 8.7 of the Plan.  Therefore, the deadline for the initial adjudication of the claims is April 1, 2020.

In correspondence dated October 2, 2019, the Claimants alleged that "BBVA has misused Plan funds and their individual funds, and invested the Plan funds and their individual funds in an imprudent manner as further outlined in the civil action referred to above."  The "civil action" referenced in Claimants' October 2, 2019 letter is the lawsuit styled *Gloria Ferguson v. BBVA USA Bancshares, Inc., et al*, in the United States District Court for the Northern District of Alabama (Southern Division), 2019-cv-01135-MHH (hereinafter referred to as the "Complaint").

In addition to the claims set forth in their October 2, 2019 letter, the Claimants also requested numerous documents and information to enable the Claimants "to exercise their remedies and the discovery procedures available to them."   Since receipt of the Claimants' October 2, 2019 letter, the Committee has responded to and satisfied

the Claimants' requests through letters from the Committee dated October 16, 2019, November 1, 2019, December 19, 2019, February 4, 2020, and February 7, 2020.  In addition, since receiving the Claimants' October 2, 2019 letter, the Committee has repeatedly invited the Claimants to provide any additional documents or information supporting their claims.  By letter dated November 26, 2019, the Claimants provided the Committee with the Claimants' Plan account statements.

Pursuant to the claim procedures set forth in Section 8.7 of the Plan, the Committee has thoroughly reviewed the Claimants' claims.  In addition, to assist the Committee in its review of the claims, the Committee engaged two experts.  The first expert was engaged to assess the Plan funds' performance and fees in order to determine the appropriateness of the funds for investment under the Plan.  The second expert was engaged to determine whether the Committee followed the appropriate procedures and practices in selecting, monitoring, and removing certain investments options under the Plan and monitoring the fees associated with the various investment options.  Both experts specifically addressed the existence of the money market fund and actively managed funds in the Plan's investment lineup.

Following a comprehensive review of the claims and the written reports of the experts retained by the Committee, the Committee has determined that the Claimants' claims are due to be denied.  The basis for the Committee's determination is set forth in more detail below.

I.      Background Information

        A.      Summary of the Complaint.  The Complaint takes the form of a civil action whereby two of the Claimants (Ferguson and McClinton),[1] pursuant to Section 502(a) of the Employee Retirement Income Security Act of 1974 ("ERISA"), claim that BBVA Compass Bancshares, Inc., Compass Bancshares, Inc., and BBVA USA Bancshares, Inc. (all d/b/a BBVA and hereinafter collectively referred to as "BBVA") breached their fiduciary duties under ERISA.  The time period identified in the Complaint is the time-period starting July 18, 2013 to current (the "Relevant Period").  BBVA moved to dismiss the Complaint for failure to exhaust administrative remedies.  In response, Claimants filed their administrative claims with the Committee.  The Committee asked Claimants for all information supporting their claims.  The Claimants simply referred the Committee back to the

---

[1] Ms. Drake was not named as a plaintiff in the Complaint, but joined in the administrative claim process by letter to the Committee dated October 2, 2019.  We note that Ms. Drake's letter, although separate from the October 2, 2019 claim letters on behalf of Ms. Ferguson and Ms. McClinton, is nearly identical to the October 2, 2019 letter received by the Committee from Ms. Ferguson and Ms. McClinton.

Complaint and, apart from their individual account statements, Claimants did not provide any additional information in support of their claims.[2]

       1.    The Money Market Fund.  During the Relevant Period, the Complaint alleges that it was not appropriate to offer a money market fund[3] as the Plan's "only short-term bond investment option" because "ultra-short-term rates were at historic lows" and "sufficient income producing bonds" such as high quality bond funds, stable value funds, and total return funds" should have been offered instead.  In addition, the Complaint also states that around $100 million of participant retirement savings was "essentially stuffed in the Plan's 'mattress'" by being invested in the money market fund and this occurred because "BBVA failed to have a process, or failed to adhere to such process, to monitor the Plan's investment menu and failed to recognize its duty to offer sufficient income producing bond options."

       2.    Failure to Monitor High-Cost Funds. The Complaint alleges that during the Relevant Period: (a) the investment menu maintained by the Plan "used only high-fee actively managed funds for most asset classes of investments"; (b) that the "high-cost, actively managed funds" consistently underperformed their benchmarks and index fund alternatives; and (c) "BBVA mismanaged the process by failing to recognize the changes in the performance of the investment options and make appropriate corrections" and "repeatedly failed to remove underperforming funds or offer low-cost index fund alternatives."

       3.    Underperforming Funds.  The Complaint alleges "that BBVA selected, then failed to adequately monitor" the following funds:  Aston/TAMRO Small Cap I; Principal Mid-Cap Value; the Principal Target Date Funds; Invesco International Growth Fund; and Thornburg International Value Fund.  Specifically, the Complaint alleges that "BBVA's process for evaluating and monitoring these funds was deficient because BBVA failed to adequately monitor" various aspects of these funds.

     B.    Experts Retained by the Committee.  The Committee retained two experts to assist in evaluating the various claims made by the Claimants as outlined in the October 2, 2019 letter and as more specifically detailed in the Complaint.  The two experts retained by the Committee are as follows:

---

[2] The Committee notes that the Complaint supplied as the basis for the Claimants' administrative claims requests Plan wide relief, in addition to asserting individual claims.

[3] During the Relevant Period, the Plan offered the Vanguard Prime Money Market Fund (admiral shares) as an investment option.

1. Russell R. Wermers, Ph.D. Dean's Chair of Finance at Smith School of Business, University of Maryland ("Professor Wermers"). Professor Wermers was retained by the Committee to analyze the issues raised in the Complaint with respect to whether certain funds offered were appropriate investment options. Professor Wermers examined the relevant fund returns, fees, and other factors to determine the appropriateness of the investment options. The report provided by Professor Wermers to the Committee is enclosed herewith (the "Wermers Report"). In addition, the supporting materials relied on by Professor Wermers in reaching his conclusions will be provided to you under cover of a separate letter containing a flash drive.

2. Kathleen Mann, Founder of KMann Consulting LLC ("Ms. Mann"). Ms. Mann was retained by the Committee to opine as to whether the Committee followed the appropriate processes and industry practices in connection with selecting, monitoring, and removing certain investment options, monitoring the fees of the investment options. In addition, like Professor Wermers, Ms. Mann offered her opinion regarding the use of the money market fund and actively managed funds. The report provided by Ms. Mann to the Committee is also enclosed herewith (the "Mann Report"). In addition, the supporting materials relied on by Ms. Mann in reaching her conclusions will also be provided to you under cover of a separate letter containing a flash drive.[4]

II.   Wermers Report. The following is a summary of the key conclusions set forth in the Wermers Report. We invite the Claimants to review the Wermers Report and supporting materials in their entirety to obtain a full and complete understanding of the basis for his conclusions.

A.   Claims regarding the Money Market Fund. The Wermers Report concluded that the Vanguard Prime Money Market Fund ("VMMF") offered under the Plan for investment during the Relevant Period was a reasonable and appropriate option to offer Plan participants.[5] Professor Wermers also concluded that the alternative options mentioned in the Complaint, for instance a stable-value fund or bond fund, do not have the same risk and return characteristics as a money market fund and are therefore not substitutes for a money market fund.[6] Furthermore, Professor Wermers concluded that the Plan did offer many other investment options

---

[4] The supporting materials relied on by Professor Wermers and Ms. Mann will be provided under cover of a single letter containing one flash drive.

[5] Wermers Report at 5 and 26.

[6] Wermers Report at 45.

allowing participants to gain exposure to bond funds that the Complaint alleges should have been included in the Plan.[7]

      1.    Professor Wermers noted there are no regulations or advisory opinions that prohibit the use of money market funds in 401(k) plans[8] and that many other 401(k) plans included money market funds as investment options in their plans during the Relevant Period. According to an Aon Hewitt Survey, 40% of the surveyed plans offered a money market fund in 2015, and a 2015 MetLife study showed that 52% of the defined contribution plans surveyed offered a money market option.[9] Professor Wermers also noted that the same money market fund, the VMMF, was offered by many other employers for investment under their 401(k) plans such as Anthem, Astra Zeneca, Berkshire Hathaway[10], and State Street Corporation to name a few.[11]

      2.    Professor Wermers observed that, in addition to the VMMF, the Plan offered a bond fund, the American Century Diversified Bond Fund as well as the Principal LifeTime Strategic Income Fund (until October 2017), and the Vanguard Target Retirement Income Trust II (after October 2017) and that these funds provide exposure to the type of bond funds that the Complaint contends should have been included in the Plan's investment lineup.[12]

      3.    Professor Wermers notes that reasons for investing in a money market fund range from lowering an investor's portfolio risk to using it as a transitional vehicle when moving funds between longer-term assets.[13] For instance, Professor Wermers notes investors may choose a money market fund to meet short term investment objectives, such as preserving capital during heightened periods of market volatility which would allow the investor to re-enter the stock market when volatility subsides, thus enhancing long-term returns.[14] Professor Wermers notes that given recent market fluctuations attributed to the global Coronavirus pandemic, participants may prefer protective money market funds instead of higher risk funds

---

[7] Wermers Report at 10 and 45.

[8] Wermers Report at 10.

[9] Wermers Report at 14 and 15.

[10] We especially note the use of the VMMF by Berkshire Hathaway. The Complaint at 30 (footnote 32) contains quotes attributed to Mr. Warren Buffet, the Chief Executive Officer and founder of Berkshire Hathaway, in support of certain allegations but fails to mention that Berkshire Hathaway offers the very same money market fund as part of its 401(k) plan fund lineup.

[11] Wermers Report at 15.

[12] Wermers Report at 10-12. In addition, other vintages of the lifetime funds provided exposure to bond funds (Wermers Report at 10).

[13] Wermers Report at 13.

[14] Wermers Report at 13.

and that some financial experts are currently recommending investing in money market funds.[15] Additionally, Professor Wermers notes that in addition to short-term holdings of money market funds, money market funds are desirable for those investors with a high level of risk aversion, which may be due to life circumstances, as well as potentially useful for all investors as a diversification tool.[16] For instance, an investment in a money market fund can serve as compliment to an investor's holdings in more risky investments, and this diversification practice is supported by the Modern Portfolio Theory.[17]

4.      In comparing the VMMF to the alternative investments listed in the Complaint, Professor Wermers noted that money market funds almost never lose value while other fixed income funds (including short-term bond funds) have prices that fluctuate daily meaning that participants who invest in these alternative funds face a higher risk of losing money.[18] The Complaint also mentions a Stable Value Fund ("SVF") as a potential alternative to a money market fund.[19] Professor Wermers notes that SVFs have different risk and return characteristics as compared to money market funds, and SVFs are "significantly" riskier than money market funds.[20] As a result, Professor Wermers concludes that SVFs are not a "close substitute" for money market funds.[21] In addition to their riskier nature, Professor Wermers also points to various restrictions SVFs place on plans and participants that are not present with money market funds. For instance, SVFs can (a) limit the ability of plan participants to move balances between different investment options in the plan, (b) restrict the set of funds that can be made available in the plan's investment line-up, and (c) affect the timing on when the plan can replace the SVF, and that such restrictions on liquidity impose additional costs on SVF investors without a correlation to increased returns.[22] Furthermore, Professor Wermers also points out that some money market funds have recently achieved higher returns than some SVFs specifically noting that the VMMF has outperformed the Fidelity Stable Value Fund on a one-and three-year basis and is relatively even with the Fidelity SVF on a year-to-date basis.[23] Thus, the allegation in the Complaint that SVFs would have

---

[15] Wermers Report at 14.
[16] Wermers Report at 14.
[17] Wermers Report at 14.
[18] Wermers Report at 16.
[19] The Plan did offer a SVF (the SEI Stable Value Fund) as an investment option until August 2012. The Committee decided to remove the SEI SVF from the Plan's investment line-up as a result of dramatic outflows from the SEI SVF, a 98% market-to-book ratio, concerns about the stability of the fund's principal, and departures of key fund managers. Accordingly, the Committee does have prior experience with offering a SVF for investment under the Plan and is aware of the differences between a SVF and money market fund.
[20] Wermers Report at 16.
[21] Wermers Report at 16.
[22] Wermers Report at 21 and 22.
[23] Wermers Report at 24.

provided higher returns than MMFs is not always accurate.  Ultimately, Professor Wermers concluded that a SVF was not necessary for participants to construct a well-diversified portfolio.[24]

B.     Claims Regarding Use of Active Management.  Based on the reasons set the forth below, Professor Wermers concluded that it was reasonable and appropriate for the Plan to offer both actively managed funds and passively managed funds.[25]

1.     Exposure to different management styles.  Offering both actively managed funds and passively managed funds provides participants with exposure to different asset management approaches.  Under active management, the fund manager follows a developed strategy, selects securities, sectors, and asset classes to achieve a specific goal such as beating the benchmark or lowering risk.  Compared to an actively managed fund, a passively managed fund invests in the same or similar securities that comprise of a designated benchmark in an attempt to replicate the benchmark.[26]

2.     Academic Research.  On page 27 of the Wermer's Report, Professor Wermers notes that there is an ongoing debate in academia whether active management provides superior long-term returns relative to passive management. Academic research shows that active management can outperform passive management where active managers have been successful in taking advantage of diverse markets and that actively managed funds can outperform passively managed funds during most periods irrespective of market conditions.[27]  In 2011, Professor Wermers conducted a study resulting in a conclusion that active managers may outperform passive managers and a more recent study found substantial evidence that actively managed funds may outperform their equivalent passively managed funds due to a higher level of manager skill, stock selection ability, and various market conditions.[28]  To summarize, the academic research indicates that while passive funds may charge lower fees, actively managed funds can earn superior returns as a result of active management.[29]

---

[24] Wermers Report at 26.

[25] Wermers Report at 26 and 58.

[26] Wermers Report at 26 and 27.  In addition, because of the efforts expended by the managers of actively managed funds, actively managed funds tend to have a higher management fees in comparison to passively managed funds in which the manager expends little to no effort.  Wermers Report at 32.

[27] Wermers Report at 28.

[28] Wermers Report at 28.

[29] Wermers Report at 29.  Also, see footnote 27 explaining why actively managed funds have higher management fees than their passively managed counterparts.

3. **Common Industry Practice.** Actively managed funds are extremely common in 401(k) plans, which reflect the preference of 401(k) plan participants to have access to actively managed funds. A 2019 survey conducted by Deloitte Consulting indicated that 86% of 401(k) plans offered actively managed global/international equity funds and 84% of 401(k) plans offered actively managed domestic equity funds.[30] Professor Wermers also notes that passively managed funds are more prevalent in certain parts of the market, such as the large cap market (e.g., the S&P 500 Index) and that the Plan offered a passively managed large cap fund in the form of the Vanguard Institutional Index Fund as well as an actively managed large cap fund in the form of the Dodge & Cox Stock Fund throughout the Relevant Period.[31] In addition, Professor Wermers noted that there has been recent increased use of passively managed mid and small cap domestic stocks and that, consistent with that trend, the Committee replaced the actively managed Aston/TAMRO Small Cap Fund with the passively managed Vanguard Small Cap Index Fund.[32]

C. **Claims Regarding Plan Funds' Fees.** Professor Wermers emphasizes that the Complaint's comparison of the fees of actively managed funds used in the Plan with the fees charged by passively managed index funds is a "wholly inappropriate comparison."[33] As explained in footnote 27 herein, Professor Wermers explains that actively managed funds follow a different investment approach than do passively managed funds and, unlike passive managers, active managers engage in the development of investment strategies and research to implement those strategies and incur costs for those efforts.[34] Therefore, Professor Wermers concluded that it is "grossly inappropriate to assess the fees of actively managed funds by comparing them against index funds."[35] Professor Wermers also noted that it is important to take into account certain recordkeeping and administrative payments received by the Plan from certain of the Plan's fund options in comparing fund expense ratios since the Plan used these payments to subsidize the Plan's administrative expenses that would have otherwise been charged directly to the accounts of Plan participants.[36]

---

[30] Wermers Report at 30.
[31] Wermers Report at 30.
[32] Wermers Report at 31.
[33] Wermers Report at 32.
[34] Wermers Report at 32.
[35] Wermers Report at 32.
[36] Wermers Report at 32.

1.     Upon evaluating the fees of the funds offered under the Plan, Professor Wermers concluded that the funds' fees compared to the fees charged by their peer funds and that the investment management fees paid by Plan participants during the Relevant Period were generally lower than or within the range of fees paid for comparable funds.[37]

2.     With respect to the specific funds mentioned in the Complaint as having excessive fees, Professor Wermers reached the following conclusions[38]:

a.     The Thornburg International Value Fund.   During the period in which this fund was in the Plan, Professor Wermers noted that its fees were between 26 and 28 basis points lower than its median peer group of fees.[39]

b.     Aston/TAMRO Small Cap Fund; Invesco International Growth Fund; and Principal MidCap Value Fund.  Professor Wermers found that the fees for these funds were reasonable and generally near the median of the fees charged by their peer funds.[40]

c.     Principal LifeTime Funds.    Professor Wermers also concluded that the Principal LifeTime Funds compared favorably to peer funds and were generally at or below the median fees for their peer groups.[41]   In addition, Professor Wermers also compared the asset-weighted expenses ratios of the Principal LifeTime Funds to their Morningstar-determined peer funds, which resulted in a finding that the fees of the Principal LifeTime Funds were generally around the median expense ratios of the Morningstar-determined peer group and, in all years, the Principal LifeTime Funds expense ratios were significantly lower than the 75th percentile of such peer group.[42]

---

[37] Wermers Report at 32 and 33.  Also, see the Wermers Report at 34 wherein Professor Wermers concluded that for many of the funds in the Plan, "the Plan funds' fees were significantly below the peer median."

[38] In developing the peer group of funds for fee comparison purposes, Professor Wermers (1) included funds that are classified by Lipper in the same investment strategy group as the Plan fund, (2) used the share class of each peer fund that had the lowest fees among all share classes of the funds, and (3) restricted the peer group to the largest 25 peer funds in terms of assets since those funds typically have lower expense rations.  Wermers Report at 33.

[39] Wermers Report at 34.

[40] Wermers Report at 35.  Professor Wermers also notes that in some quarters the fees for these funds were below their peer group medians while in other quarters they were closer to the 75th percentile of the peer group (but even then the difference was small).

[41] Wermers Report at 35.  The peer group for the Principal LifeTime Funds as determined by Professor Wermers are other target date funds that primarily utilize active management since actively managed target date funds are similar to the Principal LifeTime Funds which invest, on average, 90% of its assets in actively managed underlying funds. To be conservative, Professor Wermers used a 70% active management threshold, on average, to identify the peer funds for the Principal LifeTime Funds.

[42] Wermers Report at 35 and 36.  The Complaint alleges that the plan could have used the Principal LifeTime Hybrid Funds instead of the Principal LifeTime Funds.  Professor Wermers noted that any switch to the Principal LifeTime

D.   Claims Regarding Underperformance of Specific Funds.   Professor Wermers notes that there is not a "one-size-fits-all" approach to evaluating actively managed funds and their appropriateness for investment options in retirement plans.[43]   Professor Wermers states that when evaluating funds that it is important to look at the various quantitative factors (i.e., measurement of returns) and qualitative factors (e.g., intangibles such as manager strategy, experience, fund resources for research, and staff size) should be considered for a complete assessment.[44]   Of particular importance to the Committee in reviewing the claims made by the Claimants regarding fund performance, Professor Wermers states that fiduciaries are not expected to be clairvoyant and cannot be expected to know the future returns of the investment options they select and to do otherwise would incorrectly subject the fiduciaries to "hindsight bias."[45]   Rather, fiduciary decisions should be based on the information (quantitative and qualitative) available to the fiduciaries at the time the decision was made.[46]   Based on the foregoing, Professor Wermers reached the following conclusions with respect the claims of underperformance of the specific funds listed in the Complaint:

1.   Aston/TAMRO Small Cap Fund.   Professor Wermers determined that, as of the third quarter of 2013, this fund had strong long-term performance outperforming its benchmark by 1.49% and 1.64% on an annualized basis for 5 and 10 year periods and further noted that this long-term performance (net of fees) was "very impressive."[47]   At the same time, on a short-term basis, the fund's performance lagged its benchmark and Envestnet, the Committee's investment consultant, pointed out to the Committee that the reason for the short-term performance was the fund's allocation in the technology sector.[48]   Despite the fund's strong long-term performance, the Committee placed the fund on "watch-list" in the first quarter of 2014 and its performance was closely monitored.[49]   At that time, Envestnet explained to the Committee that the fund had not experienced any material change to the process or management that was responsible for the strong long-term performance.[50]   Professor Wermers concluded when a funds' long-term

---

Hybrid Funds could not have been made solely on the basis of fees since the hybrid funds have a different investment strategy and the asset allocation than the Principal LifeTime Funds used by the Plan.  Wermers Report at 37.
[43] Wermers Report at 39.
[44] Wermers Report at 39.
[45] Wermers Report at 40 and 41.
[46] Wermers Report at 40.
[47] Wermers Report at 42.
[48] Wermers at 42.  Also note, Wermers at 42 and 43, indicating that the short-term returns were most likely **not** a result of manager quality or strategy.
[49] Wermers at 43.
[50] Wermers at 43.

performance is strong, but short-term performance lags, that it was reasonable and appropriate for the Committee to maintain the fund while monitoring it closely.[51] The fund remained on the Committee's "watch list" through 2015 and showed signs of short-term improvement outperforming its benchmark in the second and third quarters of 2015 and its 10-year return remained above its benchmark.[52]   The Committee decided to remove the fund from the Plan's lineup in the first quarter of 2016 in part due to the resignation of one of the fund's subadvisors (a qualitative reason) and the fact that the fund's 10-year performance had fallen below its benchmark (a quantitative reason).  Professor Wermers opined that maintaining this fund in the Plan until 2016 and then removing it was reasonable and appropriate.[53]

2.      Principal Mid-Cap Value Fund.  Professor Wermers notes that, as of the third quarter of 2013, this fund had strong long-term performance of outperforming its benchmark by 1.01% and 1% on an annualized basis for 5 and 10-year periods.[54]   In 2014 and 2015, Professor Wermers found that the fund outperformed its benchmark during two quarters in 2014 and its 10-year performance remained higher than its benchmark for both years.[55]   For 2016, Professor Wermers notes that the fund's short-term returns continued fluctuating but long-term performance over a 10-year period remained above its benchmark.[56]  In 2017, the Committee placed the fund on "watch list" at which time the fund's short-term performance started to improve with the fund outperforming its benchmark in the third quarter by 1.69% and continued to outperform its benchmark over the following four quarters.[57]  Professor Wermers further notes that by the third quarter of 2018 the fund's 1-year annualized performance exceeded its benchmark by 2.82% and its median peer group by 2.17% and, as of the first quarter of 2019, the fund did not fail any of the "watch list" criteria.[58]   Professor Wermers concluded that maintaining this fund during the Relevant Period was reasonable based on the quantitative and qualitative factors.[59]

3.      Thornburg International Value Fund.  This fund was added to the Plan in 2012 prior to the start of the Relevant Period and, at the time of its addition,

---

[51] Wermers at 43.
[52] Wermers at 43.
[53] Wermers at 44.
[54] Wermers at 44.
[55] Wermers at 44.  Note that the Principal MidCap Value Fund return for 2014 was 3.58% higher than the median return of its peer group.  Wermers at 44.
[56] Wemers at 44.
[57] Wemers at 44.
[58] Wermers at 44.
[59] Wermers at 44 and 45.

was outperforming its benchmark by 4.22% on an annualized basis.[60]  The fund lagged its benchmark in 2013 and during the first half of 2014, Envestnet provided the Committee with a report in 2014 noting changes to the fund's portfolio responsibilities but pointing out the manager who had influenced the fund's prior success remained dedicated to the fund.[61]  Professor Wermers emphasizes that Envestnet met with the fund's manager in 2014 and provided the Committee with a summary of the meeting noting that Envestnet remained confident in the manager but recommended that the Committee remove the fund from the Plan's line-up due to recent "negative developments."[62]  Professor Wermers notes that the Committee approved the fund's removal in the fourth quarter of 2014.[63]  Noting that the fund was in the Plan between 2012 and 2015 (less than 3 years) and that it would be generally be more appropriate to give more time to assess a fund's long-term performance, the Committee nonetheless decided to remove the fund due to fluctuating performance and management team turnover.[64]   In this set of circumstances, Professor Wermers concluded that the Committee's decision to remove the fund was reasonable.[65]

          4.    Invesco International Growth Fund.  This fund was added to the Plan's investment lineup in 2015 as a replacement for the Thornburg International Value Fund and at the time of its addition the fund outperformed its benchmark on a 1, 3, 5 and 10-year basis as well as the median returns of its peer funds on a 1, 3, and 5-year basis.[66]  Professor Wermers states that in 2015 the fund outperformed its benchmark in three out of four quarters and during 2016 and 2017 the fund had fluctuating performance, underperforming the benchmark in several quarters but outperforming the benchmark on a long-term basis.[67]  The Committee added the fund to the "watch list" during the fourth quarter of 2017; performance improved in 2018 (outperforming the benchmark in three of the four quarters) and the Committee removed the fund from the "watch list" based on the recommendation of Willis Towers Watson, the investment consultant to the Committee.[68]  The fund was again placed on the "watch list" by the Committee in the first quarter of 2019, but Professor Wermers notes that the fund outperformed the median of its peer group and

---

[60] Wermers at 46.
[61] Wermers at 46.
[62] Wermers Report at 46.
[63] Wermers Report at 46.
[64] Wermers Report at 47.
[65] Wermers Report at 47.
[66] Wermers Report at 47 and 48.
[67] Wermers Report at 48.  At the end of 2017, the fund's annualized return was 1.43% higher than the benchmark on an annualized 10 year basis.
[68] Wermers Report at 48.

outperformed its index by over 7% in 2019.[69]  Given the performance of the fund, Professor Wermers concluded that adding the fund to the Plan in 2015 and maintaining the fund as part of the Plan's investment lineup during the Relevant Period was reasonable.[70]

       5.    Principal LifeTime Target Date Funds.  Professor Wermers notes that when the Principal LifeTime Target Date Funds were added to the Plan's investment lineup at the start of 2013, the funds received the highest rating of 5 for performance according to a BrightScope Report.  In fact, each fund had higher 3-year annualized returns compared to BrightScope OnTarget Indexes, and ranked second among all target date funds in total value added as compared to the BrightScope OnTarget Indexes.[71]  In 2014, the funds outperformed their benchmark in 20 of the 40 quarters and when a particular fund lagged the benchmark, the difference was small.[72]  Professor Wermers notes that performance fluctuated in 2015 and 2016 with the 2035, 2040, 2045, and 2050 vintages exceeding the benchmark on a 3 and 5-year basis and by the end of 2015 all vintages except for the Strategic Income Fund had higher 3 and 5-year returns compared to the median returns of their peer groups.[73]  Professor Wermers noted that upon comparing the income replacement functions of actively managed target date funds to those of passively managed target date funds, Willis Towers Watson concluded that the income replacement outcomes of the Principal LifeTime Target Date Funds was similar to their comparators.[74]  At the end of 2016, Professor Wermers notes that the Committee began to consider alternative target date fund providers in order to find lower cost alternatives[75] that have similar glide paths to the Principal LifeTime Target Date Funds.  Professor Wermers notes that the performance of the funds improved during 2017, after the Committee began to consider alternative funds.[76] Professor Wermers concluded that the Principal LifeTime Target Date Funds were an appropriate investment option for the Plan throughout the Relevant Period as their

---

[69] Wermers Report at 48.

[70] Wermers Report at 49.

[71] Wermers Report at 50.

[72] Wermers Report at 51.  It is also important to take note that the benchmark for the Principal LifeTime Target Date Funds is the S&P Target Date Indexes which is not an investable product so they do not take into account the impact of fees or trading costs.  Professor Wermers points out that if the benchmark returns are adjusted for the average investable target date fees, the Principal LifeTime Target Date Funds generally perform better than the benchmark. Wermers Report at 51.

[73] Wermers Report at 52.

[74] Wermers Report at 52.

[75] Professor Wermers reiterated on page 52 that the fees charged by the Principle LifeTime Target Date Funds was reasonable and within the ranges of their peer funds.  Therefore, because the Committee decided to remove the Principal LifeTime Target Date Funds in favor of a lower cost alternative does not mean that the fees charged by the Principal LifeTime Target Date Funds was unreasonable or inappropriate.

[76] Wermers Report at 52.

performance did not lag their benchmarks or their peers significantly or consistently.[77]

     E.    In addition to providing his opinion regarding the various claims raised in the Complaint, Professor Wermers opined that the Plan "offered a broard array of investment options to participants, which allowed them to choose the tradeoff of risk and reward that matched their life circumstances."[78]

III.    Mann Report.  The following is a summary of the key conclusions set forth in the Mann Report.  Again, the Committee encourages the Claimants to review the entire Mann Report and supporting materials for a complete understanding of Ms. Mann's conclusions as they relate to the allegations in the Complaint.

     A.    There is no single uniform standard to evaluate the prudence of a fiduciary in managing a defined contribution plan. Plans may be structured differently and offer investments in different asset classes with different management styles, and yet each can be managed by their respective fiduciaries in a prudent manner using sound practices and procedures and working in the interest of the plan and its participants.  The Committee managed the Plan in a sound fiduciary manner using appropriate practices and procedures. The Committee used reasonable practices and made decisions in the best interests of Plan participants with the appropriate level of care.  The members of the Committee were actively engaged with deliberate decision-making and expended appropriate resources and time to establish a thorough process.

     Strict rules prohibiting or mandating certain investment options can limit a fiduciary's ability to provide the most beneficial options for participants.  And there is no bright line rule, for example, that only passively managed funds must be offered or that a stable value fund should be offered, nor would that reflect industry practice. Rather, there is a range of reasonable fiduciary practices that exist across defined contribution plans.

     B.    The Committee's process to select, monitor and remove investment options was consistent with industry practice, including its adoption of an Investment Policy Statement. The Investment Policy Statement provided guidelines for the process of selecting, monitoring, and removing investment options.  The Committee also followed industry best practices in retaining outside consultants to

---

[77] Wermers Report at 52.
[78] Wermers Report at 4.

help select and monitor the investment options. In connection with the expert advice, the Committee regularly reviewed quantitative and qualitative metrics related to the funds, and, when necessary or desirable, took action to make periodic investment lineup changes in the participants' best interest. The mere fact that a specific investment held in the Plan may have underperformed its benchmark for the relevant period of time is neither unusual nor does it suggest the Committee utilized a flawed fiduciary process.

1.      The Plan document established the Committee to serve as the Plan's named fiduciary with respect to management, operation and administration of the Plan.  The Committee met on a regular basis and was comprised of qualified individuals. The Committee documented its decision-making in meeting minutes containing detailed summaries relating to its analysis of the Plan's investment lineup and discussions regarding particular fund options, performance, fees, funds placed on the "watch list", as well as those funds that were added or removed from the Plan lineup, consistent with sound fiduciary practices.

2.      The Committee retained investment consultants.  Throughout the Relevant Period, a third party investment consultant provided advice and assisted the Committee in performing the financial analysis and work to meet its fiduciary obligations.  The investment consultants regularly attended Committee meetings and provided the Committee with detailed reports, including qualitative and quantitative data and information for each investment option, including fees and performance. The investment consultants specifically assisted with investment manager oversight and measured performance against "watch list" criteria, as well as fee benchmarking, investment structure and fiduciary training.

3.      The Investment Policy Statement adopted by the Committee established reasonable guidelines. Consistent with its Charter, the Committee maintained an Investment Policy Statement that established a framework for consistent decision making around the selection, monitoring and removal of Plan investment options. The Investment Policy Statement was reasonable and consistent with industry practice. It outlined investment objectives, the asset classes to be offered in the Plan, standards for choosing investment vehicles and specified the benchmark and peer group for which performance was to be measured for each asset class.  The monitoring procedures included criteria that would cause a fund to be added to a "watch list" for more frequent monitoring.   A fund could be put on the "watch list" for quantitative or qualitative reasons, and the Investment Policy Statement provided that "[a]ny manager that under-performs on a risk-adjusted basis as measured by the Sharpe ratio, both the median in the peer universe and market

index over the most recent market cycle (3 or 5-years) will be placed on Watch." Investment managers may be placed on watch status, replaced or eliminated whenever the Committee loses confidence in the management or strategy employed by the manager. The Investment Policy Statement's guidelines were periodically updated. The Investment Policy Statement provided the Committee with broad guidelines for funds that failed to improve during their time on the "watch list", including termination, extending the "watch list" period while assessing replacement and interviewing the fund manager to determine the reason for the underperformance and potentially extending the "watch list" period if the Committee deemed appropriate.

4.     The Committee maintained a diverse lineup of investment options and evaluated and effected changes when appropriate. The Plan offered a variety of investment choices across the risk spectrum from which Plan participants could build a custom portfolio suited to their unique investment horizon, risk tolerance and return objectives.  Pre-mixed, multi-asset class target date funds were available to participants who lacked the knowledge or time to select and manage their own Plan investments. The Committee periodically reviewed the aggregated utilization of investment options by Plan participants during its meetings as provided and addressed by the investment consultant.  The Committee also periodically examined the Plan's investment lineup and compared it to other defined contributions plans.  The meeting minutes reflect discussion of potential changes to the lineup and the ongoing adequacy of the Plan investment structure and lineup, which is a solid fiduciary practice.

5.     The Committee used reasonable processes to monitor funds in accordance with the Investment Policy Statement. As reflected in the Committee's meeting minutes, the Committee's investment consultants provided the Committee with quantitative and qualitative data with respect to each fund in the investment lineup. The investment consultant presentations to the Committee included a summary review of the Plan for the quarter, a "watch list" update regarding any fund on watch status, and a review of fund fees.  Specifically, risk and return metrics, including the Sharpe ratio and standard deviation, were provided for each fund and benchmark.   The Committee meeting minutes also reflect qualitative analysis provided by the investment consultants including assessments of the fund managers, any organizational or portfolio manager changes within the fund, as well as overall fund investment strategy and process.  The Committee, with the assistance of the investment consultants, followed the "watch list" guidelines in the Investment Policy Statement.   The funds placed on the "watch list" were discussed extensively at Committee meetings, with the investment consultant providing additional

quantitative and qualitative analysis and providing overall recommendations to the Committee as to how it should proceed with respect to any individual fund.  Indeed, several funds in the Plan lineup were added or removed from the "watch list" during the relevant period consistent with the criteria specified in the Investment Policy Statement.

6.     The Committee monitored the expenses of the investment options, consistent with industry practice.  The Investment Policy Statement established that the funds utilized by the Plan should have expense ratios that "are reasonable in relation to its peer group and in light of its performance within its peer group." The Committee regularly reviewed the expenses of the investment options, including a comparison of the expense ratio for each fund in the Plan lineup compared to the expense ratio of peer funds in the same asset class.  Throughout the Relevant Period, the fees for each fund in the Plan were found to be reasonable and lower than their respective Morningstar category averages or lower than or closer to the median of each peer group fund.  Indeed, Plan fund fees were a consistent topic during Committee meetings and a focus of the Committee during its meetings.  The Committee also considered fees as a criterion in selecting funds for the Plan.

7.     The Committee made changes to the Plan options when it deemed appropriate.  The Committee made many changes to the Plan's investment lineup over the Relevant Period, reflecting the engagement of the Committee to provide Plan participants with access to appropriate investment choices.  The Committee minutes reflect the engagement of the Committee members, as reflected through members asking questions, participating in discussions and voting electronically when not in personal attendance.  The minutes also reveal Committee members requesting research and additional information from the investment consultants.

8.     The Committee received fiduciary training on multiple occasions throughout the Relevant Period.  Training was provided on the requirements of ERISA and the discharge of fiduciary duties as periodic reminders and enhancement of the roles of Committee members in executing their fiduciary duties for the benefit of the Plan and its participants.  The fiduciary training was provided by retirement industry professionals as well as by in-house and outside legal counsel.  Specific training topics included the payment of fees and expenses from Plan assets and associated fiduciary standards.  A review of the Plan documents, Committee meeting minutes and associated materials show that the Committee took steps consistent with a competent and engaged fiduciary. In sum, the Committee, and its retained consultants, designed and maintained a diversified Plan lineup consistent with the

17

terms of its Investment Policy Statement, compared the lineup to peer plans, assessed whether a change was warranted and acted to enhance and evolve the components of the Plan. BBVA and the Committee employed a robust fiduciary process to provide a Plan investment lineup that consisted of appropriate options for its participants.

D. The Committee's decision to offer a money market fund was consistent with industry practice. The Committee followed an appropriate process to monitor the money market fund as well as the participants' funds directed to it.

1. Money market funds are appropriate options to include in 401(k) plans and are among the lowest risk and most conservative investment options available. The low risk to principal in a money market fund is due to the composition of its investments and is an appropriate investment option for participants with little or no risk tolerance. Many fiduciaries of 401(k) plans offer money market funds and the Committee was aware that offering a money market fund was common industry fiduciary practice. In addition to the money market fund, the Plan offered other fixed income options for individual participant election. The Committee was familiar with SVFs and the potential issues associated with them as a Plan offering. Indeed, prior to the relevant period, the Plan offered a SVF (the SEI SVF) and the Committee analyzed and decided to remove the fund from the Plan lineup, and ultimately moved the Plan balance in the SEI SVF to the VMMF. The Committee considered SVFs again at various points during the Relevant Period, but determined, after considering investment consultant analysis, not to add a SVF to the Plan's investment lineup.

2. The Committee regularly reviewed the Plan's asset balances, fund utilization and cash flows among the Plan's investment options through the Relevant Period. Specifically, the Committee reviewed data regarding the Plan participants' aggregated use of and allocation of assets to the VMMF and other investment options. The balances in the VMMF during the relevant period were not excessively high. Moreover, the default investment for the Plan throughout the relevant period was the target date fund option, rather than the VMMF. The Plan communicated the performance of the VMMF and the performance of other Plan options to participants on a regular basis. Specifically, participants in the Plan received an annual disclosure notice that provided the 1-year, 5-year, and 10-year returns and fees of each fund in the Plan lineup, including the VMMF. These disclosures gave participants information classifying the VMMF under the short-term asset class category and displaying that the fund generated lower returns during the Relevant Period compared to other Plan options. The notice reminded

participants of the availability of additional information regarding an investment options risk, as well as strategy and objectives. The Committee's periodic detailed reviews of the utilization of the Plan's investment options did not raise any concerns with the use of the VMMF and revealed that the use of the VMMF was highly correlated to the age of the Plan's participants. The statistical analysis demonstrated that the vast majority of Plan participants were not using the VMMF as their primary income generating option. The decision to offer a money market fund option was consistent with industry practices, and the process followed to offer the VMMF was consistent with prudent fiduciary practices.

       E.     The Committee's decision to offer actively managed funds during the Relevant Period was also consistent with industry practice.    The Committee considered the fit of actively managed funds for the Plan and performed appropriate monitoring of active managers. The Committee also offered passively managed funds as an option, evaluated active versus passive management throughout the Relevant Period and ultimately added more passively managed funds to the Plan's line-up over time.   The diversified lineup of actively and passively managed funds across the range of single asset class and multi-asset class funds was appropriate for the Plan because the Committee prudently selected and monitored those investment options, working in the best interest of the Plan and participants, and acting in the accordance with the reasonable process outlined in the Investment Policy Statement. Moreover, the Plan offered passively managed options during the entirety of the Relevant Period for its participant to select. In sum, the Committee's decision to offer actively managed funds in the Plan was appropriate and followed the reasonable guidelines for selection of investments articulated in the Investment Policy Statement and served the best interest of Plan participants.

IV.    Committee Determinations

       A.     Money Market Fund

       1.     The Committee has determined that it was reasonable and appropriate to offer a money market fund as part of the Plan's line-up.  The Plan's money market fund (the VMMF) is a high quality, low cost fund and is a leader among money market funds and is largely immune to the market volatility and large downturns that the United States is currently experiencing.  The Committee has also determined that, in addition to the VMMF, the Plan provided participants with exposure to the types of bond funds the Claimants contend should have been offered instead of, or in addition to, the VMMF.  As for offering a SVF, due to its previous experience with the SEI SVF, the Committee was well aware of the risk and return

differences between a SVF and a money market fund and the various restrictions that can be imposed on the Plan and its participants when offering a SVF.  Thus, the Committee has determined that it was reasonable and appropriate to forego offering a SVF as part of the Plan's line-up.   Moreover, there is no requirement that a Plan guarantee every participants' preferred investment options.  Accordingly, any claims by the Claimants alleging that the money market fund was not an appropriate investment option for the Plan are hereby denied.

        2.      Claimants allege that some $100 million of participants' retirement savings was "stuffed in the Plan's 'mattress'" and that this occurred because BBVA failed to have a process, or failed to adhere to such process, to monitor the Plan's investment menu.  Claimants allege that if BBVA had monitored the Plan with appropriate care and diligence, it would have realized the returns of the money market fund during the relevant period were inadequate for long-term retirement investments.   In addition, Claimants allege that if BBVA had been diligent in monitoring the Plan, it would have realized that participants in the Plan were utilizing the money market fund as an income generating option, not for its intended cash management purpose.  Initially, it is important to recognize that the Plan is a participant directed plan. This is consistent with the Investment Policy Statement, which states that "each Participant has the opportunity to create a portfolio with aggregate characteristics in a range appropriate for his or her specific retirement objectives and level of risk tolerance."[79]   Despite the ability of a participant to choose his/her own investments based on personal metrics, the Committee regularly reviewed the Plan's asset balances, fund utilization, and cash flows among the Plan's investment options.  The Committee specifically reviewed data regarding the Plan participants aggregated use and allocation of assets to the money market fund and this review revealed that the balances in the Plan's money market fund during the Relevant Period were not excessively high. The Committee also periodically reviewed the utilization of Plan investment options in greater detail and this analysis did not reveal any concerns with the usage of the money market fund as usage was strongly correlated to the age of the Plan participants.

        The Committee also considered SVFs at various points during the Relevant Period.   In its March 12, 2015 presentation to the Committee, the Committee's consultant, Envestnet, reviewed the Plan's fund lineup and addressed potential additional fund options.  One of the potential fund options discussed was a SVF, but it was noted that those funds "[u]nderperform in rising rate environments,

---

[79] ADM-Ferguson 000517

[which are] currently anticipated."[80]  An additional review of the Plan's investment lineup was performed in 2016, at which time Willis Towers Watson noted in a presentation that SVFs and money market funds were commonly held in other 401(k) plans.[81]  The Committee again evaluated including a SVF to the lineup in 2018 in connection with a Willis Towers Watson's review of investment structure alternatives[82] and such structures were discussed in multiple meetings in 2018 and 2019[83].  As a result of the evaluation and discussion, the Committee affirmatively decided against adding a SVF to the lineup.  In sum, the Committee considered the issues related to SVFs on multiple occasions during the Relevant Period and concluded that offering a money market fund was the more appropriate vehicle for Plan participants' cash preservation purposes.  The Committee's decision to offer a money market fund was the result of diligent consideration and evaluation of the advantages and disadvantages throughout the Relevant Period and the result of a prudent and thorough fiduciary practice adhered to by the Committee.  Accordingly, any claims by the Claimants that BBVA or the Committee failed to establish a process or failed to adhere to such process to monitor the Plan's investment lineup is completely unsupported by the Plan's record and is hereby denied.

B.     Claims Regarding Use of Active Management

1.     The Committee has determined that it was reasonable and appropriate to offer actively managed funds as part of the Plan's investment lineup. Compared to passively managed funds, actively managed funds offer participants access to different management styles and asset allocations.  The reasonableness of offering actively managed options is supported by academic research indicating that actively managed funds can outperform passively managed funds in the same asset class and providing access to actively managed fund is a very common practice among 401(k) plans.  For these reasons, the Committee has determined that its use of actively managed funds was reasonable and appropriate.  Accordingly, any and all claims by the Claimants alleging that it was improper  to offer actively managed funds or that only passively managed funds should have been offered under the Plan's lineup are hereby denied.

2.     Although the Claimants allege that the Committee imprudently selected active investment options and failed to monitor the investment options, that

---

[80] BBVA-Ferguson 000598 at 618 [Envestnet BBVA Compass SmartInvestor 401(k) Plan Fourth Quarter 2014 Review, March 12, 2015].

[81] BBVA-Ferguson 001563 at 1584 [Towers Watson "investment Structure Review," August 2016].

[82] BBVA-Ferguson 001892, at 1894 [Committee Meeting Minutes, March 23, 2018].

[83] See, e.g., BBVA-Ferguson 002095, at 114 [Towers Watson BBVA Compass 401(k) Plan Executive Summary, December 18, 2018]; ADM-Ferguson 004265 [Committee Meeting Minutes, June 20, 2019].

assertion is directly contradicted and refuted by the Plan's records. To the contrary, the Committee's process was consistent with its objective to structure a "retirement savings program suitable to the long-term needs and risk tolerances of participants in the Plan."   The Committee maintained a diverse set of investment options available to Plan participants, including nine single asset class investment options across the major asset classes of money market, bond and equity funds (including United States large cap, mid cap, and small cap as well as international funds) and a series of multi-asset class target date funds managed to adjust exposure to a participant's age with no requirement of trading or rebalancing. These options included a combination of active and passive investment options throughout the Relevant Period. No participant was required to invest in any single investment option, including the actively managed funds.  A participant could easily avoid the funds he/she deemed to be unsuitable by selecting other options within the investment menu which offered a wide range of investment options and fees.  In sum, the Committee's decision to offer actively managed funds was appropriate and followed the guidelines for selection of investments as set forth in the Investment Policy Statement.  Therefore, the Claimants' allegations about a flawed process for the selection of actively managed funds are hereby denied.

C.     Claims Regarding Fund Fees

1.     The Committee has determined that the fees charged by the various investment options offered under the Plan during the Relevant Period compared favorably to their peer funds and in many cases were lower than the fees charged by their peers.  Any comparison of the fees charged by actively managed funds to the fees charged by their passively managed counterparts is not an appropriate "apples to apples" comparison given the level of manager involvement associated with actively managed funds.  Accordingly, any claims by the Claimants that the fees charged by any investment option offered under the Plan during the Relevant Period were excessive or unreasonable are hereby denied.

2.     The Committee has also determined that its process for monitoring the expenses and fees of the investment options was thorough and prudent as evidenced by the fact that it was a regular topic of discussion during its Committee meetings.  The Committee was ever mindful of its obligation to monitor fund fees under the Plan's Investment Policy Statement, which established that the funds in the Plan should have expense ratios that "are reasonable in relation to its peer group and in light of its performance within its peer group."  In keeping with this requirement, the Committee routinely reviewed the expenses of the investment options, including a comparison of the expense ratio for each fund in the Plan's

investment lineup to the expense ratio of peer funds in the same asset class. Throughout the Relevant Period, and with the assistance of its external investment consultants, the fees for each fund in the Plan were found to be lower than their respective Morningstar category averages or lower than or close to the median of each peer group fund. The Committee also considered fees as a key component of its analysis in selecting and in replacing funds for the Plan. To reinforce its understanding and compliance, the Committee sought and received fiduciary training, including on the payment of fees and expenses from Plan assets and associated fiduciary standards. Therefore, any claims by the Claimants that BBVA or the Committee lacked a reasonable process or failed to adhere to a process for reviewing the fees associated with the funds offered under the Plan are unsupported by the record and are hereby denied.

   D.  Claims Regarding Fund Underperformance

   1.  The Committee has determined that its decisions to select and retain various funds during the Relevant Period were reasonable and appropriate based on the information available to the Committee at the relevant times. Furthermore, the Committee has determined that any decision to remove and/or replace a particular fund was also reasonable and appropriate in terms of timing and in terms of the basis relied upon for such retention or removal. Generally, the funds at issue in the Complaint all had strong long-term performance compared to their benchmarks and peer funds. Furthermore, as the record indicates, the Committee based its determinations of fund selection, retention and/or removal on both qualitative and quantitative factors and to the extent a fund failed to meet the Committee's expectations it was placed on the "watch list" and ultimately removed if the fund continued to fall short of those qualitative and/or quantitative factors. Accordingly, any claims by the Claimants regarding fund underperformance are hereby denied. The Committee notes that fund performance is not the "end all be all" and it is easy (but inappropriate) for one to engage in hindsight, second guessing, or "Monday morning quarterbacking" in evaluating a fund's performance. What is most important, and what the Committee should be judged on, is the process and procedure utilized by the Committee in determining which funds should be selected and retained for investment under the Plan.

   2.  The Committee has also determined that its established process for selecting, monitoring, and removing underperforming investment options was reasonable and appropriate. In monitoring fund performance, the Committee followed the dictates of its Investment Policy Statement, which specified the benchmark and peer group for which performance was to be measured for each asset

class.  The monitoring procedures included criteria that would cause a fund to be added to a "watch list" for more frequent monitoring. Specifically, the Plan's Investment Policy Statement mandated that funds would be placed on the "watch list" whenever the fund under-performs on a risk-adjusted basis as measured by the Sharpe ratio, both the median in the peer universe and market index over the most recent market cycle (3 or 5-years). The Committee acted consistently with this established process with respect to funds that failed to improve while on the "watch list", including terminating the fund from the lineup or extending the "watch list" period while assessing replacement.  The Committee also retained and utilized the services of a third party investment consultant to help monitor the investment options. The investment consultants regularly attended Committee meetings and provided detailed reports for each investment option, including performance. The investment consultants assisted with investment manager oversight and measured performance against "watch list" criteria. The funds placed on the "watch list" were discussed extensively at Committee meetings, with the investment consultant providing additional analysis and overall recommendations to the Committee as to actions it should consider taking with respect to any individual fund. The Committee's decision-making rationale is well documented in the Committee meeting minutes with summaries of its discussions regarding particular performance, funds placed on the "watch list", as well as those funds that were added or removed from the Plan's investment lineup.  The Committee encourages the Claimants to note that several funds in the Plan's investment lineup, including those that are the subject of Claimants' allegations in the Complaint, were evaluated on the "watch list" during the Relevant Period and removed (or retained as the case may be) from the Plan consistent with the criteria specified in the Investment Policy Statement.  Accordingly, the Committee denies each and every allegation of the Claimants as they relate to liability for alleged underperformance of Plan investment options.

E.   Claimant Plan Account Statements In addition to the determinations set forth above, based on a review of the Plan account statements provided by the Claimants to the Committee by letter dated November 26, 2019[84], the Committee also reached the determinations set forth below.  The Committee notes that such account statements may not cover all periods during the Relevant Period and further invites the Claimants (especially, Ms. Drake) to provide more compete Plan account statements covering the entirety of the Relevant Period.

---

[84] The Plan account statements for each Claimant are included in the supporting materials to the Wermers Report.

1.   Cassandra McClinton.  The Committee notes that Ms. McClinton did not become a participant in the Plan until 2019 and, as of July of 2019, did not have any portion of her Plan account invested in one or more of the funds at issue in the Complaint.  Therefore, the Committee fails to understand why Ms. McClinton has asserted any claim for breach of fiduciary duty.  Accordingly, the Committee has determined that any claims relating to Ms. McClinton are denied.

2.   Principal MidCap Value Fund.  Based on the Committee's review of the Claimant's Plan account statements and further based on Exhibit 2 to the Wermers Report, it appears that no Claimant invested any part of their account in the Principal MidCap Value Fund during the Relevant Period.  Therefore, the Committee fails to understand why the Claimants have asserted any claim with respect to the fees charged by this fund or the performance of this fund.  Accordingly, the Committee has determined that any claims relating to the Principal MidCap Value Fund are denied.

3.   Misuse of VMMF.  Page 13, paragraph 28 of the Complaint states: "[h]ad BBVA been diligent in monitoring the Plan, BBVA would have realized that the participants in this Plan were in fact using the money market fund, not for its intended cash management purpose, but as an income generating option. During the Class Period, $87 to $108 million of the participant's retirement savings, as much as one-fifth (1/5) of their assets, was invested in a money market fund that was clearly unsuitable for retirement investing."  Later in the same paragraph, the Complaint states that "A diligent plan sponsor, monitoring the Plan, would have realized that there was a *serious problem with the structure of the Plan's options based on the participant's behavior*." (emphasis added).

Upon review of the account statements provided by Claimants Ferguson and Drake, which are direct evidence of the Claimant's own behavior regarding the use of the VMMF, the Committee finds no basis for the claims of misuse.  As of December 31, 2013, Ms. Drake invested only 4.85% of her total account balance in the VMMF and as of June 30, 2017 only 3.37% of Ms. Drake's account was invested in the MMF.  As of December 31, 2013, 2014, 2015, 2016, 2017, and 2018, Ms. Ferguson's Plan account balance invested only 14.4%, 11%, 9.7%, 5.1%, 3.4%, and 3.1%, respectively, in the VMMF.  The investment behaviors of Claimants Drake and Ferguson with respect to their utilization of the VMMF fall well short of the misuse alleged in the Complaint.  If anything, their use of the VMMF may be more indicative of their attempt to build an "optimal portfolio" as described by Professor Wermers on page 14 of the Wermers Report.  Accordingly,

the Committee has determined that any claims relating the misuse of the VMMF are also denied.

4.      The Committee notes that up until the date on which the Complaint was filed, the Claimants made no attempts to contact BBVA's human resource team to voice concerns or criticism over the Plan, fund performance, fund fees, the presence of actively managed funds and/or the VMMF in the Plan's investment lineup, or any of the other allegations set forth in the Complaint. Furthermore, it is important to note that investments under the Plan are directed by the Claimants, not the Committee or BBVA. The Plan's investment lineup offered the Claimants the ability to direct the investment of their Plan accounts among a diversified basket of thoroughly vetted and monitored options. Accordingly, any claims of fund underperformance, excessive fees, or inappropriateness by the Claimants are an expression of hindsight involving hypothetical possibilities and uncertain facts and, therefore, must be denied.

F.      Conclusion. For the reasons outlined above, the Committee finds that the Claimant's claims are based on a misunderstanding or mischaracterization of the relevant facts, and are baseless and wholly without merit. All of the Claimant's claims as set forth in the October 2, 2019 letter and by incorporation the allegations and cause of action in the Complaint are rejected and denied by the Committee. BBVA and the Committee did not breach any fiduciary duty of loyalty or prudence. As the information described above and as the Committee's minutes document, the Committee engaged in a thorough, careful and prudent consideration of the Plan's investment options and related fees and offered a wide range of investment options and fees for the participants to select from and craft a portfolio that best addressed their individual requirements. When a particular service provider or investment option did not meet the Committee's expectation or standards, it was replaced. Moreover, the Committee acted prudently in gathering all necessary or relevant information before making decisions regarding the Plan's investment lineup.

V.      Claimants' Appeal Rights and Appeal Procedure. The Claimants must exhaust the Plan's claim procedures as described in the Plan and the summary plan description (copies of which have been previously provided to the Claimants) to bring a civil action under Section 502(a) of ERISA. Therefore, if the Claimants would like to request a review (i.e., an appeal) of this decision, in whole or in part, the Claimants or their authorized representatives may appeal the Committee's decisions herein pursuant to Section 8.7(a)(2) of the Plan entitled "Appeal of Denied Claim." Section 8.7(a)(2) of the Plan provides:

"(2)   Appeal of Denied Claim.    The claimant or authorized representative may appeal the Retirement Committee's decision denying the claim within 60 days after the claimant or authorized representative receives the Retirement Committee's notice denying the claim by submitting a written appeal to the Retirement Committee. The claimant or authorized representative may submit to the Retirement Committee written comments, documents, records and other information relating to the claim. The claimant or authorized representative shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim.

The Retirement Committee will make the decision on the appeal of a denied claim. The Retirement Committee's review of the denied claim shall take into account all comments, documents, records and other information submitted by the claimant or authorized representative relating to the claim, without regard to whether these materials were submitted or considered by the Retirement Committee in its initial decision on the claim.

The Retirement Committee's decision on the appeal of a denied claim shall be made within a reasonable period of time (generally 60 days after the receipt of the claim or 120 days if the Retirement Committee determines that special circumstances require an extension of time for processing the claim and furnishes written notice of the extension to the claimant or authorized representative before the initial 60-day period ends indicating the special circumstances requiring extension of time and the date by which the Retirement Committee expects to render a decision on the claim). The Retirement Committee will furnish the claimant or authorized representative with written or electronic notice of the decision on appeal. In the case of a decision on appeal upholding the Retirement Committee's initial denial of the claim, the Retirement Committee's notice of its decision on appeal shall set

forth, in an understandable manner, the following information:

       (a)    The specific reason(s) for the decision on appeal;

       (b)    Reference to the specific Plan provision(s) on which the decision on appeal is based;

       (c)    A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits; and

       (d)    A statement of the claimant's right to bring a civil action under ERISA Section 502(a)."

The Claimants have the right to bring a civil action under Section 502(a) of ERISA, if applicable, after the appeal determination is finalized.  Failure by the Claimants (or their authorized representative) to request a review within sixty (60) days of their receipt of this letter may constitute a failure to exhaust administrative remedies available under ERISA, and affect the Claimants' ability to bring a civil action under ERISA.  In addition, the Plan provides that no legal action may be commenced or maintained more than ninety (90) days after the claimant has exhausted the administrative remedies set forth in the Plan.  Nothing in this letter should be construed as a waiver of any of the Committee's, BBVA's, or the Plan's rights and defenses, and all such rights and defenses are preserved to the Committee and BBVA, whether or not specifically mentioned herein.  The Claimants are entitled to receive, upon request and free of charge, reasonable access to and copies of documents, records and other information relevant to their claims.[85]

---

[85] The Committee notes that the Claimants have previously been provided with a substantial number of documents and other information relevant to their claims.  However, in the event the Claimants exercise their right to appeal the Committee's denial of their claims, if the Claimants desire additional information or access to additional documents, records of other information relevant to their claims please notify the Committee in writing and the Committee will endeavor to provide such documents, records or other information as soon as reasonably practicable.  In addition, in the event the Claimants exercise their right to appeal the Committee's denial of their claims, the Committee continues to invite the Claimants to provide the Committee with any documents or information supporting their claims.

Sincerely,

_Ke Horst_, On Behalf of the Committee

# ATTACHMENT 1

# Report by Russell R. Wermers Pertaining to Claims Made by Gloria Ferguson, Cassandra McClinton, and Christine D. Drake Regarding the Compass SmartInvestor 401(k) Plan

Russell R. Wermers, Ph.D.

Dean's Chair in Finance

Smith School of Business, University of Maryland

March 9, 2020

Privileged and Confidential

# Table of Contents

I.      Qualifications and Experience ........................................................................ 2

II.     Executive Summary ....................................................................................... 4

III.    Background ..................................................................................................... 6

IV.     Claims Regarding Offering a Money Market Fund as the Only "Capital Preservation"
        Option ............................................................................................................. 9

V.      Claims Regarding Use of Active Management ........................................... 26

        A.      Insights from Academic Research ................................................... 27

        B.      Common Practice in 401(k) Plans .................................................. 30

VI.     Claims Regarding Plan Funds' Fees ........................................................... 32

VII.    Claims Regarding Underperformance of Specific Funds in the Plan .......... 38

        A.      Principles of Fund Evaluation ......................................................... 39

        B.      Evaluation of Specific Funds Identified in The Complaint. ........... 41

                1.      Aston/TAMRO Small Cap I Fund ...................................... 42

                2.      Principal Mid-Cap Value Fund .......................................... 44

                3.      Thornburg International Value Fund ................................... 46

                4.      Invesco International Growth Fund ..................................... 47

                5.      Principal LifeTime Target Date Funds ............................... 49

Privileged and Confidential

## I.        Qualifications and Experience

1.        I have been a Professor of Finance at the Smith School of Business, University of Maryland at College Park, since 2000, when I was appointed as an Assistant Professor.  I was promoted to Associate Professor in 2002.  I was promoted to Full Professor and appointed as the Director of the Center for Financial Policy at the University of Maryland in 2013.  I am currently the Chairman of the Department of Finance and I hold the endowed Dean's Chair in Finance at the Smith School. Prior to joining the University of Maryland at College Park, I was an Assistant Professor of Finance at the University of Colorado for six years.  I have taught courses on Quantitative Equity Portfolio Management, Corporate Finance Theory, Security Analysis, Investment Theory, and other topics at both the undergraduate and graduate (including Ph.D.) levels.  My main research interests include the study of fund performance evaluation, quantitative equity strategies, the drivers of mutual fund and hedge fund investor flows, security market efficiency, and the role of institutional investors in contributing to the price discovery of stocks.  I have developed new methods for conducting a detailed analysis of the portfolio holdings and trades of investment managers.  For example, the stock benchmarks that I co-developed are the standard in academia for measuring the performance of U.S. equity portfolios. In addition, I co-wrote a scientific textbook, "Performance Evaluation and Attribution of Security Portfolios," that instructs industry professionals and academic researchers about the latest scientific techniques in measuring the performance and risk-taking of portfolio managers. Much of my research is focused on analyzing the investment strategies of professional asset managers as well as how to properly measure the risk-adjusted performance of such strategies.

2.        I have also worked as a consultant, providing advisory services to the Quantitative Strategies group at Goldman Sachs Asset Management, as well as the Office of Financial Research of the United Stated Department of the Treasury, among others.  Before earning my Ph.D. in Finance at the University of California, Los Angeles, I served as a financial analyst and International Crude Oil Trading Analyst for the Unocal Corporation.

3.        I have published widely in economics and finance journals, including the American Economic Review, the Review of Financial Studies, the Journal of Financial Economics, and the Journal of Finance.  I also regularly serve as a referee for a number of top academic journals, and

serve as an Associate Editor for the Journal of Banking and Finance, a peer-reviewed academic journal, as well as the Financial Analysts Journal, a top peer-reviewed professional investment-industry journal published by the CFA Institute.

4.      I regularly deliver presentations at major academic and practitioner finance and economic conferences worldwide.  Additionally, I have received scholarly research grants from various institutions, including The House of Finance at Paris-Dauphine University, The Institute for Quantitative Research in Finance (Q-Group), The Institute for Quantitative Investment Research Europe (INQUIRE-Europe), The Rotman International Centre for Pension Management (ICPM) at the University of Toronto, and the BSI Gamma Foundation.  I have been recognized with several awards for both my teaching and research.  For instance, I received the Allen J. Krowe Excellence in Teaching Award, the top honor awarded for teaching at the Smith School of Business, for the academic year 2011–2012.  In addition, I was awarded the Review of Financial Studies *Michael Brennan Best Paper Runner-Up Award* for 2017, a rare honor awarded to one of the top few papers published in a top financial economics scholarly journal over a one-year period.

5.      I was recently appointed to the newly formed Asset Management Advisory Committee ("AMAC") of the U.S. Securities and Exchange Commission ("SEC") for a two-year term, beginning November 1, 2019.  The AMAC is a committee of a select group of top industry and academic experts that is charged with providing feedback to the Division of Investment Management of the SEC on the regulatory environment for asset managers and investors.  I am one of only two academics who have been appointed to the AMAC for this initial term.

6.      I have been retained as an expert and have testified in federal court in matters involving 401(k) plans as well as other matters, on behalf of major financial institutions, industrial corporations, retirement plans, and the U.S. Securities and Exchange Commission.

7.      My CV is attached as Appendix A to this report and contains more detail on the above-cited experience.

## II.    Executive Summary

8.      I have been retained by the Retirement Committee of the Compass SmartInvestor 401(k) Plan to analyze the issues raised in the Class Action Complaint[1] ("Complaint") and assess whether certain funds offered in the Compass SmartInvestor 401(k) Plan (the "Plan") were appropriate investment options for a defined contribution retirement plan from an investment perspective.  As part of my assignment, I examined, for the relevant period,[2] the Plan funds' returns, fees, and other factors that would reasonably inform me of their appropriateness as investment options in defined contribution retirement plans, such as the Plan.

9.      My opinions are based on my review of the documents and information that I requested and that were provided to me, data that I collected, and my education, knowledge, academic experience, and, specifically my experience in financial economics, investments, and the economics of retirement plans.  Documents and materials I reviewed in forming my opinions include Committee meeting minutes, consultant reports, Plan documents, such as investment policy statements and summary plan descriptions, academic and industry studies, industry and government surveys, SEC and other regulatory filings, and other publicly-available resources and documents.

10.     Based on my experience and analysis of the materials that I have reviewed in this matter, my opinions are as follows:

      a.  The Compass SmartInvestor 401(k) Plan offered a broad array of investment options to participants, which allowed them to choose the tradeoff of risk and reward that matched their life circumstances.  Specifically, the Plan offered approximately 20 funds in each quarter of the relevant period, including domestic and international equity, fixed income, money market, company stock, and retirement target date funds.  The Plan further offered a mix of active and passive investment options to participants.

---

[1] Gloria Ferguson, Cassandra McClinton, et al. vs. BBVA Compass Bancshares, Inc., Compass Bancshares, Inc., and BBVA USA Bancshares, Inc. (Case 2:19-cv-01135-MHH, filed July 18, 2019) (the "Complaint").  I also reviewed the October 2, 2019 letters sent to Retirement Plan Administrator, 401(k) Plan Administrator, and Retirement Committee by Wiggins Childs Pantazis Fisher Goldfarb on behalf of Christine D. Drake, Gloria Ferguson, and Cassandra McClinton.

[2] The relevant period for my analysis is from July 2013 through December 2019.

b.  Money market funds ("MMFs") are commonly offered investment options in 401(k) plans, and represents a "risk-free" investment option that diversifies other risky investment options, as prescribed by Modern Portfolio Theory. Accordingly, the Vanguard Prime Money Market Fund offered in the Plan was a reasonable option to offer to Plan participants.  Further, during the relevant period, it was a low-cost MMF that many other fiduciaries offered in their 401(k) plans.  Moreover, the Plan offered other fixed income options, including the American Century Diversified Bond Fund and the Principal LifeTime Strategic Income Fund, that provided Plan participants with the same type of exposure to certain sectors of the fixed income market as discussed in the Complaint.

c.  Stable value funds are not interchangeable with MMFs as investment options in 401(k) plans.  SVFs and MMFs have different risk, return, and investment restrictions, which could lead a plan sponsor to prefer one product over the other. The two products are different along the risk-return spectrum, and neither is superior to the other, nor is either a close economic substitute for the other.

d.  Over the relevant period, the fees of the Plan's investment options, net of subsidies for administrative costs of the Plan, were reasonable.  That is, the fees of the Plan's funds, when compared on an "apples-to-apples" basis, were comparable to the fees of their peers.

e.  I find that over the relevant period, the retention, addition, and removal of certain funds identified in the Complaint was reasonable.  The Complaint states that certain funds should have either been removed from or should not have been added to the Plan, including the Aston/TAMRO Small Cap I Fund, the Invesco International Growth R6 Fund, the Principal Mid-Cap Value Fund, the Thornburg International Value Fund, and the Principal LifeTime Fund series.  My conclusions are based on the performance of the funds over various time periods and other quantitative factors.  Specifically, the decisions to remove funds, including the Aston/TAMRO Small Cap I Fund, the Thornburg International Value Fund, and the Principal LifeTime Fund series, were reasonable.

Privileged and Confidential

### III.    Background

11.    Under the Plan, eligible employees of BBVA Compass Bancshares ("BBVA")[3] can voluntarily contribute a part of their salaries on a pre-tax basis (up to IRS limits for investment) in a set of alternative funds made available under the Plan.[4]  BBVA makes a matching contribution up to a certain limit for eligible Plan participants.[5]  In addition to matching contributions, BBVA contributes an additional amount based on the years of service of each eligible participant (1-3 years = 2 percent of compensation; 4-7 years = 3 percent of compensation, and 8+ years of services = 4 percent of compensation)—these contributions are referred to as SmartInvestor Employer Contributions.  According to the Summary Plan Description, employees are eligible for matching contributions and SmartInvestor Employer Contributions after one year of participation service, and the employer match equals 100 percent of the first three percent of the employees' contribution, and 50 percent of the next two percent of the employees' contribution.[6]  In addition to the matching contributions and SmartInvestor Employer Contributions, the company provides profit sharing contributions at its discretion.[7] The discretionary and matching contributions and SmartInvestor Employer Contributions are invested in Plan options in the same proportions as those elected by participants for their  own salary contributions to the Plan.[8]  Further, Plan participants are always fully vested in their salary contributions and matching contributions and become fully vested in the SmartInvestor Employer Contributions and discretionary profit sharing contributions after three years of vesting service.[9]  After initially allocating their contributions among the Plan's investment alternatives,

---

[3] BBVA is a wholly-owned bank holding company subsidiary of Banco Bilbao Vizcaya Argentaria, which acquired Compass Bancshares in 2007.
[4] *See, e.g.,* ADM-Ferguson 000129, at -31, Summary Plan Description for Compass SmartInvestor 401(k) Plan (Sept. 26, 2018).
[5] ADM-Ferguson 000129, at -30.
[6] ADM-Ferguson 000129, at -31.
[7] ADM-Ferguson 000129, at -31.
[8] ADM-Ferguson 000129, at -34.
[9] ADM-Ferguson 000129, at -30.

participants can change these allocations at any time.[10]  Participants are also free, at any time, to change or to stop the level of their salary contributions to the Plan.[11]

12.      Throughout the relevant period, the Plan provided a number of different investment options that had varying levels of risk, investment styles, and return characteristics.  The investment options offered in the Plan allowed the participants to choose a mix of investments in accordance with their long-term financial goals and personal tolerance for risk.[12]  In 2013, the Plan offered 20 investment options, including one fixed income fund, one money market fund ("MMF"), seven equity funds, the BBVA ADS stock fund, and ten retirement income target date funds.[13]  The retirement target date funds are the Qualified Default Investment Alternative for the Plan.[14]  In 2015, 2016, and 2017, the Plan discontinued one international equity fund,[15] one equity fund,[16] and the retirement target date funds,[17] respectively.  During the period, the Plan introduced other mutual funds and trusts, including the Vanguard Small Cap Index I Fund, Invesco International Growth R6 Fund, and Vanguard Target Retirement Trusts II series (ten funds).  Exhibit 1 provides a list of funds and trusts offered in the Plan since 2013.  These funds were in

---

[10] ADM-Ferguson 000129, at -30.

[11] ADM-Ferguson 000129, at -31.  For employees not credited with at least one hour of service on or after January 1, 2007, five years of vesting service are required to become 100 percent vested in the Plan or the Profit Sharing contributions.

[12] Each year, the Plan provided to its participants a Summary Plan Description ("SPD"), which included an overview of the Plan, the benefits to employees, such as contribution, matching, and vesting information, the costs of the Plan, and the different investment options available to Plan participants.  Further, the SPDs state that "[s]elected financial data for at least the most recent three years (to the extent available) for each of the investment options will be provided periodically to the plan participants."  *See* ADM-Ferguson 000210; ADM-Ferguson 000190; ADM-Ferguson 000170; ADM-Ferguson 000150; ADM-Ferguson 000129. The Plan also provided information on the funds, including their fees, returns, and risks, as well as general information on risks associated with investing.  *See,* for example, ADM-Ferguson 000563; ADM-Ferguson 000573; ADM-Ferguson 000531.

[13] ADM-Ferguson 001598, at -1604-08.

[14] The Retirement Committee unanimously approved target date funds to be the Qualified Default Investment Alternative for the Plan in September 2012.  *See* BBVA/Ferguson 000004, at -6.

[15] BBVA/Ferguson 000335, at -36.

[16] BBVA/Ferguson 001560, at -61.

[17] BBVA/Ferguson 003645 at -47.

the form of mutual funds and collective investment trusts.[18]  Mutual funds and collective investment trusts are the most common investment vehicles used in 401(k) plans.[19]

13.    Since 2013, the Plan offered a combination of actively and passively managed investment funds.  As of 2013, the Plan included the Vanguard Institutional Index I as a passively managed investment option.[20]  Later in the relevant period, the Plan introduced another equity fund that was passively managed, the Vanguard Small Cap Index I (in 2016), which replaced an actively managed fund, Aston/TAMRO Small Cap I Fund.[21]

14.    In every year since 2013, the Plan offered at least 20 different investment options, including equity funds, fixed income funds, and target date funds.  One survey from 2012 finds that the majority of plans had between 10 and 19 investment options, treating TDFs and company stock as a single option.[22]  Another survey of DC plans reported that the median number of investment options in 2014 and 2015 was 22.[23]  In a survey provided to the Plan by its consultants, in 2017, approximately 78 percent of plans offered between 10 and 19 investment options in DC plans, excluding company stock and target date funds.[24]  Other studies and surveys also find similar numbers of investment options in 401(k) plans.[25]  As summarized in Exhibit 1,

---

[18] Both mutual funds and collective investment trusts ("CITs") are pooled investment strategies, and are often part of retirement plans.  CITs, however, are generally offered by bank or trust companies, and are only offered to qualified retirement plans, and typically make limited information publicly available.  As such, CITs typically have lower costs than mutual funds because they generally have lower marketing expenses, do not have SEC filing requirements, have lower overhead, and do not have boards of directors.  *See* Michael Nelligan, "Collective Investment Trusts: Lower Costs and Greater Flexibility," State Street Global Advisors (February 2018).

[19] BBVA/Ferguson 002049, at -58.  For example, according to the 2017 Willis Towers Watson study, 91 percent and 49 percent of 401(k) plans with assets between $500M and $999M used mutual funds and CITs, respectively.  2017 U.S. Willis Towers Watson Defined Contribution Plan Sponsor Survey.  The BrightScope/ICI Defined Contribution Plan Profile:  A Close Look at 401(k) Plans, 2016 (June 2019), p. 2 ("BrightScope/ICI Survey") noted that in 2016 approximately 45 percent of total 401(k) plan assets where held by mutual funds, while CITs held approximately 28 percent of assets.

[20] ADM-Ferguson 001598, at -1604.

[21] BBVA/Ferguson 001560, at -61. *See also* BBVA/Ferguson 001744, at -51.

[22] *See, e.g.,* Towers Watson, 2012 U.S. Defined Contribution Sponsor Survey Report, Figure 14, p. 10.

[23] NEPC 2015 Defined Contribution Plan and Fee Survey: What a Difference a Decade Makes, Exhibit 7, p. 4. This survey does not provide details on the composition of the investment options.

[24] BBVA/Ferguson 002049, at -54 and 2017 U.S. Willis Towers Watson Defined Contribution Plan Sponsor Survey.  Another study reported that approximately 80% of plans with greater than 5,000 participants had less than or equal to 20 funds in the Plan, with the average being 17 funds.  This survey does not provide the composition of the investment options. PSCA's Annual Survey of Profit Sharing and 401(k) Plans (2015), Tables 49 and 50, pp. 37-38.

[25] According to one study, as of 2016, large 401(k) plans offered 27 investment options, on average, of which approximately one-half were equity funds, three were bond funds, and seven were target date funds. BrightScope/ICI Survey, p. 2. The survey further indicates that for plans with assets under management of between $500 million and $1 billion, the median number of investment options are 27 (17, net of target date funds), while the

the Plan offered multiple equity funds, an international equity fund, a diversified bond fund, company stock, and target date funds.[26]  The Plan consisted of commonly offered investment options, and the number and variety of investment options offered in the Plan were comparable to peer 401(k) plans.[27]  Accordingly, the Plan had a well-diversified line-up of investment options from which Plan participants could choose to allocate their contributions.  Exhibit 2 provides a summary of each Claimants' fund holdings during the relevant period, as obtained from their individual retirement plan statements.[28]  I note that Claimant McClinton did not invest in any of the funds subject to the Complaint's claims. McClinton entered the Plan until 2019, during which time she invested only in the Vanguard Target Retirement 2025 Fund.

15.     As of the fourth quarter of 2013, the Plan had total net assets under management of approximately $689.9 million,[29] which grew to $977.1 million by Q2 2019, the last quarter for which Plan balance data was provided to me.[30]

## IV.     Claims Regarding Offering a Money Market Fund as the Only "Capital Preservation" Option

16.     The Complaint claims that it was not appropriate to offer a money market fund "as the Plan's only short term bond investment option" when "ultra-short-term rates were at historic lows" and BBVA should have offered "sufficient income producing bond options" such as

---

plans in the lowest 10th percentile of the distribution have approximately 20 investment options (12, net of target date funds). BrightScope/ICI Survey, p. 29.  *See also* Vanguard, *How America Saves 2018*, Figure 60, p. 60 (which similarly shows that the average number of plan options was approximately 27 in 2018).

[26] The Plan includes the BBVA ADS stock fund. Participants invest in the company's American Depositary Shares ("ADS") through this fund. The BBVA ADS stock fund has been closed to new money since the BBVA acquisition of Compass Bancshares in 2007.  Offering its own common stock as an investment alternative is also common among publicly-traded companies.  A survey showed that 49 percent of 401(k) plans with more than 5,000 participants offered company stock as an investment option in 2016. Holden, Sarah, Jack VanDerhei, Luis Alonso, and Steven Bass. 2018. "401(k) Plan Asset Allocation, Account Balances, and Loan Activity in 2016." *ICI Research Perspective* 24, no. 6 (September). Available at www.ici.org/ pdf/per24-06.pdf.

[27] According to the BrightScope/ICI survey, most plans offered a combination of domestic equity funds, international equity funds, domestic bond funds, and approximately 80 percent of plans offered target date funds. BrightScope/ICI Survey, p. 2.

[28] ADM-Ferguson 004308 (Claimants' Compass SmartInvestor 401(k) Plan Retirement Savings Statements).

[29] ADM-Ferguson 001615, at -34.  The first date that I have balance data available is the fourth quarter of 2013.

[30] ADM-Ferguson 004268, at -75.

Privileged and Confidential

"high-quality bond funds, stable value funds, and total return funds."[31]  As a starting point, there are no regulations or advisory opinions that prohibit the use of money market funds ("MMFs") in 401(k) plans.

17.     The Plan included the Vanguard Prime Money Market Fund (Admiral Shares) during the relevant period.[32]  The Plan also offered a bond fund, the American Century Diversified Bond Fund, as well as the Principal LifeTime Strategic Income Fund, until October 2017, and its replacement, the Vanguard Target Retirement Income Trust II, after October 2017.  These funds provide exposure to the type of bond funds that the Complaint claims should have been included in the Plan.  Other vintages of the target date funds also provided exposure to bonds as part of their portfolios.

18.     For example, the American Century Diversified Bond Fund is in the same Morningstar category (US Fund Intermediate Core Bond) as the PIMCO Total Return Fund included as an example of an alternative fund in the Complaint.[33]  Morningstar categorizes funds based on the underlying securities in each fund's portfolio, which helps investors to identify comparable funds.[34]  The American Century Diversified Bond Fund is a blended fixed income portfolio, with approximately 42 percent, 34 percent, and 27 percent in securitized, investment grade corporate, and government bonds, respectively, a duration of approximately 6 years, and approximately 54 percent of the portfolio in securities with maturity of 5 years or less.[35]  For example, the PIMCO Total Return II Inst. Fund (PMBIX) has a similar portfolio duration and composition as the American Century Diversified Bond Fund offered for investment under the Plan.  The PIMCO Total Return II Inst. Fund has a duration of just over 6 years. Like the American Century

---

[31] Complaint, pp. 10-12, 14.
[32] In third quarter of 2017, the Plan also added the Vanguard Treasury Money Market Fund I; however, shortly after the addition of this fund to the Plan, it closed to new investment.  BBVA/Ferguson 001864, at -74.
[33] Complaint, p. 15. The Complaint does not specify the particular PIMCO Total Return Fund. Regardless, all PIMCO Total Return Funds are either in the US Fund Intermediate Core Bond or US Fund Intermediate Core-Plus Bond categories. For example, PIMCO Total Return II Inst Fund (PMBIX) is in the US Fund Intermediate Core Bond.
[34] Morningstar Investment Glossary, "Morningstar Category," available at https://www.morningstar.com/InvGlossary/morningstar_category.aspx
[35] American Century Investments, Diversified Bond Fund, available at https://ipro.americancentury.com/content/ipro/en/products/all-funds/fund-list/diversified-bond.html.

Diversified Bond Fund, the portfolio of the PIMCO Total Return II Inst. Fund is also almost entirely made up of securitized, investment grade corporate, and government bonds.[36]

19.    The Plan also provided a high degree of exposure to bonds through the Principal LifeTime Strategic Income Fund and the Vanguard Target Retirement Income Trust II.  The Principal LifeTime Strategic Income Fund is a fund of funds, which means that it invests in other funds.  During the relevant period, the Principal LifeTime Strategic Income Fund invested in other Principal funds, including fixed income, domestic and foreign equity, real assets, and alternative investments.[37]  As a basis for comparison, as of December 31, 2015, this fund invested the majority of its assets in the Principal Core Plus Bond Inst Fund (26.9 percent), Principal Short-Term Income Inst Fund (17.5 percent), Principal Inflation Protection Inst Fund (11.8 percent), Principal Bond Market Index Instl Fund (9.6 percent), and Principal Global Div Inc Instl Fund (9.5 percent),[38]  which are exactly the types of bond funds that the Complaint claims the Plan should have made available to Plan participants.  Specifically, the Complaint claims that "BBVA could have offered short-term bonds, medium-term bonds, inflation protection bonds, total return funds, or a stable value fund that offered both capital preservation and income production."[39]  The Principal LifeTime Strategic Income Fund provided exposure to the types of bond funds identified in the Complaint.[40]  The Principal LifeTime Strategic Income

---

[36] PIMCO Total Return II Fund Fact Sheet, available at https://www.pimco.com/en-us/investments/mutual-funds/total-return-fund-ii/inst.

[37] As of March 31, 2015, the Principal LifeTime Strategic Income Fund holdings consisted of 73 percent in fixed income funds, 7 percent in real assets/other funds, 14 percent in domestic equity funds, and 6 percent in non-U.S. equity funds. Principal Funds, Inc. Prospectus (March 1, 2016).  *See also* Principal LifeTime Strategic Income Account Form N-1A, available at
https://www.sec.gov/Archives/edgar/data/898745/000089874515000800/pfi1031485a2016filingbody.htm#sBEEFD0BE40E82F778D1B37BFED0D61A0.

[38] Principal LifeTime Strategic Income Institutional Fund holdings, as of December 31, 2015, from Morningstar Direct.  As a basis for comparison, during the same period, the Principal LifeTime 2015 Fund allocated assets to: Principal Core Plus Bond Inst Fund (20.3 percent), Principal Short-Term Income Inst Fund (7.7 percent), Principal Global Div Inc Instl Fund (7.4 percent), Principal Bond Market Index Instl Fund (7.0 percent), and Principal Large Cap S&P 500 Index Inst Fund (6.6 percent), while the Principal LifeTime 2020 Fund allocated assets to:  Principal Core Plus Bond Inst Fund (18.5 percent), Principal Large Cap S&P 500 Index Inst Fund (7.9 percent), Principal Global Div Inc Instl Fund (6.4 percent), Principal Bond Market Index Instl Fund (5.6 percent), and Principal Diversified Intl Inst Fund (5.6 percent). Principal LifeTime 2015 and 2020 Institutional Fund holdings, as of December 31, 2015, from Morningstar Direct.

[39] Complaint, p. 16.

[40] Principal Core Plus Bond Inst Fund is in Morningstar's US Fund Intermediate Core-Plus Bond category; Principal Short-Term Income Inst Fund is in US Fund Short-Term Bond; Principal Inflation Protection Instl Fund is in US Fund Inflation-Protected Bond; Principal Bond Market Index Instl Fund is in US Fund Intermediate Core Bond; and

Fund invested approximately 74 percent of its portfolio in cash and fixed income securities in 2015.[41]

20.     In 2017, the Plan replaced the Principal LifeTime Strategic Income Fund with the Vanguard Target Retirement Income Trust II.  Similar to the Principal fund, the Vanguard Target Trust is a fund of funds, and as of 2019, the majority of its assets were allocated to the following funds:  Vanguard Total Bond Market II Index Instl (37.2 percent); Vanguard Total Stock Market Index Instl (18.1 percent); Vanguard Total International Bond Index Instl (15.7 percent); Vanguard Short-Term Inflation-Protected Securities Index Instl (16.8 percent); and Vanguard Total International Stock Index Instl (12.2 percent).[42]  Approximately 70 percent of the Vanguard Target Retirement Income Trust II was invested in fixed income securities in 2019.[43]  Therefore, either the Principal LifeTime Strategic Income Fund or the Vanguard Target Retirement Income Trust II were options available to Plan participants that would have allowed them exposure to the same type of bond funds identified in the Complaint.

21.     Contrary to the claims in the Complaint,[44] a MMF was and is an appropriate investment option for the Plan.  MMFs are low-risk mutual funds that "invest in high-quality, short-term

---

Principal Global Div Inc Instl Fund is US Fund Allocation – 15% to 30% Equity.  Available at https://www.morningstar.com.

[41] Principal LifeTime Strategic Income Fund holdings, as of December 31, 2015, Morningstar Direct.

[42] Vanguard Target Retirement Income Trust II Fact Sheet (December 31, 2019), available at https://retirementplans.vanguard.com/pe/pdfs/FS1471.pdf.  As a basis for comparison, during the same period, the Vanguard Target Retirement 2015 Trust II allocated assets to:  Vanguard Total Bond Market II Index Instl (35.1 percent); Vanguard Total Stock Market Index Instl (21.5 percent); Vanguard Total International Bond Index Instl (15.2 percent); Vanguard Short-Term Inflation-Protected Securities Index Instl (14.1 percent); and Vanguard Total International Stock Index Instl (14.07 percent), while the Vanguard Target Retirement 2020 Trust II allocated assets to:  Vanguard Total Bond Market II Index Instl (29.6 percent); Vanguard Total Stock Market Index Instl (30.1 percent); Vanguard Total International Bond Index Instl (12.9 percent); Vanguard Short-Term Inflation-Protected Securities Index Instl (7.6 percent); and Vanguard Total International Stock Index Instl (19.6 percent).  Vanguard Target Retirement 2015 and 2020 Trust II, available at https://institutional.vanguard.com/web/cfv/product-details/fund/1473.

[43] Vanguard Total Bond Market II Index Instl is in Morningstar's US Fund Intermediate Core Bond category; Vanguard Total International Bond Index Instl is in Morningstar's US Fund World Bond-USD Hedged category, and the Vanguard Short-Term Inflation-Protected Securities Index Instl is in Morningstar's US Fund Inflation Protected Bond category.

[44] For example, Complaint, p. 11-12.

debt securities."[45]  Reasons for investing in MMFs range from lowering an investor's portfolio risk to using it as a transitional vehicle when moving funds between longer-term assets.[46]

22.     MMFs are typically categorized as government (including Treasuries), prime, and municipal. Regardless of the type, these funds are characterized by short maturities and very low credit risk.[47]  Prime money market funds, such as the Vanguard Prime Money Market Fund held by the Plan, invests in "any eligible U.S. dollar-denominated money market instruments as defined by applicable U.S. Securities and Exchange Commission regulations (Rule 2a-7 of the Investment Company Act of 1940), including all types [of Treasury and Government securities] as well as commercial paper, certificates of deposit, corporate notes, and other private instruments from domestic and foreign issuers, as well as repurchase and, potentially, reverse repurchase agreements."[48]  For example, as of 2019, the Vanguard Prime Money Market Fund had approximately 59.5 percent of its investments in Yankee/foreign bonds denominated in U.S. dollars; 23.4 percent in U.S. Treasury Bills; 9.2 percent in U.S. government obligations; and the remainder in other short-term securities, including U.S. commercial paper, certificates of deposit, and others.[49]  Reflecting its low-risk level and short duration, the Vanguard Prime Money Market Fund is benchmarked to the FTSE 3-Month U.S. Treasury Bill Index.[50-51]

23.     Investors may choose to hold MMFs to meet short horizon investment objectives, such as preserving capital during heightened periods of stock market volatility.  Such capital preservation can allow the investor to re-enter the stock market when unusually volatile conditions subside, thus, enhancing their long-term returns.  As a 2015 State Street Global

---

[45] U.S. Securities and Exchange Commission, "Money Market Funds," available at https://www.sec.gov/answers/mfmmkt.htm.

[46] Fidelity, "What Are Money Market Funds," available at https://www.fidelity.com/learning-center/investmentproducts/mutual-funds/what-are-money-market-funds.

[47] Fidelity, "What Are Money Market Funds," available at https://www.fidelity.com/learning-center/investmentproducts/mutual-funds/what-are-money-market-funds.

[48] Fidelity, "What Are Money Market Funds," available at https://www.fidelity.com/learning-center/investmentproducts/mutual-funds/what-are-money-market-funds.

[49] Vanguard, "Vanguard Prime Money Market Fund Admiral Shares (VMRXX)," available at https://investor.vanguard.com/mutual-funds/profile/portfolio/vmrxx.

[50] Vanguard Prime Money Market Fund Summary Prospectus (December 20, 2018), available at https://www.sec.gov/Archives/edgar/data/106830/000093247118008426/sp066122018.htm.

[51] The FTSE 3 Month US T-Bill Index Series is intended to track the daily performance of 3-month US Treasury bills. FTSE Russell, "FTSE 3 Month US T-Bill Index Series," available at https://www.ftserussell.com/products/indices/3m-us-tbill.

Advisors report states "in moments of financial uncertainty, investors tend to flock to Treasuries for safety, as these instruments tend to hold or increase in value as market volatility increases."[52] For example, during recent fluctuations in the market that have been attributed to the global Coronavirus ("COVID-19") pandemic, participants may prefer protective MMFs instead of higher risk funds. In fact, some financial experts are currently recommending investing in MMFs.[53]

24.    Beside these short-term holdings of MMFs, longer-term holdings of MMFs can be optimal for investors with a high level of risk aversion (which may be due to their life circumstances—e.g., an uncertain retirement date, perhaps due to ongoing health problems) as well as being potentially useful for all investors as a diversification tool.[54]  That is, investors may use MMFs to help "offset typically greater volatility of bond and equity investments," and to provide stability to portfolios; as such, an allocation to a MMF can serve as a diversifying complement to allocations to risky asset classes—making investments in the risky assets possible without taking undue risks.[55]  In fact, the theory and practice of building an optimal portfolio, built on the foundation of Modern Portfolio Theory, assumes that a risk-free option is available to help investors diversify away from risky assets as their life situation as well as changing market conditions warrant.[56]  Since MMFs primarily invest in Treasuries or ultra-low-risk instruments,[57] they are usually the option in 401(k) plans that are the closest to this Modern Portfolio Theory's risk-free asset.

25.    Consistent with their importance in building a well-diversified portfolio, many 401(k) plans include MMFs as an investment option in their plans.  For instance, according to an Aon

---

[52] Mitchem, Kristi, and Smith, Barry, "To Preserve and Protect," State Street Global Advisors, 2015, p. 4.
[53] NPR Marketplace, "Markets turn up after Monday's Meltdown," March 10, 2020.
https://www.marketplace.org/shows/marketplace-morning-report/
[54] Fidelity, "What Are Money Market Funds?", available at https://www.fidelity.com/learning-center/investment-products/mutual-funds/what-are-money-market-funds.
[55] Fidelity, "What Are Money Market Funds?", available at https://www.fidelity.com/learning-center/investment-products/mutual-funds/what-are-money-market-funds.
[56] Bodie, Zvi, Alex Kane, and Alan Marcus, Investments, (8th edition, 2009), McGraw-Hill Irwin, Ch. 6, pp. 167-168.
[57] Fidelity, "What Are Money Market Funds?", available at https://www.fidelity.com/learning-center/investment-products/mutual-funds/what-are-money-market-funds.

Hewitt survey, 40 percent of the surveyed plans offered a MMF in 2015.[58]  A study by MetLife in 2017 showed that of the defined contribution plans surveyed, 52 percent offered a MMF option.[59] For defined contribution plans for which Vanguard served as the recordkeeper, approximately 72 percent of those plans offered MMFs as an investment option as of 2015.[60]  In 2018, Willis Tower Watson shared the result of a survey about 401(k) plan investment structures with the Committee.  The survey showed that 51 percent of plans offered a MMF.[61]

26.     The particular MMF used in the Plan, Vanguard Prime Money Market Fund, is offered by many other 401(k) plans.  For example, Anthem, Astra Zeneca, Berkshire Hathaway, Chevron, GlaxoSmithKline, Merck and Company, Starwood Hotels and Resorts Worldwide, State Street Corporation, and UBS Group offered the Vanguard Prime Money Market Fund in their 401(k) plans.[62]

27.     MMFs are investment options that almost never lose value because their mandate to invest in very low credit risk and short-duration securities.[63]  Other fixed income funds, including short-term bond funds, have prices that fluctuate daily, which means that participants who invest in these funds face a higher risk of losing money.  For instance, the Complaint provides, as an

---

[58] Aon Hewitt, *AHIC Stable Value Quarterly*, p. 15, Appendix A, June 30, 2017.  Further, the PSCA Annual Survey showed that approximately 46% of plans surveyed provided money market options in 2015. PSCA's Annual Survey of Profit Sharing and 401(k) Plans (2015), Table 51, p. 38.

[59] MetLife, 2017 Stable Value Study, A survey of plan sponsors, stable value fund providers, and advisors, p. 2.

[60] Vanguard, *How America Saves 2016*, Figure 58, p. 55. In the case of large employers, with 5,000 or more employees, 77 percent of the plans included a MMF option.  A more recent version of this survey from 2018 shows that approximately 65 percent of plans with greater than 5,000 employees use MMFs. Vanguard, *How America Saves 2018*, Figure 62, p. 62.  *See also* Deloitte, *2019 Defined Contribution Benchmarking Survey Report*, p. 16 (which notes that 63 percent of DC plans in 2019 offered MMFs).

[61] BBVA/Ferguson 002049, at -55 and 2017 U.S. Willis Towers Watson Defined Contribution Plan Sponsor Survey. The differences in the percentage of plans offering money market options across these surveys stems from the differences in the number and type of participant surveyed.  For instance, the MetLife survey has responses from 241 plan sponsors, while the Willis Towers Watson survey had responses from 346 plan sponsors.

[62] Form 5500 of these plans showing the Vanguard Prime Money Market Fund as an investment option are in my backup documents.

[63] MMFs have a goal to not lose money and to keep the net asset value ("NAV") at $1.  If a fund deviates more than $0.005 from $1, the fund can be repriced to something less than $1, which is called "breaking the buck."  U.S. Securities and Exchange Commission, "Updated Investor Bulletin: Focus on Money Market Funds," (Jan. 12, 2017), available at https://www.sec.gov/oiea/investor-alerts-bulletins/investor-alerts-mmf-investoralerthtm.html.  During the financial crisis of 2008, following the bankruptcy of Lehman Brothers, one money market fund, the Reserve Primary Fund, fell below $1, potentially sparking a crisis that MMFs would "break the buck."  The federal government stepped in the with Troubled Assets Relief Program ("TARP") to prevent runs on money market instruments. Amadeo, Kimberly, "Reserve Primary Fun, How It Broke the Buck Causing a Money Market Run," The Balance (November 15, 2018), available at https://www.thebalance.com/reserve-primary-fund-3305671.  The Vanguard Prime Money Market Fund did not lose value or break the buck during the 2008 financial crisis.

alternative investment choice to the Vanguard Prime Money Market Fund, the PIMCO Total Return Fund.[64]  Between April 5, 2013 and July 5, 2013, the PIMCO Total Return Fund lost approximately 6.4 percent of its value, whereas the Vanguard Prime Money Market Fund did not lose any value during that same period.[65]  It is clear from this example that the Vanguard Prime Money Market Fund served Plan participants well as a "risk-free" investment option, while the PIMCO Total Return Fund, hypothetically substituted in its place, would not.

28.     Another alternative investment option mentioned in the Complaint is the Stable Value Funds ("SVF"s).  Stable value funds are also often offered in 401(k) plans. The Plan offered a SVF, SEI Stable Value Fund, which was terminated.  I understand that although the termination was approved in Q2 2011, the Plan had to maintain the fund until August 2012.[66]  Many 401(k) plans offer MMFs but do not offer SVFs.  A Fidelity presentation to the Committee shows that, in 2014, 25.9 percent of plans considered as peer plans to the Plan utilized a MMF without a SVF.[67]  The same study shows that 23.7 percent of peer plans utilized a SVF without a MMF.

29.     SVFs have different risk and return characteristics from MMFs—as an asset class, SVFs are significantly riskier than MMFs.  Therefore, SVFs are not a close substitute for MMFs, and should not be considered as a replacement for MMFs without a careful appraisal of SVF's higher level of risk. Besides their higher level of risk, SVFs often are accompanied by various restrictions to how investors may use them.  For instance, many SVFs in DC plans allow a plan participant to re-enter an SVF (after selling it) only after a waiting period.  Such a restriction can impair the participant's ability to diversify against risk during the waiting period, thus potentially placing that participant's long-term retirement savings at a significantly greater level of risk than that desired by the participant.

30.     From a finance perspective, a higher expected return is required to compensate for these restrictions and risks.  Fidelity, one of the largest recordkeepers and investment managers,

---

[64] Complaint, p. 14.
[65] PIMCO Total Return Instl, available at www.morningstar.com.
[66] The consultant report from Q1 2012 stated that the Retirement Committee for the Plan confirmed termination of the SEI Stable Value Fund in Q2 2011, but was required to remain on the platform under contract until August 2012. Reasons cited for the termination of the SVF from the Plan menu included dramatic outflows, a market-to-book ratio below 1, concerns about the stability of principal, departures of key fund managers, and ranking in the lowest quartile of SVF peers over a five-year period.  ADM-Ferguson 000791, at -96.
[67] ADM-Ferguson 002425 at -28.

classifies stable value funds as higher investment risk options than MMFs.  An excerpt from a Fidelity plan document is shown below.[68]

Categories to the left have potentially more inflation risk and less investment risk

| Money Market | Stable Value | Bond | Balanced/Hybrid |
|---|---|---|---|
| • Fidelity® Money Market Trust Retirement Money Market Portfolio | • *Wells Fargo Stable Return Fund Class M | • *PIMCO Total Return Fund Institutional Class | • First Eagle Global Fund Class A |

31.    The Plan's own experience with the SEI Stable Value Fund highlights the riskier nature of SVFs.  In its evaluation of the fund, the Plan's consultant pointed out that: "The Fund's current Market to Book ratio is approximately 0.98.  This means that the Fund has approximately 98 cents of assets for every dollar the Fund guarantees to its shareholders.  As shareholders continue to redeem their shares for one dollar, the distinct threat exists that the Market to Book ratio of the Fund will fall lower.  In a worst case scenario, the assets of the Fund could fall to a level where the Fund is uninsurable and the Fund would liquidate at less than one dollar per share.  As described above, the current situation calls into question the stability of the principal for the SEI Stable Value Fund."[69]

32.    In the above situation, if shareholders become aware that their SVF may be "under water," a "bank run" can occur, which hurts those investors who are late in redeeming.  Suppose, for instance, that 10% of investors redeem at a book value of $1, when the market value of the SVF is $0.980.  The next day, we can expect the market value of the SVF to drop to $(0.98 - 0.1)/0.9 = $0.978$.   A "downward spiral" can develop, as other investors redeem due to the perceived (by investors) deteriorating stability of the "stable" value fund, which further reduces

---

[68] "Liberty Healthcare Corp: Make the most of your future," Fidelity, p. 4, available at http://www.libertyhealthcare.com/upload/130.pdf; "M1 Support: Make the most of your future," Fidelity, p. 4, available at http://www.m1services.com/M1%20Admin%20Documents/2010%20Fast%20Facts.pdf; "Vermont State Retirement System," Fidelity, Q2 2017, p. 16, available at http://www.vermonttreasurer.gov/sites/treasurer/files/VSERS/VSERSreports/ defined-contribution-plan-reports/VERMONT%20STATE%20RETIREMENT%20SYSTEM_2Q_2017.pdf.
[69] ADM-Ferguson 000791, at -96.

Privileged and Confidential

this market value. That is, investors can be expected to redeem at $1 when they realize that the per-share market value of the fund has dropped below $1, and is likely to continue dropping due to other investors redeeming (a classic "bank-run" situation).  While "wrap contracts" purchased from insurers can prevent or slow this downward spiral, there are limits to their ability or contractual obligation to do so (I discuss this issue further below).

33.     SVFs provide higher expected returns by investing in relatively riskier assets than money market instruments, as evident from the differences in their underlying investments – in terms of composition, quality, and maturity.  MMFs are required to invest exclusively in high-quality, short-term securities, such as U.S. Treasuries, commercial paper, and repurchase agreements.[70] They must maintain a dollar-weighted average portfolio maturity of no more than 60 calendar days.[71]  SVFs, on the other hand, invest in assets that have a longer maturity, with an average duration typically between two and five years.[72]  Part of SVFs' value proposition relative to MMFs comes from "investing at durations sufficiently long to capture the term premium."[73] Longer duration bonds carry higher interest rate risk compared to short-term bonds (see, e.g., Fama and French, 1993).[74]  The risk comes from the basic fact that over a longer time period, there is more risk than interest rates could rise and cause the bond's price to fall.  Moreover, a stable value fund can hold below-investment-grade assets, in an attempt to generate higher

---

[70] According to a Vanguard report, "Money market mutual funds are SEC-registered investment funds that invest in very short-term, high-quality securities. The amount of income a shareholder may receive from these securities largely depends on the current interest rate environment for such investments. The funds are designed to provide maximum liquidity to investors, and thus are considered one of Vanguard's most conservative investment options. The liquidity requirements imposed on money market funds by the SEC in May 2010 reinforced this purpose by requiring all the funds to hold at least 30 percent of their total assets in securities that can be converted to cash within the following five business days (liquid assets). Also, taxable money market funds must hold at least 10 percent of their total assets in securities that can be converted to cash by the next business day" (Dorfler, Mark D., "Money Market Reform and Stable Value: Considerations for Plan Fiduciaries," Vanguard, August 2016, p. 2).  In contrast, bond funds or SVFs have no such stringent liquidity requirements.

[71] Investment Company Institute, "Frequently Asked Questions About Money Market Fund N-MFP Data," available at https://www.ici.org/pubs/faqs/ci.faqs_nmfp.print.

[72] "Management Principles," Stable Value Investment Association, https://www.stablevalue.org/knowledge/management-principles.

[73] David F. Babbel and Miguel A. Herce (2018), *Stable Value Funds Performance*, RISKS ("Babbel and Herce").

[74] Fama, Eugene F. and Kenneth R. French, "Common Risk Factors in the Returns on Stocks and Bonds," Journal of Financial Economics 33, (1993), pp. 3-56.

expected returns from holding more credit risk.[75]  A Government Accountability Office ("GAO") report points out that between 2005 and 2007, "many stable value funds began including riskier assets that had been traditionally included in stable value portfolios – including highly rated corporate bonds, mortgage-backed securities, and asset-backed securities, at the expense of Treasuries – in an effort to increase participants' return and to attract more investors."[76]  A 2012 Vanguard research report also recognizes such assets as part of a stable value fund portfolio.[77]

34.     A comparison of the investment portfolio of the Vanguard Prime Money Market Fund with the Vanguard Retirement Savings Trust III (Vanguard's SVF) confirms the differences in the underlying assets.[78]  For example, Vanguard's SVF invests nearly 65 percent of its portfolio in commercial paper, mortgage backed securities, and asset backed securities while these securities are only 1.2 percent of Vanguard Prime Money Market Fund's portfolio.[79]  The average duration of Vanguard's SVF is 3 years, while the Vanguard Prime Money Market Fund has average maturity of 36 days.[80]

35.     Different from typical bond funds, SVFs smooth gains and losses on the market value of the underlying portfolio over time.[81]  That is, stable value funds aim to credit a positive return distribution to investors, even when their underlying investments may lose value.  However, this smoothing does not come for free.  When SVFs provide a higher return that the actual return of

---

[75] Stable Value Investment Association, "Management Principles," https://www.stablevalue.org/knowledge/management-principles. *See also* Fama, Eugene F. and Kenneth R. French, "Common Risk Factors in the Returns on Stocks and Bonds," Journal of Financial Economics 33, (1993), pp. 3-56.
[76] GAO, "401(k) Plans: Certain Investment Options and Practices That May Restrict Withdrawals Not Widely Understood," March 2011, p. 25.
[77] LaBarge, Karin Peterson, "Stable Value Funds: Considerations for Plan Sponsors," Vanguard, July 2012, p. 3.
[78] Vanguard, "Vanguard Prime Money Market Fund Admiral Shares (VMRXX)," available at https://investor.vanguard.com/mutual-funds/profile/portfolio/vmrxx; Vanguard, "Vanguard Retirement Savings Trust III," available at https://institutional.vanguard.com/VGApp/iip/site/institutional/investments/portfoliodetails?fundId=0340.
[79] Vanguard, "Vanguard Prime Money Market Fund Admiral Shares (VMRXX)," available at https://investor.vanguard.com/mutual-funds/profile/portfolio/vmrxx; Vanguard, "Vanguard Retirement Savings Trust III," available at https://institutional.vanguard.com/VGApp/iip/site/institutional/investments/portfoliodetails?fundId=0340. The fund invested 1.2 percent of its portfolio in U.S. commercial paper.
[80] Vanguard, "Vanguard Prime Money Market Fund Admiral Shares (VMRXX)," available at https://investor.vanguard.com/mutual-funds/profile/portfolio/vmrxx; Vanguard, "Vanguard Retirement Savings Trust III," available at https://institutional.vanguard.com/VGApp/iip/site/institutional/investments/portfoliodetails?fundId=0340.
[81] Colvin, Kristen and Christine Loughlin, "A Closer Look at the Capital Preservation Funds Used Within Defined Contribution Plans," NEPC, December 2008, p. 2.

Privileged and Confidential

the underlying portfolio, they will have to pay lower returns than the returns on the underlying investments in the future.  Therefore, future contributions from new or remaining participants in the SVF could be at risk of earning lower returns.[82]  SVFs are able to smooth investor returns, in part, because they buy an insurance contract (known as a "wrap contract").[83]  The insurance allows SVFs to use book-value, rather than market-value, accounting.[84]  Based on the type of contract, the book value fluctuates much less often if the rate of return is fixed, indexed, or periodically reset.[85]  Though smoothing generates lower standard deviation (a common measure of risk) of SVF returns, this measure ignores the additional risk and restrictions that accompany the wrap contract and, in doing so, does not appropriately represent the benefits and risks of SVFs relative to MMFs.

36.    Wrap contracts cannot eliminate the risk for plan participants.  There are situations where the wrap provider would not be obligated or able to honor the promised rate.  One instance when a wrap contract does not protect the participant is if an underlying security is downgraded.[86]  Based on a specific fund's stipulations, some wrap contracts may terminate or discontinue their obligations should certain plan or employer-initiated events occur.  These could include bankruptcy, spin-offs, division sales, mergers, group layoffs, changes to the plan lineup, changes in employer matching, or certain actions by the plan that may cause participants to withdraw investments from the fund.[87]  In these instances, participants' investments in a stable value fund may suffer losses.  For example, when Chrysler LLC declared bankruptcy, the stable value fund offered in the company's retirement plan received only $0.89 on the dollar.[88]  Similarly, Lehman Brothers' employees lost the insurance wrap on their investments in the Invesco Stable Value

---

[82] GAO Report, pp. 26–27.

[83] Another buffer that helps SVFs to smooth returns is that a dropping market value of underlying investments increases the promised yield. However, such a higher promised yield can be compromised by the increased risk that the promised yield is not realized.

[84] Dorfler, Mark D., "Money Market Reform and Stable Value: Considerations for Plan Fiduciaries," Vanguard, August 2016, p. 2.

[85] GAO Report, p. 12.

[86] Stable Value Investment Association, "Stable Value FAQ," 2013, p. 2.

[87] Colvin, Kristen and Christine Loughlin, "A Closer Look at the Capital Preservation Funds Used Within Defined Contribution Plans," NEPC, December 2008, p. 6. Rudolph-Shabinsky, Ivan and C. Jason Psome, "Managed Synthetics," in "The Handbook of Stable Value Investments," Frank J. Fabozzi, New Hope, Pennsylvania: Frank J. Fabozzi Associates, 1998, pp. 142–143.

[88] Doherty, Jacqueline, "Don't Judge This Strategy by Its Name," Barron's, April 6, 2009.

Fund after their employer filed for bankruptcy and, consequently, lost value on those investments following a fall in bond prices in December 2008.[89]

37.   Plan participants in stable value funds are also exposed to counterparty risk, i.e., the risk of failure of the insurer.  There have been instances in the past where wrap providers have adversely affected SVFs, either by failing (e.g., the failure of three traditional GIC providers in the insurance industry in the 1990s: Executive Life, Confederation Life, and Mutual Benefit Life),[90] by appearing to fail (e.g., AIG during the financial crisis), or by simply exiting the business (e.g., BS and Rabobank Group).[91]  In addition, during the financial crisis, several wrap providers declined to enter into new contracts, limited deposits, or raised their fees, making it difficult for stable value funds to obtain coverage at a time when such coverage had become more important.[92]  Several wrap providers experienced a credit rating downgrade between December 2007 and June 2009 causing concern amongst plan sponsors.[93]  Concerns about rising wrap fees and challenges with wrap availability were reasons that Hewlett-Packard Co. removed the stable value option from its plan in 2011.[94]

38.   Other than differences in risk, SVFs typically place restrictions on the actions of plans and plan participants that MMFs do not.  Specifically, SVFs can limit the ability of  plan participants to move balances between different investment options in the plan, can restrict the set of funds that can be made available in a plan lineup, and can affect the timing of when a plan can replace the SVF.[95]  Such mechanical constraints on liquidity impose additional costs on

---

[89] Employee Benefits Security Administration, "Advisory Council Report on Stable Value Funds and Retirement Security in the Current Economic Conditions," Department of Labor, 2009.

[90] McWeeny, Patricia E. "GICs: A Life Insurance Credit Perspective," in "The Handbook of Stable Value Investments," Frank J. Fabozzi, New Hope, Pennsylvania: Frank J. Fabozzi Associates, 1998, p. 250.

[91] Kelleher, Dennis M., Stephen W. Hall, and Wallace C. Turbeville, "Re: Stable Value Contract Study," Better Markets Inc., September 26, 2011; "Market Recap," Bellweather Consulting, September 30, 2008, p. 6; Nash, Jeff, "Stable-value Wrap Coverage Disappearing," *Pensions & Investments*, August 10, 2010.

[92] Vanguard, Stable Value: Navigating the 2008 Credit Crisis, March 2011, p. 10.

[93] Bremen, Ross and Brian Donoghue, "Stable Value on the Brink, But Surviving: The 2008-2009 Experience," NEPC, July 2009, Exhibit 3, p. 3.

[94] Steyer, Robert, "HP uses merger to improve DC plan," *Pensions & Investments*, November 14, 2011.

[95] Fabozzi, Frank (ed.), *The Handbook of Stable Value Investments*, Wiley, 1998, p. 29–32; LaBarge, Karin Peterson, "Stable Value Funds: Considerations for Plan Sponsors," Vanguard, July 2012, pp. 2–3.  These restrictions aim to slow withdrawals for investment in competing instruments in rising interest rate environments, or to lower the risk of a "run" during volatile market conditions.

stable value fund investors without directly resulting in enhanced expected returns.[96]  Such costs can include the inability of a plan participant to quickly reduce risk, whether that risk emanates from within the SVF or outside of it.  MMFs, on the other hand, do not impose any of these restrictions.

39.     An "equity wash" is a common restriction, which typically requires SVF investors to invest any withdrawn funds into a non-competing option, such as an equity fund, for a specific period (e.g., 90 days) before the investor can transfer the funds into a competing option.[97]  The purpose of this restriction is to deter participants from rapidly exploiting interest rate fluctuations among "competing" options (which could include MMFs or other short-term fixed income options), because (as I have described above) such rapid movements of investor flows unduly impair the returns of other long-term investors in SVFs.[98]  Further, to avoid this contractual restriction, as a practical matter, plan sponsors may need to remove "competing funds" from their plan's investment lineups.  Further exacerbating this mechanical restriction imposed by an SVF provider, there is often a long notice period should a plan decide to discontinue its stable value fund from its lineup.[99]

40.     These mechanical restrictions on the liquidity of SVF investments may impose costs on plan participants. Such liquidity restrictions mean that plans and participants may be unable to respond to poor SVF performance or move funds to a safer investment that they may prefer.

---

[96] Illiquidity lowers an asset's value in an investment portfolio, thereby imposing a cost. While illiquid assets might be expected, therefore, to pay a higher expected return, illiquidity based on mechanical constraints (such as those that often occur in SVFs) would not generate such higher expected returns. For evidence that illiquid securities in the marketplace normally pay higher expected returns, *See* Amihud, Yakov, and Mendelson, Haim (1991), "Liquidity, Maturity, and the Yields on U.S. Treasury Securities," The Journal of Finance, vol. XLVI, no. 4, September, p. 1411.

[97] Fabozzi, Frank (ed.), *The Handbook of Stable Value Investments*, Wiley, 1998, p. 30. For example, the JPMorgan Stable Value Fund allows the fund to be "transferred into a stock fund, a balanced fund, or a bond fund with an average duration of more than four years as often as [the] plan allows. However, once the money is transferred into such a fund, it must remain there for 90 days before [one] can transfer it into a shorter-term bond or money market fund." *See* Vanguard, "JPMorgan Stable Value Fund," March 31, 2018.

[98] GAO Report, pp. 28-29.

[99] According to Vanguard, "[i]t might be difficult to exit a stable value fund if the plan fiduciary decides that a different stable value manager or a different type of principal-protection fund would be more suitable for the plan. Plan-level transactions in stable value funds generally require at least 12 months of advance notice to the manager and, for some types of stable value options, may have to be paid out over a period of several years; also, the manager might even require the plan to pay a market-value adjustment, regardless of advance notice, thus limiting the plan fiduciary's ability to reposition the plan's investment lineup" (Dorfler, Mark D., "Money Market Reform and Stable Value: Considerations for Plan Fiduciaries," Vanguard, August 2016, p. 6).

Restrictions on the plan from offering a SVF may also prevent plans from offering preferred investment menus for its participants.  The standard deviation of SVF returns, as a risk measure, does not capture these downsides, even ignoring the fact that SVF returns are smoothed by the SVF provider through paying interest to investors even when the underlying SVF investments have suffered negative returns.

41.     Thus, SVFs are complex vehicles and their complexity is compounded by the various restrictions and stipulations that accompany them.  This added complexity also makes it more difficult for a plan fiduciary to explain these investment options to plan participants so that they can better choose their investments in an informed manner.  The ERISA Advisory Council cautions, "plan participants often view Stable Value Funds as the effective equivalent of a money market fund without appreciating the important differences.  Many participants do not understand the difference between book value and market value and potential risks related to a fair market value adjustment upon the occurrence of an employer-initiated event, if and when it would occur.  Many participants also do not understand that payment of plan funds invested in Stable Value Funds could be a delayed [sic] upon the occurrence of an employer-initiated event."[100]  State Street Global Advisors' report echoes this sentiment, and notes "Because of their many complexities, stable value funds are characterized by some as sophisticated investment vehicles for an unsophisticated audience."[101]

42.     The Complaint claims that SVFs would have provided higher returns than MMFs as well as maintaining the capital preservation feature of a money market fund.[102]  As discussed above, SVFs invest in longer-term and relatively riskier securities compared to MMFs, and accordingly, SVFs must pay higher expected returns on average, as per Modern Portfolio Theory.  However, compared to long-run expected returns, actual SVF returns are not always higher than MMF returns over shorter, multi-year time periods.

43.     MMFs are likely to outperform SVFs under certain economic conditions, such as when short-term interest rates are rising and short-term interest rates are higher than longer-term

---

[100] Employee Benefits Security Administration, "Advisory Council Report on Stable Value Funds and Retirement Security in the Current Economic Conditions," Department of Labor, 2009.
[101] Mitchem, Kristi, and Smith, Barry, "To Preserve and Protect," State Street Global Advisors, 2015, p. 5.
[102] Complaint, p. 16.

Privileged and Confidential

interest rates (i.e., an inverted yield curve).  As interest rates increase, more recently issued bonds will pay a higher level of interest (through coupons and price appreciation) compared to older-vintage bonds in a portfolio—relative to the original price paid for the bond.  In such an environment, a fund that invests in short-term bonds will have an advantage over a fund that invests in longer-term bonds through the simple fact that the short-term fund will more frequently replace old-vintage bonds with new-vintage bonds, thus "keeping up" with rising interest rates.  As Vanguard explains, "[a]fter a sharp increase in rates, current market yields for money market funds and other short- and intermediate-term bond funds may look relatively more attractive than the stable value fund's downward-trending book-value yield.  This is because the yield of stable value funds follows the trend in current market interest rates, but with a lag."[103] For instance, during the 2006–2007 period of higher short-term than long-term yields, MMFs outperformed SVFs.[104]  Also, more recently returns of MMFs and SVFs have been relatively comparable.  In fact, some MMFs have achieved higher returns than some SVFs.  For example, the Vanguard Prime Money Market Fund has outperformed the Fidelity Stable Value Fund on a one- and three-year basis, and is approximately even with the SVF year-to-date, as shown below.[105]

---

[103] Vanguard, Stable Value: Navigating Past the 2008 Credit Crisis, March 2011, p. 9.
[104] Vanguard, Stable Value: Navigating Past the 2008 Credit Crisis, March 2011, p. 9.
[105] ".. [R]ising interest rates are creating problems for some of the largest stable value funds, which reflect in rates paid to participants that are less than money market funds and bank deposits. Participants in 401(k) plans may need to reallocate to money funds or FDIC insured deposit alternatives. For example, Wells Fargo Stable Value Fund, one of the largest with about $26 billion in assets, currently has about the same yield as a comparable Fidelity Money Market Fund, based on most recently reported Wells Fargo data as of Nov. 30 and Fidelity data as of Jan. 15…Other major stable value funds such as Morley Capital Management have had similar, and in some cases, worse results." "Commentary: Time to allocate out of stable value funds?" Pensions&Investments, March 11, 2019. https://www.pionline.com/article/20190311/ONLINE/190319999/commentary-time-to-allocate-out-of-stable-value-funds

Privileged and Confidential

# Recent Returns of Vanguard MMF vs. Fidelity SVF
## As of 3/4/2020

|  | 2020 YTD[1] | 1 year | 3 year[2] |
|---|---|---|---|
| Vanguard Prime MMF | 0.30% | 2.29% | 1.79% |
| Fidelity SVF | 0.34% | 2.03% | 1.75% |

Source: Vanguard, "Vanguard Prime Money Market Fund Admiral Shares (VMRXX)"; Fidelity, "Stable Value Fund."

Note:
[1] 2020 Year to Day returns are as of 3/4/2020.
[2] Three year returns are geometric averages over 2017-2019.  A geometric average is calculated as the series product of 1 plus the annual return over three years raised to the 1/3 power.

44.     Further, even if the fiduciaries introduced a SVF in addition to a MMF to the Plan, it is not certain that participants would have moved their investments from the Vanguard Prime Money Market Fund to the SVF.  The BB&T Bank[106] 401(k) plan is an example of a plan that offered a MMF, then introduced a SVF.  According to the BB&T 401(k) Savings Plan's ("BB&T Plan") public filings, the BB&T Plan offered the Federated Treasury Obligations Fund and added the Morley Stable Value Fund in 2012.[107]  After the introduction of the SVF to the BB&T Plan, participants did not move a significant amount of money from the MMF to the SVF.  The MMF balance decreased by only $4.4 million (less than four percent of the existing fund balance) after the introduction of the Morley Stable Value Fund in 2012.[108]  For the BB&T plan, the decrease in the MMF balance is 21 percent by 2018, approximately six years after the addition of the SVF. Further, this decline in the balance of the MMF after the addition of the stable value fund may not be directly related to the introduction of the SVF.  Since 2009, U.S. financial markets have experienced one of the longest "bull markets" in history; therefore, the decline in MMF

---

[106] BB&T Bank is now Truist Financial Corp.

[107] BB&T Corporation 401(k) Savings Fund Form 11-K for the fiscal year ended December 31, 2011 and December 31, 2010, and BB&T Corporation 401(k) Savings Fund Form 11-K for the fiscal year ended December 31, 2013 and December 31, 2012. Federated Treasury Obligations Fund "complies with Rule 2a-7 definition of a government money market fund."  Federated Hermes, "Federated Treasury Obligations Fund," available at http://www.federatedinvestors.com/FII/mutualfunds/details/overview.do?fundshareid=61&basketid=329.

[108] In fact, this decline is less than the decline of the MMF balance during the prior two years, i.e., prior to the introduction of the stable value fund. That is, the MMF's balance declined by $15.6 million (over 11 percent) between 2009 and 2010, and by $6.4 million (over 5 percent) between 2010 and 2011.

Privileged and Confidential

investments could be driven by investors reallocating to other investment options, rather than simply substituting MMF investments with SVF investments.  That is, rather than moving their allocation from MMFs to a higher risk, higher expected return SVF, plan participants may have opted for even higher risk/reward options.  Although BB&T Plan investments in the MMF option has declined from 2009, since 2014, the investments have ranged between $88 million to $96.7 million.[109]

45.     In short, from a finance and investment perspective, it was appropriate to offer a MMF in the Plan.  The alternative options mentioned in the Complaint do not have the same risk and return profile as a MMF and are not substitutes for MMF.  In addition to the MMF, the Plan offered many other investment options that allowed participants to gain exposure to bonds with various durations.  Although the Plan did not offer a SVF, it is my opinion that a SVF was not necessary for participants to construct a well-diversified portfolio.

## V.     Claims Regarding Use of Active Management

46.     The Complaint claims that it was not appropriate to offer actively managed funds in the Plan because active management is not able to deliver higher net-of-fee returns than their benchmark indices and that most participants would have been better off investing in index funds that have lower fees.[110]

47.     I disagree.  It was reasonable for the Plan to offer both actively managed funds as well as passively managed index funds, as I describe next.

48.     Plan sponsors can offer participants two broad asset management approaches – active management and passive management.  Under active management, the fund manager follows a strategy, choosing individual securities, sectors, or asset classes to achieve a specific goal such as exceeding the fund's benchmark performance or achieving a lower risk.  In contrast, a fund manager with a passive investment approach invests in the same, or similar, securities that

---

[109] BB&T Corporation 401(k) Savings Fund Form 11-K for the fiscal years ended December 31, 2014, December 31, 2015, December 31, 2016, December 31, 2017, and December 31, 2018.
[110] *See*, generally, Complaint pp. 23-30.

comprise a designated benchmark in an attempt to replicate the benchmark's performance.[111] The manager of a passively managed fund generally conducts no research on the attractiveness of particular securities, sectors, or asset classes at a particular point in time and does not attempt to select individual securities, exploit mispricing, or exceed the benchmark.  Instead, the passive manager merely attempts to provide the same return as a predefined index at a relatively low fee level.[112]  For the reasons discussed above, passively managed funds generally have lower investment management fees than actively managed funds.  Actively managed funds give investors the opportunity to achieve higher returns than their benchmarks while passively managed funds typically underperform their benchmark index returns because they invest in a way to replicate the composition of the index, but still charge investment management and administrative fees, and incur transaction costs – none of which are reflected in the index's returns.[113]

## A.      Insights from Academic Research

49.      Whether active management provides superior returns over the long term relative to passive management is a topic of ongoing debate in both the investment management industry and academia.  Academic research shows that active portfolio management can provide investments with different risk profiles than passive management resulting in different returns. Research also shows that active management can outperform passive management.  For example,

---

[111] "Passive equity portfolio management typically holds stocks so the portfolio's returns will track those of a benchmark index over time."  Frank K. Reilly and Keith C. Brown, Investment Analysis and Portfolio Management, p. 550 (10th ed., 2011).

[112] There are impediments to providing this "return of the average investor."  For instance, a passively managed fund must trade all of the components of an index – if it attempts to perfectly replicate the index – anytime that money enters or leaves the fund, or when investors reinvest their cash dividends.  At times, this can incur substantial trading costs that are shared among all fund investors, especially if some of the index components have limited liquidity in the marketplace.  As an example, broad market index funds do not invest in the entire securities market (e.g., all stocks in the U.S.), because doing so would be prohibitively costly – as there are a very large number of securities that are traded publicly, but have quite limited liquidity, making them very costly to trade.  Thus, passive funds seldom deliver the "average return" of all investors in the market.

[113] An index fund tracks the performance of a specific benchmark or index, such as the S&P 500 Index.  A passive fund manager buys all or a representative sample of the underlying securities tracked by the index.  Managers of index funds will only alter the portfolio composition when funds are added to or removed from the underlying index. Vanguard, "What is an Index Fund?" available at https://investor.vanguard.com/index-funds/what-is-an-index-fund.

active managers have been successful in taking advantage of divergent markets (i.e., when there is greater dispersion in individual stock performance).[114]

50.     Further, actively managed funds can outperform passively managed funds during most periods, regardless of the macroeconomic conditions.[115]  My 2011 "meta-study" of a large body of academic research conducted over decades concludes that active managers may outperform passive management when one considers (1) the macroeconomic environment; (2) the fund and management company characteristics, such as size; (3) the size of the "bets" of the portfolio manager away from the benchmark; and (4) the characteristics of the portfolio manager, such as the manager's education and experience.[116]  Another study identified that funds managed by large institutions outperform funds managed by smaller institutions.[117]  Other studies find that for longer-term active managers ("patient" investors), with high active share portfolios outperform funds that trade frequently.[118]  A more recent survey of the current academic literature by Cremers et al. finds substantial evidence that actively managed funds may outperform equivalent passively managed funds, and that some of this outperformance is attributable to increased manager skill, concentration of the fund's portfolio, stock selection ability, market conditions, among others.[119]

51.     Nobel laureate Joseph Stiglitz and Sanford Grossman highlight that stock prices cannot perfectly reflect all of the available information because information acquisition is costly; therefore, active managers who expend resources to gather information should be expected to earn returns to compensate for that effort.[120]  This theoretical result predicts the empirical results

---

[114] *See* Joseph G. Paul, "No Time to Be Passive – Get Active Now," Alliance Bernstein (January 2009).

[115] Robert Jones and Russ Wermers, "Active Management in Mostly Efficient Markets," Financial Analyst Journal 67, (Nov. /Dec. 2011), pp. 29-45. ("Jones and Wermers (2011)")

[116] Jones and Wermers (2011).

[117] Chen, Joseph, Harrison Hong, Ming Huang, and Jeffrey Kubik (2004), "Does Fund Size Erode Mutual Fund Performance?  The Role of Liquidity and Organization," American Economic Review 94, pp. 1276-1302.

[118] Cremers, Martijn and Ankur Pareek, "Patient Capital Outperformance: The Investment Skill of High Active Share Managers Who Trade Infrequently," Journal of Financial Economics 122, pp. 288-306. *See also*, Wallick, Daniel, Jeffrey Johnson, Brian Wimmer, Alexis Gray, and James Balsamo, "Keys to Improving the Odds of Active Management Success," Vanguard Research (June 2015).

[119] Cremers, Martijn, Jon Fulkerson, and Timothy Riley, "Challenging the Conventional Wisdom on Active Management: A Review of the Past 20 Years of Academic Literature on Actively Managed Mutual Funds," Working paper, University of Notre Dame (April 18, 2019).

[120] Sanford J. Grossman and Joseph E. Stiglitz, "On the Impossibility of Informationally Efficient Markets," American Economic Review (June 1980), pp. 393, 403-404.

of my meta-study mentioned above, i.e., many active managers should and do outperform passive managers over the long run.

52.    There is further evidence that active management is especially effective in adding excess returns in markets that are less informationally efficient.  This finding implies that active managers are more effective in achieving excess returns in, for example, small cap stocks or emerging market stocks, because these stocks are often under-researched and relatively more likely to be mispriced than large-cap stocks.[121]  However, even in core areas of the market, such as large-cap stocks, some active managers can outperform their benchmarks due to behavioral investing mistakes of individual investors.[122]

53.    Research also finds support for actively managing the allocation of assets to funds, using tactical asset allocation strategies, which shift between stock and bond funds during different market conditions.  Many academic studies show that asset allocation based on macroeconomic conditions can be profitable.[123]  One study documents the predictability of returns using past information variables and argue that this predictability means that active asset allocation strategies can outperform passive strategies.[124]

54.    In sum, the academic literature suggests that, although investors may obtain lower fees through passively managed funds, they may earn superior returns from investing in a segment of active funds that carefully analyzes information on securities, sectors, and under certain macroeconomic conditions.  Excess returns on active funds are especially attractive in areas of

---

[121] For example, Allen (2005) find that "[a] portfolio that earned the average return for a broad universe of institutional small-cap U.S. equity managers in each quarter over the 20 years ended June 30, 2004, would have outperformed the Russell 2000 by over 500 basis points per year… Over the same period, the median small-cap manager outperformed the Russell 2000 in every rolling three-year period.  By contrast, a portfolio that earned the average return for a broad universe of large-cap U.S. equity managers over the last 20 years would have underperformed the Russell 1000 by 30 basis points, and the median large-cap manager would have beaten the index in only 35 percent of the rolling three-year periods."  Gregory C. Allen, "The Active Management Premium in Small-Cap U. S Equities," Journal of Portfolio Management, Spring 2005, p. 10.

[122] Kent Daniel and Kent Womack, Behavioral Finance, book chapter published in Handbook of Modern Finance, Section B1, 1-30 (2001); Terrence Odean, "Effect of Behavioral Biases on Market Efficiency and Investors' Welfare," CFA Institute, March 2007.

[123] Shmuel Kandel and Robert F. Stambaugh, "On the Predictability of Stock Returns:  An Asset-Allocation Perspective," Journal of Finance (June 1996).  *See also* Donald B. Keim and Robert F. Stambaugh, "Predicting Returns in the Stock and Bond Markets," Journal of Financial Economics (December 1986).

[124] Magnus Dahlquist and Campbell R. Harvey, "Global Tactical Asset Allocation," The Journal of Global Capital Markets, Spring 2001, p. 8.  *See also* Foresti, Steven and Thomas Toth, "Incorporating Active Management…Over Active Imagination," Wilshire Consulting (June 28, 2006). ("Wilshire Study").

Privileged and Confidential

the market that are less efficient.  Furthermore, asset allocation can deliver superior returns based on academically-proven macroeconomic indicators.

### B.        Common Practice in 401(k) Plans

55.      Actively managed funds are commonly offered in 401(k) plans, reflecting the preference of many plan participants for actively managed funds.  According to a 2019 survey conducted by Deloitte Consulting, 86 percent of 401(k) plans offered actively managed global/international equity, while 84 percent of plans offered actively managed domestic equity.[125]  Research by the Investment Company Institute ("ICI") shows that for each year between 2013 and 2016, investment in index funds comprised of only approximately 30 percent of the total mutual fund assets under management by all defined contribution plans within the U.S.[126]  Moreover, a survey by the Callan Institute noted that less than 10 percent of plans were likely to move some or all of their actively managed funds to index funds.[127]  A Vanguard study notes that for plans in which Vanguard serves as the recordkeeper, only three percent of those plans offer an all-index investment menu.[128]

56.      It is generally accepted that certain markets are more efficient while other markets have more frictions.  In the most efficient parts of the market, such as for large cap securities (e.g., the S&P 500 Index), the use of indexing is more prevalent and should be expected to be so, as I have discussed above.  The Plan followed this pattern and had, as an investment option, the Vanguard Institutional Index Fund, alongside the Dodge & Cox Stock Fund, throughout the relevant period—thus providing both a passive and an active option in the large-capitalization U.S. equity asset class.[129]  This offering is consistent with the menus of many other plans.  Specifically, one survey shows that approximately 45 percent of plans offered both an actively managed and an

---

[125] Deloitte, "2019 Defined Contribution Benchmarking Survey Report," p. 16.
[126] BrightScope/ICI, "Defined Contribution Plan Profile: A Close Look at 401(k) Plans: 2016," (June 2019), p. 39.
[127] Callan Institute, "2020 Defined Contribution Trends Survey," p. 46.
[128] Vanguard, How America Saves: 2019, p. 64.
[129] ADM-Ferguson 000210, at -16.

indexed U.S. Large Cap Equity option.[130]  More recently, there has been an increased use of passive management for exposure to other parts of the market, such as mid- and small-cap U.S. stocks.[131]  Consistent with this trend, the Plan substituted the Vanguard Small Cap Index Fund, a passively managed fund, for the Aston/TAMRO Small Cap I Fund, an actively managed fund, during the relevant period.

57.     Moreover, surveys have shown that, for plans having both actively managed and index options, plan participants do not all eschew actively managed funds in favor of passively managed index options.  Although 91 percent of plans offered and 98 percent of participants had access to index funds as part of their investment menu as of 2016, only 33 percent of aggregate plan assets were invested in index funds, suggesting that when both active and index investment are available, index funds do not dominate plan participant investment choices.[132]  The Plan offered both the Dodge & Cox Stock Fund and the Vanguard Institutional Index, each benchmarked to the S&P 500 Index during the relevant period as stated in the Complaint.[133]  The total Plan investments were approximately $110 million and $54 million, on average, in the Dodge & Cox Stock Fund and the Vanguard Institutional Index, respectively, suggesting that Plan participants preferred the actively managed large cap stock fund to the index fund following a similar strategy, even though the index fund had a lower total expense ratio between 2013 and 2019.[134]

58.     It is my opinion, from a finance and investment perspective, that it was and is appropriate for the Plan to offer both actively managed options and passively managed options as part of the investment menu.

---

[130] BBVA/Ferguson 002049, at -55 and 2017 U.S. Willis Towers Watson Defined Contribution Plan Sponsor Survey.  In comparison, in 2014, 39 percent of plans offered both actively managed and index U.S. Large Cap Equity options.  BBVA/Ferguson 001563, at -84 and Towers Watson 2014 U.S. DC Plan Sponsor Survey.

[131] BBVA/Ferguson 002049, at -55 2017 U.S. Willis Towers Watson Defined Contribution Plan Sponsor Survey (which shows that approximately 63 percent of plans offer only a passively managed small/mid-cap offering or offer a mix of both active and passive funds, compared to 52 percent as of 2014). *See also* BBVA/Ferguson 001563, at -84 and Towers Watson 2014 U.S. DC Plan Sponsor Survey.

[132] BrightScope/ICI, "Defined Contribution Plan Profile: A Close Look at 401(k) Plans: 2016," (June 2019), p. 39.

[133] Complaint, p. 33, Figure 6.

[134] *See, e.g.,* ADM-Ferguson 001615; BBVA/Ferguson 000081; BBVA/Ferguson 000364; BBVA/Ferguson 000836; BBVA/Ferguson 000629; BBVA/Ferguson 001085; BBVA/Ferguson 001366; BBVA/Ferguson 001455; BBVA/Ferguson 001621; BBVA/Ferguson 001764; BBVA/Ferguson 001821; BBVA/Ferguson 001864; BBVA/Ferguson 001895; BBVA/Ferguson 002002; BBVA/Ferguson 002095; ADM-Ferguson 000776.

Privileged and Confidential

## VI.      Claims Regarding Plan Funds' Fees

59.      The Complaint alleges that the Plan "used *only* high-fee actively managed funds for most asset classes of investments."[135]  The Complaint compares the fees of actively managed funds in the Plan with fees charged by index funds.  This is a wholly inappropriate comparison.  As explained above, actively managed funds follow a different investment strategy (e.g., delivering excess returns) than index funds, which merely attempt to replicate the returns of an index.  Actively managed funds require investment management services (e.g., research) to implement their strategies and incur costs for these services.  These services (and costs) are not necessary to implement an index strategy.  Therefore, it is grossly inappropriate to assess the fees of actively managed funds by comparing them against index funds.

60.      In comparing expense ratios, it is also important to recognize the recordkeeping and administrative payments collected through funds' expense ratios.  401(k) plans retain administrators and compensate them for recordkeeping and other services.  One way to pay for these services is to collect fees through the expense ratios of the funds offered by the plan.  Under this arrangement, plan funds send part of the expense ratios they collect from participants to the plan's administrator, thus reducing or eliminating such costs from being borne directly by plan participants.  These payments are called "revenue sharing" in the investment management industry.  The Plan used this methodology.  For example, Principal LifeTime funds paid 10 basis points per year of revenue sharing to the Plan.[136]  This revenue sharing, which was used to subsidize the Plan's administrative expenses, would otherwise be expected to have been paid directly by Plan participants.

61.      I have evaluated the fees of the funds offered in the Plan.  In my evaluation, I have compared the investment management fees charged by the Plan's actively managed funds to the fees of peer actively managed funds, which I deem to be a much more appropriate comparison than comparing to index funds, as discussed above.  I find that the investment management fees

---

[135] Complaint, p. 30.
[136] For example, *see*, BBVA/Ferguson-001563, at -89. Ten basis points is 0.1 percent, or 0.001 as a fraction (rather than a percent).

paid by Plan participants during the relevant period were generally lower than or within the range of fees paid for comparable mutual funds in the industry.[137]

62.     Exhibit 3 compares the expense ratios of the Plan's funds (net of revenue sharing) to the fees of their peer funds.  In identifying peer funds, I used several criteria.  First, I included funds that are classified as Lipper in the same investment strategy group as a particular Plan fund.[138] Lipper classifies funds into groups that share the same characteristics and investment objectives.[139]  This criteria allows me, for example, to compare the fees of an international fund to other international funds. Second, I used the share class of each peer fund that has the lowest fees among all share classes of the fund.  I note, here, that the lowest fee share classes of mutual funds typically do not pay revenue sharing.  Therefore, the appropriate comparison is between the lowest fee share classes of peer funds and the net of revenue sharing expense ratios of Plan's funds.[140]  Third, I restricted the peer group to the largest 25 peer funds in terms of assets under management in each quarter.  This is also a conservative assumption in that larger funds are able to spread their costs over a larger asset base and, as a result, generally have lower expense ratios. The other criteria I used are explained in Exhibit 3.[141]  I compared the Plan funds' fees to the

---

[137] 401(k) plan participants are primarily interested in accumulating assets for retirement, which implied that they care about returns, net of fees. Therefore, fees by themselves, without considering other factors such as risk and pre-fee returns, should not be the sole basis, or even the most important basis, for evaluating the investment options in 401(k) plans.

[138] For each of the funds analyzed during the relevant period, I used mutual fund data that are available from the Center for Research in Securities Prices ("CRSP") to identify a comparison group of similar funds that would provide a basis for assessing relative expenses. CRSP Survivor-Bias-Free U.S. Mutual Fund Database.  This database is well accepted, has been used extensively in academic research, including my own.

[139] The CRSP mutual fund database provides access to the Lipper fund classification system.  Based on a fund's portfolio holdings, Lipper assigns the fund to a Lipper class that is shared by similar funds and characterized by a unique class code. Refinitiv Lipper, "Refinitiv Lipper U.S. Fund Classifications," available at https://www.refinitiv.com/content/dam/marketing/en_us/documents/methodology/lipper-us-fund-classification-methodology.pdf. Lipper regularly updates the class codes assigned to individual funds, given changes in fund holdings or investment approaches. In my analysis I referenced the Lipper classification for funds every quarter and constructed the peer group accordingly.

[140] Alternatively, some 401(k) plan consultants include many different share classes of funds in their definition of "peer" groups and compare them to the expense ratios of plan funds, without subtracting any revenue sharing payments. The Plan's investment consultants (Envestnet and Willis Towers Watson) may have followed this methodology at times. *See,* for example, BBVA/Ferguson 000587, at -94. Plan's consultants also compared net-of-revenue sharing fees to median institutional share class fees of peer funds, similar to my analysis. *See,* for example, BBVA/Ferguson 001563, at -89. Their periodic analysis of fund fees also shows that the fees were reasonable during the relevant period.

[141] The fee comparison group is the Lipper peer group for each fund.  The universe of mutual funds is obtained from the CRSP Survivor-Bias-Free Mutual Fund database.  To select peer group funds, the following filters are applied to account for fund characteristics which are likely to affect expense ratios:  (1) only funds with the same Lipper

median and 75th percentile fees of their peer groups.[142]  The median indicates the midpoint of the range of fees in the peer group.  By definition, half of the funds in the peer group have fees above the median.  Therefore, if a fund has fees above the peer group's median fees, it does not mean that the fund's fees were necessarily "excessive."  I also compare fund fees to the 75th percentile as another threshold.  By definition, six out of 25 peer funds have fees above the 75th percentile threshold. Because I limited my analysis to 25 largest funds and lowest fee share classes, I do not necessarily consider fees that are not significantly above the 75th percentile to be "excessive."

63.    As Exhibit 3 shows, throughout the relevant period, the fund investment management fees paid by Plan participants were within the range of respective peer fund groups and, in fact, were often at the lower end of those ranges (i.e., less than the median).  American Century Diversified Bond Fund, Dodge & Cox Stock Fund, Harbor Capital Appreciation Fund, Thornburg International Value Fund, Vanguard Prime Money Market Fund, Vanguard Institutional Index Fund, and Vanguard Small Cap Index Fund had fees that were consistently at or below the median fees of their peer fund groups.  In fact, for many of these funds, the Plan funds' fees were significantly below the peer median.

64.    For example, the fee (net of revenue sharing) for the Dodge & Cox Stock Fund during the relevant period was 42 basis points, which ranged between 15 basis points (in Q2 2018) and 32 basis points (in Q4 2013) *lower* than the median peer group fees.  The Thornburg International Value Fund fees were between 26 basis points and 28 basis points lower than the median peer group fees during the period the fund was in the Plan.  The fees of Aston/TAMRO Fund, Invesco International Growth Fund, JPMorgan Mid Cap Growth Fund, and Principal MidCap Value Fund

---

classification are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; (5) the plan funds are excluded from the peer group samples; and (6) only the largest 25 funds series, ranked by net assets as of the end of each quarter after all other filters have been applied, are included.  Only the expense ratio of lowest-fee share class of each fund series is used in the peer group samples.  For actively managed funds, pure index funds are excluded from the comparison peer groups; for index funds, actively managed funds, including index-based funds and enhanced index funds, are excluded from the comparison peer group.

[142] The median is the value lying at the midpoint of the frequency distribution of observed values, such that there is an equal probability of falling above or below it. A percentile is a measure used in statistics indicating the value below which a given percentage of observations in a group of observations falls.  For example, the 75th percentile is the value below which 75 percent of the observations may be found.

Privileged and Confidential

were also reasonable.  The fees of these funds were generally near the median of peer group fees. In some quarters, these fees were below the peer group medians, while in other quarters, they were closer to the 75th percentile.  JPMorgan Mid Cap Growth Fund's fees occasionally exceeded the 75th percentile of the peer group but the difference was only a few basis points. Further, this funds' Lipper category varied between Mid-Cap Growth Funds and Multi-Cap Growth Funds.  Such frequent reclassifications are common when a fund is at the intersection of two categories.  Fee comparison for such funds that straddle multiple categories are relatively more difficult.  The fund's fees compared favorably to the peer funds in the Mid-Cap Growth category, while they were closer to the 75th percentile of the Multi-Cap Growth category.

65.      The fees of the Principal LifeTime Funds also compared favorably to their peers.[143]  They were generally at or below the median fees of their peer groups.  Note that target date funds are typically fund-of-funds; that is, they create an investment portfolio by investing in other funds. Some of the underlying funds in the portfolio can be actively managed while others can be passively managed.  It would not be appropriate to compare the fees of a target date fund that uses primarily actively managed underlying funds to the fees of another target date fund that primarily uses passively managed funds.  In my analysis, I use the percentage of assets that are actively managed to identify fund families that are more similar to Principal LifeTime Funds in terms of active management.  According to Morningstar, Principal LifeTime Funds invested 90 percent of its assets in actively managed underlying funds.[144]  To be conservative, I use a 70 percent active management threshold to identify peer funds for these Principal TDFs.

66.      I further verified the reasonability of Principal LifeTime Funds' fees using third-party provided data and analysis.  Exhibit 4 shows my fee comparison using Morningstar reports.  The exhibit compares the asset-weighted expense ratios of the Principal LifeTime Funds and their Morningstar-determined peer funds.  The expense ratios reported are a weighted average of vintages in each family of funds, where the weighting is by the assets invested in each

---

[143] Typically, target date funds charge not only the fees of the underlying funds but also a fund-of-funds fee.
[144] That is, I construct the peer group using target date fund families that invest 70 percent or more of their assets in actively managed funds.  Changing this percentage within reasonable limits does not qualitatively impact my findings.

vintage.[145,146]  I obtained the data for comparison from Morningstar's Target Date Fund Landscape reports in various years.[147]  As in my fee comparison of in Exhibit 3, I use only the largest 25 fund series by assets under management at the aggregate fund level to construct the sample of peer funds.  Note that if I had not restricted my peer groups to include only the 25 largest fund families, the peer group expense ratios would tend to be higher.  Also consistent with my methodology in Exhibit 3, I make adjustments for the use of active and passive management in target date funds.[148]  As Exhibit 4 shows, Principal LifeTime Funds' asset-weighted expense ratios are generally around the median asset-weighted expense ratios of the peer group.  In all years, Principal LifeTime funds' expense ratios are significantly below the expense ratios of the 75th percentile of the peer group.

67.     This finding is consistent with the data and research provided by Target Date Analytics LLC and BrightScope Inc. ("BrightScope Report").[149]  The excerpt from their 2013 report shows that Principal LifeTime Funds' expense ratios are within the median and the 75th percentile of peer funds.  In the excerpt from the BrightScope Report, the median peer fees are at the intersection of the yellow and green parts of the bars, as shown in the figure below.  The 75th percentile is at the intersection of green and red parts of the bars.  I note that this report uses all other target date funds, regardless of their use of active versus passive management.  Because many more fund series that exclusively or primarily use passive management are included, the peer group expense ratios are on average lower.  My analysis in Exhibit 4 and BrightScope Report's findings confirm that Principal LifeTime Fund's expense ratios were reasonable.

---

[145] The expense ratios also reflect the weighted average of the fees of different share classes of each fund. The weighting is by the assets invested in each share class. Generally, a large majority of assets are invested in institutional share classes.

[146] Note that there is no deduction of any revenue sharing payments in Morningstar's calculations.

[147] For each of the funds analyzed during the relevant period, I used mutual fund data that are available from the Morningstar to identify a comparison group of similar funds that would provide a basis for assessing relative expenses. This database is well accepted, and has been used extensively by investment managers and in academic research.

[148] As discussed above, passively managed funds tend to have lower overall costs, on average; therefore, the comparison of the Principal LifeTime Funds with other target date fund disregarding their use of passive management may bias the results if a number of peer funds have a different investment strategy than that of the Principal LifeTime Funds.

[149] Israelsen, Craig, and Joseph Nagengast, "Popping the Hood VI, 2013: An Analysis of Target Date Fund Families," Target Date Analytics LLC and BrightScope Inc. (2013).

Privileged and Confidential

## BrightScope Report's Comparison of Principal LifeTime Funds' Expense Ratios to Peer Funds' Expense Ratios



68.    The Complaint alleges that the Plan could have replaced the Principal LifeTime Funds with the Principal LifeTime Hybrid Funds which were introduced in 2014 and had lower expense ratios.[150]  However, the Principal LifeTime Funds had a different investment strategy from the Principal LifeTime Hybrid Funds.  Therefore, this would not have been a switch simply to reduce fees.  For example, the Principal LifeTime 2040 Fund allocation to actively managed funds was over 80 percent in 2014, while the Principal LifeTime Hybrid 2040 Fund only held approximately 30 percent of its portfolio in actively managed funds.  When using an asset-weighted average across all of the Principal LifeTime Funds, the contrast between the funds is even larger:  the Principal LifeTime Funds, on average, held more than 90 percent of its portfolio in actively managed funds, while the Principal LifeTime Hybrid Funds, on average held only 35 percent of its portfolio in actively managed funds.   As discussed above, actively managed funds provide the possibility of outperformance and value generation above passively managed funds, and these potential enhancements come with higher expense ratios to compensate for the efforts of the portfolio managers.  The asset allocation of the funds was also different.  For example, as of April 2015, the five largest holdings in the Principal LifeTime 2040 Fund were:  the Principal

---

[150] Complaint, p. 59.

Privileged and Confidential

Large Cap S&P 500 Index Fund (11.4 percent); the Principal Large Cap Growth Fund (10.0 percent); the Principal Diversified International Fund (8.7 percent); the Principal Overseas Fund (8.6 percent); and the Principal Bond & Mortgage Securities Fund (7.2 percent).  In contrast, for the same time period, the Principal LifeTime Hybrid 2040 Fund's top five holdings were:  the Principal Large Cap S&P 500 Index Fund (36.4 percent); the Principal Diversified International Fund (18.2 percent); the Principal Bond Index Fund (9.1 percent); the Principal MidCap S&P 400 Index Fund (9.1 percent); and the Principal SmallCap S&P 600 Index Fund (9.1 percent).[151]

69.     In October 2017, the Plan replaced the Principal LifeTime Funds with the Vanguard Target Retirement Trusts.[152]

## VII.    Claims Regarding Underperformance of Specific Funds in the Plan

70.     The Complaint identifies Aston/TAMRO Small Cap I, Principal Mid-Cap Value, Invesco International Growth Fund, Thornburg International Value Fund, and the ten Principal Target Date Funds ("At-Issue Funds") as funds that underperformed and should have been removed from the Plan.[153]  In this section, I first discuss the general principles of fund evaluation then I assess the appropriateness of the identified funds as investment options for the Plan.

---

[151] Principal Funds, Inc. Form N-CSR (April 30, 2015), available at https://www.sec.gov/Archives/edgar/data/898745/000089874515000442/finalplanncsrs.htm.  For the same time period, using data collected from Morningstar Direct, the Principal LifeTime 2015 Fund, the top five holdings included: Principal Bond & Mtg Securities Inst (19.5%); Principal Global Div Inc Inst (7.4 percent); Principal Short-Term Income Inst (7.2 percent); Principal Bond Market Index Instl (6.6 percent); and Principal Inflation Protection Inst (6.4 percent), while the Principal LifeTime Hybrid 2015 Fund's top five holdings included: Principal Bond Market Index Instl (28.5 percent); Principal Large Cap S&P 500 Index Inst (21.8 percent); Principal Diversified Intl Inst (9.8 percent); Principal Short-Term Income Inst (7.3 percent); and Principal Global Div Inc Instl (7.3 percent). The Principal LifeTime 2030 Fund's top five holdings included: Principal Bond & Mtg Securities Inst (12.6 percent); Principal Large Cap S&P 500 Index Inst (9.4 percent); Principal Overseas Instl (7.5 percent); Principal Diversified Intl Inst (7.3 percent); and Principal LargeCap Growth I Instl (7.2 percent), while the Principal LifeTime Hybrid 2030 Fund's top five holdings included: Principal Large Cap S&P 500 Index Inst (33.9 percent); Principal Bond Market Index Instl (19.7 percent); Principal Diversified Intl Inst (15.4 percent); Principal MidCap S&P 400 Index Inst (7.5 percent); and Principal Diversified Real Asset Inst (4.1 percent).
[152] BBVA/Ferguson 001864_Redacted, at -75.
[153] Complaint, pp. 39-63.

A.      **Principles of Fund Evaluation**

71.      The goal of actively managed fund evaluation and monitoring in retirement plans is to identify skillful managers who can successfully execute the stated goals of the fund, such as delivering returns in excess of benchmark returns.  There are no universal, one-size-fits-all, rigid rules to evaluating actively managed investment products and their appropriateness as retirement investment options.  However, there are certain principles that guide such evaluation.  When assessing funds from an investment perspective, it is important to review various quantitative measures.  It is also important to look at qualitative factors.  These factors must be reviewed holistically to achieve as complete an assessment as possible.  Screens based on objective characteristics (including prior performance) can be helpful, but funds failing the screens in one or more criteria are not necessarily inappropriate for long-term investment in a retirement portfolio.  Indeed, balancing various factors, including qualitative factors, is part of the reason why investment consultants are often engaged to evaluate funds offered by a plan.  Qualitative factors include, but are not limited to, manager quality (e.g., experience), resources for research (e.g., fund family and staff size), and an assessment of manager's investment strategy.

72.      An important part of quantitative fund evaluation is measurement of returns.  The purpose of performance measurement for actively managed funds is to separate the effect of managerial skill from the effect of luck on fund returns.  This is an important but challenging task, because randomness (i.e., luck) can have a large effect on portfolio performance.  Skilled managers can experience extended periods of poor performance, while unskilled managers can experience extended periods of good performance, purely through chance alone.[154]  In order to have more confidence in separating the effect of luck from skill, return analyses should cover a sufficiently long time period.  With a longer observation period, a manager's talent will be more evident, even with the normal variation in returns.  Investment professionals accordingly try to appraise performance over long-term periods, including three years, five years, ten years, and even since the inception of a fund.  The Plan's consultant, Envestnet, made a presentation to the Committee explaining the importance of taking a long-term view and "the value of patience

---

[154] Laurent Barras, Olivier Scaillet, and Russ Wermers, "False Discoveries in Mutual Fund Performance: Measuring Luck in Estimated Alphas," Journal of Finance, February 2010.

when selecting an asset manager."[155]  In their December 4, 2014 presentation, Envestnet presented the results of a study that analyzed how often managers with strong long-term performance go through periods where their returns lag the returns of their benchmark.[156]  They first identified managers with "outstanding" long-term (ten-year) performance.  Then they analyzed how many of these managers experienced underperformance in three- and five-year periods during the ten years when they outperformed their benchmark.  They found that a very high percentage of managers went through periods of underperformance, yet outperformed their benchmark over the long-term.  For example, they found that 100 percent of managers with "outstanding" ten-year performance in International Blend, Intermediate Bond, Mid Cap, Small Cap Growth categories went through a three-year period when their returns lagged the benchmark returns.  Across all categories, the percentage of outstanding managers that went through an "unlucky" period was 98 percent.  This study underlies the importance of taking a long-term view to manager evaluation and not taking hasty actions solely based on short-term performance fluctuations.

73.     Comparing a fund's return against appropriate benchmarks is the most common way to evaluate the skill level of a manager.[157]  Comparing to peer funds is also another commonly used approach to quantitative performance evaluation.  Returns vary across asset classes and investment strategies, so it is important to select benchmarks and peer groups that are comparable to the funds under consideration when evaluating performance.[158]

74.     It is also important to note that when reviewing funds in a retirement plan, fiduciaries can only be expected to know information that is available at the time of the evaluation. Consequently, an assessment of the reasonableness of an investment decision should be based only on information that was available when the decision was made.  To do otherwise would incorrectly impose "hindsight bias," and would assume that the decision maker should have been

---

[155] ADM-Ferguson 002144 at -147.
[156] ADM-Ferguson 002144 at -147-151.
[157] "For an actively managed fund, an analysis of returns relative to a benchmark, or set of benchmarks, also addresses the skill level of the manager." Bernd Fischer and Russell Wermers, *Performance Evaluation and Attribution of Security Portfolios*, 1st edition, ("Fischer and Wermers"), p. 27.
[158] Perhaps the most impactful study that establishes that asset classes are the main driver of investment portfolio returns is:  Gary P. Brinson et al., "Determinants of Portfolio Performance," Financial Analysts Journal, January/February 1995.

able to predict the unforeseen outcome of random events ahead of time. Obviously. fiduciaries are not clairvoyant and cannot know the future returns of investment options. Funds that may have done well historically may underperform in the future, while lagging funds may outperform in the future—historical performance does not necessarily predict future performance.

75.     In the next section, I evaluate the specific funds that the Complaint claims should have been removed from the Plan due to their underperformance.[159]  I note that the Plan retained independent consultants to assist with evaluation and monitoring of its investment options. Consultants provided regular investment reviews, which included both qualitative and quantitative indicators such as short- and long-term performance comparisons with benchmarks and peers, risk measures, portfolio composition, and information on managers. In my evaluation, I also consider this information provided by the consultants.


### B.     Evaluation of Specific Funds Identified in The Complaint.


76.     In this section, I discuss both the quantitative and qualitative evaluation metrics of the funds identified in the Complaint as underperformers ("At-Issue Funds"). Exhibits 5 and 6 contain my analyses of the At-Issue Funds' performance relative to their benchmarks and peers, respectively, over the years.[160]  In Exhibit 5, for each At-Issue Fund, I show the quarterly returns of the fund and its benchmark, as well as one-, three-, five-, ten-year, and since inception annualized excess returns. In Exhibit 6, I present peer performance comparisons for each At-Issue Fund. I identify the peer groups used this analysis based on the At-Issue Funds' Morningstar categories and other criteria.[161]  Besides these quantitative factors, I also consider

---

[159] Complaint, pp. 39-63.

[160] For details on how the peer groups are constructed, *see* footnote 2 of Exhibit 6.

[161] The performance comparison group is the Morningstar peer group for each fund. The peer group of funds are obtained from the Morningstar Direct database. To select peer group funds, the following filters are applied to account for fund characteristics which are likely to affect expense ratios:  (1) only funds with the same Morningstar classification are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) the plan funds are excluded from the peer group samples. Only the lowest-fee share class of each fund series is used in the construction of the performance peer group samples. For actively managed funds, index funds are excluded from the comparison peer groups.

Privileged and Confidential

relevant qualitative factors to determine the appropriateness of At-Issue Funds as an investment option for the Plan.

### 1.   Aston/TAMRO Small Cap I Fund

77.     The Aston/TAMRO Small Cap I Fund was already in the Plan at the beginning of the relevant period.  The fund was established in 2005 and was managed by Daniel Miller since 2008.[162]  Mr. Miller, CFA, had 25 years of experience in portfolio management prior to managing the Aston/TAMRO Small Cap Fund, and holds an MBA from Stanford University.[163]  According to Envestnet, the fund followed a "[b]ottom-up fundamental research" approach which "informs portfolio construction, creating a growth-biased, high quality portfolio."[164]

78.     As of Q3 2013, the fund had strong long-term performance, outperforming its benchmark by 1.49 percent and 1.64 percent on an annualized basis for five-year and ten-year periods (Exhibit 5).  Exceeding the performance of a benchmark by over 1.6 percentage points per annum, net-of-fee, over a ten-year period is very impressive performance, especially when one considers that benchmark returns do not reflect the fees and trading costs that one would incur with an investment in an index fund that tracked the benchmark (that is, if such a fund exists). This performance translates to more than 16 percent outperformance over ten years.  At that time, the fund's short-term performance lagged its benchmark.  Envestnet, in its September 2013 presentation explained that "[r]ecent underperformance is mainly attributable to several security specific issues in Technology."[165]  This explanation, combined with the strong long-term performance and the strong qualitative characteristics of the fund manager (i.e., his experience, education, and CFA certification), indicates that the short-term performance could very well

---

[162] Aston Funds, Form N-1A, February 29, 2016, available at
https://www.sec.gov/Archives/edgar/data/912036/000119312516482306/d108857d485apos.htm#tx108857_8
("Aston Form N-1A").
[163] Aston Form N-1A.
[164] ADM-Ferguson 001598, at -605.
[165] ADM-Ferguson 001598, at -605.

have been due to luck and not to a more fundamental issue with the manager's investment strategy.

79.     Nevertheless, this fund was placed on the Watch List in Q1 2014 by the Committee, and its performance was tracked closely.  At the time, Envestnet explained that there was no material change to the investment process or portfolio management team that produced strong long-term results and underperformance "can be attributed in part to style headwinds, such as the fund's quality bias."[166]  In Q4 2014, the fund outperformed its benchmark although its return for the year was less than its benchmark's returns.  In its Q4 2014 review, Envestnet reiterated that the fund's recent stock picks did not pan out but it "maintain[ed] its conviction in the Fund."[167]  As a qualitative factor to consider, Envestnet pointed out that the fund increased its resources by adding an analyst.  At that time, the fund still had strong long-term performance, outperforming its benchmark by 0.84 percent per year over a ten-year period.  Further, the fund consistently outperformed the 75th percentile of its peer group (see Exhibit 6).  In situations when a fund lags its benchmark in the short term but has a strong long-term performance and no change in its investment philosophy (and strong qualitative factors), it is reasonable to maintain the investment in the fund while monitoring it closely.  Such short-term underperformance could be due to luck and liquidating investments based on short-term quantitative results has the risk of prematurely selling an investment that could perform well in the longer term.  This approach is especially relevant for retirement investments that have a long-term horizon.

80.     The fund remained on the Watch List through 2015.  The fund showed signs of improvement, outperforming its benchmark in Q2 2015 and Q3 2015.  Its ten-year return remained above its benchmark's return.

81.     In Q1 2016, Plan's consultant Willis Towers Watson recommended removal of the fund from the Plan.  Part of the reason was that TAMRO Capital Partners LLC resigned as subadvisor of the fund, an important qualitative consideration.[168]  The fund's ten-year performance also fell

---

[166] ADM-Ferguson 001836, at -47.
[167] ADM-Ferguson 002404, at -409
[168] ADM-Ferguson 003232, at -244.

Privileged and Confidential

below its benchmark at this point.  By Q3 2016, the fund was removed and replaced by the Vanguard Small Cap Index Fund.[169]

82.　　In my opinion, maintaining the Aston/TAMRO Small Cap Fund in the Plan until 2016 and then removing it was reasonable.  Although the returns of the fund lagged its benchmark returns for a few years, the fund had strong long-term performance relative to its benchmark until 2016.  The fund maintained its investment process and the management team that brought it long-term success.  By 2016, there was a change in the management team, there was no significant improvement in its performance, and both the short-term and the long-term returns of the fund fell below its benchmark.  Accordingly, it was then appropriate to remove the fund from the Plan.

### 2.　　Principal Mid-Cap Value Fund

83.　　The Principal Mid-Cap Value Fund was already in the Plan at the beginning of the relevant period.  The fund was established in 2003, and had been co-managed by the experienced team of James W. Fennessey and Randy L. Welch since 2009.[170]  Mr. Fennessey, who joined Principal in 2000, holds a CFA certification and was head of the Manager Research Team, while Mr. Welch holds a CFA certification and joined Principal in 1989.[171]  According to consultant reports, multiple subadvisors of the fund led to "lower beta, high quality, and core biases,"[172] and that the Principal Mid-Cap Value Fund provided "a diversified stream of alpha."[173]

84.　　As of Q3 2013, the fund had strong long-term performance, outperforming its benchmark by 1.01 percent and 1.00 percent on an annualized basis for five-year and ten-year periods (Exhibit 5).  Given its above benchmark returns at the beginning of the relevant period, it was

---

[169] BBVA/Ferguson 001684, at -690.

[170] Morningstar, "Principal Mid-Cap Value I R5," available at https://www.morningstar.com/funds/xnas/pabvx/people.

[171] Morningstar, "Principal Mid-Cap Value I R5," available at https://www.morningstar.com/funds/xnas/pabvx/people.

[172] ADM-Ferguson 001598, at -605.

[173] BBVA/Ferguson 000836, at -43. For peer-reviewed academic evidence that multiple sources of alpha are advantageous, *see* Timmermann and Kapur.  Kapur, Sandeep and Allan Timmerman, "Relative Performance Evaluation Contracts and Asset Market Equilibrium," Economic Journal 115 (2005), pp. 1077-1102.

reasonable that the fund remained in the Plan.  In 2014, the fund outperformed its benchmark during two quarters.  Nevertheless, its ten-year performance remained higher than its benchmark's performance.  In their Q2 2014 review, Envestnet noted that Principal MidCap Value Fund's performance relative to its benchmark was not an outlier; 90 percent of actively managed funds in the Mid Cap Value category underperformed the Russell Midcap Value Index because they underweighted REITs relative to the Index in that quarter.[174]  In fact, Principal MidCap Value Fund outperformed its peer group in 2014.  The fund's return in 2014 was 3.58 percent higher than the median return of its peer group.  The fund's ten-year performance remained above its benchmark's performance in 2015.  The fund lagged its benchmark in several quarters, but its one-year return was above its benchmark's return during the first two quarters of the year.  A similar pattern of fluctuating short term returns, but above benchmark ten-year performance, continued in 2016.  The Plan's consultants added the Principal Mid-Cap Value Fund to the Watch List as of Q3 2017.[175]  At the time that the fund was placed on the Watch List, the short-term performance of the fund began to turn around.  The fund exceeded its benchmark by 1.69 percent in Q3 2017 and continued to outperform its benchmark for the next four quarters.  By Q3 2018, the fund's one-year annualized performance exceeded its benchmark by 2.82 percent and its median peer group by 2.17 percent.  As of Q4 2018, the three-year annualized return of the fund outperformed both its benchmark and median peer group.  As of Q1 2019, the fund did not fail any of the Watch List criteria Willis Towers Watson highlighted.[176]

85.     In my opinion, keeping the Principal Mid-Cap Value Fund in the Plan during the relevant period was reasonable.  Although the returns of the fund fluctuated for a few years, the fund had strong long-term performance relative to its benchmark, and has seen a significant improvement in its recent short- and medium-term performance (as of Q4 2019, the fund exceeded its benchmark by 1.58 percent on an annualized basis).  The fund also significantly exceeded the performance of the 75th percentile of its peer group throughout the relevant period.  Further, the

---

[174] BBVA/Ferguson 000081, at -89.

[175] ADM-Ferguson 003645, at -65.  This was the first instance noting that the Principal Mid-Cap Value Fund should be added to the Watch List.  The fund remained on the Watch List through the first quarter of 2019 (the last date for which I have the Willis Towers Watson consultant reports).

[176] ADM-Ferguson 004268 at -77.

fund's qualitative factors (i.e., manager experience and CFA certifications) supported its retention in the Plan.

### 3.  Thornburg International Value Fund

86.     The Thornburg International Value Fund had an inception date going back to 1998,[177] and was added to the Plan as a replacement for the American Funds EuroPacific Growth Fund in 2012.[178]

87.     At the time of its addition to the Plan, the fund had strong long-term returns.  Since its inception, the fund outperformed its benchmark returns by 4.22 percent on an annualized basis. The returns of the fund lagged its benchmark in 2013 and during the first half of 2014. Consultant reports from the Q2 2013 indicate that the Thornburg International Value Fund was characterized by "[p]erformance historically marked by downside protection, but lagging in up markets," which was "consistent with recent performance."[179]  The Q1 2014 report from Envestnet noted the changes in portfolio responsibilities at the fund but pointed out that the manager, who had impact on the Fund's process remained dedicated to the fund.[180]  In 2014, Envestnet met with the managers of the Fund.  In their Q3 2014 report, Envestnet summarized their meeting with the managers of the Fund.[181]  Managers explained to Envestnet that they expected the fund's new structure to have a positive impact on performance.  Although Envestnet still had confidence in the manager who remained with the fund, they recommended the removal of the fund, given the "recent negative developments" in the fund.[182]  In Q4 2014, the Committee approved the removal of the fund from the Plan.[183]  It is worth noting that the fund

---

[177] The inception date of the A share class was May 1998. The inception of the R6 share class that the Plan used was May 2012.  Thornburg Investment Management, "Thornburg International Value Fund," https://www.thornburg.com/products-performance/mutual-funds/equity-funds/fiv/performance/.

[178] BBVA/Ferguson 000001, at -1, -2 (which discussed Thornburg International Value Fund R5; Thornburg International Value Fund R6 was eventually added to the Plan menu).  BBVA/Ferguson 000004, at -6, discusses the mapping of the Thornburg International Value Fund R5 and R6 funds.

[179] ADM-Ferguson 001598, at -606.

[180] BBVA/Ferguson 00030 at -43.

[181] ADM-Ferguson 002170 at -182.

[182] ADM-Ferguson 002170 at -189.

[183] BBVA/Ferguson 000598, at -605.

showed improvement in Q3 2014 until its removal from the Plan.  At the end of Q1 2015, its one-year performance was above its benchmark's one-year performance by 3.79 percent, as shown in Exhibit 5.

88.    The fund was in the Plan between Q2 2012 and Q1 2015, less than 3 years.  Generally, it may be appropriate to give more time to funds to assess their long-term performance unless there are other significant negative quantitative factors in addition to underperformance.[184]  In the case of the Thornburg International Value Fund, there was fluctuating performance as well as a change in the management team.  Under these circumstances, the Committee's decision to remove the fund in Q2 2015 was reasonable.

### 4.    Invesco International Growth Fund

89.    In Q1 2015, the Plan added the Invesco International Growth Fund as a replacement for the Thornburg International Value Fund.[185]  The Invesco International Growth Fund has an inception date of April 7, 1992, although the R6 share class that the Plan used was created on September 24, 2012.[186]  Fund's lead manager, Clas Olsson is the CIO of Invesco's International Growth Strategy Group and had managed Invesco funds with this strategy since 1997.[187]  At the time when the Invesco International Growth Fund was added to the Plan, it outperformed its benchmark, the MSCI All-Country World Index (ex-U.S.) on one-, three-, five-, and ten-year

---

[184] I note that the Thornburg International Value Fund's long-term performance has been strong. Since its inception in May 1998, the Fund's A share class outperformed its benchmark MSCI EAFE Index by 2.9 percent on an annual basis as of January 31, 2020 (7.18 percent annualized versus 4.27 percent annualized). I note that the R6 share class that the Plan used has lower fees than the A share class so its outperformance would be larger. Thornburg Investment Management, "Thornburg International Value Fund," https://www.thornburg.com/products-performance/mutual-funds/equity-funds/fiv/performance/.

[185] The two funds were in the same Lipper peer group, International Large-Cap Growth, despite the differences in the fund names.  BBVA/Ferguson 000335, at -36.

[186] Invesco, "Invesco International Growth Fund Class A," available at https://www.invesco.com/us/financial-products/mutual-funds/product-detail?fundId=1834; Invesco, "Invesco International Growth Fund Class R6," available at https://www.invesco.com/us/financial-products/mutual-funds/product-detail?fundId=30760.

[187] Morningstar, "Invesco International Growth R6 Fund," available at https://www.morningstar.com/funds/xnas/igfrx/people.

basis.[188-189]  The Fund also outperformed the median returns of its peer fund group on one-, three-, and five-year basis.

90.     In 2015, the fund outperformed its benchmark in three of four quarters. In March 2015, Envestnet stated that the inclusion of Invesco International Growth to the Plan was based on the fund's long tenure "with deep resources," strong emphasis on valuation and investment in high quality companies, and consistently strong risk-adjusted performance.[190]  In 2016 and 2017, the fund's performance fluctuated.  During this period, the fund underperformed its benchmark in several quarters, but its long term performance remained higher than its benchmark's performance.  At the end of 2017, the fund's annualized return was 1.43 percent higher than its benchmark's annualized returns on a ten-year basis.  In Q4 2017, the fund was added to the Watch List.[191]  The fund's performance improved in 2018. The fund outperformed its benchmark in three of the four quarters during 2018.  In Q4 2018, the consultants removed the Invesco International Growth Fund from the Watch List;[192] however, the fund was reinstated on the Watch List as of March 31, 2019.[193]  In 2019, the fund outperformed its index by over 7 percent as well as outperforming the median return of its peer group.  It is worth noting that the Invesco International Growth Fund maintained higher-than-benchmark ten-year annual returns in all quarters during the relevant period.  Its five-year return was also higher than its benchmark's returns in all but three quarters.  Since its addition to the Plan in Q1 2015 and the end of 2019, the fund did not underperform its benchmark.  In fact, the Fund's total returns (30.99 percent) are

---

[188] In Exhibit 5, I report the historical returns of the A share class for five-year, ten-year, and since inception periods.
[189] It is more difficult to benchmark international funds, particularly against a broad benchmark.  International funds can invest in any part of the world and will have different concentrations in different regions. For example, the Invesco International Growth Fund's benchmark is the MSCI All-Country World Index (ex-U.S.), but the two have very different concentrations of holdings.  Recently, the top five holdings of Invesco International Growth consisted of Canadian and continental European stocks, making up 16 percent of its total portfolio, while the MSCI All-Country World Index (ex-U.S.) had 16 percent, 11 percent, and 9 percent in Japanese, British, and Chinese securities, respectively, indicating how different the underlying portfolios are between the fund and its benchmark. Morningstar, "Invesco International Growth R6 Fund," available at
https://www.morningstar.com/funds/xnas/igfrx/people.  MSCI, "MSCI ACWI Ex USA Index (USD)"  available at
https://www.msci.com/documents/10199/86494e1f-914e-4aa5-82a9-2e29ed5adbbf.  Further international investing involves more risk such as currency fluctuations, political and social instability, differing accounting and tax standards, etc. Therefore, international funds may exhibit higher fluctuations.
[190] BBVA/Ferguson 000598, at -610.
[191] BBVA/Ferguson 001892_Redacted, at -94.
[192] ADM-Ferguson 004158, at -67.
[193] ADM-Ferguson 004268, at -77.

higher than its benchmark's return (30.73) percent.[194]  It is worth noting that this comparison is conservative because the benchmark, MSCI All-Country World Index (ex-U.S.), is not an investible product; therefore, its returns do not include the effect of fees.

91.     Given the performance of the Invesco International Growth Fund and other qualitative factors noted above, in my opinion, adding the Fund to the Plan and maintaining it as an investment option during the relevant period was reasonable.


### 5.     Principal LifeTime Target Date Funds


92.     The Plan included the Principal LifeTime Fund series (ten funds) from the beginning of the relevant period.  The 20X0 vintages were initiated in 2001, while the 20X5 vintages were introduced in February 2008.  Principal is a well-known fund family with a significant presence in the target date fund ("TDF") space.  As of 2013, Principal was the fourth largest target date fund provider behind Fidelity, Vanguard, and T Rowe Price.[195]  Principal LifeTime Funds had an experienced manager team.  According to Morningstar, the tenure of their managers (7.8 years) was longer than the average tenure at other TDFs (5.4 years) as of 2014.[196]

93.     The Complaint alleges that the Principal LifeTime Funds had excessive fees.[197]  I have already analyzed Principal LifeTime Funds' fees in section VII above.[198]  In this section, I review their performance.[199]

---

[194] See my Workpaper #1, Invesco Returns Since Addition to the Plan, in the backup to this report.

[195] Yang, Janet and Laura Pavlenko Lutton, 2014 Target-Date Series Research Paper, Morningstar, (July 1, 2014). p. 7.

[196] Yang, Janet, Leo Acheson, Jeff Holt, Gretchen Rupp, and Kathryn Spica, 2015 Target-Date Series Research Paper, Morningstar, (April 7, 2015), pp. 51-52.

[197] Complaint, p. 55.

[198] The Complaint claims that Principal LifeTime Funds charged "fund-of-funds" fees in addition to the fees of underlying funds and that other TDFs did not charge these fees. Complaint, p. 55. In direct contrast to this claim, I find that Morningstar's report on TDFs shows that many TDF series, in fact, charge "fund-of-fund" fees. Principal LifeTime Funds' top-level fees are at the lower end of the range of fees. Yang, Janet, Leo Acheson, Jeff Holt, Gretchen Rupp, and Kathryn Spica, 2015 Target-Date Series Research Paper, Morningstar, (April 7, 2015), pp. 72-73.

[199] The Complaint does not specifically claim that these funds should have been removed because they underperformed their benchmarks.

94.     TDFs are funds that hold a mix of asset classes (e.g., stocks, bonds, etc.) usually through investments in funds.  The asset mix of TDFs change over time along a path ("glide path") that becomes more conservative as the target date (usually the retirement date) approaches. Benchmarking TDFs is more difficult than other funds because there is no homogeneity or single approach to glide path construction, and the asset allocations of same-vintage TDFs from different fund families exhibit significant dispersion.[200]  Some TDFs choose to follow a more conservative approach than others, and invest a larger share of their assets in fixed income securities.  These funds may have ex-post lower returns compared to other TDFs with a higher allocation to equities during bull markets.  However, this does not necessarily mean that these TDFs were expected to underperform, ex-ante, because their approach entails lower risk. Therefore, it is especially important to understand the underlying reasons for performance when assessing TDFs.  One way to benchmark TDFs is to compare them to their peer groups.  Another way is to compare them to an off-the-shelf TDF index, such as the S&P Target Date Retirement Indexes.  A third way is to construct a custom benchmark that uses various indexes as proxies for underlying assets and weights them according to the same asset allocation of the TDFs.

95.     At the beginning of 2013, Principal LifeTime Funds compared favorably to other TDFs, according to studies by independent analysts.  The funds received the highest rating of 5 for performance in a 2013 BrightScope Report.[201]  All vintages had higher three-year annualized returns compared to BrightScope OnTarget Indexes, as well as higher standard deviations.[202] The funds ranked second among all TDFs in total value added versus the BrightScope OnTarget Indexes, with an overall ranking of 3 for the funds (ranking for performance was 5 and risk was 2, indicating that the funds had excellent performance but took on more risk, compared to peers).[203]

---

[200] Iacurci, Greg, "The Unique Nature of Target-Date Fund Benchmarking," InvestmentNews, 2015, available at https://www.investmentnews.com/the-unique-nature-of-target-date-fund-benchmarking-65806.

[201] Israelsen, Craig, and Joseph Nagengast, "Popping the Hood VI, 2013: An Analysis of Target Date Fund Families," Target Date Analytics LLC and BrightScope Inc. (2013), pp. 135-139.

[202] Israelsen, Craig, and Joseph Nagengast, "Popping the Hood VI, 2013: An Analysis of Target Date Fund Families," Target Date Analytics LLC and BrightScope Inc. (2013), Appendix p. iii.

[203] Total value added is "difference between the actual return of the fund being evaluated and the return of the fund's benchmark, namely, each TDF's corresponding index within the BrightScope OnTarget Index Series. We calculated Total Value Added for the 43 fund families with 3-year performance history as of December 31, 2012." Israelsen, Craig, and Joseph Nagengast, "Popping the Hood VI, 2013: An Analysis of Target Date Fund Families," Target Date Analytics LLC and BrightScope Inc. (2013), Appendix, p. vi.

Privileged and Confidential

96.     The Funds used the S&P Target Date Indexes as their benchmark.  In Q3 2013 and Q4 2013, all vintages (except for the 2055 vintage) outperformed their benchmarks over quarterly as well as over three- and five- year periods.  The funds also generally outperformed the median returns of their peer groups in quarterly, one-, three-, and five-year periods.  The funds outperformed the 75th percentile of their peer groups across all period comparisons in Exhibit 6.  Three of the funds, the 2015, 2020, and 2025 vintages, were on the Watch List at the beginning of the relevant period.  These funds were removed from the Watch List in 2014.

97.     In 2014, the vintages of Funds outperformed their benchmarks in 20 of the 40 quarters (comparisons are done for ten vintages for four quarters).  When a particular Fund's performance lagged its benchmark performance, the difference was small.  Recall that S&P Target Date Indexes are not investable products, so their returns do not reflect the impact of fees and trading costs.  If the returns of S&P Target Date Indexes are adjusted for average TDF fees to represent an investable product, they generally fall below the returns of Principal LifeTime Funds.  In 2014, all vintages of Principal LifeTime Funds with the exception of 2055 vintage, continued to generally have higher returns than their benchmarks on a one-, three-, and five-year basis.  The 2055 Fund had higher one- and three-year returns than its benchmark at the end of 2014.  All vintages of the Principal LifeTime Funds, except for the Strategic Income Fund, had higher three- and five-year returns compared to the median returns of their peer groups.  Morningstar's 2015 report on TDFs confirms that at the end of 2014, the performance of Principal LifeTime Funds compared favorably to the performance of other actively and passively managed TDFs.  Principal LifeTime TDFs had higher one-, three-, and five-year returns compared to the average returns of other TDFs.  Their ten-year returns were the same as the average ten-year returns of TDFs in general.[204]

98.     In 2015 and 2016, Principal LifeTime Funds' performance generally fluctuated.  At the end of 2015, the 2035, 2040, 2045, and 2050 vintages exceeded their benchmark performance on three- and five-year basis, while the 2015, 2020, 2025, and 2030 vintages exceeded their benchmark performance on five-year basis.  At the end of 2015, all vintages, except for the Strategic Income Fund, had higher three- and five-year returns compared to the median returns

---

[204] Yang, Janet, Leo Acheson, Jeff Holt, Gretchen Rupp, and Kathryn Spica, 2015 Target-Date Series Research Paper, Morningstar, (April 7, 2015), pp. 65-66.

Privileged and Confidential

of their peer group.  In 2016, the Plan's consultants compared the income replacement functions of actively and passively managed TDFs.  Given the deferral rates of Plan's participants, Principal's income replacement outcomes was similar to comparator funds.[205]  In 2016, the performance of Principal LifeTime Funds lagged the performances of their benchmarks and peer groups.  At the end of 2016, the Plan began to consider alternative fund sponsors to provide the target date funds suite for the Plan.[206]  The objective was to find lower cost alternative funds with similar glide paths and glide path creation features.[207]

99.     In 2017, Principal LifeTime Funds' performance improved.  All vintages outperformed their benchmarks in Q1, Q2, and Q3.  The series was replaced by Vanguard Target Retirement Institutional in October 2017.[208]

100.    My review shows that Principal LifeTime Funds were appropriate investment options for the Plan throughout the relevant period. Their performance did not lag their benchmarks or their peers significantly or consistently. In addition, their fees were reasonable and within the ranges of their peer funds.


_____

Professor Russell R. Wermers

---

[205] BBVA/Ferguson 001703 at -04.
[206] BBVA/Ferguson 001681_Redacted, at -82.
[207] BBVA/Ferguson 001703, at -04.
[208] BBVA/Ferguson 001864_Redacted, at -75.

# APPENDIX A

**CURRICULUM VITAE**
**RUSSELL R. WERMERS**

[December 14, 2019]

| | | | |
|---|---|---|---|
| **PERSONAL** | **Address:** | Department of Finance | **Office:** (301) 405-0572 |
| | | Robert H. Smith School of Business | **Mobile:** (240) 696-6033 (worldwide) |
| | | University of Maryland | |
| | | College Park, MD  20742-1815 | wermers@umd.edu |
| | **Citizenship:** USA | | http://terpconnect.umd.edu/~wermers/ |

Chairman, Department of Finance, January 2019 to present
Dean's Chair in Finance, 2018 to present; and Professor of Finance, 2013 to present
Director, Center for Financial Policy, 2013 to present
Bank of America Professor, 2016 to 2018

Member, Asset Management Advisory Committee, Securities and Exchange Commission, two-year term
   beginning November 1, 2019

Economist, Office of Financial Research (20% Appointment), November 2014-October 2018

Associate Professor of Finance, Robert H. Smith School of Business, University of Maryland at College
   Park, August 2002 – July 2013

Assistant Professor of Finance, Robert H. Smith School of Business, University of Maryland at
   College Park, August 2000 – July 2002

Assistant Professor of Finance, University of Colorado at Boulder, August 1994 – July 2000

**EDUCATION**   Ph.D. Finance, University of California, Los Angeles, December 1995
M.B.A. (Finance Concentration), University of California, Los Angeles, June 1989
B.S. Chemical Engineering, *cum laude* (top 10% in Engineering), University of Idaho, May 1981
B.S. Metallurgical Engineering, *cum laude* (top 10% in Engineering), University of Idaho, May 1981

**REFEREED**
**PUBLICATIONS**   Mark Grinblatt, Sheridan Titman, and Russ Wermers, 1995, "Momentum Investment Strategies,
   Portfolio Performance, and Herding: A Study of Mutual Fund Behavior," American Economic
   Review, December, pages 1088-1105

Kent Daniel, Mark Grinblatt, Sheridan Titman, and Russ Wermers, 1997, "Measuring Mutual Fund
   Performance with Characteristic Based Benchmarks," Journal of Finance, July, pages 1035-1058

Russ Wermers, 1999, "Mutual Fund Herding and the Impact on Stock Prices," Journal of Finance,
   April, pages 581-622; Nominated, Smith Breeden Prize for the Outstanding Paper of 1999 Published
   in *The Journal of Finance*; Winner, *New York Stock Exchange Award for the Best Paper on Equity
   Trading*, 1995 Western Finance Association Meetings

Russ Wermers, 2000, "Mutual Fund Performance: An Empirical Decomposition into Stock-Picking
   Talent, Style, Transactions Costs, and Expenses," Journal of Finance, August, pages 1655-1695

Hsiu-Lang Chen, Narasimhan Jegadeesh, and Russ Wermers, 2000, "The Value of Active Mutual
   Fund Management: An Examination of the Stockholdings and Trades of Fund Managers," Journal
   of Financial and Quantitative Analysis, September, pages 343-368

1

# APPENDIX A

Doron Avramov and Russ Wermers, 2006, "Investing in Mutual Funds When Returns Are Predictable," Journal of Financial Economics, August, pages 339-377

Robert Kosowski, Allan Timmermann, Russ Wermers, and Hal White, 2006, "Can Mutual Fund 'Stars' Really Pick Stocks? New Evidence from a Bootstrap Analysis," Journal of Finance (Lead Article; Finalist, Smith Breeden Prize for the Outstanding Paper of December 2006 to October 2007 Published in The Journal of Finance), December, pages 2551-2595

Russ Wermers, 2006, "Performance Evaluation with Portfolio Holdings Information," North American Journal of Economics and Finance, August, pages 207-230

Laurent Barras, Olivier Scaillet, and Russ Wermers, 2010, "False Discoveries in Mutual Fund Performance: Measuring Luck in Estimated Alphas," Journal of Finance, February, 179-216. Winner, 2008 Banque Privée Espírito Santo/Swiss Finance Institute Outstanding Paper Prize

Robert Jones and Russ Wermers, 2011, "Active Management in Mostly Efficient Markets," Financial Analysts Journal, Nov/Dec, 29-45; Winner, 2011 Graham and Dodd Scroll Award

Russ Wermers, Tong Yao, and Jane Zhao, 2012, "Forecasting Stock Returns Through an Efficient Aggregation of Mutual Fund Holdings ," Review of Financial Studies, December, 3490-3529; First Prize, 2007 Annual Joint Prize of Inquire Europe, Inquire UK, and Q-Group; Reviewed in the CFA Digest, Volume 43(2), May 2013

David Blake, Alberto Rossi, Ian Tonks, Allan Timmermann, and Russ Wermers, 2013, "Pension Fund Performance and Risk-Taking Under Decentralized Investment Management," Journal of Finance, June, 1133-1178.

Ayelen Banegas, Ben Gillen, Allan Timmermann, and Russ Wermers, 2013, "The Cross-Section of Conditional Mutual Fund Performance in European Stock Markets," Journal of Financial Economics, June, 699-726

Daniel Li, Michael Markov, and Russ Wermers, 2013, Monitoring Daily Hedge Fund Performance When Only Monthly Data is Available, Journal of Investment Consulting 14; Winner, 2012 Journal of Investment Consulting Academic Paper Competition

Nerissa Brown, Kelsey Wei, and Russ Wermers, 2014, "Analyst Recommendations, Mutual Fund Herding and Overreaction in Stock Prices," Management Science (Lead Article), January, 1-20

David Hunter, Eugene Kandel, Shmuel Kandel, and Russ Wermers, 2014, "Measuring Mutual Fund Performance with Active Peer Benchmarks," Journal of Financial Economics 112 (Lead Article), 1-29; Reviewed in the CFA Digest, Volume 44(6), June 2014

Kelsey Wei, Russ Wermers, and Tong Yao, 2015, "Uncommon Value: The Investment Performance of Contrarian Funds," Management Science, October, 2394–2414

David Blake, Alberto Rossi, Allan Timmermann, Ian Tonks, and Russ Wermers, 2015, "Decentralization in Pension Fund Management," Journal of Investment Management 13, 35-56

Lawrence Schmidt, Allan Timmermann, and Russ Wermers, 2016, "Runs on Money Market Mutual Funds," American Economic Review 106, 2625-2657

Youchang Wu, Russ Wermers, and Josef Zechner, 2016, "Managerial Rents vs. Shareholder Value in Delegated Portfolio Management: The Case of Closed-End Funds," Review of Financial Studies 29, 3428-3470

# APPENDIX A

Antonio Gargano, Alberto Rossi, and Russ Wermers, 2017, "The Freedom of Information Act and the Race Toward Information Acquisition," Review of Financial Studies 30, 2179–2228; Winner, *Review of Financial Studies Best Paper Runner-Up Award for 2017*; Winner, *2016 PanAgora Crowell Prize*

Mark Kamstra, Lisa Kramer, Maurice Levi, and Russ Wermers, 2017, "Seasonal Asset Allocation: Evidence from Mutual Fund Flows," Journal of Financial and Quantitative Analysis 52, 71-109

Alberto Rossi, David Blake, Allan Timmermann, and Ian Tonks, 2018, "Network Centrality and Delegated Investment Performance," Journal of Financial Economics 128, 183-206

Gallagher, Emily, Lawrence Schmidt, Allan Timmermann, and Russ Wermers, 2019, "Investor Information Acquisition and Money Market Fund Risk Rebalancing during the 2011-12 Eurozone Crisis," Review of Financial Studies, forthcoming

Huang, Alan, Hongping Tan, and Russ Wermers, 2019, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Review of Financial Studies, forthcoming

Groenborg, Neils, Asger Lunde, Allan Timmermann, and Russ Wermers, 2019, "Picking Funds with Confidence," Journal of Financial Economics, forthcoming

Alok, Shashwat, Nitin Kumar, and Russ Wermers, 2019, "Do Fund Managers Misestimate Climatic Disaster Risk?" Review of Financial Studies, forthcoming

Russ Wermers, 2019, "Active Investing and the Efficiency of Security Markets," Journal of Investment Management, forthcoming

Barras, Laurent, Olivier Scaillet, and Russ Wermers, 2019, "Reassessing False Discoveries in Mutual Fund Performance: Skill, Luck, or Lack of Power? A Reply," Journal of Finance (Replications and Corrigenda), forthcoming

**TEXTBOOKS**   Bernd Fischer and Russ Wermers, Performance Evaluation and Attribution of Security Portfolios, Elsevier/Academic Press, December 2012

**OTHER PUBLICATIONS**   Alan Huang, Hongping Tan, and Russ Wermers, 2019, "Institutional Trading around Corporate News: Evidence from Textual Analysis," *Harvard Law School Forum on Corporate Governance and Financial Regulation*, forthcoming

Mark M. Carhart and Russ Wermers, 2018, "Topics in Performance Appraisal," Reading 8, Certificate in Investment Performance Measurement (CIPM) (Required Reading for Level II), CFA Institute

Robert Jones and Russ Wermers, 2018, "Active Management in Mostly Efficient Markets," reprinted in *The Characteristics of Successful Active Investment Managers* (9 pages), Dodge & Cox Mutual Fund Management Company

Wu, Youchang, Russ Wermers, and Josef Zechner, "Managerial Rents vs. Shareholder Value in Delegated Portfolio Management," *Harvard Law School Forum on Corporate Governance and Financial Regulation*, September 13, 2016

Cao, Bingkuan, Xinyuan Shao, Russ Wermers, and Jinming Xue, "Stoxx True Exposure Indices: Risk Exposure Analysis," September 12, 2016. Available at: https://www.stoxx.com/document/Others/marketing/STOXX_TRU_Exposure_Indices_Maryland_Research_Report.pdf

# APPENDIX A

Wei, Kelsey, Russ Wermers, and Tong Yao, 2016, "Against the 'Wisdom of Crowds': The Investment Performance of Contrarian Funds," Chapter 19 in *Portfolio Construction, Measurement, and Efficiency*, J.B. Guerard Jr. (ed.), Springer, (invited book chapter in honor of Jack Treynor)

Susan Christoffersen, David Musto, and Russ Wermers, 2014, "Investor Flows to Asset Managers: Causes and Consequences," Annual Review of Financial Economics 6, 289-310 (invited survey article)

Daniel Li, Michael Markov, and Russ Wermers, 2013, "It's 4 pm. Do You Know Where Your Hedge Funds Are?" Hedge Funds Review

Russ Wermers, 2011, "Performance Measurement of Mutual Funds, Hedge Funds, and Institutional Accounts," Annual Review of Financial Economics, 537-574 (invited survey article)

Russ Wermers, 2011, "Review of 'Investments and Portfolio Performance,' by Edwin Elton and Martin Gruber," Quantitative Finance, Vol. 11 (9), September, 1297-1298

Jason C. Hsu, Vitali Kalesnik, and Russ Wermers, 2011, "Performance Evaluation of Active Managers: An Overview of Current Practice," Investments & Wealth Monitor, January/February, 37-40

Russ Wermers, 2001, "The Potential Effects of More Frequent Portfolio Disclosure on Mutual Fund Performance," Perspective, The Investment Company Institute, June, pages 1-12 (submitted by the ICI to the SEC as the major research study supporting that increased disclosure of security holdings by mutual funds could be harmful to the realized returns of fund shareholders)

Russ Wermers, 2001, "The Greatest Return Stories Ever Told: Comments," Journal of Investing, 92-93

Russ Wermers, 2001, "Can Actively Managed Money Beat the Market?" in Mutual Funds: Risk and Performance Analysis for Decision Making, by John A. Haslem, Blackwell Publishers, 311-315

**WORKING PAPERS**
"Cash-flow timing vs. discount-rate timing: A decomposition of mutual fund market-timing skills," with Chunhua Lan, 2018

"Information Intensity and Mutual Fund Performance," with George Jiang, Ke Shen, and Tong Yao, 2018

"News or noise: Mobile internet technology and market quality," with Nerissa Brown, W. Brooke Elliott, and Roger White, 2016

"Do Small Institutional Shareholders Use Low-Cost Monitoring Opportunities? Evidence from the Say on Pay Vote" with Miriam Schwartz-Ziv, 2018

"Holding Horizon: A New Measure of Active Investment Management," with Chunhua Lan and Fabio Moneta, 2018

"Investor Flows and Share Restrictions in the Hedge Fund Industry," with Bill Ding, Mila Getmansky, and Bing Liang, 2010

"Mutual Fund Performance and Governance Structure: The Role of Portfolio Managers and Boards of Directors," with Bill Ding, 2009

4

# APPENDIX A

"A Matter of Style:  The Causes and Consequences of Style Drift in Institutional Portfolios," 2011

"Portfolio Performance, Discount Dynamics, and the Turnover of Closed-End Fund Managers," with Youchang Wu and Josef Zechner, 2008

"Aftermarket Consumer Behavior and Pricing: The Implications of Post-Purchase Consumer Arbitrage," with Chris Leach and Fred Sterbenz, 2009

"Is Money Really 'Smart'?  New Evidence on the Relation Between Mutual Fund Flows, Manager Behavior, and Performance Persistence," 2003

"Herd Behavior in Voluntary Disclosure Decisions: An Examination of Capital Expenditure Forecasts," with Nerissa Brown and Larry Gordon, 2007

"Hedge Fund Flows and Contagion in Financial Markets," with Bill Ding, Mila Getmansky, and Bing Liang, 2007

"Patterns of Coauthorship and Research Productivity in Finance Academia," 2008, with J. Chris Leach and Ron Melicher

"Style Migration and the Cross-Section of Average Stock Returns," with Hsiu-Lang Chen, 2005

"Are Mutual Fund Shareholders Compensated for Active Management 'Bets'?" 2003

"Risk-Taking Behavior by Mutual Fund Managers:  Do Managers 'Walk Away' from the Tournament?" 2001, with Naveen Daniel

"Momentum Investment Strategies of Mutual Funds, Performance Persistence, and Survivorship Bias," 1997

"An Optimum Test of Correlated Trading by Institutional Investors," 1993

Master's Thesis:  Research in cooperation with Wedbush Securities, Inc., Los Angeles, CA:  "The Identification of Optimal Target Companies and Optimal Structuring for Leveraged Buyouts (LBOs)," 1989

**CONFERENCES (Past 3 Years)**

Presentation, "Active Management and the Efficiency of Security Markets," 2019 Research Symposium of the Active Management Research Alliance (AMRA), Kenan Institute at UNC, New York

Presentation, "Do ETFs Increase Liquidity?" (by coauthor), European Finance Association Annual Meetings, (Carcavelos, Portugal), August 2019

Keynote Talk, "Do ETFs Increase Liquidity?," Hedge Funds, Mutual Funds, and Factor Investing Conference, Lancaster University (UK), June 2019

Keynote Talk, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Front Range Finance Conference (University of Colorado at Denver), May 2019

Discussion of "Swing Pricing and Fragility in Open-End Mutual Funds," Sixth Annual Conference on Financial Market Regulation, Washington DC (SEC Headquarters), May 2019

Discussion of "Liquidity Provision in the Secondary Market for Private Equity Fund Stakes," Second World Symposium on Investment Research (in partnership with the Review of Financial Studies), NYC, May 2019

Presentation, "Investor Information Acquisition and Money Market Fund Risk Rebalancing during the 2011-12 Eurozone Crisis," Diamond-Dybvig 36 Conference (Washington University in St. Louis), March 2019

# APPENDIX A

Presentation, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Fourth Annual News and Finance Conference (Columbia University), March 2019

Keynote Talk, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Mid-Atlantic Research Conference (at Villanova University), March 2019

Keynote Talk, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Finance Down Under Conference, University of Melbourne, March 2019

Session Chair, "Selecting Mutual Funds," American Finance Association Annual meetings, Atlanta, January 2019

Keynote Talk, "Active vs. Passive Management: How to Separate 'SAMs' from 'IAMS'," MPT (Modern Portfolio Theory) Forum, International Lecture, Shonan Kokusai Village (Japan), December 2018

Presentation, "Active vs. Passive Management: How to Separate 'SAMs' from 'IAMS'," Nippon Finance Association (Tokyo), December 2018

Presentation of "Active vs. Passive Management: How to Separate "SAMs" from "IAMS," Defined Contribution Institutional Investment Association, Academic Forum, San Francisco, November 2018

Presentation of "Institutional Trading around Corporate News: Evidence from Textual Analysis," Quantitative Investing Conference: The Future of Active Management," Joint Conference of UBS and the University of Maryland Center for Financial Policy, New York City, November 2018

Session Chair, "Mutual Funds," Asian Finance Association Annual meetings, Tokyo, June 2018

Presentation of "Holding Horizon: A New Measure of Active Investment Management," Asian Finance Association Annual meetings, Tokyo, June 2018

Discussion of "Mutual Fund Flight-to-Liquidity," Asian Finance Association Annual meetings, Tokyo, June 2018

Program Chair, Front Range Finance Conference, University of Colorado at Denver, May 2018

Presentation of "Holding Horizon: A New Measure of Active Investment Management," Georgia State Conference on Recent Advances in Delegated Portfolio Management, Atlanta, April 2018

Discussion of "Following the Money: Evidence for the Portfolio Balance Channel of Quantitative Easing," American Finance Association Annual meetings, Philadelphia, January 2018

Presentation of "Costly Information Production, Information Intensity, and Mutual Fund Performance," American Finance Association Annual meetings, Philadelphia, January 2018

Presentation of "Do Small Institutional Shareholders Use Low-Cost Monitoring Opportunities? Evidence from the Say on Pay Vote," Conference on "Institutional Investor Activism and Engagement," Tel Aviv and Jerusalem, December 2017

Panelist, "The Effect of ETPs on Financial Markets," SEC-NYU Dialogue on Securities Market Regulation, September 2017

Presentation of "Cash-flow timing vs. discount-rate timing: A decomposition of mutual fund market-timing skills," Asian Finance Association Annual Meetings, Seoul, July 2017

Discussion of "Buy Side, Sell Side," Nanyang Technological University Finance Conference, Singapore, July 2017

Presentation of "Costly Information Production, Information Intensity, and Mutual Fund Performance," Nanyang Technological University Finance Conference, Singapore, July 2017

Session Chair, Asset Management Session, Fourth Annual Conference on Financial Market Regulation, (jointly held by the SEC, University of Maryland Center for Financial Policy, Lehigh University Center for Financial Services, and the CFA Institute).

Discussion of "Compensation Benchmarking and the Peer Effects of Say-on-Pay," 10th Annual Corporate Governance Conference, Drexel University, April 2017

Keynote Talk, Auckland Finance Meeting, Auckland Centre for Financial Research, New Zealand, December 2016

Presentation of "Mutual Fund Investment Horizon and Performance," Defined Contribution Institutional Investment Association, Academic Forum, November 2016, New York City

Presentation (by coauthor) of "Cash-flow timing vs. discount-rate timing: A decomposition of mutual fund market-timing skills," American Finance Association Annual Meetings, Chicago, January 2017

# APPENDIX A

Presentation (by coauthor) of "Information Intensity and Mutual Fund Performance," Financial Management Association Annual Meetings, Las Vegas, October 2016

Discussion of "Liquidity Transformation in Asset Management: Evidence from the Cash Holdings of Mutual Funds," Wharton Liquidity and Financial Crises Conference, October 2016

Presentation (by coauthor) of "Cash-flow timing vs. discount-rate timing: A decomposition of mutual fund market-timing skills," Financial Management Association Annual Meetings, Las Vegas, October 2016

Presentation of "Institutional Trading around Corporate News: Evidence from Textual Analysis," 2016 AIM Investment Conference, University of Texas at Austin

Presentation (by coauthor) of "Do Small Institutional Shareholders Use Low-Cost Monitoring Opportunities? Evidence from the Say on Pay Vote," European Finance Association Annual Meetings, Oslo, August 2016

Session Chair, "Runs on Banks and Mutual Funds," Western Finance Association Annual Meetings, Park City, Utah, June 2016

Presentation (by coauthor) of "Costly Information Production, Information Intensity, and Mutual Fund Performance," China International Conference in Finance, Xiamen, China, 2016

Discussion of "Asset Manager Funds," by Joseph Gerakos, Juhani Linnainmaa, and Adair Morse, Duke/UNC Asset Pricing Conference, April 2016

Poster Session (Macroeconomics), "The International Transmission of Money Market Fund Liquidity Shocks," American Economic Association Annual Meetings, San Francisco, January 2016

Presentation (by coauthor) of "Network Centrality and Pension Fund Performance," American Finance Association Annual Meetings, San Francisco, January 2016

Presentation (by coauthor) of "The Stability of Money Market Mutual Funds: The Effect of the 2010 Amendments to Rule 2A-7," American Finance Association Annual Meetings, San Francisco, January 2016

**INVITED PAPER PRESENTATIONS (Past 5 Years)**

Aalto University (Helsinki), 2018
Baruch University, 2019
The Capital Group (American Funds), 2017
Chulalongkorn University (Bangkok), 2013, 2014
Cornell University, 2019 (planned)
Deakin University (Melbourne, Australia), 2019
ESMT and Humboldt University (Joint Seminar; Berlin), 2013
Federal Reserve Board (Washington, D.C.), 2014
Georgetown University, 2016
Hitotsubashi University (Tokyo), 2018
Hong Kong Polytechnic University, 2018
Institutional Shareholder Services (ISS), 2015
Lund University, 2017
McGill University, 2017
Ohio State University, 2014
Peking University, 2017
Penn State University, 2015
Purdue University, 2017
Queensland University of Technology, 2019
Shanghai Advanced Institute of Finance (SAIF), 2016, 2019 (planned)
Southwestern University of Finance and Economics, Institute of Financial Studies (SWUFE IFS; Chengdu, China), 2017, 2018
Stockholm University, 2017
SUNY-Buffalo, 2014
Texas A&M University, 2017
T. Rowe Price, 2018
Tsinghua University, 2020 (planned)
University of Baltimore, 2014
University of California, Irvine, 2019 (planned)

# APPENDIX A

University of Cincinnati, 2014
University of Colorado at Boulder, 2020 (planned)
University of Delaware, 2015
University of Gothenburg, 2017
University of Glascow, 2015
University of Hawaii, 2009, 2018
University of Houston, 2013
University of Illinois, Chicago, 2015
University of Illinois, Urbana-Champaign, 2017
University of Iowa, 2014
University of Lancaster, 2015
University of Manchester, 2015
University of Miami, 2016
University of Missouri, 2015
University of Oregon, 2019
University of Oulu, 2018
University of Queensland, 2016, 2019
University of Virginia (The Darden School), 2015
U.S. Securities and Exchange Commission, 2015
Vienna University of Economics and Business Administration, 2020 (planned)
Washington State University, 2014

**GRANTS**          Funded Research Grant, Investment Adviser Association (IAA), 2019 ($15,000)
**(Past 5 Years)**  Funded Research Grant, ETF Research Academy of the Paris-Dauphine House of Finance (in
                    association with Lyxor Asset Management), 2015 (€10,000)
                    Funded Course Development Grant (Developing Matlab Modules for Quantitative Equity Portfolio
                    Management class), Smith School, 2013 ($7,500)

**FELLOWSHIPS,**    KBank Chair Professor, Chulalongkorn University (visiting professorship, June/July 2014)
**VISITING CHAIRS,** Fellow, Burridge Center for Securities Analysis and Valuation (The University of Colorado),
**SCHOLARSHIPS**        March 16-20, 2009
                    Fellow, Center for Institutional Investment Management, SUNY-Albany, 2006-present
                    Fellow, Centre for Financial Research, University of Cologne, 2005-present
                    Fellow, Wharton Financial Institutions Center, 2002-present
                    Fellow, Gutmann Center at the University of Vienna, 2002-2003
                    Associate, Burridge Center for Securities Analysis and Valuation (The University of Colorado), 1999-
                        2001
                    Scholar, Burridge Center for Securities Analysis and Valuation (The University of Colorado), 1998-
                        1999
                    Junior Faculty Development Award (Competitive Award at The University of Colorado), 1998
                    Big 12 Faculty Fellowship (Competitive Award at The University of Colorado), 1998
                    Dean's Teaching Scholar, 1997-1998 (Competitive Award at The University of Colorado)
                    AACSB National Doctoral Fellow (national competition), 1989-1990
                    UCLA Doctoral Fellowships, 1989-1994:
                        Graduate Division/Ph.D. Fellowship
                        C.V. Starr Fellowship
                        Anderson Doctoral Fellowship
                    Ziegler Educational Foundation Scholarship, U. of Idaho Metallurgical Engineering Dept.,
                        1979, 1980
                    Calvin and Fannie Cobb Scholarship, Boise State University, 1978
                    A.W. Fahrenwald Foundation Scholarship, U. of Idaho Chemical Engineering Dept., 1976

**RESEARCH**        Review of Financial Studies *Michael Brennan Best Paper Runner-Up Award for 2017*

# APPENDIX A

**AWARDS, HONORS, PROFESSIONAL CERTIFICATIONS**

First Place (with coauthors), *PanAgora Crowell Prize*, 2016

Winner (with coauthors), *CFA Institute Asia Pacific Capital Markets Research Award*, 2015 FMA Asian Meeting, (Seoul), 2015

Winner (with coauthors), First Academic Paper Competition, 2012, *Journal of Investment Consulting*

Third Place (with coauthors), *PanAgora Crowell Prize*, 2012

Winner (with coauthor), *Graham and Dodd Scroll Award*, Financial Analysts Journal, 2011

Winner (with coauthors), *CFA Institute Best Paper Award*, Asian Finance Association Annual Meetings (Macau), 2011

Winner (with coauthors), *2008 Banque Privée Espírito Santo/Swiss Finance Institute Outstanding Paper Prize*

Finalist (with coauthors), *Smith Breeden Prize* for the Outstanding Paper of 2007 Published in *The Journal of Finance* (one of top eight papers published during December 2006 to September 2007)

*Outstanding Paper Award* (with coauthors), 2008 Conference of the Centre for Financial Research at the University of Cologne

*First Prize* (with coauthors), 2007 Annual Joint Prize of Inquire Europe, Inquire UK, and Q-Group

*SWX Best Paper Award* (with coauthors), Eighth Conference of the Swiss Society of Financial Market Research, Zurich, Switzerland, April 2005

Winner (with coauthors), *2004 Gutmann Prize* for Outstanding Paper, University of Vienna

Nominated, *Smith Breeden Prize* for the Outstanding Paper of 1999 Published in *The Journal of Finance*

Third Place, The Chicago Quantitative Alliance (CQA) Third Annual Academic Competition, September 1996, Chicago, Illinois

*New York Stock Exchange Award for the Best Paper on Equity Trading*, Western Finance Association (WFA) Meetings, June 1995, Aspen, Colorado

Inducted into Beta Gamma Sigma (national business honor society), 1986

Vice President, Spirit of '76 Toastmasters (Unocal), 1983-1989

Best Speaker of 1985, Spirit of '76 Toastmasters (Unocal) (and numerous other speaking awards)

Officer, Fully-Employed MBA Association at UCLA, 1986-1987

Licensed Chemical Engineer, State of California, 1984-present

President, Unocal Executive Speakers' Forum (introduced top executives at banquets), 1982-1983

Passed Engineer-in-Training Exam (during first administration of exam), State of Idaho, 1981

Finalist, "Outstanding Junior-Class Student," College of Mines, University of Idaho, 1980

Inducted into Tau Beta Pi (national engineering honor society), 1979

Member and Officer, Delta Chi Fraternity, 1976-1977

Chapter Scholar Award, University of Idaho Chapter of Delta Chi Fraternity, 1977

# APPENDIX A

**MEDIA APPEARANCES (Past 5 Years)**

"Active Managers Underpin Functioning Markets," Letter to the Editor, *Financial Times*, September 29, 2019

"Swedroe: No Point to Timing Factors," *ETF.com*, February 11, 2019

"Will a Fragile Banking System Survive Future Runs?" *Barron's*, October 16, 2018

"Think Outside the Style Boxes," *Think Advisor* (thinkadvisor.com), June 25, 2018

"Do Index Funds Cost 100 Times as Much as You Think?" *The Wall Street Journal*, April 20, 2018

"In Fund Management, Winning Trends Persist," *Barron's*, September 9, 2017

"ETF Flash Crash 'Impossible' in Europe," *Yahoo Finance*, July 27, 2016, and ETF.com, November 5, 2015

"Sharks Needed in the Tank," Investment Magazine (http://investmentmagazine.com.au), May 30, 2016

"Investors Need to Pick the Right Fund Manager for the Times," The Sydney Morning Herald, May 24, 2016

"Oakmark Funds: A Patient and Active Approach," ValueWalk.com, August 24, 2015

Interview in *Stoxx Pulse* (a publication by STOXX Europe), Summer 2015

"As the Market Slows, Play Offense and Defense," *Barron's*, May 29, 2015

"Hedge Funds Making Profits Using FOIA Requests, Says New Study," *valuewalk.com*, February 3, 2015

"Has the Death Knell of Active Management Been Rung too Soon?" *Financial Times*, February 1, 2015

"Flight Cancellations Continue In Sioux Falls," Interview on *Kelo Television*, Sioux Falls, South Dakota, September 30, 2014

"Nobel Duel: Which Investment Style Packs More Punch?" *Bankrate.com*, March 10, 2014

"And the Next Star Fund Manager Is…," *The Wall Street Journal*, Weekend Edition, January 18/19, 2014

UK Television interview on "Straight Talk," September 16, 2013, http://www.investmentcompass.co.uk/topstories

**CURRENT RESEARCH INTERESTS**

**Investments:** (1) Empirical studies of the impact of institutional investor trading on stock markets, (2) Performance evaluation, (3) Measurement of survivorship bias and performance persistence

**Microfinance:** The structure of microfinance institutions in Thailand (urban vs. rural, industry, religion) and their efficacy in distributing loans

**Security Market Efficiency Studies:** (1) Returns to momentum investing strategies, (2) Returns to growth stocks vs. value stocks widely held and traded by mutual funds, (3) Information content of analyst earnings forecasts and recommendations, (4) Information content of mutual fund portfolio disclosure, (5) Herding behavior by investment managers and its impact on security prices

**Energy Markets:** (1) Gasoline retail pricing

**DISSERTATION**

"**Essays on the Investment Behavior of Institutional Investors**": Investigates the interaction between institutional investors and the markets in which they trade, focusing on investment strategies that are based on market information, and on the impact of institutional trades on markets. The first chapter, *Momentum Investment Strategies, Portfolio Performance, and Herding*, documents the use of past returns (technical analysis) by the institutions to achieve abnormal performance. The second chapter, *Herding, Trade Reversals, and Cascading by Institutional Investors*, investigates the tendency of institutional investors to mimic each other's trades, and the tendency of some investors to follow the prior investment decisions of others; this chapter also studies the impact of institutional investors on market prices. The third chapter, *Serial Correlation, Performance Persistence, and Survivorship Bias*, measures the magnitude of survivorship bias in studies of mutual fund performance, and the relation of investment "style" to performance persistence and survivorship bias

**TEACHING**

**University of Colorado (1994 to 2000):**

Undergraduate Investments [Average Student Evaluation (1994-2000) = A] (Average class size = 50)

Undergraduate Special Topics in Investment Management [Average Student Evaluation (2000) = A+] (Average class size = 30)

MBA Advanced Corporate Finance [Average Student Evaluation (1995-1996) = A-] (Average class

# APPENDIX A

size = 55)

PhD Empirical Methods [Average Student Evaluation (1996-1997) = A+] (Average class size = 15)

PhD Finance Theory [Average Student Evaluation (1999) = A+] (Average class size = 15)

**University of Maryland (2000 to 2018, most recent semester shown):**

Investment Management, MBA and M.S. Finance [Average Student Evaluation (Spring 2018) = 3.73/4.0]

Quantitative Equity Portfolio Management, MBA and M.S. Finance [Average Student Evaluation (Spring 2019) = 3.67/4.0 and 3.55/4.0]

Undergraduate Investments [Average Student Evaluation (Spring 2016) = 3.55/4.0]

Undergraduate Quantitative Equity Portfolio Management [Average Student Evaluation (Spring 2019) = 3.23/4.0]

Doctoral Empirical Methods [Average Student Evaluation (Spring 2013) = 3.56/4.0]

**Swiss Finance Institute Certificate Program (Executive Education in Geneva, Switzerland; 2001-2006):**

Performance Evaluation and Attribution:  Theory and Practical Application (One-Week Course in the Fall of Each Year) [Six-Year Average:  4.6/5.0]

**Stockholm University (2003, 2004):**

Performance Evaluation and Attribution:  Theory and Practical Application (Two-Week Masters-Level Course) [Two-Year Average: 5.0/5.0]

**Chulalongkorn University (Thailand) (2004-2019):**

Performance Evaluation and Attribution:  Theory and Practical Application (One-Week Masters-Level Course) [Average Student Evaluation (July 2019) = 4.40/5.0]

**TEACHING AWARDS, RECOGNITION**

Distinguished Teaching Award (Top 10% in Undergraduate Teaching at the Smith School), AY2018

Allen J. Krowe Excellence in Teaching Award, Smith School at the University of Maryland, AY2012

Top 15% Teacher, Smith School at the University of Maryland, AY2012

Honored as "Faculty Mentor Who Has Made the Most Impact" by Qiao Qiao (Chelsea) Yin, who was named one of the 2012-2013 Philip Merrill Presidential Scholars at the University of Maryland (a top undergraduate student campus-wide recognition)

Joe Wikler Teaching Award, Department of Finance, Smith School of Business, University of Maryland, 2007

University of Maryland "Teaching with Technology Award" (Top Prize for a Campus-Wide Teaching Competition), 2005

Finalist (Finished in Top Three Faculty on Entire Campus), Teaching Award, Student Organization for Alumni Relations (SOAR)—a University of Colorado Campus-Wide Teaching Award, 1999-2000

Received Rating of "Excellent" in Teaching in Reappointment Evaluation at Department Level and in Dean's Letter at The University of Colorado, 1999

**ADVISING ACTIVITIES**

Dissertation Advisor (ex-Officio) for Harold (Tray) Spilker, placed at University of Hawaii

Co-Chair (with Pete Kyle), Dissertation Committee for Benjamin Munyan, placed at Vanderbilt University, 2014-2015; winner of the University of Maryland's 2015 Distinguished Dissertation Prize (across all Social Sciences)

Chair, Dissertation Committee for Nitin Kumar, placed at Indian School of Business, 2009-2013

Member, Dissertation Committee for Nitish Sinha, placed at University of Illinois at Chicago, 2009-2010

Dissertation Advisor (ex-Officio) for Laurent Barras, placed at McGill University, 2008-2009

Chair, Dissertation Committee for David Hunter, placed at University of Hawaii, currently at University of Queensland, 2007-2008

Member, Dissertation Committee for Scott Nestler, placed at United States Military Academy at West Point, 2006-2007

# APPENDIX A

Co-Chair, Dissertation Committee for Nerissa Brown, placed at University of Southern California, currently at University of Illinois, Urbana-Champaign

Member, Dissertation Committee for Naveen Daniel, placed at Purdue University, currently at Drexel University

**SERVICE ACTIVITIES (PAST 5 YEARS)**

Editorial Board, Financial Analysts Journal, 2018-

Editorial Board, Review of Behavioral Finance, 2017-

Editorial Board, European Financial Management, 2017-

Associate Editor, Journal of Banking and Finance, 2015-

Advisory Board, The Journal of Performance Measurement, 2013-

Co-Author, Expert Level Curriculum Reading for CIPM Program of the CFA Institute, 2018

Advisory Board, M.S. Finance Program, Faculty of Commerce and Accountancy, Chulalongkorn University, 2015-

Associate Editor, The Financial Review, 2015-2018

Associate Chairperson, 2014 Western Finance Association Annual Meetings, Empirical Asset Pricing Area

Member, Advisory Board of The Journal of Performance Measurement

Editor, 4 Topic Areas of Curriculum for CIPM Program of the CFA Institute, 2013

Member, Editorial Board of Journal of Business Administration Research (Chulalongkorn University, Bangkok, Thailand)

**University of Maryland at College Park:**

Chairman, Department of Finance, January 2019-present

Director, Center for Financial Policy, 2013-present

Chair, Promotion Committee for Michael Faulkender, Fall 2016

Chair, Promotion Committee for Liu Yang, Fall 2015

Chair, Promotion Committee for N. Prabhala, Fall 2014

Chair, Finance Department Untenured (Tenure-Track) Faculty Review Committee, AY2013

Member, OCS Faculty Advisory Committee, AY 2013

Faculty Council, AY 2013

Team Admin, AY 2013

Team MBA, AY 2012, 2013

Member, Recruiting Committee, AY 2002-2010, 2012, 2013

**CONSULTING EXPERIENCE**

Consultant, Zacks Investment Research

Consultant, STOXX Indexes

Consultant, Office of Financial Research, U.S. Department of the Treasury

Consultant, Parala Capital

Consultant, Goldman Sachs Asset Management

Consultant, ProShares

Consultant, T. Rowe Price

Academic Affiliate, The Analysis Group

Academic Affiliate, Cornerstone Research

Expert Witness, Charles River Associates

Expert Witness, Alvarez and Marsal

Expert Consultant/Witness, Federal Bureau of Investigation

Expert Consultant/Witness, The Securities and Exchange Commission, multiple mutual fund market-timing cases, late-trading cases, and a money market mutual fund case

Expert Consultant/Witness, Kirkland and Ellis Law Firm, Chicago

Mutual Fund Risk/Return Study, the Commonfund Institute

Consultant for Performance Research and Design (a pension fund consulting company)

Consultant, Investment Company Institute, Washington, D.C.

# APPENDIX A

Risk Management for Electricity Products, Stratus Consulting, Inc., Boulder, Colorado (Principal Co-Architect of "Portfolio Optimizer," a Risk Management System for Duke Solutions, an Energy Trading Firm)
CFA Exam Study Materials Developer, Allen Resources

**TESTIMONY/**
**EXPERT REPORTS**
**(PAST 4 YEARS)**

"Nelsen, et al., v. Principal Global Investors Trust Company, et al.," Submitted Expert Report to Support class certification challenge, Testified at Deposition, 2019

"Baird, et al., v. BlackRock Institutional Trust Company, N.A., et al.," Submitted Expert Report to support class certification challenge, Testified at Deposition, 2019

"Henderson, et al., v. Emory University, et al.," Submitted Expert Report, Testified at Deposition, 2019

"Clark, et al., v. Duke University, et al.," Submitted Expert Report and two Rebuttal Reports, Testified at Deposition, 2018

"Terraza, et al., v. Safeway Inc., et al., and Lorenz, et al., v. Safeway Inc., et al.," Submitted Expert Report and Rebuttal Report, Testified at Deposition, 2018

"Tracey, et al., v. Massachusetts Institute of Technology, et al.," Submitted Expert Report to support class certification challenge; Submitted Affirmative Expert Report and Rebuttal Report, Testified at Deposition, 2018/2019

"Ramos, et al., v. Banner Health, et al.," Submitted Expert Rebuttal Report, Testified at Deposition, 2018

"Pledger, et al., v. Reliance Trust Company, et al.," Submitted Expert Report and Rebuttal Report, Testified at Deposition, 2018

"Troudt, et al., v. Oracle Corporation, et al.," Submitted Expert Report and Rebuttal Report, 2017/2018, Testified at Deposition, 2019

"Brewster Smith, et al., v. BB&T Corporation, et al.," Submitted Expert Report, Testified at Deposition, 2017

"Wildman, et al., v. American Century Services, LLC, et al.," Submitted Expert Report, Testified at Deposition, 2017

"Urakhchin, et al., v. Allianz Asset Management of America, L.P., et al.," Submitted Expert Report, Rebuttal Report, and Testified at Deposition, 2017

"In re Virtus Investment Partners, Inc. Securities Litigation," Submitted Expert Report, Testified at Deposition, 2017

"Youngers, et al. v. Virtus Investment Partners, Inc., et al.," Submitted Expert Report, 2017

"Terrence Zehrer and Ruth Tumpowsky v. Harbor Capital Advisors, Inc.," Submitted Expert Report, Testified at Deposition, 2016

"Pender et al. v. Bank of America Corp.," Submitted Expert Report, two Supplemental Expert Reports, and Testified at Trial on Behalf of the Defendant, 2016

"Sivolella v. AXA Equitable Life Insurance Company," Submitted Expert Report, Testified at Deposition, and Testified at Trial on Behalf of the Defendant, 2014-2016

"In re J.P. Morgan Stable Value Fund ERISA Litigation," Submitted Expert Report and Rebuttal Expert Report, and Testified at Deposition on Behalf of the Defendant, 2016

"Fred McClure v. Russell Investment Management Company and Russell Fund Services Company," Submitted Expert Report and Testified at Deposition on Behalf of the Defendant, 2015/2016

# APPENDIX A

<u>**Citations**</u>

From Web of Science (webofknowledge.com)
As of December 14, 2019

<u>**Cited Paper**</u>                         <u>**# Citations**</u>

**A.  Published Papers**

Momentum Investment Strategies,           627
    Portfolio Performance, and
    Herding:  A Study of Mutual
    Fund Behavior
    (published in the American
    Economic Review, 1995)

Measuring Mutual Fund Performance         808
    With Characteristic-Based
    Benchmarks
    (published in the Journal of
    Finance, 1997)

Mutual Fund Herding and the               530
    Impact on Stock Prices
    (published in the Journal
    of Finance, 1999)

Mutual Fund Performance:  An              483
    Empirical Decomposition into
    Stock-Picking Talent, Style,
    Transactions Costs, and Expenses
    (published in the Journal of
    Finance, 2000)

The Value of Active Mutual Fund           197
    Management: An Examination of
    the Stockholdings and Trades of
    Fund Managers (published in the
    Journal of Financial and Quantitative
    Analysis, 2000)

The Potential Effects of More Frequent      7
    Portfolio Disclosure on Mutual Fund
    Performance, published in *Perspective*
    (an Investment Company Institute
    Publication)

Investing in Mutual Funds When Returns     89
    are Predictable (published in the
    Journal of Financial Economics, 2006)

Can Mutual Fund "Stars" Really Pick Stocks?  265
    New Evidence from a Bootstrap Analysis
    (published in the Journal of Finance, 2006)

# APPENDIX A

| Cited Paper | # Citations |
| --- | --- |
| Performance Evaluation with Portfolio Holdings Information (published in the North American Journal of Economics and Finance, 2006) | 1 |
| False Discoveries in Mutual Fund Performance: Measuring Luck in Estimated Alphas (published in the Journal of Finance, 2010) | 198 |
| Active Management in Mostly Efficient Markets (published in the Financial Analysts Journal, 2011) | 21 |
| Performance Measurement of Mutual Funds, Hedge Funds, and Institutional Accounts (published in the Annual Review of Financial Economics, 2011) | 16 |
| Forecasting Stock Returns Through an Efficient Aggregation of Mutual Fund Holdings (published in the Review of Financial Studies, 2012) | 23 |
| The Cross-Section of Conditional Mutual Fund Performance in European Stock Markets (published in the Journal of Financial Economics, 2013) | 30 |
| Monitoring Daily Hedge Fund Performance with Monthly Data (published in the Journal of Investment Consulting, 2013) | 0 |
| Decentralized Investment Management: Evidence from the Pension Fund Industry (published in the Journal of Finance, 2013) | 30 |
| Analyst Recommendations, Mutual Fund Herding, And Overreaction in Stock Prices (published in Management Science, 2014) | 63 |
| Mutual Fund Performance Evaluation with Active Peer Benchmarks (published in the Journal of Financial Economics, 2014) | 22 |
| Investor Flows to Asset Managers: Causes and Consequences (published in the Annual Review of Financial Economics, 2014) | 10 |
| Uncommon Value: The Characteristics and Investment Performance of Contrarian Funds | 7 |

# APPENDIX A

(published in Management Science, 2015)

Runs on Money Market Mutual Funds (published     19
    in the American Economic Review, 2016)

Managerial Rents vs. Shareholder Value in          5
    Delegated Portfolio Management:
    The Case of Closed-End Funds
    (published in the Review of Financial Studies,
    2016)

The Freedom of Information Act and the Race         1
    Toward Information Acquisition
    (published in the Review of Financial Studies,
    2017)

Seasonal Asset Allocation: Evidence from            9
    Mutual Fund Flows (Published in the
    Journal of Financial and Quantitative Analysis,
    2017)

Network Centrality and Delegated Investment         6
    Performance (published in the Journal of
    Financial Economics, 2018)

**B. Working Papers**

Momentum Investment Strategies of                  27
    Mutual Funds, Performance Persistence,
    and Survivorship Bias, working paper

Portfolio Performance, Discount Dynamics,           2
    and the Turnover of Closed-End Fund
    Managers," working paper

A Matter of Style: The Causes and                   4
    Consequences of Style Drift in
    Mutual Fund Portfolios, working paper

Are Mutual Fund Shareholders Compensated            2
    For Active Management 'Bets'? working
    paper

Is Money Really "Smart"? New Evidence              53
    on the Relation Between Mutual Fund
    Flows, Manager Behavior, and
    Performance Persistence, working paper

Mutual Fund Performance and Governance             26
    Structure:  The Role of Portfolio Managers
    and Boards of Directors

16

# APPENDIX A

**C. Total Citations**

For Published Academic Papers Only      3,460
(according to Web of Knowledge)

For All Papers      16,489
(according to Google Scholar)

**Exhibit 1**

# Investment Options Offered in BBVA Compass Bancshares 401(k) Plan[1]
## 2013 – 2019

| Name | Ticker | Date Added | Date Removed |
|---|---|---|---|
| Am Cent Diversified Bond Instl | ACBPX | Prior to July 18, 2013 | In Plan as of 2019 |
| Aston/TAMRO Small Cap I | ATSIX | Prior to July 18, 2013 | 10/01/16 |
| BBVA ADS Stock Fund | BBVA | Prior to July 18, 2013 | In Plan as of 2019 |
| Dodge & Cox Stock | DODGX | Prior to July 18, 2013 | In Plan as of 2019 |
| Harbor Capital Appreciation Instl | HACAX | Prior to July 18, 2013 | In Plan as of 2019 |
| Invesco International Growth R6 | IGFRX | 02/17/15 | In Plan as of 2019 |
| JPMorgan Mid Cap Growth R6 | JMGMX | Prior to July 18, 2013 | In Plan as of 2019 |
| Principal LifeTime 2015 I | LTINX | Prior to July 18, 2013 | 10/11/17 |
| Principal LifeTime 2020 I | PLWIX | Prior to July 18, 2013 | 10/11/17 |
| Principal LifeTime 2025 I | LTSTX | Prior to July 18, 2013 | 10/11/17 |
| Principal LifeTime 2030 I | PMTIX | Prior to July 18, 2013 | 10/11/17 |
| Principal LifeTime 2035 I | LTIUX | Prior to July 18, 2013 | 10/11/17 |
| Principal LifeTime 2040 I | PTDIX | Prior to July 18, 2013 | 10/11/17 |
| Principal LifeTime 2045 I | LTRIX | Prior to July 18, 2013 | 10/11/17 |
| Principal LifeTime 2050 I | PPLIX | Prior to July 18, 2013 | 10/11/17 |
| Principal LifeTime 2055 I | LTFIX | Prior to July 18, 2013 | 10/11/17 |
| Principal LifeTime Strategic Income I | PLSIX | Prior to July 18, 2013 | 10/11/17 |
| Principal MidCap Value I Inst | PVMIX | Prior to July 18, 2013 | In Plan as of 2019 |
| Thornburg International Value R6 | TGIRX | Prior to July 18, 2013 | 02/17/15 |
| Vanguard Institutional Index I | VINIX | Prior to July 18, 2013 | In Plan as of 2019 |
| Vanguard Prime Money Market Instl | VMRXX | Prior to July 18, 2013 | In Plan as of 2019 |
| Vanguard Small Cap Index I | VSCIX | 10/01/16 | In Plan as of 2019 |
| Vanguard Target Retirement 2015 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2020 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2025 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2030 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2035 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2040 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2045 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2050 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2055 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2060 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement 2065 Trust II | | 10/11/17 | In Plan as of 2019 |
| Vanguard Target Retirement Income Trust II | | 10/11/17 | In Plan as of 2019 |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Fidelity Investments Update; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1]  Vanguard Treasury Money Market I was added to the Plan on 10/11/17 which is approximated from BBVA Retirement Committee meeting minutes. The fund was closed to Participants as of 12/31/17 and had a market value of $32,084 as of 3/31/19.

**Exhibit 2**

# Claimants' Investments in Plan Funds

| Fund | Ferguson | Drake | McClinton |
|------|----------|-------|-----------|
| Am Cent Diversified Bond Instl | Q4 2013–Q3 2019 | Q4 2013–Q2 2017 | |
| Aston/TAMRO Small Cap I | Q4 2012–Q4 2015 | Q4 2013–Q4 2016 | |
| BBVA ADS Stock Fund | | Q3 2013–Q2 2017 | |
| Dodge & Cox Stock | Q4 2012–Q3 2019 | Q4 2013–Q2 2017 | |
| Harbor Capital Appreciation Instl | Q4 2012–Q3 2019 | Q4 2013–Q2 2017 | |
| Invesco International Growth R6 | Q1 2015–Q3 2019 | Q1 2015–Q2 2017 | |
| Principal LifeTime 2030 I | | Q4 2013–Q2 2017 | |
| Principal LifeTime 2045 I | Q4 2013–Q4 2017 | | |
| Thornburg International Value R6 | Q4 2013–Q1 2015 | Q4 2013–Q1 2015 | |
| Vanguard Prime Money Market Instl | Q4 2012–Q3 2019 | Q4 2013–Q2 2017 | |
| Vanguard Small Cap Index I | Q4 2016–Q3 2019 | Q3 2016–Q2 2017 | |
| Vanguard Target Retirement 2025 Trust II | | | Q1 2019–Q3 2019 |
| Vanguard Target Retirement 2045 Trust II | Q4 2017–Q3 2019 | | |

Source: ADM-Ferguson 004308 Claimants' Compass SmartInvestor 401(k) Plan Retirement Savings Statements

**Exhibit 3**

## Comparison of At-Issue Funds' Expense Ratios (Net of Revenue Sharing) to Best-in-Class Peer Fund Expense Ratios (Lowest Fee Share Classes)[1]
### 9/30/13 – 6/30/19

| Fund Name | 2013 | | 2014 | | | | 2015 | | | | 2016 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| American Century Diversified Bond Instl (ACBPX) | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% |
|   Median: Core Bond Funds | 0.45% | 0.45% | 0.45% | 0.45% | 0.45% | 0.45% | 0.45% | 0.45% | 0.44% | 0.43% | 0.43% | 0.43% |
|   Highest Quartile: Core Bond Funds | 0.54% | 0.57% | 0.57% | 0.55% | 0.54% | 0.54% | 0.54% | 0.53% | 0.52% | 0.49% | 0.49% | 0.49% |
| ASTON/TAMRO Small Cap I (ATSIX) | 0.88% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% |
|   Median: Small-Cap Growth Funds | 0.96% | 0.95% | 0.95% | 0.90% | 0.90% | 0.88% | 0.90% | 0.90% | 0.90% | 0.92% | 0.91% | 0.91% |
|   Highest Quartile: Small-Cap Growth Funds | 1.07% | 1.07% | 1.06% | 1.06% | 1.06% | 1.02% | 1.04% | 1.06% | 1.03% | 1.03% | 0.99% | 0.99% |
| Dodge & Cox Stock (DODGX) | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% |
|   Median: Large-Cap Value Funds | 0.73% | 0.74% | 0.62% | 0.58% | 0.62% | 0.62% | 0.65% | 0.62% | 0.62% | 0.62% | 0.62% | 0.58% |
|   Highest Quartile: Large-Cap Value Funds | 0.85% | 0.80% | 0.79% | 0.75% | 0.77% | 0.75% | 0.75% | 0.75% | 0.74% | 0.73% | 0.71% | 0.71% |
| Harbor Capital Appreciation Instl (HACAX) | 0.56% | 0.55% | 0.55% | 0.55% | 0.55% | 0.55% | 0.55% | 0.55% | 0.55% | 0.54% | 0.54% | 0.54% |
|   Median: Large-Cap Growth Funds | 0.70% | 0.68% | 0.67% | 0.68% | 0.69% | 0.65% | 0.65% | 0.64% | 0.64% | 0.62% | 0.62% | 0.62% |
|   Highest Quartile: Large-Cap Growth Funds | 0.76% | 0.75% | 0.74% | 0.75% | 0.77% | 0.72% | 0.72% | 0.72% | 0.75% | 0.71% | 0.71% | 0.67% |
| Invesco International Growth R6 (IGFRX) | | | | | | | 0.90% | 0.90% | 0.90% | 0.89% | 0.89% | 0.89% |
|   Median: International Large-Cap Growth | | | | | | | 1.00% | 1.00% | 0.98% | 0.98% | 0.98% | 0.95% |
|   Highest Quartile: International Large-Cap Growth | | | | | | | 1.02% | 1.09% | 1.07% | 1.07% | 1.07% | 1.00% |
| JPMorgan Mid Cap Growth R6 (JMGMX) | 0.74% | 0.74% | 0.74% | 0.74% | 0.74% | 0.74% | 0.74% | 0.73% | 0.73% | 0.73% | 0.73% | 0.73% |
|   Median: Mid-Cap Growth Funds | 0.84% | 0.87% | 0.87% | 0.92% | 0.86% | 0.86% | 0.86% | 0.89% | 0.89% | | | |
|   Highest Quartile: Mid-Cap Growth Funds | 0.95% | 0.95% | 0.99% | 1.02% | 0.99% | 0.99% | 0.99% | 1.00% | 1.00% | | | |
|   Median: Multi-Cap Growth Funds | | | | | | | | | | 0.72% | 0.72% | 0.72% |
|   Highest Quartile: Multi-Cap Growth Funds | | | | | | | | | | 0.78% | 0.78% | 0.78% |
| Principal LifeTime 2015 Fund (LTINX)[2] | 0.60% | 0.60% | 0.59% | 0.59% | 0.59% | 0.59% | 0.60% | 0.60% | 0.60% | 0.60% | 0.57% | 0.57% |
|   Median: Mixed-Asset Target 2015 Funds | 0.65% | 0.66% | 0.64% | 0.63% | 0.63% | 0.63% | 0.62% | 0.62% | 0.63% | 0.62% | 0.60% | 0.57% |
|   Highest Quartile: Mixed-Asset Target 2015 Funds | 0.70% | 0.80% | 0.68% | 0.68% | 0.68% | 0.68% | 0.69% | 0.69% | 0.75% | 0.72% | 0.75% | 0.65% |
| Principal LifeTime 2020 Fund (PLWIX)[2] | 0.62% | 0.62% | 0.61% | 0.61% | 0.61% | 0.61% | 0.63% | 0.63% | 0.63% | 0.63% | 0.59% | 0.59% |
|   Median: Mixed-Asset Target 2020 Funds | 0.69% | 0.69% | 0.67% | 0.67% | 0.67% | 0.65% | 0.63% | 0.64% | 0.64% | 0.65% | 0.63% | 0.63% |
|   Highest Quartile: Mixed-Asset Target 2020 Funds | 0.84% | 0.84% | 0.72% | 0.72% | 0.72% | 0.71% | 0.66% | 0.69% | 0.69% | 0.72% | 0.70% | 0.70% |
| Principal LifeTime 2025 Fund (LTSTX)[2] | 0.66% | 0.66% | 0.63% | 0.63% | 0.63% | 0.63% | 0.65% | 0.65% | 0.65% | 0.65% | 0.61% | 0.61% |
|   Median: Mixed-Asset Target 2025 Funds | 0.72% | 0.72% | 0.70% | 0.69% | 0.68% | 0.65% | 0.65% | 0.64% | 0.65% | 0.65% | 0.65% | 0.61% |
|   Highest Quartile: Mixed-Asset Target 2025 Funds | 0.77% | 0.81% | 0.74% | 0.72% | 0.72% | 0.72% | 0.69% | 0.69% | 0.70% | 0.70% | 0.69% | 0.69% |

Exhibit 3

## Comparison of At-Issue Funds' Expense Ratios (Net of Revenue Sharing)
## to Best-in-Class Peer Fund Expense Ratios (Lowest Fee Share Classes)[1]
### 9/30/13 – 6/30/19

| Fund Name | 2013 Q3 | Q4 | 2014 Q1 | Q2 | Q3 | Q4 | 2015 Q1 | Q2 | Q3 | Q4 | 2016 Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal LifeTime 2030 Fund (PMTIX)[2] | 0.66% | 0.66% | 0.65% | 0.65% | 0.65% | 0.65% | 0.67% | 0.67% | 0.67% | 0.67% | 0.62% | 0.62% |
| Median: Mixed-Asset Target 2030 Funds | 0.79% | 0.79% | 0.74% | 0.74% | 0.74% | 0.71% | 0.68% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% |
| Highest Quartile: Mixed-Asset Target 2030 Funds | 0.85% | 0.85% | 0.80% | 0.80% | 0.83% | 0.77% | 0.74% | 0.76% | 0.76% | 0.76% | 0.81% | 0.81% |
| | | | | | | | | | | | | |
| Principal LifeTime 2035 Fund (LTIUX)[2] | 0.67% | 0.67% | 0.66% | 0.66% | 0.66% | 0.66% | 0.68% | 0.68% | 0.68% | 0.68% | 0.64% | 0.64% |
| Median: Mixed-Asset Target 2035 Funds | 0.76% | 0.77% | 0.75% | 0.74% | 0.74% | 0.69% | 0.69% | 0.69% | 0.69% | 0.70% | 0.70% | 0.70% |
| Highest Quartile: Mixed-Asset Target 2035 Funds | 0.85% | 0.85% | 0.83% | 0.78% | 0.78% | 0.78% | 0.75% | 0.75% | 0.76% | 0.76% | 0.77% | 0.77% |
| | | | | | | | | | | | | |
| Principal LifeTime 2040 Fund (PTDIX)[2] | 0.68% | 0.68% | 0.68% | 0.68% | 0.68% | 0.68% | 0.69% | 0.69% | 0.69% | 0.69% | 0.64% | 0.64% |
| Median: Mixed-Asset Target 2040 Funds | 0.81% | 0.81% | 0.76% | 0.76% | 0.76% | 0.76% | 0.74% | 0.74% | 0.74% | 0.74% | 0.74% | 0.74% |
| Highest Quartile: Mixed-Asset Target 2040 Funds | 0.88% | 0.88% | 0.86% | 0.86% | 0.86% | 0.86% | 0.86% | 0.86% | 0.86% | 0.86% | 0.80% | 0.80% |
| | | | | | | | | | | | | |
| Principal LifeTime 2045 Fund (LTRIX)[2] | 0.69% | 0.69% | 0.69% | 0.69% | 0.69% | 0.69% | 0.70% | 0.70% | 0.70% | 0.70% | 0.66% | 0.66% |
| Median: Mixed-Asset Target 2045 Funds | 0.78% | 0.78% | 0.76% | 0.76% | 0.75% | 0.74% | 0.71% | 0.71% | 0.71% | 0.71% | 0.70% | 0.70% |
| Highest Quartile: Mixed-Asset Target 2045 Funds | 0.86% | 0.89% | 0.88% | 0.84% | 0.78% | 0.78% | 0.76% | 0.76% | 0.76% | 0.75% | 0.77% | 0.77% |
| | | | | | | | | | | | | |
| Principal LifeTime 2050 Fund (PPLIX)[2] | 0.69% | 0.69% | 0.68% | 0.68% | 0.68% | 0.68% | 0.70% | 0.70% | 0.70% | 0.70% | 0.66% | 0.66% |
| Median: Mixed-Asset Target 2050 Funds | 0.81% | 0.81% | 0.77% | 0.77% | 0.76% | 0.76% | 0.75% | 0.75% | 0.75% | 0.75% | 0.75% | 0.75% |
| Highest Quartile: Mixed-Asset Target 2050 Funds | 0.89% | 0.89% | 0.87% | 0.87% | 0.84% | 0.83% | 0.86% | 0.86% | 0.86% | 0.86% | 0.79% | 0.79% |
| | | | | | | | | | | | | |
| Principal LifeTime 2055 Fund (LTFIX)[2] | 0.75% | 0.75% | 0.74% | 0.74% | 0.74% | 0.74% | 0.73% | 0.73% | 0.73% | 0.73% | 0.68% | 0.68% |
| Median: Mixed-Asset Target 2055+ Funds | 0.78% | 0.78% | 0.76% | 0.76% | 0.76% | 0.76% | 0.75% | 0.75% | 0.75% | 0.73% | 0.70% | 0.70% |
| Highest Quartile: Mixed-Asset Target 2055+ Funds | 0.82% | 0.86% | 0.86% | 0.87% | 0.86% | 0.88% | 0.77% | 0.76% | 0.76% | 0.76% | 0.77% | 0.77% |
| | | | | | | | | | | | | |
| Principal LifeTime Strategic Income Fund (PLSIX)[2] | 0.53% | 0.53% | 0.53% | 0.53% | 0.53% | 0.53% | 0.54% | 0.54% | 0.54% | 0.54% | 0.50% | 0.50% |
| Median: Mixed-Asset Target Today Funds | 0.57% | 0.57% | 0.57% | 0.59% | 0.60% | 0.60% | 0.59% | 0.58% | 0.59% | 0.56% | 0.56% | 0.55% |
| Highest Quartile: Mixed-Asset Target Today Funds | 0.68% | 0.68% | 0.68% | 0.67% | 0.68% | 0.66% | 0.63% | 0.63% | 0.63% | 0.62% | 0.61% | 0.61% |
| | | | | | | | | | | | | |
| Principal MidCap Value I Instl (PVMIX) | 0.88% | 0.88% | 0.88% | 0.88% | 0.88% | 0.94% | 0.84% | 0.84% | 0.84% | 0.84% | 0.84% | 0.84% |
| Median: Mid-Cap Value Funds | 0.88% | 0.88% | 0.86% | 0.87% | 0.90% | 0.90% | 0.89% | 0.89% | | | | |
| Highest Quartile: Mid-Cap Value Funds | 0.98% | 0.97% | 0.93% | 0.93% | 0.96% | 0.98% | 0.98% | 0.98% | | | | |
| Median: Mid-Cap Core Funds | | | | | | | | | 0.80% | 0.80% | 0.80% | 0.78% |
| Highest Quartile: Mid-Cap Core Funds | | | | | | | | | 0.91% | 0.92% | 0.92% | 0.90% |
| | | | | | | | | | | | | |
| Thornburg International Value R6 (TGIRX) | 0.74% | 0.74% | 0.74% | 0.74% | 0.73% | 0.73% | | | | | | |
| Median: International Large-Cap Growth | 1.01% | 1.01% | 1.02% | 1.01% | 1.01% | 1.00% | | | | | | |
| Highest Quartile: International Large-Cap Growth | 1.09% | 1.05% | 1.04% | 1.03% | 1.04% | 1.03% | | | | | | |

**Exhibit 3**

## Comparison of At-Issue Funds' Expense Ratios (Net of Revenue Sharing) to Best-in-Class Peer Fund Expense Ratios (Lowest Fee Share Classes)[1]
### 9/30/13 – 6/30/19

| Fund Name | 2013 | | 2014 | | | | 2015 | | | | 2016 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| Vanguard Institutional Index I (VINIX) | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% |
| Median: S&P 500 Index Funds | 0.19% | 0.19% | 0.19% | 0.19% | 0.19% | 0.17% | 0.16% | 0.16% | 0.16% | 0.16% | 0.16% | 0.16% |
| Highest Quartile: S&P 500 Index Funds | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% |
| | | | | | | | | | | | | |
| Vanguard Prime Money Market Inst (VMRXX) | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% |
| Median: Instl Money Market Funds | 0.18% | 0.18% | 0.16% | 0.16% | 0.16% | 0.16% | 0.16% | 0.16% | 0.16% | | | |
| Highest Quartile: Instl Money Market Funds | 0.20% | 0.20% | 0.20% | 0.20% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% | | | |
| Median: Money Market Funds | | | | | | | | | | 0.22% | 0.23% | 0.25% |
| Highest Quartile: Money Market Funds | | | | | | | | | | 0.24% | 0.27% | 0.28% |
| | | | | | | | | | | | | |
| Vanguard Small Cap Index I (VSCIX) | | | | | | | | | | | | |
| Median: Small-Cap Core Funds | | | | | | | | | | | | |
| Highest Quartile: Small-Cap Core Funds | | | | | | | | | | | | |

**Exhibit 3**

## Comparison of At-Issue Funds' Expense Ratios (Net of Revenue Sharing)
## to Best-in-Class Peer Fund Expense Ratios (Lowest Fee Share Classes)[1]
9/30/13 – 6/30/19

| Fund Name | 2016 Q3 | 2016 Q4 | 2017 Q1 | 2017 Q2 | 2017 Q3 | 2017 Q4 | 2018 Q1 | 2018 Q2 | 2018 Q3 | 2018 Q4 | 2019 Q1 | 2019 Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Century Diversified Bond Instl (ACBPX) | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% | 0.35% |
| Median: Core Bond Funds | 0.40% | 0.40% | 0.40% | 0.39% | 0.39% | 0.39% | 0.38% | 0.37% | 0.38% | 0.38% | 0.38% | 0.39% |
| Highest Quartile: Core Bond Funds | 0.48% | 0.45% | 0.44% | 0.44% | 0.43% | 0.44% | 0.44% | 0.43% | 0.44% | 0.42% | 0.42% | 0.44% |
| | | | | | | | | | | | | |
| ASTON/TAMRO Small Cap I (ATSIX) | 0.91% | | | | | | | | | | | |
| Median: Small-Cap Growth Funds | 0.91% | | | | | | | | | | | |
| Highest Quartile: Small-Cap Growth Funds | 1.03% | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Dodge & Cox Stock (DODGX) | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% | 0.42% |
| Median: Large-Cap Value Funds | 0.57% | 0.60% | 0.60% | 0.60% | 0.61% | 0.60% | 0.57% | 0.57% | 0.58% | 0.57% | 0.58% | 0.58% |
| Highest Quartile: Large-Cap Value Funds | 0.71% | 0.69% | 0.69% | 0.69% | 0.68% | 0.68% | 0.68% | 0.68% | 0.69% | 0.69% | 0.69% | 0.69% |
| | | | | | | | | | | | | |
| Harbor Capital Appreciation Instl (HACAX) | 0.54% | 0.54% | 0.54% | 0.54% | 0.54% | 0.55% | 0.55% | 0.55% | 0.55% | 0.55% | 0.55% | 0.55% |
| Median: Large-Cap Growth Funds | 0.62% | 0.61% | 0.62% | 0.63% | 0.62% | 0.60% | 0.60% | 0.59% | 0.59% | 0.59% | 0.59% | 0.59% |
| Highest Quartile: Large-Cap Growth Funds | 0.67% | 0.65% | 0.67% | 0.70% | 0.65% | 0.64% | 0.64% | 0.64% | 0.63% | 0.62% | 0.62% | 0.62% |
| | | | | | | | | | | | | |
| Invesco International Growth R6 (IGFRX) | 0.89% | 0.88% | 0.88% | 0.88% | 0.88% | 0.89% | 0.89% | 0.89% | 0.89% | 0.89% | 0.89% | 0.89% |
| Median: International Large-Cap Growth | 0.91% | 0.91% | 0.91% | 0.91% | 0.85% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.80% | 0.80% |
| Highest Quartile: International Large-Cap Growth | 1.00% | 1.00% | 1.00% | 0.99% | 1.00% | 0.95% | 0.95% | 0.95% | 0.95% | 0.94% | 0.90% | 0.92% |
| | | | | | | | | | | | | |
| JPMorgan Mid Cap Growth R6 (JMGMX) | 0.73% | 0.73% | 0.73% | 0.73% | 0.73% | 0.73% | 0.73% | 0.73% | 0.73% | 0.73% | 0.73% | 0.73% |
| Median: Mid-Cap Growth Funds | | | | | | 0.79% | | | | | | |
| Highest Quartile: Mid-Cap Growth Funds | | | | | | 1.04% | | | | | | |
| Median: Multi-Cap Growth Funds | 0.72% | 0.66% | 0.66% | 0.68% | 0.65% | | 0.66% | 0.65% | 0.63% | 0.65% | 0.65% | 0.66% |
| Highest Quartile: Multi-Cap Growth Funds | 0.78% | 0.78% | 0.78% | 0.78% | 0.74% | | 0.72% | 0.70% | 0.71% | 0.71% | 0.71% | 0.72% |
| | | | | | | | | | | | | |
| Principal LifeTime 2015 Fund (LTINX)[2] | 0.57% | 0.57% | 0.58% | 0.58% | 0.58% | | | | | | | |
| Median: Mixed-Asset Target 2015 Funds | 0.56% | 0.56% | 0.56% | 0.55% | 0.55% | | | | | | | |
| Highest Quartile: Mixed-Asset Target 2015 Funds | 0.64% | 0.64% | 0.59% | 0.59% | 0.59% | | | | | | | |
| | | | | | | | | | | | | |
| Principal LifeTime 2020 Fund (PLWIX)[2] | 0.59% | 0.59% | 0.61% | 0.61% | 0.61% | | | | | | | |
| Median: Mixed-Asset Target 2020 Funds | 0.59% | 0.62% | 0.57% | 0.55% | 0.56% | | | | | | | |
| Highest Quartile: Mixed-Asset Target 2020 Funds | 0.67% | 0.70% | 0.63% | 0.63% | 0.63% | | | | | | | |
| | | | | | | | | | | | | |
| Principal LifeTime 2025 Fund (LTSTX)[2] | 0.61% | 0.61% | 0.63% | 0.63% | 0.63% | | | | | | | |
| Median: Mixed-Asset Target 2025 Funds | 0.61% | 0.61% | 0.57% | 0.55% | 0.55% | | | | | | | |
| Highest Quartile: Mixed-Asset Target 2025 Funds | 0.69% | 0.69% | 0.66% | 0.66% | 0.66% | | | | | | | |

Exhibit 3

## Comparison of At-Issue Funds' Expense Ratios (Net of Revenue Sharing)
## to Best-in-Class Peer Fund Expense Ratios (Lowest Fee Share Classes)[1]
### 9/30/13 – 6/30/19

| Fund Name | 2016 | | 2017 | | | | 2018 | | | | 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| Principal LifeTime 2030 Fund (PMTIX)[2] | 0.62% | 0.62% | 0.63% | 0.63% | 0.63% | | | | | | | |
| Median: Mixed-Asset Target 2030 Funds | 0.67% | 0.67% | 0.61% | 0.58% | 0.57% | | | | | | | |
| Highest Quartile: Mixed-Asset Target 2030 Funds | 0.74% | 0.74% | 0.70% | 0.69% | 0.69% | | | | | | | |
| Principal LifeTime 2035 Fund (LTIUX)[2] | 0.64% | 0.64% | 0.59% | 0.59% | 0.59% | | | | | | | |
| Median: Mixed-Asset Target 2035 Funds | 0.67% | 0.66% | 0.64% | 0.59% | 0.58% | | | | | | | |
| Highest Quartile: Mixed-Asset Target 2035 Funds | 0.74% | 0.74% | 0.72% | 0.72% | 0.69% | | | | | | | |
| Principal LifeTime 2040 Fund (PTDIX)[2] | 0.64% | 0.64% | 0.61% | 0.61% | 0.61% | | | | | | | |
| Median: Mixed-Asset Target 2040 Funds | 0.73% | 0.74% | 0.66% | 0.64% | 0.62% | | | | | | | |
| Highest Quartile: Mixed-Asset Target 2040 Funds | 0.77% | 0.80% | 0.75% | 0.75% | 0.74% | | | | | | | |
| Principal LifeTime 2045 Fund (LTRIX)[2] | 0.66% | 0.66% | 0.63% | 0.63% | 0.63% | | | | | | | |
| Median: Mixed-Asset Target 2045 Funds | 0.69% | 0.67% | 0.64% | 0.60% | 0.59% | | | | | | | |
| Highest Quartile: Mixed-Asset Target 2045 Funds | 0.77% | 0.77% | 0.74% | 0.74% | 0.74% | | | | | | | |
| Principal LifeTime 2050 Fund (PPLIX)[2] | 0.66% | 0.66% | 0.64% | 0.64% | 0.64% | | | | | | | |
| Median: Mixed-Asset Target 2050 Funds | 0.74% | 0.74% | 0.72% | 0.64% | 0.63% | | | | | | | |
| Highest Quartile: Mixed-Asset Target 2050 Funds | 0.79% | 0.79% | 0.75% | 0.75% | 0.75% | | | | | | | |
| Principal LifeTime 2055 Fund (LTFIX)[2] | 0.68% | 0.68% | 0.65% | 0.65% | 0.65% | | | | | | | |
| Median: Mixed-Asset Target 2055+ Funds | 0.67% | 0.67% | 0.64% | 0.63% | 0.60% | | | | | | | |
| Highest Quartile: Mixed-Asset Target 2055+ Funds | 0.77% | 0.77% | 0.75% | 0.74% | 0.74% | | | | | | | |
| Principal LifeTime Strategic Income Fund (PLSIX)[2] | 0.50% | 0.50% | 0.54% | 0.54% | 0.54% | | | | | | | |
| Median: Mixed-Asset Target Today Funds | 0.55% | 0.55% | 0.55% | 0.55% | 0.55% | | | | | | | |
| Highest Quartile: Mixed-Asset Target Today Funds | 0.59% | 0.61% | 0.57% | 0.57% | 0.57% | | | | | | | |
| Principal MidCap Value I Instl (PVMIX) | 0.84% | 0.84% | 0.84% | 0.84% | 0.84% | 0.81% | 0.81% | 0.81% | 0.81% | 0.80% | 0.80% | 0.80% |
| Median: Mid-Cap Value Funds | | | | | | 0.79% | 0.76% | 0.77% | 0.77% | | | |
| Highest Quartile: Mid-Cap Value Funds | | | | | | 0.89% | 0.94% | 0.94% | 0.90% | | | |
| Median: Mid-Cap Core Funds | 0.77% | 0.75% | 0.76% | 0.76% | | | | | 0.75% | 0.76% | 0.76% | 0.76% |
| Highest Quartile: Mid-Cap Core Funds | 0.86% | 0.82% | 0.84% | 0.85% | | | | | 0.79% | 0.82% | 0.82% | 0.82% |
| Thornburg International Value R6 (TGIRX) | | | | | | | | | | | | |
| Median: International Large-Cap Growth | | | | | | | | | | | | |
| Highest Quartile: International Large-Cap Growth | | | | | | | | | | | | |

**Exhibit 3**

## Comparison of At-Issue Funds' Expense Ratios (Net of Revenue Sharing)
## to Best-in-Class Peer Fund Expense Ratios (Lowest Fee Share Classes)[1]
9/30/13 – 6/30/19

| Fund Name | 2016 | | 2017 | | | | 2018 | | | | 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| Vanguard Institutional Index I (VINIX) | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% |
| Median: S&P 500 Index Funds | 0.15% | 0.15% | 0.15% | 0.15% | 0.15% | 0.15% | 0.15% | 0.15% | 0.15% | 0.12% | 0.12% | 0.10% |
| Highest Quartile: S&P 500 Index Funds | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.17% | 0.16% |
| | | | | | | | | | | | | |
| Vanguard Prime Money Market Inst (VMRXX) | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% |
| Median: Instl Money Market Funds | | | | | | | | | | | | |
| Highest Quartile: Instl Money Market Funds | | | | | | | | | | | | |
| Median: Money Market Funds | 0.24% | 0.41% | 0.42% | 0.41% | 0.41% | 0.47% | 0.48% | 0.45% | 0.40% | 0.30% | 0.30% | 0.35% |
| Highest Quartile: Money Market Funds | 0.30% | 0.52% | 0.54% | 0.54% | 0.55% | 0.59% | 0.62% | 0.58% | 0.58% | 0.52% | 0.50% | 0.50% |
| | | | | | | | | | | | | |
| Vanguard Small Cap Index I (VSCIX) | | 0.05% | 0.05% | 0.05% | 0.05% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% |
| Median: Small-Cap Core Funds | | 0.20% | 0.20% | 0.20% | 0.20% | 0.18% | 0.19% | 0.18% | 0.16% | 0.16% | 0.16% | 0.16% |
| Highest Quartile: Small-Cap Core Funds | | 0.35% | 0.35% | 0.33% | 0.27% | 0.30% | 0.33% | 0.33% | 0.26% | 0.28% | 0.28% | 0.25% |

Source:  CRSP Survivor-Bias-Free US Mutual Fund Database; Lipper; Morningstar Target Date Fund Landscape Report, 2015; Revenue Sharing Data

Note:
[1]  The fee comparison group is the Lipper peer group for each fund.  The universe of mutual funds are obtained from the CRSP Survivor-Bias-Free Mutual Fund database.  To select peer group funds, the following filters are applied to account for fund characteristics which are likely to affect expense ratios:  (1) only funds with the same Lipper classification are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; (5) the plan funds are excluded from the peer group samples; and (6) only the top 25 funds series, ranked by net assets as of the end of each quarter after all other filters have been applied, are included.  Only the expense ratio of lowest-fee share class of each fund series is used in the peer group samples.  For actively managed funds, pure index funds are excluded from the comparison peer groups; for index funds, actively managed funds, including index-based funds and enhanced index funds, are excluded from the comparison peer group.  In each quarter, the expense ratios of at-issue funds are reduced by the revenue sharing paid by the funds, expressed in basis points.
[2]  I substitute annual expense ratio data from Lipper for CRSP Survivor-Bias-Free US Mutual Fund Database data for target date funds in order to capture the both direct and indirect expenses charged by target date funds.  Both the Principal LifeTime funds and the peer funds have the same expense ratio for all four quarters of each year.  I keep all other aspects of the fee analysis the same as for other funds.  I remove from the sample any fund series that have less than 70% of actively managed funds, based on the 2015 Morningstar Target Date Landscape Report so that peer groups include series that actively manage a percentage of assets comparable to Principal LifeTime Funds.  I include in the peer groups any fund series for which I do not have data on actively managed holdings from this source.

**Exhibit 4**

# Comparison of Asset Weighted Expense Ratios:
# Principal LifeTime Fund v. Peer Group Funds[1]
## 2013 – 2017

| Year | Principal LifeTime Asset-Weighted Expense Ratio[1] | Peer Median Asset-Weighted Expense Ratio[2] | Peer 75th Percentile Asset-Weighted Expense Ratio[2] |
|---|---|---|---|
| 2013 | 0.86% | 0.92% | 0.98% |
| 2014 | 0.86% | 0.84% | 0.97% |
| 2015 | 0.87% | 0.82% | 0.95% |
| 2016 | 0.81% | 0.82% | 0.99% |
| 2017 | 0.82% | 0.76% | 0.96% |

Source:  Morningstar 2014 Target-Date Series Research Paper; Morningstar Target Date Fund Landscape Reports, 2015–2018
Note:

[1]  Principal LifeTime and peer group fee data is obtained from Morningstar Target-Date Fund reports and represent the asset-weighted average of the expense ratio across all vintages and share classes of the funds.  For each year, I use the top 25 fund series by market share where at least 70% of holdings are composed of actively managed underlying funds as the peer group. I exclude funds without information on percentage of active holdings.  In Exhibit 4, I included these funds in the peer group. This serves as a sensitivity of that assumption.  I use 2014 percentages of active holdings data.  According to Morningstar's 2015 Target Date Fund Landscape Report, Principal LifeTime funds had 90% active management in 2014. In case two fund families have the same market share and tie for the 25th place to be included in the peer group, I use the fund family with the lowest asset-weighted expense ratio.

Privileged and Confidential

**Exhibit 5**

## Rolling Excess Return Comparison[1][2][3]
Aston/TAMRO Small Cap I (ATSIX) vs. Benchmark Index
Inception Date:  11/30/00

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year | Annualized Since Inception[6] |
| 2013 | Q3 | | 8.64% | 10.11% | (1.46%) | (9.94%) | (0.76%) | 1.49% | 1.64% | 1.88% |
| 2013 | Q4 | | 4.79% | 8.62% | (3.83%) | (10.26%) | (2.34%) | 0.60% | 0.93% | 1.50% |
| 2014 | Q1 | ✓ | (0.30%) | 1.03% | (1.33%) | (10.77%) | (2.93%) | (2.19%) | 0.84% | 1.34% |
| 2014 | Q2 | ✓ | (0.52%) | 1.95% | (2.47%) | (10.27%) | (4.35%) | (1.86%) | 0.82% | 1.09% |
| 2014 | Q3 | ✓ | (7.85%) | (7.44%) | (0.41%) | (7.77%) | (4.87%) | (1.38%) | 1.11% | 1.02% |
| 2014 | Q4 | ✓ | 9.91% | 9.62% | 0.29% | (4.05%) | (4.18%) | (1.40%) | 1.03% | 1.02% |
| 2015 | Q1 | ✓ | 2.83% | 4.22% | (1.39%) | (4.19%) | (5.15%) | (1.53%) | 0.86% | 0.89% |
| 2015 | Q2 | ✓ | 0.57% | 0.33% | 0.24% | (1.35%) | (5.49%) | (1.58%) | 1.00% | 0.89% |
| 2015 | Q3 | | (10.61%) | (12.01%) | 1.39% | 0.74% | (5.41%) | (1.99%) | 1.10% | 0.99% |
| 2015 | Q4 | ✓ | (3.48%) | 3.48% | (6.96%) | (5.98%) | (6.53%) | (3.55%) | 0.49% | 0.42% |
| 2016 | Q1 | ✓ | (2.94%) | (1.64%) | (1.30%) | (5.64%) | (6.70%) | (3.85%) | (0.17%) | 0.30% |
| 2016 | Q2 | ✓ | 1.27% | 3.68% | (2.41%) | (8.05%) | (6.56%) | (4.65%) | (0.39%) | 0.12% |
| 2016 | Q3 | Approved For Removal | 7.08% | 8.93% | (1.86%) | (13.36%) | (6.67%) | (5.40%) | (0.71%) | (0.01%) |

Source:  BBVA Retirement Committee Meeting Minutes; CRSP; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1]  Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2]  The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the Russell 2000 NR USD through Q3 2016.
[3]  Aston/TAMRO Small Cap I was removed from the Plan on 10/01/16.
[4]  The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5]  The excess return is calculated as the fund return minus the benchmark return.
[6]  The inception date of the Aston/TAMRO Small Cap I Fund is 01/04/05; however, the fund had another share class with an inception date of 11/30/00.  Morningstar does not report the returns for the benchmark prior to 07/31/02; therefore, the return since inception for the Aston/TAMRO Small Cap I Fund is computed from 07/31/02.

**Exhibit 5**

## Rolling Excess Return Comparison[1][2][3]
### Invesco International Growth R6 (IGFRX) vs. Benchmark Index
### Inception Date:  04/07/92

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year | Annualized Since Inception[6] |
| 2015 | Q1 | | 3.58% | 3.49% | 0.09% | 4.31% | 2.69% | 3.24% | 1.95% | 0.81% |
| 2015 | Q2 | | (0.15%) | 0.53% | (0.67%) | 2.93% | 1.54% | 2.57% | 1.83% | 0.75% |
| 2015 | Q3 | | (10.27%) | (12.17%) | 1.90% | 4.47% | 2.50% | 3.21% | 2.15% | 0.87% |
| 2015 | Q4 | | 5.37% | 3.24% | 2.12% | 3.45% | 3.87% | 3.56% | 2.21% | 0.98% |
| 2016 | Q1 | | 1.75% | (0.38%) | 2.13% | 5.25% | 4.38% | 3.93% | 2.38% | 1.10% |
| 2016 | Q2 | | (2.38%) | (0.64%) | (1.73%) | 4.16% | 3.38% | 3.07% | 2.30% | 0.98% |
| 2016 | Q3 | | 3.88% | 6.91% | (3.04%) | (0.54%) | 2.14% | 2.15% | 1.92% | 0.79% |
| 2016 | Q4 | | (3.54%) | (1.25%) | (2.29%) | (4.97%) | 1.00% | 1.05% | 1.57% | 0.65% |
| 2017 | Q1 | | 7.86% | 7.86% | 0.00% | (7.63%) | 0.98% | 1.29% | 1.60% | 0.64% |
| 2017 | Q2 | | 6.00% | 5.78% | 0.21% | (5.90%) | 0.86% | 0.80% | 1.54% | 0.64% |
| 2017 | Q3 | | 4.41% | 6.16% | (1.76%) | (4.47%) | 0.23% | 0.63% | 1.46% | 0.54% |
| 2017 | Q4 | ✓ | 3.18% | 5.00% | (1.83%) | (4.03%) | (1.60%) | 0.67% | 1.43% | 0.44% |
| 2018 | Q1 | ✓ | (0.98%) | (1.18%) | 0.20% | (3.46%) | (1.54%) | 0.60% | 1.42% | 0.44% |
| 2018 | Q2 | ✓ | (4.80%) | (2.61%) | (2.19%) | (5.73%) | (2.07%) | (0.14%) | 1.47% | 0.31% |
| 2018 | Q3 | ✓ | 1.56% | 0.71% | 0.85% | (2.99%) | (2.64%) | (0.10%) | 0.82% | 0.35% |
| 2018 | Q4 | | (11.20%) | (11.46%) | 0.27% | (0.79%) | (3.09%) | (0.22%) | 0.50% | 0.36% |
| 2019 | Q1 | ✓ | 14.27% | 10.31% | 3.96% | 2.32% | (2.70%) | 0.47% | 0.36% | 0.54% |
| 2019 | Q2 | NA | 4.93% | 2.98% | 1.95% | 6.85% | (1.44%) | 0.74% | 1.36% | 0.63% |
| 2019 | Q3 | NA | (0.15%) | (1.80%) | 1.65% | 7.56% | 0.21% | 1.05% | 1.96% | 0.71% |
| 2019 | Q4 | NA | 7.36% | 8.92% | (1.57%) | 7.03% | 0.54% | 0.04% | 1.59% | 0.63% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1]  Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2]  The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the MSCI ACWI Ex USA NR USD through Q4 2019.
[3]  Invesco International Growth R6 is currently in the Plan at the time of analysis.
[4]  The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.  Watch List data is unavailable after Q1 2019.
[5]  The excess return is calculated as the fund return minus the benchmark return.
[6]  The inception date of the Invesco International Growth R6 Fund is 09/24/12; however, the fund had another share class with an inception date of 04/07/92.  Morningstar does not report the returns for the benchmark prior to 01/31/99; therefore, the return since inception for the Invesco International Growth R6 Fund is computed from 01/31/99.

**Exhibit 5**

## Rolling Excess Return Comparison[1][2][3]
### Principal MidCap Value I Inst (PVMIX) vs. Benchmark Index
### Inception Date:  12/29/03

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year/ Since Inception[6] | Annualized Since Inception[7] |
| 2013 | Q3 | | 6.38% | 5.73% | 0.65% | 0.60% | (0.35%) | 1.01% | 1.00% | 1.00% |
| 2013 | Q4 | | 8.54% | 8.39% | 0.15% | 0.98% | (0.42%) | (0.07%) | 0.99% | 0.99% |
| 2014 | Q1 | | 4.06% | 5.07% | (1.01%) | 0.42% | (0.68%) | (1.33%) | 0.66% | 0.87% |
| 2014 | Q2 | | 4.92% | 5.47% | (0.55%) | (0.93%) | (0.95%) | (0.68%) | 0.49% | 0.79% |
| 2014 | Q3 | | (2.07%) | (2.79%) | 0.72% | (0.71%) | (0.22%) | (0.28%) | 0.62% | 0.85% |
| 2014 | Q4 | | 6.16% | 5.89% | 0.27% | (0.57%) | 0.15% | (0.31%) | 0.68% | 0.86% |
| 2015 | Q1 | | 2.22% | 2.27% | (0.05%) | 0.47% | (0.19%) | (0.21%) | 0.53% | 0.83% |
| 2015 | Q2 | | (2.11%) | (2.11%) | 0.00% | 0.99% | (0.10%) | 0.02% | 0.59% | 0.81% |
| 2015 | Q3 | | (9.15%) | (8.19%) | (0.96%) | (0.81%) | (0.37%) | (0.53%) | 0.44% | 0.69% |
| 2015 | Q4 | | 2.13% | 2.94% | (0.82%) | (1.77%) | (0.62%) | (0.77%) | 0.41% | 0.60% |
| 2016 | Q1 | | 1.37% | 3.73% | (2.36%) | (3.89%) | (1.22%) | (1.20%) | 0.30% | 0.39% |
| 2016 | Q2 | | 3.50% | 4.59% | (1.09%) | (5.19%) | (1.82%) | (1.47%) | 0.26% | 0.29% |
| 2016 | Q3 | | 4.31% | 4.28% | 0.03% | (4.69%) | (2.02%) | (1.27%) | 0.42% | 0.28% |
| 2016 | Q4 | | 5.31% | 5.35% | (0.04%) | (3.93%) | (2.06%) | (1.12%) | 0.38% | 0.28% |
| 2017 | Q1 | | 4.41% | 3.60% | 0.81% | (0.33%) | (1.43%) | (1.11%) | 0.43% | 0.34% |
| 2017 | Q2 | | 0.20% | 1.21% | (1.00%) | (0.26%) | (1.58%) | (1.29%) | 0.25% | 0.25% |
| 2017 | Q3 | ✓ | 3.67% | 1.98% | 1.69% | 1.58% | (1.28%) | (0.84%) | 0.38% | 0.38% |
| 2017 | Q4 | ✓ | 5.67% | 5.33% | 0.35% | 2.00% | (1.25%) | (0.74%) | 0.09% | 0.40% |
| 2018 | Q1 | ✓ | (1.79%) | (2.66%) | 0.87% | 1.99% | (0.90%) | (0.39%) | 0.08% | 0.46% |
| 2018 | Q2 | ✓ | 2.43% | 2.24% | 0.19% | 3.30% | (0.85%) | (0.48%) | (0.31%) | 0.46% |
| 2018 | Q3 | ✓ | 4.35% | 3.13% | 1.22% | 2.82% | (0.05%) | (0.35%) | 0.32% | 0.54% |
| 2018 | Q4 | ✓ | (15.13%) | (15.12%) | (0.01%) | 1.97% | 0.22% | (0.37%) | (0.23%) | 0.52% |
| 2019 | Q1 | ✓ | 13.58% | 14.18% | (0.60%) | 0.84% | 0.88% | (0.28%) | (0.76%) | 0.48% |
| 2019 | Q2 | NA | 3.86% | 3.02% | 0.85% | 1.50% | 1.55% | 0.01% | (0.31%) | 0.53% |
| 2019 | Q3 | NA | 1.64% | 1.04% | 0.60% | 0.88% | 1.74% | (0.02%) | (0.15%) | 0.56% |
| 2019 | Q4 | NA | 5.65% | 6.16% | (0.51%) | 0.50% | 1.58% | (0.18%) | (0.24%) | 0.52% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for n months where n is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the Russell Mid Cap Value NR USD through Q4 2019.
[3] Principal MidCap Value I Inst is currently in the Plan at the time of analysis.
[4] The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.  Watch List data is unavailable after Q1 2019.
[5] The excess return is calculated as the fund return minus the benchmark return.
[6] The return shown is the return over the trailing 10 years or since inception.  For this fund, the inception date is later than 06/30/03 such that 10 years of historical data is not available.
[7] Morningstar does not report returns for the month Principal MidCap Value I Inst was incepted; therefore, the return since inception is calculated starting from the month following inception.

**Exhibit 5**

## Rolling Excess Return Comparison[1][2][3]
### Thornburg International Value R6 (TGIRX) vs. Benchmark Index
### Inception Date:  05/28/98

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year | Annualized Since Inception[6] |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Q3 | | 9.91% | 11.56% | (1.65%) | (6.70%) | (2.15%) | (0.29%) | 1.60% | 4.22% |
| 2013 | Q4 | | 4.36% | 5.71% | (1.36%) | (6.92%) | (3.00%) | (0.74%) | 1.51% | 4.08% |
| 2014 | Q1 | ✓ | (4.59%) | 0.66% | (5.26%) | (9.72%) | (5.13%) | (2.86%) | 0.87% | 3.64% |
| 2014 | Q2 | ✓ | 2.26% | 4.09% | (1.83%) | (11.67%) | (5.63%) | (2.67%) | 0.88% | 3.47% |
| 2014 | Q3 | ✓ | (1.36%) | (5.88%) | 4.51% | (3.83%) | (3.34%) | (0.84%) | 1.21% | 3.71% |
| 2014 | Q4 | Approved For Removal | (1.66%) | (3.57%) | 1.91% | (0.47%) | (2.80%) | (0.75%) | 1.65% | 3.77% |
| 2015 | Q1 | | 2.16% | 0.49% | 1.67% | 3.79% | (2.35%) | (0.38%) | 1.84% | 3.86% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for $n$ months where $n$ is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the MSCI EAFE NR USD through Q1 2015.
[3] Thornburg International Value R6 was removed from the Plan on 02/17/15.  This fund was removed from the Plan in the middle of the quarter; therefore, only the partial quarter's return is reported.
[4] The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5] The excess return is calculated as the fund return minus the benchmark return.
[6] The inception date of the Thornburg International Value R6 Fund is 05/01/12; however, the fund had another share class with an inception date of 05/28/98.  Morningstar does not report the initial month returns for the original share class fund; therefore, the return since inception for the Thornburg International Value R6 Fund is computed from 06/30/98.

**Exhibit 5**

**Rolling Excess Return Comparison**[1][2][3]
Principal LifeTime 2015 I (LTINX) vs. Benchmark Index
Inception Date:  02/29/08

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year/ Since Inception[6] | Annualized Since Inception[7] |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Q3 | ✓ | 4.23% | 3.84% | 0.39% | 0.32% | 0.81% | 0.57% | (0.36%) | (0.36%) |
| 2013 | Q4 | ✓ | 4.93% | 4.02% | 0.91% | 1.36% | 0.78% | 2.35% | (0.19%) | (0.19%) |
| 2014 | Q1 | ✓ | 1.58% | 1.58% | (0.01%) | 0.96% | 0.42% | 2.78% | (0.18%) | (0.18%) |
| 2014 | Q2 | ✓ | 3.19% | 3.19% | (0.00%) | 1.41% | 0.51% | 1.81% | (0.17%) | (0.17%) |
| 2014 | Q3 | | (1.24%) | (1.19%) | (0.04%) | 0.88% | 1.43% | 1.18% | (0.17%) | (0.17%) |
| 2014 | Q4 | | 1.50% | 1.84% | (0.34%) | (0.41%) | 1.20% | 0.88% | (0.22%) | (0.22%) |
| 2015 | Q1 | | 2.15% | 2.15% | (0.01%) | (0.41%) | 0.63% | 0.68% | (0.21%) | (0.21%) |
| 2015 | Q2 | | (0.46%) | (0.66%) | 0.20% | (0.19%) | 0.67% | 1.05% | (0.18%) | (0.18%) |
| 2015 | Q3 | | (4.50%) | (3.75%) | (0.75%) | (0.92%) | 0.06% | 0.45% | (0.28%) | (0.28%) |
| 2015 | Q4 | | 1.76% | 2.21% | (0.44%) | (1.02%) | (0.07%) | 0.16% | (0.33%) | (0.33%) |
| 2016 | Q1 | | 1.03% | 1.90% | (0.88%) | (1.86%) | (0.49%) | (0.23%) | (0.43%) | (0.43%) |
| 2016 | Q2 | | 1.93% | 1.95% | (0.02%) | (2.12%) | (0.37%) | (0.18%) | (0.42%) | (0.42%) |
| 2016 | Q3 | | 2.80% | 2.44% | 0.36% | (1.04%) | (0.38%) | 0.42% | (0.36%) | (0.36%) |
| 2016 | Q4 | | (0.30%) | 0.12% | (0.42%) | (1.01%) | (0.81%) | 0.28% | (0.40%) | (0.40%) |
| 2017 | Q1 | | 3.84% | 3.22% | 0.61% | 0.55% | (0.61%) | 0.08% | (0.32%) | (0.32%) |
| 2017 | Q2 | | 2.72% | 2.30% | 0.42% | 1.02% | (0.47%) | 0.15% | (0.27%) | (0.27%) |
| 2017 | Q3 | Approved For Removal | 3.22% | 2.55% | 0.67% | 1.34% | (0.23%) | 0.09% | (0.19%) | (0.19%) |

Source:  BBVA Retirement Committee Meeting Minutes; CRSP; Envestnet Reports; FRED; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1]  Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for $n$ months where $n$ is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2]  The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date 2015 TR USD through Q3 2017.
[3]  Principal LifeTime 2015 I was removed from the Plan on 10/11/17.
[4]  The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5]  The excess return is calculated as the fund return minus the benchmark return.
[6]  The return shown is the return over the trailing 10 years or since inception.  For this fund, the inception date is later than 06/30/03 such that 10 years of historical data is not available.
[7]  Morningstar does not report returns for the month Principal LifeTime 2015 I was incepted; therefore, the return since inception is calculated starting from the month following inception.

**Exhibit 5**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2020 I (PLWIX) vs. Benchmark Index
### Inception Date:  03/01/01

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year | Annualized Since Inception[6] |
| 2013 | Q3 | ✓ | 4.92% | 4.44% | 0.48% | 0.27% | 0.69% | 0.60% | (0.12%) | 0.63% |
| 2013 | Q4 | ✓ | 5.53% | 4.75% | 0.78% | 1.14% | 0.78% | 2.24% | 0.11% | 0.68% |
| 2014 | Q1 | ✓ | 1.69% | 1.61% | 0.08% | 0.98% | 0.56% | 2.57% | 0.02% | 0.68% |
| 2014 | Q2 | ✓ | 3.39% | 3.45% | (0.06%) | 1.41% | 0.61% | 1.52% | 0.18% | 0.66% |
| 2014 | Q3 | | (1.47%) | (1.41%) | (0.06%) | 0.77% | 1.55% | 1.01% | 0.02% | 0.64% |
| 2014 | Q4 | | 1.95% | 1.96% | (0.01%) | (0.06%) | 1.41% | 0.83% | (0.03%) | 0.63% |
| 2015 | Q1 | | 2.27% | 2.34% | (0.07%) | (0.22%) | 0.73% | 0.64% | (0.05%) | 0.61% |
| 2015 | Q2 | | (0.42%) | (0.54%) | 0.13% | (0.02%) | 0.70% | 0.87% | (0.18%) | 0.61% |
| 2015 | Q3 | | (5.08%) | (4.47%) | (0.61%) | (0.59%) | 0.12% | 0.43% | (0.32%) | 0.55% |
| 2015 | Q4 | | 2.23% | 2.65% | (0.42%) | (0.98%) | (0.02%) | 0.24% | (0.43%) | 0.51% |
| 2016 | Q1 | | 0.78% | 1.77% | (0.99%) | (1.86%) | (0.43%) | (0.11%) | (0.60%) | 0.44% |
| 2016 | Q2 | | 1.93% | 1.98% | (0.05%) | (2.08%) | (0.31%) | (0.09%) | (0.58%) | 0.43% |
| 2016 | Q3 | | 3.19% | 2.79% | 0.40% | (1.13%) | (0.33%) | 0.54% | (0.57%) | 0.45% |
| 2016 | Q4 | | (0.16%) | 0.51% | (0.67%) | (1.39%) | (0.81%) | 0.32% | (0.66%) | 0.39% |
| 2017 | Q1 | | 4.20% | 3.68% | 0.53% | 0.20% | (0.67%) | 0.06% | (0.62%) | 0.42% |
| 2017 | Q2 | | 3.01% | 2.55% | 0.46% | 0.75% | (0.49%) | 0.11% | (0.52%) | 0.45% |
| 2017 | Q3 | Approved For Removal | 3.70% | 2.81% | 0.90% | 1.28% | (0.17%) | 0.10% | (0.44%) | 0.49% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for $n$ months where $n$ is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date 2020 TR USD through Q3 2017.
[3] Principal LifeTime 2020 I was removed from the Plan on 10/11/17.
[4] The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5] The excess return is calculated as the fund return minus the benchmark return.
[6] Morningstar does not report returns for the month Principal LifeTime 2020 I was incepted; therefore, the return since inception is calculated starting from the month following inception.

**Exhibit 5**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2025 I (LTSTX) vs. Benchmark Index
### Inception Date:  02/29/08

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year/ Since Inception[6] | Annualized Since Inception[7] |
| 2013 | Q3 | ✓ | 5.39% | 4.98% | 0.40% | (0.39%) | 0.36% | 0.18% | (0.58%) | (0.58%) |
| 2013 | Q4 | ✓ | 5.90% | 5.34% | 0.56% | 0.46% | 0.47% | 1.42% | (0.47%) | (0.47%) |
| 2014 | Q1 | ✓ | 1.61% | 1.63% | (0.01%) | 0.47% | 0.27% | 1.62% | (0.45%) | (0.45%) |
| 2014 | Q2 | ✓ | 3.62% | 3.67% | (0.05%) | 1.00% | 0.31% | 0.99% | (0.44%) | (0.44%) |
| 2014 | Q3 | | (1.45%) | (1.67%) | 0.22% | 0.76% | 1.14% | 0.67% | (0.39%) | (0.39%) |
| 2014 | Q4 | | 2.02% | 1.89% | 0.13% | 0.31% | 1.15% | 0.60% | (0.35%) | (0.35%) |
| 2015 | Q1 | | 2.52% | 2.44% | 0.08% | 0.41% | 0.60% | 0.52% | (0.33%) | (0.33%) |
| 2015 | Q2 | | (0.44%) | (0.41%) | (0.03%) | 0.41% | 0.51% | 0.63% | (0.32%) | (0.32%) |
| 2015 | Q3 | | (5.65%) | (5.11%) | (0.53%) | (0.39%) | (0.02%) | 0.28% | (0.39%) | (0.39%) |
| 2015 | Q4 | | 2.62% | 3.04% | (0.42%) | (0.92%) | (0.09%) | 0.14% | (0.43%) | (0.43%) |
| 2016 | Q1 | | 0.70% | 1.64% | (0.94%) | (1.90%) | (0.40%) | (0.17%) | (0.54%) | (0.54%) |
| 2016 | Q2 | | 1.78% | 2.01% | (0.23%) | (2.14%) | (0.31%) | (0.19%) | (0.55%) | (0.55%) |
| 2016 | Q3 | | 3.49% | 3.10% | 0.39% | (1.31%) | (0.31%) | 0.31% | (0.49%) | (0.49%) |
| 2016 | Q4 | | (0.04%) | 0.87% | (0.90%) | (1.80%) | (0.81%) | 0.10% | (0.58%) | (0.58%) |
| 2017 | Q1 | | 4.76% | 4.08% | 0.67% | (0.12%) | (0.58%) | (0.09%) | (0.49%) | (0.49%) |
| 2017 | Q2 | | 3.34% | 2.79% | 0.55% | 0.72% | (0.38%) | (0.02%) | (0.42%) | (0.42%) |
| 2017 | Q3 | Approved For Removal | 4.04% | 3.22% | 0.82% | 1.19% | (0.19%) | (0.04%) | (0.32%) | (0.32%) |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for $n$ months where $n$ is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date 2025 TR USD through Q3 2017.
[3] Principal LifeTime 2025 I was removed from the Plan on 10/11/17.
[4] The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5] The excess return is calculated as the fund return minus the benchmark return.
[6] The return shown is the return over the trailing 10 years or since inception.  For this fund, the inception date is later than 06/30/03 such that 10 years of historical data is not available.
[7] Morningstar does not report returns for the month Principal LifeTime 2025 I was incepted; therefore, the return since inception is calculated starting from the month following inception.

**Exhibit 5**

**Rolling Excess Return Comparison**[1][2][3]
Principal LifeTime 2030 I (PMTIX) vs. Benchmark Index
Inception Date:  03/01/01

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year | Annualized Since Inception[6] |
| 2013 | Q3 | | 5.90% | 5.45% | 0.45% | (0.80%) | 0.12% | 0.32% | (0.27%) | 0.45% |
| 2013 | Q4 | | 6.48% | 5.90% | 0.59% | 0.12% | 0.36% | 1.35% | (0.01%) | 0.49% |
| 2014 | Q1 | | 1.59% | 1.63% | (0.04%) | 0.41% | 0.20% | 1.37% | (0.07%) | 0.48% |
| 2014 | Q2 | | 3.62% | 3.87% | (0.26%) | 0.82% | 0.16% | 0.74% | 0.05% | 0.45% |
| 2014 | Q3 | | (1.51%) | (1.85%) | 0.34% | 0.67% | 0.71% | 0.53% | (0.07%) | 0.47% |
| 2014 | Q4 | | 2.15% | 1.96% | 0.19% | 0.27% | 0.87% | 0.47% | (0.03%) | 0.47% |
| 2015 | Q1 | | 2.66% | 2.58% | 0.08% | 0.39% | 0.47% | 0.40% | (0.05%) | 0.47% |
| 2015 | Q2 | | (0.27%) | (0.32%) | 0.04% | 0.67% | 0.35% | 0.45% | (0.17%) | 0.47% |
| 2015 | Q3 | | (6.08%) | (5.68%) | (0.40%) | (0.11%) | (0.07%) | 0.18% | (0.27%) | 0.43% |
| 2015 | Q4 | | 3.01% | 3.38% | (0.37%) | (0.65%) | (0.11%) | 0.12% | (0.37%) | 0.39% |
| 2016 | Q1 | | 0.31% | 1.52% | (1.21%) | (1.89%) | (0.43%) | (0.22%) | (0.53%) | 0.30% |
| 2016 | Q2 | | 1.62% | 2.02% | (0.40%) | (2.36%) | (0.36%) | (0.27%) | (0.56%) | 0.27% |
| 2016 | Q3 | | 3.64% | 3.39% | 0.25% | (1.87%) | (0.42%) | 0.01% | (0.54%) | 0.28% |
| 2016 | Q4 | | 0.23% | 1.19% | (0.95%) | (2.46%) | (0.93%) | (0.14%) | (0.61%) | 0.21% |
| 2017 | Q1 | | 5.08% | 4.45% | 0.63% | (0.55%) | (0.72%) | (0.24%) | (0.55%) | 0.25% |
| 2017 | Q2 | | 3.61% | 3.01% | 0.60% | 0.55% | (0.43%) | (0.21%) | (0.44%) | 0.29% |
| 2017 | Q3 | Approved For Removal | 4.46% | 3.60% | 0.86% | 1.21% | (0.26%) | (0.18%) | (0.39%) | 0.34% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for $n$ months where $n$ is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date 2030 TR USD through Q3 2017.
[3] Principal LifeTime 2030 I was removed from the Plan on 10/11/17.
[4] The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5] The excess return is calculated as the fund return minus the benchmark return.
[6] Morningstar does not report returns for the month Principal LifeTime 2030 I was incepted; therefore, the return since inception is calculated starting from the month following inception.

**Rolling Excess Return Comparison**[1][2][3]
Principal LifeTime 2035 I (LTIUX) vs. Benchmark Index
Inception Date:  02/29/08

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year/ Since Inception[6] | Annualized Since Inception[7] |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Q3 | | 6.27% | 5.88% | 0.40% | (0.73%) | 0.10% | 0.16% | (0.44%) | (0.44%) |
| 2013 | Q4 | | 6.90% | 6.42% | 0.49% | 0.13% | 0.32% | 0.89% | (0.35%) | (0.35%) |
| 2014 | Q1 | | 1.57% | 1.62% | (0.05%) | 0.28% | 0.23% | 0.75% | (0.34%) | (0.34%) |
| 2014 | Q2 | | 3.77% | 4.04% | (0.27%) | 0.61% | 0.14% | 0.46% | (0.37%) | (0.37%) |
| 2014 | Q3 | | (1.57%) | (2.01%) | 0.44% | 0.65% | 0.71% | 0.37% | (0.28%) | (0.28%) |
| 2014 | Q4 | | 2.32% | 2.01% | 0.31% | 0.46% | 0.94% | 0.40% | (0.23%) | (0.23%) |
| 2015 | Q1 | | 2.63% | 2.69% | (0.06%) | 0.46% | 0.48% | 0.34% | (0.23%) | (0.23%) |
| 2015 | Q2 | | 0.00% | (0.23%) | 0.23% | 0.94% | 0.42% | 0.47% | (0.19%) | (0.19%) |
| 2015 | Q3 | | (6.50%) | (6.20%) | (0.29%) | 0.16% | 0.04% | 0.22% | (0.22%) | (0.22%) |
| 2015 | Q4 | | 3.38% | 3.70% | (0.32%) | (0.45%) | 0.03% | 0.18% | (0.26%) | (0.26%) |
| 2016 | Q1 | | (0.19%) | 1.39% | (1.58%) | (1.91%) | (0.46%) | (0.19%) | (0.45%) | (0.45%) |
| 2016 | Q2 | | 1.40% | 2.02% | (0.61%) | (2.77%) | (0.48%) | (0.32%) | (0.52%) | (0.52%) |
| 2016 | Q3 | | 3.69% | 3.66% | 0.03% | (2.70%) | (0.60%) | (0.10%) | (0.50%) | (0.50%) |
| 2016 | Q4 | | 0.37% | 1.52% | (1.15%) | (3.52%) | (1.15%) | (0.27%) | (0.62%) | (0.62%) |
| 2017 | Q1 | | 5.36% | 4.81% | 0.55% | (1.33%) | (0.96%) | (0.40%) | (0.54%) | (0.54%) |
| 2017 | Q2 | | 3.86% | 3.22% | 0.64% | 0.03% | (0.65%) | (0.36%) | (0.46%) | (0.46%) |
| 2017 | Q3 | Approved For Removal | 4.73% | 3.97% | 0.76% | 0.84% | (0.56%) | (0.35%) | (0.37%) | (0.37%) |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date 2035 TR USD through Q3 2017.
[3] Principal LifeTime 2035 I was removed from the Plan on 10/11/17.
[4] The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5] The excess return is calculated as the fund return minus the benchmark return.
[6] The return shown is the return over the trailing 10 years or since inception.  For this fund, the inception date is later than 06/30/03 such that 10 years of historical data is not available.
[7] Morningstar does not report returns for the month Principal LifeTime 2035 I was incepted; therefore, the return since inception is calculated starting from the month following inception.

**Exhibit 5**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2040 I (PTDIX) vs. Benchmark Index
### Inception Date:  03/01/01

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year | Annualized Since Inception[6] |
| 2013 | Q3 | | 6.62% | 6.19% | 0.43% | (0.84%) | 0.02% | 0.13% | (0.33%) | 0.51% |
| 2013 | Q4 | | 7.33% | 6.77% | 0.56% | 0.26% | 0.25% | 0.88% | (0.07%) | 0.54% |
| 2014 | Q1 | | 1.48% | 1.61% | (0.13%) | 0.29% | 0.15% | 0.69% | (0.09%) | 0.52% |
| 2014 | Q2 | | 3.77% | 4.18% | (0.41%) | 0.49% | 0.06% | 0.37% | (0.06%) | 0.48% |
| 2014 | Q3 | | (1.53%) | (2.14%) | 0.61% | 0.70% | 0.60% | 0.31% | (0.09%) | 0.52% |
| 2014 | Q4 | | 2.33% | 2.04% | 0.29% | 0.42% | 0.88% | 0.33% | (0.03%) | 0.53% |
| 2015 | Q1 | | 2.71% | 2.78% | (0.07%) | 0.48% | 0.41% | 0.30% | (0.09%) | 0.52% |
| 2015 | Q2 | | (0.07%) | (0.17%) | 0.10% | 0.97% | 0.37% | 0.34% | (0.18%) | 0.52% |
| 2015 | Q3 | | (6.86%) | (6.60%) | (0.27%) | 0.03% | (0.02%) | 0.16% | (0.27%) | 0.49% |
| 2015 | Q4 | | 3.79% | 3.92% | (0.13%) | (0.38%) | 0.08% | 0.15% | (0.35%) | 0.47% |
| 2016 | Q1 | | (0.36%) | 1.32% | (1.68%) | (1.94%) | (0.46%) | (0.24%) | (0.53%) | 0.34% |
| 2016 | Q2 | | 1.32% | 2.01% | (0.69%) | (2.75%) | (0.51%) | (0.36%) | (0.58%) | 0.29% |
| 2016 | Q3 | | 3.90% | 3.87% | 0.03% | (2.71%) | (0.63%) | (0.20%) | (0.56%) | 0.29% |
| 2016 | Q4 | | 0.54% | 1.75% | (1.21%) | (3.78%) | (1.22%) | (0.35%) | (0.64%) | 0.20% |
| 2017 | Q1 | | 5.58% | 5.07% | 0.51% | (1.52%) | (1.02%) | (0.49%) | (0.60%) | 0.23% |
| 2017 | Q2 | | 4.05% | 3.36% | 0.69% | (0.01%) | (0.65%) | (0.40%) | (0.48%) | 0.27% |
| 2017 | Q3 | Approved For Removal | 4.88% | 4.21% | 0.67% | 0.69% | (0.65%) | (0.42%) | (0.47%) | 0.31% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1]  Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2]  The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date 2040 TR USD through Q3 2017.
[3]  Principal LifeTime 2040 I was removed from the Plan on 10/11/17.
[4]  The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5]  The excess return is calculated as the fund return minus the benchmark return.
[6]  Morningstar does not report returns for the month Principal LifeTime 2040 I was incepted; therefore, the return since inception is calculated starting from the month following inception.

**Rolling Excess Return Comparison[1][2][3]**
Principal LifeTime 2045 I (LTRIX) vs. Benchmark Index
Inception Date:  02/29/08

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year/ Since Inception[6] | Annualized Since Inception[7] |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Q3 | | 6.70% | 6.45% | 0.25% | (1.10%) | 0.02% | 0.16% | (0.32%) | (0.32%) |
| 2013 | Q4 | | 7.49% | 7.07% | 0.42% | (0.09%) | 0.16% | 0.63% | (0.24%) | (0.24%) |
| 2014 | Q1 | | 1.62% | 1.58% | 0.04% | 0.23% | 0.12% | 0.47% | (0.22%) | (0.22%) |
| 2014 | Q2 | | 3.87% | 4.28% | (0.42%) | 0.32% | (0.02%) | 0.33% | (0.28%) | (0.28%) |
| 2014 | Q3 | | (1.62%) | (2.25%) | 0.64% | 0.76% | 0.49% | 0.27% | (0.16%) | (0.16%) |
| 2014 | Q4 | | 2.42% | 2.05% | 0.36% | 0.68% | 0.85% | 0.29% | (0.10%) | (0.10%) |
| 2015 | Q1 | | 2.75% | 2.85% | (0.10%) | 0.54% | 0.36% | 0.26% | (0.11%) | (0.11%) |
| 2015 | Q2 | | (0.00%) | (0.12%) | 0.12% | 1.05% | 0.32% | 0.40% | (0.09%) | (0.09%) |
| 2015 | Q3 | | (7.19%) | (6.93%) | (0.26%) | 0.09% | (0.06%) | 0.18% | (0.13%) | (0.13%) |
| 2015 | Q4 | | 4.01% | 4.10% | (0.10%) | (0.36%) | 0.08% | 0.16% | (0.14%) | (0.14%) |
| 2016 | Q1 | | (0.46%) | 1.25% | (1.71%) | (1.91%) | (0.45%) | (0.24%) | (0.35%) | (0.35%) |
| 2016 | Q2 | | 1.28% | 2.00% | (0.71%) | (2.74%) | (0.53%) | (0.39%) | (0.43%) | (0.43%) |
| 2016 | Q3 | | 3.99% | 4.04% | (0.05%) | (2.81%) | (0.63%) | (0.27%) | (0.43%) | (0.43%) |
| 2016 | Q4 | | 0.70% | 1.95% | (1.24%) | (3.96%) | (1.18%) | (0.40%) | (0.56%) | (0.56%) |
| 2017 | Q1 | | 5.78% | 5.28% | 0.50% | (1.71%) | (1.04%) | (0.55%) | (0.49%) | (0.49%) |
| 2017 | Q2 | | 4.10% | 3.45% | 0.65% | (0.21%) | (0.68%) | (0.47%) | (0.41%) | (0.41%) |
| 2017 | Q3 | Approved For Removal | 5.09% | 4.35% | 0.74% | 0.67% | (0.68%) | (0.47%) | (0.32%) | (0.32%) |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1]  Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2]  The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date 2045 TR USD through Q3 2017.
[3]  Principal LifeTime 2045 I was removed from the Plan on 10/11/17.
[4]  The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5]  The excess return is calculated as the fund return minus the benchmark return.
[6]  The return shown is the return over the trailing 10 years or since inception.  For this fund, the inception date is later than 06/30/03 such that 10 years of historical data is not available.
[7]  Morningstar does not report returns for the month Principal LifeTime 2045 I was incepted; therefore, the return since inception is calculated starting from the month following inception.

**Exhibit 5**

**Rolling Excess Return Comparison[1][2][3]**
Principal LifeTime 2050 I (PPLIX) vs. Benchmark Index
Inception Date:  03/01/01

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year | Annualized Since Inception[6] |
| 2013 | Q3 | | 6.94% | 6.74% | 0.19% | (1.19%) | 0.02% | 0.12% | (0.53%) | (0.53%) |
| 2013 | Q4 | | 7.75% | 7.39% | 0.36% | (0.32%) | 0.08% | 0.74% | (0.47%) | (0.47%) |
| 2014 | Q1 | | 1.59% | 1.54% | 0.05% | 0.09% | (0.00%) | 0.60% | (0.45%) | (0.45%) |
| 2014 | Q2 | | 3.89% | 4.40% | (0.51%) | 0.09% | (0.15%) | 0.34% | (0.50%) | (0.50%) |
| 2014 | Q3 | | (1.64%) | (2.35%) | 0.70% | 0.69% | 0.52% | 0.25% | (0.39%) | (0.39%) |
| 2014 | Q4 | | 2.39% | 2.09% | 0.30% | 0.61% | 0.76% | 0.25% | (0.35%) | (0.35%) |
| 2015 | Q1 | | 2.80% | 2.91% | (0.12%) | 0.43% | 0.21% | 0.19% | (0.35%) | (0.35%) |
| 2015 | Q2 | | 0.14% | (0.07%) | 0.20% | 1.13% | 0.25% | 0.42% | (0.32%) | (0.32%) |
| 2015 | Q3 | | (7.40%) | (7.22%) | (0.18%) | 0.18% | (0.07%) | 0.19% | (0.33%) | (0.33%) |
| 2015 | Q4 | | 4.13% | 4.32% | (0.19%) | (0.28%) | 0.01% | 0.11% | (0.34%) | (0.34%) |
| 2016 | Q1 | | (0.60%) | 1.18% | (1.77%) | (1.87%) | (0.52%) | (0.33%) | (0.52%) | (0.52%) |
| 2016 | Q2 | | 1.20% | 1.94% | (0.73%) | (2.81%) | (0.60%) | (0.47%) | (0.58%) | (0.58%) |
| 2016 | Q3 | | 4.16% | 4.17% | (0.02%) | (2.97%) | (0.67%) | (0.26%) | (0.55%) | (0.57%) |
| 2016 | Q4 | | 0.76% | 2.14% | (1.38%) | (4.16%) | (1.24%) | (0.48%) | (0.66%) | (0.69%) |
| 2017 | Q1 | | 6.00% | 5.51% | 0.49% | (1.85%) | (1.11%) | (0.66%) | (0.61%) | (0.63%) |
| 2017 | Q2 | | 4.20% | 3.54% | 0.66% | (0.32%) | (0.72%) | (0.55%) | (0.50%) | (0.56%) |
| 2017 | Q3 | Approved For Removal | 5.23% | 4.43% | 0.80% | 0.59% | (0.72%) | (0.53%) | (0.49%) | (0.48%) |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for $n$ months where $n$ is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date 2050 TR USD through Q3 2017.
[3] Principal LifeTime 2050 I was removed from the Plan on 10/11/17.
[4] The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5] The excess return is calculated as the fund return minus the benchmark return.
[6] Morningstar does not report returns for the benchmark prior to 06/30/06; therefore, the return since inception is calculated starting from 06/30/06.

**Rolling Excess Return Comparison**[1][2][3]
Principal LifeTime 2055 I (LTFIX) vs. Benchmark Index
Inception Date:  02/29/08

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year/ Since Inception[6] | Annualized Since Inception[7] |
| 2013 | Q3 | | 6.86% | 6.97% | (0.11%) | (1.90%) | (0.43%) | (0.12%) | (0.65%) | (0.65%) |
| 2013 | Q4 | | 7.79% | 7.65% | 0.14% | (1.17%) | (0.41%) | 0.37% | (0.61%) | (0.61%) |
| 2014 | Q1 | | 1.52% | 1.52% | 0.00% | (0.57%) | (0.49%) | 0.14% | (0.58%) | (0.58%) |
| 2014 | Q2 | | 3.98% | 4.46% | (0.48%) | (0.53%) | (0.67%) | (0.02%) | (0.64%) | (0.64%) |
| 2014 | Q3 | | (1.68%) | (2.41%) | 0.73% | 0.47% | 0.11% | (0.09%) | (0.49%) | (0.49%) |
| 2014 | Q4 | | 2.40% | 2.07% | 0.33% | 0.65% | 0.40% | (0.09%) | (0.42%) | (0.42%) |
| 2015 | Q1 | | 2.77% | 2.94% | (0.17%) | 0.48% | (0.22%) | (0.14%) | (0.43%) | (0.43%) |
| 2015 | Q2 | | 0.16% | (0.04%) | 0.20% | 1.14% | (0.06%) | 0.08% | (0.39%) | (0.39%) |
| 2015 | Q3 | | (7.59%) | (7.43%) | (0.16%) | 0.18% | (0.36%) | (0.12%) | (0.39%) | (0.39%) |
| 2015 | Q4 | | 4.33% | 4.41% | (0.08%) | (0.22%) | (0.20%) | (0.15%) | (0.39%) | (0.39%) |
| 2016 | Q1 | | (0.62%) | 1.13% | (1.75%) | (1.74%) | (0.65%) | (0.58%) | (0.61%) | (0.61%) |
| 2016 | Q2 | | 1.16% | 1.92% | (0.76%) | (2.69%) | (0.74%) | (0.74%) | (0.68%) | (0.68%) |
| 2016 | Q3 | | 4.23% | 4.28% | (0.06%) | (2.91%) | (0.72%) | (0.49%) | (0.67%) | (0.67%) |
| 2016 | Q4 | | 0.89% | 2.29% | (1.39%) | (4.22%) | (1.22%) | (0.68%) | (0.82%) | (0.82%) |
| 2017 | Q1 | | 6.09% | 5.65% | 0.44% | (2.00%) | (1.09%) | (0.90%) | (0.75%) | (0.75%) |
| 2017 | Q2 | | 4.27% | 3.57% | 0.69% | (0.40%) | (0.70%) | (0.72%) | (0.66%) | (0.66%) |
| 2017 | Q3 | Approved For Removal | 5.35% | 4.48% | 0.87% | 0.64% | (0.68%) | (0.68%) | (0.55%) | (0.55%) |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date 2055 TR USD through Q3 2017.
[3] Principal LifeTime 2055 I was removed from the Plan on 10/11/17.
[4] The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5] The excess return is calculated as the fund return minus the benchmark return.
[6] The return shown is the return over the trailing 10 years or since inception.  For this fund, the inception date is later than 06/30/03 such that 10 years of historical data is not available.
[7] Morningstar does not report returns for the month Principal LifeTime 2055 I was incepted; therefore, the return since inception is calculated starting from the month following inception.

**Exhibit 5**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime Strategic Income I (PLSIX) vs. Benchmark Index
### Inception Date:  03/01/01

| Calendar Year | Quarter | Watch List[4] | Quarter Fund Return | Quarter Benchmark Return | Excess Returns[5] | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Annualized 10-Year | Annualized Since Inception[6] |
| 2013 | Q3 | | 2.36% | 2.48% | (0.11%) | (0.80%) | 0.03% | 0.58% | (0.17%) | 0.02% |
| 2013 | Q4 | | 2.41% | 2.34% | 0.07% | (0.89%) | 0.20% | 1.89% | (0.23%) | 0.03% |
| 2014 | Q1 | | 1.79% | 1.44% | 0.35% | (0.24%) | 0.10% | 1.96% | (0.31%) | 0.06% |
| 2014 | Q2 | | 2.77% | 2.56% | 0.21% | 0.56% | 0.23% | 1.28% | (0.24%) | 0.07% |
| 2014 | Q3 | | (0.98%) | (0.69%) | (0.29%) | 0.35% | 0.29% | 0.78% | (0.45%) | 0.05% |
| 2014 | Q4 | | 0.97% | 1.50% | (0.53%) | (0.28%) | 0.25% | 0.47% | (0.64%) | 0.01% |
| 2015 | Q1 | | 1.92% | 1.69% | 0.23% | (0.41%) | 0.20% | 0.33% | (0.58%) | 0.02% |
| 2015 | Q2 | | (0.82%) | (0.87%) | 0.05% | (0.55%) | (0.04%) | 0.16% | (0.62%) | 0.03% |
| 2015 | Q3 | | (2.39%) | (2.09%) | (0.30%) | (0.55%) | (0.34%) | (0.03%) | (0.67%) | 0.00% |
| 2015 | Q4 | | 0.47% | 1.14% | (0.68%) | (0.69%) | 0.62% | (0.08%) | (0.77%) | (0.04%) |
| 2016 | Q1 | | 1.80% | 2.18% | (0.38%) | (1.29%) | (0.66%) | (0.29%) | (0.86%) | (0.07%) |
| 2016 | Q2 | | 1.94% | 1.86% | 0.08% | (1.30%) | (0.45%) | (0.24%) | (0.87%) | (0.06%) |
| 2016 | Q3 | | 1.99% | 1.66% | 0.33% | (0.68%) | (0.30%) | (0.08%) | (0.83%) | (0.04%) |
| 2016 | Q4 | | (0.99%) | (0.76%) | (0.24%) | (0.22%) | (0.40%) | (0.04%) | (0.82%) | (0.05%) |
| 2017 | Q1 | | 2.52% | 2.20% | 0.32% | 0.50% | (0.41%) | (0.05%) | (0.78%) | (0.03%) |
| 2017 | Q2 | | 1.89% | 1.79% | 0.10% | 0.52% | (0.45%) | (0.18%) | (0.59%) | (0.03%) |
| 2017 | Q3 | Approved For Removal | 2.25% | 2.06% | 0.19% | 0.38% | (0.29%) | (0.27%) | (0.45%) | (0.01%) |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Summary Prospectuses; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The benchmark is selected according to the benchmark listed in the fund's summary prospectus.  For this fund, the benchmark was the S&P Target Date Retirement Income TR USD through Q3 2017.
[3] Principal LifeTime Strategic Income I was removed from the Plan on 10/11/17.
[4] The Watch List flag identifies quarters in which the fund was on the Plan's Watch List and is obtained from the Envestnet Reports and Willis Towers Watson Reports.
[5] The excess return is calculated as the fund return minus the benchmark return.
[6] Morningstar does not report returns for the month Principal LifeTime Strategic Income I incepted; therefore, the return since inception is calculated starting from the month following inception.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
Aston/TAMRO Small Cap I (ATSIX) vs. Peer Group
Inception Date:  11/30/00

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year[5] | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 8.64% | 12.17% | 9.48% | (3.52%) | (11.64%) | (1.85%) | (0.81%) | (0.84%) | (0.94%) | 8.91% | 10.52% |
| 2013 | Q4 | 4.79% | 8.32% | 5.65% | (3.53%) | (13.69%) | (3.15%) | (1.88%) | (0.86%) | (1.57%) | 7.38% | 9.99% |
| 2014 | Q1 | (0.30%) | 0.96% | (2.75%) | (1.26%) | (13.82%) | (3.25%) | (2.83%) | 2.45% | (0.61%) | 7.52% | 9.24% |
| 2014 | Q2 | (0.52%) | 0.68% | (2.55%) | (1.20%) | (10.58%) | (3.55%) | (2.16%) | 2.03% | 3.29% | 7.67% | 9.44% |
| 2014 | Q3 | (7.85%) | (5.78%) | (7.98%) | (2.07%) | (7.97%) | (4.79%) | (2.65%) | 0.13% | 3.63% | 6.82% | 8.47% |
| 2014 | Q4 | 9.91% | 7.87% | 5.56% | 2.05% | (2.85%) | (3.83%) | (2.03%) | 4.35% | 8.39% | 7.29% | 9.03% |
| 2015 | Q1 | 2.83% | 5.60% | 3.51% | (2.77%) | (4.45%) | (4.88%) | (2.59%) | (0.68%) | 5.62% | 5.81% | 8.30% |
| 2015 | Q2 | 0.57% | 1.51% | (0.82%) | 0.94% | (4.20%) | (6.28%) | (2.66%) | 1.39% | 5.02% | 4.57% | 8.47% |
| 2015 | Q3 | (10.61%) | (11.72%) | (14.20%) | 1.11% | (0.47%) | (6.41%) | (2.92%) | 3.59% | 8.62% | 4.11% | 7.69% |
| 2015 | Q4 | (3.48%) | 0.47% | 0.47% | (6.50%) | (8.26%) | (7.90%) | (4.28%) | (3.95%) | 0.73% | 2.87% | 6.09% |
| 2016 | Q1 | (2.94%) | (3.67%) | (7.41%) | 0.74% | (4.71%) | (7.27%) | (3.86%) | 4.47% | 5.06% | 3.67% | 6.59% |
| 2016 | Q2 | 1.27% | 3.45% | 1.19% | (2.18%) | (5.82%) | (6.73%) | (4.24%) | 0.08% | 4.05% | 4.17% | 6.31% |
| 2016 | Q3 | 7.08% | 7.90% | 5.65% | (0.82%) | (9.18%) | (5.85%) | (4.78%) | 1.43% | 2.15% | 4.82% | 6.24% |

Source:  BBVA Retirement Committee Meeting Minutes; CRSP; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for $n$ months where $n$ is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] Aston/TAMRO Small Cap I is not in the current Morningstar Direct database.  Therefore I am not able to determine its Morningstar category.  The fund is classified in CRSP Survivor-Bias-Free Mutual Fund database as a Small Cap Growth Fund.  I use the corresponding Morningstar category of US Fund Small Growth to determine its peer group.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) is considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Aston/TAMRO Small Cap I was removed from the Plan on 10/01/16.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.
[5] The inception date of the Aston/TAMRO Small Cap I Fund is 01/04/05; however, the fund had another share class with an inception date of 11/30/00.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Invesco International Growth R6 (IGFRX) vs. Peer Group
### Inception Date:  04/07/92

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year[5] | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2015 | Q1 | 3.58% | 5.34% | 3.71% | (1.76%) | 1.75% | 0.64% | 0.32% | (0.13%) | 8.62% | 7.59% | 8.01% |
| 2015 | Q2 | (0.15%) | 1.19% | (0.45%) | (1.34%) | (1.44%) | (0.40%) | (0.31%) | 0.31% | 5.13% | 6.59% | 7.49% |
| 2015 | Q3 | (10.27%) | (9.39%) | (11.38%) | (0.88%) | (2.63%) | (0.62%) | (0.01%) | 1.11% | 4.20% | 6.24% | 7.41% |
| 2015 | Q4 | 5.37% | 4.64% | 2.81% | 0.73% | (3.27%) | 0.40% | 0.23% | 2.56% | 3.73% | 7.31% | 7.48% |
| 2016 | Q1 | 1.75% | (1.72%) | (3.76%) | 3.47% | 1.77% | 1.71% | 0.84% | 5.51% | 8.78% | 8.80% | 8.08% |
| 2016 | Q2 | (2.38%) | (0.45%) | (2.73%) | (1.92%) | 1.15% | 1.04% | 0.37% | 0.35% | 8.63% | 8.24% | 7.59% |
| 2016 | Q3 | 3.88% | 5.76% | 4.07% | (1.89%) | 0.44% | 0.20% | (0.54%) | (0.20%) | 8.56% | 7.30% | 6.95% |
| 2016 | Q4 | (3.54%) | (5.44%) | (7.56%) | 1.89% | 1.67% | 0.83% | (0.24%) | 4.02% | 9.47% | 7.91% | 7.08% |
| 2017 | Q1 | 7.86% | 9.08% | 7.62% | (1.22%) | (3.10%) | 0.23% | 0.15% | 0.24% | 4.79% | 7.48% | 7.31% |
| 2017 | Q2 | 6.00% | 7.97% | 6.54% | (1.98%) | (3.24%) | (1.03%) | (0.57%) | (0.55%) | 4.25% | 6.18% | 6.65% |
| 2017 | Q3 | 4.41% | 6.19% | 4.34% | (1.78%) | (3.13%) | (1.79%) | (0.87%) | 0.07% | 4.55% | 5.74% | 6.40% |
| 2017 | Q4 | 3.18% | 4.35% | 3.30% | (1.17%) | (7.35%) | (2.65%) | (0.64%) | (0.12%) | (0.42%) | 4.69% | 6.51% |
| 2018 | Q1 | (0.98%) | 0.07% | (1.60%) | (1.05%) | (6.67%) | (2.39%) | (0.79%) | 0.62% | 0.08% | 4.87% | 6.41% |
| 2018 | Q2 | (4.80%) | (0.89%) | (2.69%) | (3.92%) | (8.37%) | (3.30%) | (1.64%) | (2.12%) | (1.66%) | 3.97% | 5.52% |
| 2018 | Q3 | 1.56% | 0.21% | (1.36%) | 1.35% | (4.95%) | (2.59%) | (1.47%) | 2.92% | 1.21% | 4.71% | 5.56% |
| 2018 | Q4 | (11.20%) | (13.47%) | (15.38%) | 2.27% | (0.99%) | (1.79%) | (0.90%) | 4.18% | 5.09% | 5.21% | 5.99% |
| 2019 | Q1 | 14.27% | 12.76% | 10.41% | 1.52% | 1.20% | (2.63%) | (0.79%) | 3.86% | 8.42% | 4.70% | 6.39% |
| 2019 | Q2 | 4.93% | 5.04% | 2.72% | (0.11%) | 5.44% | (2.01%) | (1.20%) | 2.22% | 13.47% | 5.42% | 6.09% |
| 2019 | Q3 | (0.15%) | (1.10%) | (3.18%) | 0.95% | 4.97% | (0.99%) | (1.08%) | 3.03% | 13.40% | 6.45% | 6.36% |
| 2019 | Q4 | 7.36% | 9.18% | 7.52% | (1.83%) | 0.65% | (2.40%) | (1.71%) | (0.17%) | 10.47% | 5.15% | 5.79% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1]  Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2]  The performance comparison group is the Morningstar category US Fund Foreign Large Growth.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data: (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3]  Invesco International Growth R6 is currently in the Plan at the time of analysis.
[4]  The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.
[5]  The inception date of the Invesco International Growth R6 Fund is 09/24/12; however, the fund had another share class with an inception date of 04/07/92.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Principal MidCap Value I Inst (PVMIX) vs. Peer Group
### Inception Date:  12/29/03

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 6.38% | 7.13% | 5.49% | (0.75%) | (1.14%) | (0.23%) | 0.24% | 0.89% | 6.54% | 7.64% | 10.25% |
| 2013 | Q4 | 8.54% | 9.16% | 7.55% | (0.62%) | (2.29%) | (0.41%) | 0.11% | 0.99% | 6.15% | 7.34% | 9.87% |
| 2014 | Q1 | 4.06% | 2.98% | 1.29% | 1.07% | (1.13%) | 0.08% | 0.51% | 2.76% | 6.74% | 7.69% | 9.96% |
| 2014 | Q2 | 4.92% | 4.89% | 3.43% | 0.03% | (0.26%) | 0.20% | 0.98% | 1.49% | 7.19% | 7.79% | 9.71% |
| 2014 | Q3 | (2.07%) | (3.12%) | (4.84%) | 1.05% | 1.81% | 0.37% | 0.74% | 2.77% | 8.81% | 8.16% | 8.93% |
| 2014 | Q4 | 6.16% | 5.04% | 3.29% | 1.12% | 3.58% | 0.99% | 1.00% | 2.88% | 10.53% | 8.68% | 8.95% |
| 2015 | Q1 | 2.22% | 2.94% | 0.85% | (0.71%) | 1.63% | 0.73% | 0.75% | 1.38% | 8.98% | 8.18% | 8.48% |
| 2015 | Q2 | (2.11%) | (0.75%) | (2.61%) | (1.36%) | 0.07% | (0.31%) | 0.42% | 0.50% | 7.50% | 7.20% | 8.34% |
| 2015 | Q3 | (9.15%) | (9.21%) | (11.11%) | 0.06% | (0.92%) | (0.10%) | 0.01% | 1.95% | 6.34% | 7.25% | 7.59% |
| 2015 | Q4 | 2.13% | 2.94% | 0.77% | (0.81%) | (2.64%) | (0.48%) | (0.14%) | 1.35% | 4.86% | 7.17% | 7.41% |
| 2016 | Q1 | 1.37% | 2.65% | 0.17% | (1.28%) | (3.14%) | (1.01%) | (0.36%) | 1.20% | 4.68% | 6.72% | 7.26% |
| 2016 | Q2 | 3.50% | 2.25% | 0.30% | 1.25% | (0.74%) | (0.33%) | (0.04%) | 3.20% | 7.34% | 7.40% | 7.65% |
| 2016 | Q3 | 4.31% | 5.46% | 3.49% | (1.15%) | (2.17%) | (0.47%) | (0.46%) | 0.82% | 6.98% | 7.33% | 7.52% |
| 2016 | Q4 | 5.31% | 7.10% | 4.49% | (1.78%) | (3.29%) | (0.86%) | (0.72%) | 0.82% | 6.60% | 7.22% | 7.38% |
| 2017 | Q1 | 4.41% | 3.72% | 1.90% | 0.69% | (1.07%) | (0.99%) | (0.54%) | 2.51% | 8.18% | 7.14% | 7.37% |
| 2017 | Q2 | 0.20% | 1.17% | (0.60%) | (0.96%) | (3.58%) | (1.33%) | (1.05%) | 0.81% | 5.39% | 6.83% | 6.90% |
| 2017 | Q3 | 3.67% | 3.13% | 1.31% | 0.54% | (1.67%) | (1.55%) | (0.82%) | 2.36% | 7.00% | 6.77% | 7.15% |
| 2017 | Q4 | 5.67% | 5.33% | 3.46% | 0.34% | 0.63% | (1.82%) | (0.81%) | 2.21% | 8.45% | 6.55% | 7.31% |
| 2018 | Q1 | (1.79%) | (2.04%) | (4.00%) | 0.25% | 0.15% | (1.46%) | (0.78%) | 2.21% | 7.79% | 6.77% | 7.21% |
| 2018 | Q2 | 2.43% | 2.20% | 0.14% | 0.23% | 1.45% | (0.90%) | (0.58%) | 2.29% | 9.44% | 7.45% | 7.43% |
| 2018 | Q3 | 4.35% | 3.13% | 1.41% | 1.22% | 2.17% | (0.52%) | (0.17%) | 2.95% | 10.07% | 8.04% | 7.82% |
| 2018 | Q4 | (15.13%) | (15.98%) | (18.25%) | 0.85% | 2.34% | 0.14% | 0.17% | 3.12% | 9.40% | 8.35% | 7.99% |
| 2019 | Q1 | 13.58% | 13.63% | 11.06% | (0.06%) | 2.40% | 0.59% | (0.06%) | 2.52% | 10.84% | 9.02% | 8.04% |
| 2019 | Q2 | 3.86% | 3.09% | 0.23% | 0.77% | 2.97% | 0.42% | 0.09% | 3.63% | 12.19% | 9.17% | 8.44% |
| 2019 | Q3 | 1.64% | 0.62% | (1.62%) | 1.02% | 2.73% | 1.17% | 0.08% | 3.26% | 12.23% | 9.91% | 8.59% |
| 2019 | Q4 | 5.65% | 6.91% | 5.37% | (1.26%) | 1.35% | (0.40%) | (0.40%) | 0.28% | 11.27% | 9.75% | 8.09% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Mid-Cap Value.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Principal MidCap Value I Inst is currently in the Plan at the time of analysis.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

**Exhibit 6**

# Rolling Excess Return Comparison[1][2][3]
## Thornburg International Value R6 (TGIRX) vs. Peer Group
### Inception Date:  05/28/98

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year[5] | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 9.91% | 10.12% | 8.34% | (0.20%) | (2.17%) | (2.83%) | (2.31%) | 1.57% | 5.18% | 5.16% | 6.60% |
| 2013 | Q4 | 4.36% | 5.72% | 4.17% | (1.36%) | (2.93%) | (3.21%) | (3.59%) | 0.18% | 4.35% | 4.40% | 5.45% |
| 2014 | Q1 | (4.59%) | (0.07%) | (1.55%) | (4.53%) | (6.26%) | (5.19%) | (4.54%) | (3.04%) | 1.11% | 2.25% | 4.34% |
| 2014 | Q2 | 2.26% | 3.66% | 1.84% | (1.40%) | (8.69%) | (5.22%) | (4.48%) | 0.42% | (1.25%) | 2.12% | 3.68% |
| 2014 | Q3 | (1.36%) | (5.40%) | (6.93%) | 4.04% | (3.17%) | (3.60%) | (2.72%) | 5.57% | 3.22% | 3.89% | 4.88% |
| 2014 | Q4 | (1.66%) | (1.70%) | (3.68%) | 0.03% | (1.70%) | (2.85%) | (2.45%) | 2.02% | 4.76% | 4.38% | 5.14% |
| 2015 | Q1 | 2.16% | 0.77% | 0.21% | 1.39% | 1.27% | (2.21%) | (2.23%) | 1.95% | 8.05% | 4.81% | 5.45% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Foreign Large Growth.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Thornburg International Value R6 was removed from the Plan on 02/17/15.  This fund was removed from the Plan in the middle of the quarter; therefore, only the partial quarter's return is reported.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.
[5] The inception date of the Thornburg International Value R6 Fund is 05/01/12; however, the fund had another share class with an inception date of 05/28/98.

Privileged and Confidential

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2015 I (LTINX) vs. Peer Group
### Inception Date:  02/29/08

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 4.23% | 4.07% | 3.55% | 0.16% | 0.84% | 0.64% | 0.15% | 0.68% | 3.40% | 3.70% | 3.85% |
| 2013 | Q4 | 4.93% | 4.18% | 3.36% | 0.75% | 1.41% | 0.70% | 0.91% | 1.57% | 4.30% | 3.77% | 4.42% |
| 2014 | Q1 | 1.58% | 1.66% | 0.98% | (0.09%) | 0.73% | 0.42% | 1.59% | 0.60% | 3.73% | 3.50% | 4.93% |
| 2014 | Q2 | 3.19% | 3.38% | 2.93% | (0.19%) | 0.68% | 0.38% | 1.40% | 0.27% | 3.39% | 3.45% | 4.51% |
| 2014 | Q3 | (1.24%) | (1.16%) | (1.95%) | (0.08%) | 0.39% | 1.20% | 0.99% | 0.71% | 3.29% | 4.18% | 4.01% |
| 2014 | Q4 | 1.50% | 1.44% | 0.82% | 0.07% | (0.30%) | 0.89% | 0.80% | 0.68% | 2.33% | 3.73% | 3.86% |
| 2015 | Q1 | 2.15% | 2.01% | 1.25% | 0.14% | (0.07%) | 0.47% | 0.60% | 0.90% | 2.65% | 3.20% | 3.64% |
| 2015 | Q2 | (0.46%) | (0.49%) | (1.05%) | 0.04% | 0.16% | 0.61% | 0.89% | 0.59% | 2.89% | 3.26% | 3.88% |
| 2015 | Q3 | (4.50%) | (4.26%) | (4.85%) | (0.24%) | (0.01%) | 0.39% | 0.45% | 0.35% | 2.45% | 3.03% | 3.35% |
| 2015 | Q4 | 1.76% | 2.11% | 1.51% | (0.35%) | (0.42%) | 0.19% | 0.26% | 0.25% | 2.05% | 2.85% | 3.12% |
| 2016 | Q1 | 1.03% | 1.78% | 0.62% | (0.75%) | (1.28%) | (0.24%) | (0.04%) | 0.41% | 1.57% | 2.61% | 2.92% |
| 2016 | Q2 | 1.93% | 2.17% | 1.60% | (0.23%) | (1.58%) | (0.29%) | (0.08%) | 0.34% | 1.34% | 2.51% | 2.89% |
| 2016 | Q3 | 2.80% | 2.85% | 2.44% | (0.06%) | (1.48%) | (0.36%) | 0.40% | 0.36% | 1.42% | 2.39% | 3.26% |
| 2016 | Q4 | (0.30%) | (0.31%) | (0.66%) | 0.01% | (1.08%) | (0.59%) | 0.21% | 0.36% | 1.52% | 1.97% | 2.92% |
| 2017 | Q1 | 3.84% | 3.43% | 3.09% | 0.41% | 0.13% | (0.43%) | 0.03% | 0.74% | 1.90% | 2.03% | 2.60% |
| 2017 | Q2 | 2.72% | 2.32% | 2.06% | 0.41% | 0.81% | (0.23%) | 0.19% | 0.67% | 2.25% | 2.16% | 2.66% |
| 2017 | Q3 | 3.22% | 2.77% | 2.38% | 0.44% | 1.34% | (0.05%) | 0.21% | 0.84% | 2.77% | 2.22% | 2.66% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Target-Date 2015.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Principal LifeTime 2015 I was removed from the Plan on 10/11/17.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

**Exhibit 6**

# Rolling Excess Return Comparison[1][2][3]
## Principal LifeTime 2020 I (PLWIX) vs. Peer Group
## Inception Date:  03/01/01

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 4.92% | 4.47% | 3.55% | 0.45% | 1.61% | 1.07% | 0.45% | 1.37% | 4.92% | 4.89% | 5.45% |
| 2013 | Q4 | 5.53% | 4.65% | 3.82% | 0.88% | 2.11% | 1.13% | 1.21% | 1.71% | 5.73% | 4.62% | 6.08% |
| 2014 | Q1 | 1.69% | 1.74% | 0.85% | (0.05%) | 1.32% | 0.80% | 1.90% | 0.84% | 4.96% | 4.37% | 6.63% |
| 2014 | Q2 | 3.39% | 3.44% | 2.94% | (0.04%) | 1.35% | 0.81% | 1.56% | 0.46% | 4.81% | 4.33% | 5.96% |
| 2014 | Q3 | (1.47%) | (1.14%) | (2.01%) | (0.34%) | 0.44% | 1.95% | 1.11% | 0.54% | 3.71% | 5.41% | 5.36% |
| 2014 | Q4 | 1.95% | 1.67% | 1.07% | 0.28% | (0.17%) | 1.51% | 0.99% | 0.87% | 2.79% | 4.85% | 5.17% |
| 2015 | Q1 | 2.27% | 2.28% | 1.40% | (0.01%) | (0.13%) | 0.72% | 0.72% | 0.87% | 2.83% | 4.02% | 4.79% |
| 2015 | Q2 | (0.42%) | (0.39%) | (1.06%) | (0.02%) | (0.10%) | 0.94% | 1.07% | 0.65% | 2.94% | 4.07% | 5.07% |
| 2015 | Q3 | (5.08%) | (4.61%) | (5.51%) | (0.47%) | (0.25%) | 0.57% | 0.66% | 0.43% | 2.74% | 3.75% | 4.19% |
| 2015 | Q4 | 2.23% | 2.44% | 1.72% | (0.21%) | (0.73%) | 0.33% | 0.47% | 0.51% | 2.41% | 3.57% | 3.78% |
| 2016 | Q1 | 0.78% | 1.53% | 0.33% | (0.75%) | (1.44%) | (0.14%) | 0.14% | 0.45% | 1.99% | 3.21% | 3.55% |
| 2016 | Q2 | 1.93% | 2.14% | 1.49% | (0.20%) | (1.65%) | (0.20%) | 0.10% | 0.44% | 1.83% | 3.12% | 3.52% |
| 2016 | Q3 | 3.19% | 3.14% | 2.58% | 0.05% | (1.20%) | (0.34%) | 0.84% | 0.61% | 2.13% | 2.86% | 4.17% |
| 2016 | Q4 | (0.16%) | (0.10%) | (0.73%) | (0.06%) | (1.02%) | (0.64%) | 0.51% | 0.57% | 2.15% | 2.45% | 3.78% |
| 2017 | Q1 | 4.20% | 3.86% | 3.33% | 0.35% | 0.13% | (0.51%) | 0.13% | 0.88% | 2.65% | 2.48% | 3.32% |
| 2017 | Q2 | 3.01% | 2.57% | 2.27% | 0.44% | 0.82% | (0.35%) | 0.36% | 0.73% | 2.98% | 2.57% | 3.38% |
| 2017 | Q3 | 3.70% | 3.02% | 2.59% | 0.68% | 1.49% | (0.00%) | 0.40% | 1.11% | 3.52% | 2.79% | 3.39% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Target-Date 2020.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Principal LifeTime 2020 I was removed from the Plan on 10/11/17.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2025 I (LTSTX) vs. Peer Group
### Inception Date:  02/29/08

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 5.39% | 5.23% | 4.36% | 0.16% | 0.43% | 0.64% | 0.10% | 1.02% | 4.01% | 3.99% | 4.32% |
| 2013 | Q4 | 5.90% | 5.35% | 4.70% | 0.55% | 0.82% | 0.74% | 0.61% | 1.21% | 4.59% | 4.04% | 4.61% |
| 2014 | Q1 | 1.61% | 1.70% | 0.77% | (0.09%) | 0.47% | 0.51% | 1.04% | 0.84% | 4.04% | 3.92% | 4.94% |
| 2014 | Q2 | 3.62% | 3.63% | 3.22% | (0.01%) | 0.67% | 0.49% | 1.07% | 0.39% | 3.85% | 3.90% | 4.63% |
| 2014 | Q3 | (1.45%) | (1.48%) | (2.09%) | 0.03% | 0.50% | 1.29% | 0.78% | 0.64% | 3.26% | 4.58% | 4.25% |
| 2014 | Q4 | 2.02% | 1.82% | 1.28% | 0.20% | 0.15% | 0.99% | 0.76% | 0.75% | 2.72% | 4.13% | 4.16% |
| 2015 | Q1 | 2.52% | 2.42% | 1.58% | 0.11% | 0.35% | 0.47% | 0.61% | 0.94% | 2.83% | 3.52% | 3.93% |
| 2015 | Q2 | (0.44%) | (0.35%) | (0.90%) | (0.09%) | 0.25% | 0.55% | 0.72% | 0.46% | 2.81% | 3.47% | 4.03% |
| 2015 | Q3 | (5.65%) | (5.43%) | (6.25%) | (0.21%) | (0.02%) | 0.29% | 0.47% | 0.61% | 2.68% | 3.29% | 3.57% |
| 2015 | Q4 | 2.62% | 2.86% | 2.17% | (0.24%) | (0.45%) | 0.14% | 0.37% | 0.44% | 2.40% | 3.18% | 3.43% |
| 2016 | Q1 | 0.70% | 1.49% | 0.40% | (0.79%) | (1.31%) | (0.21%) | 0.08% | 0.30% | 1.77% | 2.83% | 3.24% |
| 2016 | Q2 | 1.78% | 2.09% | 1.41% | (0.32%) | (1.56%) | (0.26%) | 0.00% | 0.36% | 1.70% | 2.74% | 3.21% |
| 2016 | Q3 | 3.49% | 3.57% | 3.25% | (0.08%) | (1.55%) | (0.34%) | 0.43% | 0.24% | 1.42% | 2.47% | 3.53% |
| 2016 | Q4 | (0.04%) | 0.12% | (0.43%) | (0.16%) | (1.43%) | (0.57%) | 0.18% | 0.39% | 1.34% | 2.16% | 3.19% |
| 2017 | Q1 | 4.76% | 4.40% | 3.92% | 0.36% | (0.23%) | (0.43%) | (0.06%) | 0.84% | 1.95% | 2.18% | 2.84% |
| 2017 | Q2 | 3.34% | 3.00% | 2.60% | 0.34% | 0.48% | (0.31%) | 0.08% | 0.74% | 2.37% | 2.29% | 2.88% |
| 2017 | Q3 | 4.04% | 3.45% | 2.92% | 0.59% | 1.20% | (0.12%) | 0.11% | 1.11% | 3.31% | 2.48% | 2.93% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Target-Date 2025.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Principal LifeTime 2025 I was removed from the Plan on 10/11/17.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2030 I (PMTIX) vs. Peer Group
### Inception Date:  03/01/01

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 5.90% | 5.62% | 4.66% | 0.28% | 0.62% | 0.47% | 0.06% | 1.24% | 3.83% | 4.12% | 4.84% |
| 2013 | Q4 | 6.48% | 6.07% | 5.33% | 0.42% | 0.71% | 0.65% | 0.42% | 1.16% | 4.28% | 4.08% | 4.96% |
| 2014 | Q1 | 1.59% | 1.38% | 0.51% | 0.22% | 0.74% | 0.48% | 0.80% | 1.08% | 4.35% | 3.99% | 5.29% |
| 2014 | Q2 | 3.62% | 3.81% | 3.36% | (0.19%) | 0.81% | 0.43% | 0.85% | 0.26% | 4.18% | 3.88% | 4.90% |
| 2014 | Q3 | (1.51%) | (1.65%) | (2.41%) | 0.13% | 0.61% | 1.14% | 0.70% | 0.90% | 3.61% | 4.62% | 4.64% |
| 2014 | Q4 | 2.15% | 1.94% | 1.50% | 0.21% | 0.39% | 0.88% | 0.64% | 0.65% | 3.00% | 4.17% | 4.44% |
| 2015 | Q1 | 2.66% | 2.56% | 1.67% | 0.09% | 0.26% | 0.51% | 0.45% | 0.98% | 2.92% | 3.60% | 4.21% |
| 2015 | Q2 | (0.27%) | (0.23%) | (0.75%) | (0.04%) | 0.40% | 0.59% | 0.63% | 0.48% | 3.05% | 3.51% | 4.24% |
| 2015 | Q3 | (6.08%) | (6.22%) | (7.10%) | 0.14% | 0.39% | 0.53% | 0.48% | 1.02% | 3.07% | 3.49% | 3.79% |
| 2015 | Q4 | 3.01% | 3.44% | 2.51% | (0.43%) | (0.22%) | 0.27% | 0.41% | 0.50% | 2.95% | 3.38% | 3.62% |
| 2016 | Q1 | 0.31% | 1.32% | 0.01% | (1.01%) | (1.28%) | (0.15%) | 0.05% | 0.30% | 2.26% | 3.13% | 3.40% |
| 2016 | Q2 | 1.62% | 2.04% | 1.34% | (0.43%) | (1.68%) | 0.22% | (0.03%) | 0.28% | 2.10% | 3.05% | 3.33% |
| 2016 | Q3 | 3.64% | 3.93% | 3.50% | (0.29%) | (2.33%) | (0.41%) | 0.28% | 0.13% | 1.28% | 2.67% | 3.61% |
| 2016 | Q4 | 0.23% | 0.46% | (0.12%) | (0.23%) | (2.07%) | (0.62%) | 0.04% | 0.36% | 1.11% | 2.37% | 3.29% |
| 2017 | Q1 | 5.08% | 4.91% | 4.44% | 0.17% | (0.85%) | (0.64%) | (0.15%) | 0.64% | 1.51% | 2.24% | 2.90% |
| 2017 | Q2 | 3.61% | 3.25% | 2.93% | 0.36% | 0.00% | (0.45%) | (0.02%) | 0.68% | 1.97% | 2.38% | 2.91% |
| 2017 | Q3 | 4.46% | 3.86% | 3.23% | 0.60% | 0.98% | (0.31%) | 0.05% | 1.23% | 3.16% | 2.52% | 2.99% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Target-Date 2030.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Principal LifeTime 2030 I was removed from the Plan on 10/11/17.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

Exhibit 6

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2035 I (LTIUX) vs. Peer Group
### Inception Date:  02/29/08

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 6.27% | 6.37% | 5.56% | (0.10%) | (0.12%) | 0.11% | (0.07%) | 0.71% | 2.83% | 3.49% | 3.82% |
| 2013 | Q4 | 6.90% | 6.71% | 5.95% | 0.19% | (0.25%) | 0.34% | 0.05% | 0.95% | 3.21% | 3.66% | 3.88% |
| 2014 | Q1 | 1.57% | 1.50% | 0.60% | 0.07% | (0.13%) | 0.28% | 0.17% | 0.97% | 3.30% | 3.67% | 4.01% |
| 2014 | Q2 | 3.77% | 4.06% | 3.51% | (0.29%) | (0.14%) | 0.13% | 0.37% | 0.26% | 3.28% | 3.52% | 3.86% |
| 2014 | Q3 | (1.57%) | (1.84%) | (2.60%) | 0.27% | 0.28% | 0.52% | 0.34% | 1.03% | 3.45% | 3.84% | 3.75% |
| 2014 | Q4 | 2.32% | 2.02% | 1.60% | 0.30% | 0.39% | 0.56% | 0.41% | 0.72% | 3.11% | 3.64% | 3.72% |
| 2015 | Q1 | 2.63% | 2.69% | 1.82% | (0.06%) | 0.26% | 0.27% | 0.25% | 0.81% | 2.96% | 3.23% | 3.60% |
| 2015 | Q2 | 0.00% | (0.13%) | (0.73%) | 0.13% | 0.67% | 0.26% | 0.34% | 0.73% | 3.34% | 3.15% | 3.66% |
| 2015 | Q3 | (6.50%) | (7.12%) | (7.75%) | 0.62% | 1.02% | 0.43% | 0.34% | 1.25% | 3.45% | 3.26% | 3.48% |
| 2015 | Q4 | 3.38% | 3.82% | 3.04% | (0.44%) | 0.32% | 0.17% | 0.35% | 0.34% | 3.11% | 3.15% | 3.43% |
| 2016 | Q1 | (0.19%) | 0.83% | (0.23%) | (1.02%) | (0.62%) | (0.18%) | 0.08% | 0.04% | 2.33% | 2.84% | 3.24% |
| 2016 | Q2 | 1.40% | 1.89% | 1.25% | (0.48%) | (1.23%) | (0.25%) | (0.05%) | 0.15% | 1.80% | 2.78% | 3.12% |
| 2016 | Q3 | 3.69% | 4.36% | 3.97% | (0.67%) | (2.81%) | (0.45%) | (0.04%) | (0.28%) | 0.27% | 2.43% | 3.04% |
| 2016 | Q4 | 0.37% | 0.81% | 0.17% | (0.45%) | (2.75%) | (0.66%) | (0.17%) | 0.20% | 0.12% | 2.14% | 2.81% |
| 2017 | Q1 | 5.36% | 5.38% | 4.91% | (0.02%) | (1.77%) | (0.69%) | (0.32%) | 0.45% | 0.56% | 1.99% | 2.52% |
| 2017 | Q2 | 3.86% | 3.53% | 3.18% | 0.33% | (0.90%) | (0.49%) | (0.30%) | 0.68% | 1.15% | 2.13% | 2.47% |
| 2017 | Q3 | 4.73% | 4.22% | 3.71% | 0.51% | 0.39% | (0.42%) | (0.23%) | 1.01% | 2.57% | 2.15% | 2.53% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:

[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.

[2] The performance comparison group is the Morningstar category US Fund Target-Date 2035.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.

[3] Principal LifeTime 2035 I was removed from the Plan on 10/11/17.

[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2040 I (PTDIX) vs. Peer Group
### Inception Date:  03/01/01

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 6.62% | 6.60% | 5.39% | 0.02% | (0.01%) | 0.28% | (0.07%) | 1.23% | 3.79% | 3.93% | 4.02% |
| 2013 | Q4 | 7.33% | 6.97% | 6.27% | 0.36% | 0.16% | 0.44% | 0.00% | 1.06% | 4.15% | 4.03% | 4.04% |
| 2014 | Q1 | 1.48% | 1.46% | 0.50% | 0.02% | 0.15% | 0.33% | 0.19% | 0.98% | 4.01% | 3.95% | 4.19% |
| 2014 | Q2 | 3.77% | 4.01% | 3.58% | (0.24%) | 0.17% | 0.24% | 0.39% | 0.19% | 3.91% | 3.80% | 4.08% |
| 2014 | Q3 | (1.53%) | (1.77%) | (2.62%) | 0.24% | 0.41% | 0.59% | 0.39% | 1.09% | 3.57% | 4.22% | 3.99% |
| 2014 | Q4 | 2.33% | 2.06% | 1.62% | 0.27% | 0.32% | 0.63% | 0.41% | 0.71% | 3.10% | 3.99% | 3.93% |
| 2015 | Q1 | 2.71% | 2.87% | 1.90% | (0.16%) | 0.13% | 0.30% | 0.26% | 0.81% | 2.95% | 3.51% | 3.82% |
| 2015 | Q2 | (0.07%) | 0.03% | (0.62%) | (0.10%) | 0.26% | 0.21% | 0.31% | 0.55% | 3.22% | 3.48% | 3.88% |
| 2015 | Q3 | (6.86%) | (7.57%) | (8.21%) | 0.71% | 0.75% | 0.40% | 0.41% | 1.35% | 3.37% | 3.57% | 3.74% |
| 2015 | Q4 | 3.79% | 4.23% | 3.37% | (0.44%) | 0.08% | 0.18% | 0.34% | 0.41% | 3.12% | 3.43% | 3.65% |
| 2016 | Q1 | (0.36%) | 0.73% | (0.40%) | (1.09%) | (0.83%) | (0.22%) | 0.03% | 0.03% | 2.32% | 3.05% | 3.40% |
| 2016 | Q2 | 1.32% | 1.88% | 1.13% | (0.56%) | (1.28%) | (0.33%) | (0.09%) | 0.19% | 2.00% | 2.99% | 3.29% |
| 2016 | Q3 | 3.90% | 4.62% | 4.19% | (0.73%) | (3.05%) | (0.58%) | (0.11%) | (0.30%) | 0.36% | 2.47% | 3.26% |
| 2016 | Q4 | 0.54% | 1.17% | 0.51% | (0.63%) | (3.18%) | (0.90%) | (0.27%) | 0.03% | (0.04%) | 2.09% | 2.98% |
| 2017 | Q1 | 5.58% | 5.72% | 5.23% | (0.14%) | (2.27%) | (0.96%) | (0.45%) | 0.35% | 0.29% | 1.90% | 2.63% |
| 2017 | Q2 | 4.05% | 3.69% | 3.36% | 0.36% | (1.28%) | (0.76%) | (0.41%) | 0.69% | 0.85% | 2.07% | 2.66% |
| 2017 | Q3 | 4.88% | 4.47% | 3.95% | 0.41% | (0.02%) | (0.72%) | (0.37%) | 0.93% | 2.21% | 2.04% | 2.67% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Target-Date 2040.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics that affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Principal LifeTime 2040 I was removed from the Plan on 10/11/17.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2045 I (LTRIX) vs. Peer Group
### Inception Date:  02/29/08

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 6.70% | 6.99% | 6.09% | (0.29%) | (0.55%) | 0.10% | (0.32%) | 0.60% | 2.64% | 3.39% | 3.59% |
| 2013 | Q4 | 7.49% | 7.33% | 6.63% | 0.15% | (0.51%) | 0.21% | (0.24%) | 0.86% | 2.95% | 3.47% | 3.51% |
| 2014 | Q1 | 1.62% | 1.39% | 0.69% | 0.23% | (0.17%) | 0.23% | 0.03% | 0.94% | 3.09% | 3.43% | 3.74% |
| 2014 | Q2 | 3.87% | 4.06% | 3.74% | (0.19%) | (0.11%) | 0.14% | 0.23% | 0.12% | 2.88% | 3.22% | 3.75% |
| 2014 | Q3 | (1.62%) | (2.03%) | (2.78%) | 0.41% | 0.67% | 0.47% | 0.31% | 1.16% | 3.33% | 3.50% | 3.63% |
| 2014 | Q4 | 2.42% | 2.06% | 1.57% | 0.36% | 0.87% | 0.64% | 0.40% | 0.85% | 3.21% | 3.50% | 3.60% |
| 2015 | Q1 | 2.75% | 2.93% | 1.98% | (0.18%) | 0.45% | 0.30% | 0.28% | 0.77% | 3.06% | 3.09% | 3.48% |
| 2015 | Q2 | (0.00%) | 0.07% | (0.66%) | (0.07%) | 0.55% | 0.22% | 0.38% | 0.66% | 3.49% | 3.08% | 3.58% |
| 2015 | Q3 | (7.19%) | (7.86%) | (8.46%) | 0.67% | 0.80% | 0.35% | 0.37% | 1.27% | 3.47% | 3.18% | 3.40% |
| 2015 | Q4 | 4.01% | 4.34% | 3.73% | (0.33%) | 0.15% | 0.20% | 0.33% | 0.28% | 2.99% | 3.06% | 3.31% |
| 2016 | Q1 | (0.46%) | 0.43% | (0.33%) | (0.89%) | (0.54%) | (0.10%) | 0.10% | (0.13%) | 2.07% | 2.71% | 3.06% |
| 2016 | Q2 | 1.28% | 1.78% | 1.04% | (0.49%) | (0.95%) | (0.19%) | (0.01%) | 0.24% | 1.69% | 2.67% | 2.95% |
| 2016 | Q3 | 3.99% | 4.84% | 4.41% | (0.85%) | (2.77%) | (0.38%) | (0.10%) | (0.42%) | (0.03%) | 2.31% | 2.79% |
| 2016 | Q4 | 0.70% | 1.39% | 0.53% | (0.69%) | (3.07%) | (0.66%) | (0.23%) | 0.18% | (0.13%) | 2.05% | 2.65% |
| 2017 | Q1 | 5.78% | 5.92% | 5.50% | (0.14%) | (2.40%) | (0.79%) | (0.40%) | 0.28% | 0.31% | 1.85% | 2.33% |
| 2017 | Q2 | 4.10% | 3.82% | 3.46% | 0.28% | (1.58%) | (0.63%) | (0.39%) | 0.63% | 0.75% | 2.02% | 2.33% |
| 2017 | Q3 | 5.09% | 4.66% | 4.28% | 0.42% | (0.16%) | (0.65%) | (0.37%) | 0.81% | 2.11% | 1.92% | 2.34% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Target-Date 2045.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Principal LifeTime 2045 I was removed from the Plan on 10/11/17.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2050 I (PPLIX) vs. Peer Group
### Inception Date:  03/01/01

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 6.94% | 6.91% | 5.75% | 0.03% | 0.33% | 0.68% | (0.03%) | 1.19% | 4.04% | 3.93% | 3.77% |
| 2013 | Q4 | 7.75% | 7.36% | 6.59% | 0.39% | 0.46% | 0.81% | 0.23% | 1.16% | 4.39% | 4.05% | 3.95% |
| 2014 | Q1 | 1.59% | 1.45% | 0.54% | 0.15% | 0.49% | 0.71% | 0.39% | 1.06% | 4.44% | 3.96% | 4.22% |
| 2014 | Q2 | 3.89% | 4.13% | 3.67% | (0.24%) | 0.37% | 0.62% | 0.53% | 0.22% | 4.13% | 3.78% | 4.07% |
| 2014 | Q3 | (1.64%) | (1.87%) | (2.72%) | 0.22% | 0.57% | 0.97% | 0.57% | 1.08% | 3.78% | 4.35% | 3.97% |
| 2014 | Q4 | 2.39% | 2.13% | 1.66% | 0.26% | 0.43% | 0.96% | 0.64% | 0.73% | 3.21% | 4.20% | 3.92% |
| 2015 | Q1 | 2.80% | 2.90% | 2.00% | (0.11%) | 0.17% | 0.54% | 0.51% | 0.79% | 2.97% | 3.67% | 3.82% |
| 2015 | Q2 | 0.14% | 0.12% | (0.60%) | 0.02% | 0.41% | 0.46% | 0.72% | 0.74% | 3.39% | 3.70% | 4.00% |
| 2015 | Q3 | (7.40%) | (7.80%) | (8.42%) | 0.40% | 0.58% | 0.50% | 0.64% | 1.02% | 3.19% | 3.65% | 3.74% |
| 2015 | Q4 | 4.13% | 4.35% | 3.74% | (0.22%) | 0.13% | 0.33% | 0.58% | 0.39% | 2.93% | 3.47% | 3.64% |
| 2016 | Q1 | (0.60%) | 0.49% | (0.41%) | (1.09%) | (0.82%) | (0.10%) | 0.26% | (0.19%) | 1.92% | 3.04% | 3.32% |
| 2016 | Q2 | 1.20% | 1.77% | 1.13% | (0.57%) | (1.40%) | (0.26%) | 0.14% | 0.08% | 1.31% | 2.86% | 3.16% |
| 2016 | Q3 | 4.16% | 4.82% | 4.44% | (0.66%) | (2.76%) | (0.49%) | 0.13% | (0.28%) | (0.01%) | 2.36% | 3.22% |
| 2016 | Q4 | 0.76% | 1.36% | 0.50% | (0.60%) | (3.09%) | (0.81%) | (0.05%) | 0.26% | (0.14%) | 2.03% | 3.03% |
| 2017 | Q1 | 6.00% | 6.03% | 5.52% | (0.02%) | (2.06%) | (0.88%) | (0.27%) | 0.48% | 0.58% | 1.86% | 2.69% |
| 2017 | Q2 | 4.20% | 3.86% | 3.52% | 0.34% | (1.08%) | (0.69%) | (0.25%) | 0.67% | 1.26% | 2.01% | 2.70% |
| 2017 | Q3 | 5.23% | 4.65% | 4.28% | 0.59% | 0.31% | (0.59%) | (0.19%) | 0.95% | 2.63% | 1.99% | 2.73% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1]  Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2]  The performance comparison group is the Morningstar category US Fund Target-Date 2050.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3]  Principal LifeTime 2050 I was removed from the Plan on 10/11/17.
[4]  The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime 2055 I (LTFIX) vs. Peer Group
### Inception Date:  02/29/08

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 6.86% | 7.11% | 6.26% | (0.25%) | (0.34%) | 0.20% | (0.47%) | 0.60% | 2.83% | 3.19% | 2.10% |
| 2013 | Q4 | 7.79% | 7.44% | 6.72% | 0.36% | (0.09%) | 0.16% | (0.79%) | 1.08% | 3.16% | 3.13% | 2.10% |
| 2014 | Q1 | 1.52% | 1.47% | 0.62% | 0.05% | (0.01%) | 0.08% | 0.07% | 0.90% | 3.47% | 3.09% | 3.21% |
| 2014 | Q2 | 3.98% | 4.18% | 3.76% | (0.20%) | (0.05%) | 0.02% | 0.53% | 0.22% | 3.20% | 3.08% | 3.66% |
| 2014 | Q3 | (1.68%) | (2.02%) | (2.72%) | 0.35% | 0.61% | 0.64% | 0.51% | 1.05% | 3.49% | 3.62% | 3.60% |
| 2014 | Q4 | 2.40% | 2.20% | 1.60% | 0.20% | 0.44% | 0.65% | 0.45% | 0.80% | 3.09% | 3.57% | 3.56% |
| 2015 | Q1 | 2.77% | 2.85% | 2.13% | (0.07%) | 0.32% | 0.19% | 0.29% | 0.65% | 2.86% | 2.99% | 3.36% |
| 2015 | Q2 | 0.16% | 0.06% | (0.59%) | 0.10% | 0.61% | 0.29% | 0.41% | 0.76% | 3.31% | 3.17% | 3.46% |
| 2015 | Q3 | (7.59%) | (7.98%) | (8.59%) | 0.39% | 0.63% | 0.33% | 0.38% | 0.99% | 3.12% | 3.16% | 3.24% |
| 2015 | Q4 | 4.33% | 4.44% | 3.79% | (0.11%) | 0.35% | 0.25% | 0.26% | 0.54% | 2.92% | 3.06% | 3.08% |
| 2016 | Q1 | (0.62%) | 0.43% | (0.36%) | (1.05%) | (0.60%) | (0.12%) | (0.03%) | (0.26%) | 2.00% | 2.73% | 2.81% |
| 2016 | Q2 | 1.16% | 1.63% | 1.02% | (0.48%) | (1.17%) | (0.23%) | (0.12%) | 0.14% | 1.42% | 2.60% | 2.77% |
| 2016 | Q3 | 4.23% | 4.89% | 4.54% | (0.67%) | (2.50%) | (0.38%) | 0.00% | (0.31%) | 0.11% | 2.28% | 2.80% |
| 2016 | Q4 | 0.89% | 1.41% | 0.55% | (0.52%) | (2.86%) | (0.66%) | (0.14%) | 0.34% | (0.08%) | 2.01% | 2.68% |
| 2017 | Q1 | 6.09% | 6.05% | 5.62% | 0.04% | (1.80%) | (0.67%) | (0.37%) | 0.47% | 0.70% | 1.88% | 2.34% |
| 2017 | Q2 | 4.27% | 3.88% | 3.61% | 0.38% | (0.87%) | (0.48%) | (0.26%) | 0.65% | 1.29% | 2.03% | 2.42% |
| 2017 | Q3 | 5.35% | 4.70% | 4.38% | 0.65% | 0.61% | (0.39%) | (0.18%) | 0.97% | 2.71% | 2.03% | 2.47% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Target-Date 2055.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Principal LifeTime 2055 I was removed from the Plan on 10/11/17.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

**Exhibit 6**

## Rolling Excess Return Comparison[1][2][3]
### Principal LifeTime Strategic Income I (PLSIX) vs. Peer Group
### Inception Date:  03/01/01

| Calendar Year | Quarter | Fund Return (Quarter) | Median Peer Returns (Quarter) | Lowest Quartile Peer Returns (Quarter) | Excess Fund Return to Median Peer Returns[4] | | | | Excess Fund Return to Lowest Quartile Peer Returns | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year | Quarter | 1-Year | Annualized 3-Year | Annualized 5-Year |
| 2013 | Q3 | 2.36% | 2.98% | 2.25% | (0.62%) | (1.69%) | (0.45%) | (0.49%) | 0.11% | 1.14% | 3.48% | 4.38% |
| 2013 | Q4 | 2.41% | 2.99% | 2.20% | (0.58%) | (2.40%) | (0.56%) | 0.03% | 0.21% | 0.71% | 3.35% | 4.74% |
| 2014 | Q1 | 1.79% | 1.80% | 0.77% | (0.01%) | (1.92%) | (0.73%) | 0.42% | 1.02% | 1.41% | 3.36% | 4.91% |
| 2014 | Q2 | 2.77% | 2.85% | 2.34% | (0.08%) | (1.38%) | (0.75%) | 0.28% | 0.43% | 1.90% | 3.29% | 4.44% |
| 2014 | Q3 | (0.98%) | (1.01%) | (1.64%) | 0.03% | (0.66%) | (1.08%) | 0.08% | 0.66% | 2.41% | 2.55% | 4.04% |
| 2014 | Q4 | 0.97% | 1.44% | 0.85% | (0.47%) | (0.54%) | (0.98%) | (0.09%) | 0.12% | 2.29% | 2.25% | 3.73% |
| 2015 | Q1 | 1.92% | 1.85% | 0.96% | 0.07% | (0.46%) | (0.68%) | (0.25%) | 0.96% | 2.23% | 2.46% | 3.55% |
| 2015 | Q2 | (0.82%) | (0.88%) | (1.22%) | 0.06% | (0.30%) | (0.94%) | (0.39%) | 0.40% | 2.13% | 1.85% | 3.26% |
| 2015 | Q3 | (2.39%) | (2.88%) | (3.53%) | 0.48% | 0.17% | (0.71%) | (0.36%) | 1.14% | 2.59% | 2.06% | 3.08% |
| 2015 | Q4 | 0.47% | 1.27% | 0.47% | (0.80%) | (0.16%) | (1.01%) | (0.47%) | (0.00%) | 2.46% | 1.84% | 2.96% |
| 2016 | Q1 | 1.80% | 1.76% | 1.24% | 0.05% | (0.19%) | (0.84%) | (0.56%) | 0.56% | 2.08% | 1.91% | 2.87% |
| 2016 | Q2 | 1.94% | 2.06% | 1.63% | (0.12%) | (0.38%) | (0.67%) | (0.58%) | 0.31% | 2.03% | 2.03% | 2.79% |
| 2016 | Q3 | 1.99% | 2.20% | 1.79% | (0.21%) | (1.15%) | (0.53%) | (0.83%) | 0.20% | 1.10% | 2.05% | 2.27% |
| 2016 | Q4 | (0.99%) | (0.75%) | (1.35%) | (0.24%) | (0.55%) | (0.41%) | (0.72%) | 0.36% | 1.46% | 2.08% | 2.14% |
| 2017 | Q1 | 2.52% | 2.69% | 2.15% | (0.17%) | (0.78%) | (0.47%) | (0.59%) | 0.37% | 1.28% | 1.87% | 2.15% |
| 2017 | Q2 | 1.89% | 1.85% | 1.60% | 0.03% | (0.61%) | (0.43%) | (0.76%) | 0.28% | 1.25% | 1.81% | 1.77% |
| 2017 | Q3 | 2.25% | 2.06% | 1.80% | 0.19% | (0.19%) | (0.38%) | (0.69%) | 0.45% | 1.51% | 1.76% | 1.76% |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Morningstar Direct; Participant Plan Disclosures; Willis Tower Watson Reports

Note:
[1] Rolling returns are calculated as a geometric return series from monthly return data.  A geometric return is calculated as the series product of 1 plus the monthly return for *n* months where *n* is the number of monthly periods.  For example, the quarterly fund return for Q3 2013 is the geometric return series comprising the monthly returns of 7/31/13, 8/31/13, and 9/30/13.
[2] The performance comparison group is the Morningstar category US Fund Target-Date Retirement.  The peer group of funds are obtained from the Morningstar Direct database.  To select performance peer group funds, various filters are applied to account for fund characteristics likely to affect performance.  Specifically, the peer group has the following filters applied to the data:  (1) only funds with the same Morningstar Direct classifications as the fund are considered; (2) certain types of products including ETFs, ETNs, closed-end funds, funds underlying variable annuity products, and 529 funds are excluded; (3) funds with sales restrictions (e.g., employee or affinity funds) are excluded; (4) funds closed to new investment are excluded; and (5) funds in the BBVA plan are excluded.  Only share classes with the lowest cost (highest return) are considered.  For actively managed funds, index funds are excluded from the comparison peer group.
[3] Principal LifeTime Strategic Income I was removed from the Plan on 10/11/17.
[4] The fund return comparison is calculated as the fund return minus the peer group return.  There are no changes to the peer group during the relevant period.

# ATTACHMENT 2

CONFIDENTIAL

*Report by Kathleen Mann Pertaining to Claims Made by Gloria Ferguson, Cassandra McClinton and Christine D. Drake Regarding the Administration of the Compass SmartInvestor 401(k) Plan*

**CONFIDENTIAL**

**March 11, 2020**

I.      Introduction ...................................................................................................3

        A.      Qualifications ....................................................................................3

        B.      Assignment .......................................................................................4

        C.      Report Preparation ...........................................................................5

II.     Summary .......................................................................................................5

III.    Opinions ........................................................................................................7

        A.      Plan Background ...............................................................................7

        B.      ERISA Fiduciary Responsibilities and Considerations for Fiduciary Processes for Selecting and Monitoring Investment Options.......................................................................9

        C.      The Retirement Committee's Process Was Consistent with Industry Practices and Based on Reasonable Guidelines. .................................................................11

                1.      BBVA Established a Retirement Committee That Met Regularly .. 11

                2.      The Retirement Committee Retained an Investment Consultant..... 13

                3.      The Plan's IPS Established Reasonable Guidelines, Consistent with Industry Practices...............................................................14

                4.      The Committee Maintained a Diverse Plan Lineup and Periodically Considered Potential Changes, Consistent with Industry Practices............. 18

                5.      The Retirement Committee Used Reasonable Processes, Consistent with Industry Practices to Monitor Funds in Accordance with its IPS........ 22

                6.      The Retirement Committee Monitored the Expenses of Investment Options, Consistent with Industry Practices ................................. 30

                7.      The Committee Took Action To Make Changes to the Plan Options and Lineup When It Deemed Appropriate ................................... 31

                8.      The Retirement Committee received Fiduciary Training on Multiple Occasions ...................................................................... 33

        D.      Money Market Fund and Actively Managed Fund Related Claims Raised in Claimants' Letters and Associated Complaint..........................................................35

                1.      Inclusion of a Money Market Fund in the Plan ............................. 35

                2.      The Inclusion of Actively Managed Funds in the Plan.................... 45

CONFIDENTIAL

## I.    Introduction

## A.    Qualifications

1.    I have broad experience in investment management, with a fiduciary and governance focus in retirement, pension, endowment, and private client management.  In my professional capacity, I have worked with numerous retirement plans, including 401(k) defined contribution plans similar to the Compass SmartInvestor 401(k) Plan (the "Plan").  As part of that work, I have provided advice to retirement plan sponsors and their committees regarding the processes they should undertake in selecting and monitoring investment options for their plan participants.

2.    From 2014 to 2016, I served as the chief investment officer of the private client group at the law firm of Nixon Peabody LLP where I directed asset allocation and investment strategy for $2 billion in trust and retirement assets.

3.    For fifteen years, from 1998 to 2013, I worked at State Street Global Advisors ("SSgA").  I was a senior managing director for over ten years during which time I held several senior positions, including heading the Office of the Fiduciary Advisor, the company's original total plan advisory business, and serving as head of Fiduciary Services for the Investment Solutions Group.  In those roles, I managed a team of professionals and provided investment and fiduciary advice to investment committees of corporate retirement plans and university endowments.  With the assistance of my teams at SSgA, I performed the plan research, asset allocation analysis, and manager reviews required to assist investment committees and their staffs to be more effective fiduciaries.  Among other responsibilities, I attended retirement committee meetings, analyzed and provided advice regarding investment lineups, trained retirement committee members on the Employee Retirement Income Security Act of 1974 ("ERISA") and their fiduciary duties, and worked with committees to write and develop investment policy statements (IPSs).  Earlier at SSgA I served as a client portfolio manager and helped design multi-asset class investment strategies for institutional clients, including retirement plan clients whose investment strategies needed to conform with governing plan documents and investment policy statements.

CONFIDENTIAL

4.      Prior to this I held positions at Putnam Investments, where I was the head of global fixed income trading and ultimately became vice president and associate portfolio manager responsible for non-U.S. domiciled institutional client portfolios.

5.      I began my career at Fidelity Management and Research as a registered representative.  Most of my seven years at Fidelity were spent as a senior trader of global fixed income securities, currency forwards, and derivatives, working directly for portfolio managers of several mutual funds.

6.      I am experienced with ERISA rules and regulations as they pertain to the duties retirement plan fiduciaries have in selecting, monitoring and removing investment options. Throughout my career as an advisor to retirement plans, I kept abreast of the evolving ERISA environment by reading pertinent industry publications and working closely with in-house counsel and other fiduciary experts in the field.  A core function of my job at SSgA was to advise clients on ERISA and their fiduciary duties.  Following my departure from SSgA, I have continued to stay current on ERISA and fiduciary developments by reading industry publications, attending industry events, and through my work as a consultant and expert witness.

7.      Although I am not an attorney and cannot provide a legal opinion as to whether a particular decision made or action taken complied with ERISA, I can provide insight into industry norms and the actions typically taken by retirement plan sponsors to comply with the regulations while making investment management decisions for their plans.

8.      A detailed version of my experience is included in my resume, attached in Appendix A.

**B.      Assignment**

9.      I have been retained by the Retirement Committee of the Plan ("Retirement Committee" or "Committee"), in connection with an administrative review of claims made by three Plan participants ("Claimants").[1]  The claims are described in the Complaint titled

---

[1] The three Claimants are Gloria Ferguson, Cassandra McClinton, and Christine D. Drake.  They made their claims in letters to the Company and the Committee dated October 2, 2019.  Those letters attached and referred to a complaint (the

CONFIDENTIAL

*Gloria Ferguson v. BBVA Compass Bancshares, Inc., et. al.* ("Complaint").  I have been asked to evaluate the fiduciary processes followed as they relate to the claims in the Complaint.  In particular, I have been asked to opine on whether appropriate processes and industry practices were followed in:

      a.   Selecting, monitoring, and removing certain investment options for the Plan;

      b.   Monitoring the fees of Plan's investment options;

      c.   Offering a money market fund in the Plan;

      d.   Offering actively managed funds.

## C.      Report Preparation

10.     In forming my opinions and preparing this report, I have drawn from my professional experience with and knowledge of processes, customs, and practices as a fiduciary in the investment management industry.  In addition, I reviewed documents and data that were either publicly available or provided to me.  These materials include Committee meeting minutes, consultant presentations and reports, and Plan documents (e.g., Plan Document, Committee Charter, Investment Policy Statements, Summary Plan Documents, etc.).  Materials I considered in forming my opinions for this administrative review are listed in Appendix B and cited throughout my report.

11.     The timeframe I considered in evaluating the Committee's conduct is July 18, 2013 to present ("the relevant period").  In certain instances, I reviewed materials written or prepared prior to the relevant period because they provide insight into actions taken or not taken during the relevant period.

## II.      Summary

12.     As a result of my review and analysis of materials produced thus far in this matter, which involved among other things applying my professional experience and industry knowledge, I have reached the following conclusions:

---

"Complaint") filed on behalf of those Claimants in the United States District Court for the Northern District of Alabama in an action titled *Gloria Ferguson v. BBVA Compass Bancshares, Inc., et. al.* (2019-cv-01135-MHH).

CONFIDENTIAL

a.  In my experience, no two retirement plans are alike.  There is no single, uniform standard to evaluate the prudence of a fiduciary's conduct.  Plans may be structured differently from one another, offer investments in different asset classes with different management styles, and yet each can be managed by their respective fiduciary committees in a sound fiduciary manner using sound fiduciary practices and procedures, working in the best interest of the plan and its participants with the care and prudence expected. Based on the materials I have reviewed, the Retirement Committee utilized reasonable practices and made decisions in the best interests of Plan participants with the appropriate level of care. The Retirement Committee took their responsibilities seriously and acted diligently in performing their fiduciary duties. The Company and the Retirement Committee expended appropriate resources and time to ensure that the aforementioned process was properly effectuated. The Committee members were actively engaged in deliberative decision making.

b.  The Retirement Committee's process to select, monitor, and remove investment options was robust, consistent with industry practices, and similar to the process utilized by many of my former clients.  Although a 401(k) retirement committee is not required to have an Investment Policy Statement (IPS), the Retirement Committee adopted one. The IPS provided guidelines for the process to monitor the investment options.  These guidelines are similar to guidelines that are commonly used in the industry. The Retirement Committee, following industry best practices, retained outside consultants, who helped monitor the investment options according to the guidance provided in the IPS.  The Retirement Committee periodically reviewed various quantitative and qualitative metrics related to the funds and, when deemed necessary or desirable, took action to make periodic investment lineup changes in the participants' best interest.  The mere fact

CONFIDENTIAL

that specific investments held in the Plan underperformed their benchmarks for portions of the relevant period is neither unusual nor does it establish that the Retirement Committee utilized a flawed fiduciary process.

c.  The Retirement Committee followed an appropriate process to monitor the fees of the funds offered in the Plan. With the help of consultants, the Retirement Committee reviewed the fund fees periodically, and considered fund fees when choosing replacement funds.

d.  The Retirement Committee's decision to offer a money market fund is consistent with industry practices.  Many fiduciaries in a similar position as the fiduciaries of the Plan offer money market funds in their 401(k) plans. The Retirement Committee followed appropriate processes to monitor the money market fund as well as participants' funds directed to it.

e.  The Retirement Committee's decision to offer actively managed funds is consistent with industry practice.  Many fiduciaries of other 401(k) plans also offer actively managed funds in their plans.  The Retirement Committee included passively managed funds in the Plan, considered active versus passive management issue at several points, and added more passively managed funds to the Plan over time.

## III.  Opinions

## A.  Plan Background

13.  The Plan is a defined contribution 401(k) retirement plan.[2]  The purpose of the Plan is "to provide a tax-deferred retirement savings vehicle to which both employees and Compass Bancshares may contribute to help provide for the post-retirement financial security of employees."[3]

---

[2] ADM-Ferguson 000003, at 0033–0127 [Plan Document, as Amended and Restated January 1, 2016].

[3] ADM-Ferguson 000683, at 691 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].

14.     From 2013 to 2018 the plan had between approximately 13,370 and 13,480 participants.[4]  Plan assets ranged from approximately $707 million at year end 2013 to $908 million at the end of 2018.[5]

15.     BBVA Compass Bancshares, Inc. ("BBVA" or "Company") is the plan sponsor and plan administrator.[6]  The Retirement Committee serves as the named fiduciary "with respect to the management and operation of the Plan."[7]  The Retirement Committee charter provides that "The Committee will establish and maintain written investment policies with respect to the [Plan], and will monitor the performance of investment funds and investment managers in accordance with such policies."[8]

16.     The Plan's recordkeeper and trustee during the relevant period is Fidelity Management Trust Company ("Fidelity").[9]  Fidelity replaced Charles Schwab as the Plan's trustee and recordkeeper at the beginning of 2013.[10]

17.     Consistent with its objective to structure a "retirement savings program suitable to the long-term needs and risk tolerances of participants in the Plan," the Retirement Committee maintained a diverse set of investment options available to Plan participants.[11] Participants primarily invested in one or more of ten different investment options offered during the relevant period (counting the target date funds as one option).[12]  These included

---

[4] ADM-Ferguson 000291, at 292 [2013 Form 5500 for the Compass SmartInvestor 401(k) Plan]; ADM-Ferguson 000481, at 482 [2018 Form 5500 for the Compass SmartInvestor 401(k) Plan].

[5] ADM-Ferguson 000291, at 304 [2013 Form 5500 for the Compass SmartInvestor 401(k) Plan]; ADM-Ferguson 000481, at 495 [2018 Form 5500 for the Compass SmartInvestor 401(k) Plan].

[6] ADM-Ferguson 000003, at 0111 [Plan Document, as Amended and Restated January 1, 2016, Section 10.2].

[7] ADM-Ferguson 000003, at 0111 [Plan Document, as Amended and Restated on January 1, 2016, Section 10.1].

[8] ADM-Ferguson 000719, at 0720 [BBVA Compass Bancshares, Inc., Charter of the Retirement Committee, Section 4.3].

[9] ADM-Ferguson 000291, at 316 [2013 Form 5500 for the Compass SmartInvestor 401(k) Plan]; ADM-Ferguson 000481 at 507 [2018 Form 5500 for the Compass SmartInvestor 401(k) Plan].

[10] ADM-Ferguson 000291, at 316 [2013 Form 5500 for the Compass SmartInvestor 401(k) Plan].

[11] See ADM-Ferguson 000683, at 706 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014]; Exhibit 1, Exhibit 3 and Exhibit 4.

[12] See e.g. ADM-Ferguson 000210, at 216-217 [2013 Compass SmartInvestor 401(k) Summary Plan Description]; ADM-Ferguson 000129 at 135 [2018 Compass SmartInvestor 401(k) Summary Plan Description].  While the Plan had a balance

CONFIDENTIAL

nine single asset class investment options across the major asset classes of money market, bond, and equity funds (U.S. large cap, mid cap and small cap, and international), as well as a series of multi-asset class target date funds (TDFs) managed to adjust asset exposure as a Plan participant's age approaches retirement, such that no participant trading or rebalancing is required.[13]  During the relevant period, the contributions of those participants who did not direct their funds into a particular investment option were defaulted into the appropriate target date fund associated with the participant's age, per the Summary Plan Description.[14]

18.     The Plan offered funds from a range of experienced investment managers including The Vanguard Group ("Vanguard"), American Century Companies, Inc. ("American Century"), The Principal Financial Group ("Principal"), J.P. Morgan Investment Management Inc. ("J.P. Morgan"), Dodge & Cox, Harbor Capital Advisors ("Harbor"), Thornburg Investment Management ("Thornburg"), Invesco Ltd. ("Invesco") and Aston Asset Management, Ltd. ("Aston").[15]

19.     Exhibit 1 displays the diversified set of investment options made available to Plan participants, the asset class of those options, and the years in which they were available.

**B.     ERISA Fiduciary Responsibilities and Considerations for Fiduciary Processes for Selecting and Monitoring Investment Options**

20.     In my experience working with hundreds of investment committee members and preparing for and participating in hundreds of investment committee meetings, no two

---

in company stock throughout the relevant period, participants were not allowed to invest new contributions in company stock during the relevant period.  The Plan also introduced a treasury money market fund in 2017, but as of year-end 2018 the Plan had only allocated $31,901 to this option, or less than .004% of total Plan assets.  *See* ADM-Ferguson 000481, at 0514 [2018 Form 5500 for the Compass SmartInvestor 401(k) Plan, Schedule of Assets].

[13] *See e.g.* ADM-Ferguson 000210, at 216-217 [2013 Compass SmartInvestor 401(k) Summary Plan Description]; ADM-Ferguson 000129, at 135 [2018 Compass SmartInvestor 401(k) Summary Plan Description].

[14] *See e.g.* ADM-Ferguson 000210, at 216 [2013 Compass SmartInvestor 401(k) Summary Plan Description]; ADM-Ferguson 000129, at 134 [2018 Compass SmartInvestor 401(k) Summary Plan Description].

[15] *See* Exhibit 1.

retirement plans are alike.  Each plan has unique aspects.  Plans differ in a variety of ways including, among other things, firm governance, what features they offer their participants, the industry of the plan sponsor, whether the plan sponsor is publicly or privately held, the relative sophistication of plan participants and investment committee members with respect to financial and investment matters, the size of its committee, and the efficiency with which the committee is run.

21.    There is no single correct way to manage a plan.  Plans may be structured differently from one another, offer investments in different asset classes, with different management styles, and yet each can be managed by their respective investment committees in a sound fiduciary manner using sound fiduciary practices and procedures. Likewise, there is no single uniform set of standards required to demonstrate the prudence of a fiduciary committee's conduct.

22.    Bright line rules—for example, that only passively managed funds must be offered to participants, or that a stable value fund should be offered— are not required by ERISA nor are they accepted industry practice.  Strict rules prohibiting or mandating certain investment options (or investment managers) can limit a committee's ability to exercise potentially beneficial options for a particular plan's participants.

23.    What is important is that a plan's fiduciaries develop a reasonable process for selecting, monitoring, and removing investment options, and that they then follow their process.  Furthermore, the plan sponsor and plan fiduciaries should ensure that adequate time and resources are provided to ensure that the process is adequately followed.  Whether a fiduciary committee's conduct is deemed appropriate depends upon the committee's decision making, under the unique circumstances confronting that committee, their plan participants, and the plan sponsor.

24.    In my experience working with hundreds of investment committee members, a range of reasonable fiduciary practices exist across different defined contribution plans, some of which vary based on the particular characteristics and demands of the plan

CONFIDENTIAL

participants and the skill set and knowledge base of its fiduciaries.  The Retirement Committee, based on the materials I have reviewed, utilized reasonable practices and made decisions in the best interests of the Plan participants with the level of care a prudent fiduciary is expected to use.

**C.     The Retirement Committee's Process Was Consistent with Industry Practices and Based on Reasonable Guidelines.**

### 1.      BBVA Established a Retirement Committee That Met Regularly

25.     The Plan Document established a Retirement Committee to act as the Plan's named fiduciary with respect to the management, operation and administration of the Plan, including with respect to the selection and removal of investment options for the Plan.[16] The Retirement Committee charter provides that "The Committee will establish and maintain written investment policies with respect to the [Plan], and will monitor the performance of investment funds and investment managers in accordance with such policies."[17]

26.     During the relevant period, BBVA's Retirement Committee was typically comprised of five people as displayed in Exhibit 2.  This was consistent with the Plan Document, which calls for the appointment of a Retirement Committee of between three to nine persons appointed by the Company.[18]  The Retirement Committee included qualified individuals with diverse and applicable backgrounds.[19]  Exhibit 2 lists the members of the Committee and the meetings they attended.

---

[16] ADM-Ferguson 000003, at 0065, 0111 [Plan Document, as Amended and Restated January 1, 2016, Section 5.1, Section 10.1].

[17] ADM-Ferguson 000719, at 0720 [BBVA Compass Bancshares, Inc., Charter of the Retirement Committee, Section 4.3].

[18] ADM-Ferguson 000003, at 0111 [Plan Document, as Amended and Restated January 1, 2016, Section 10.1].

[19] For example, Jim Heslop received a bachelor's degree in marketing and finance, and has worked at BBVA Compass for over 44 years after eight years of experience in banking.  *See* Jim Heslop Linkedin Page, *available at*

27.     The Retirement Committee met regularly, engaged in a consistent Plan investment fund review process, and documented their decision-making in meeting minutes—all actions that are consistent with sound fiduciary practices.  Exhibit 2 shows the meeting dates during the relevant period and Committee member attendance.  Meetings were attended by other Company employees from human resources, accounting, legal, and wealth management departments, in addition to outside advisors, consultants and attorneys.[20]

28.     The Committee also heard from a range of outside advisors and providers who were asked to present relevant information to the Committee.  As part of these meetings, in addition to receiving regular reviews of the Plan and its lineup, the Committee often requested or received education on a variety of topics such as trends in the defined contribution market,[21] fiduciary training,[22] white paper investment research,[23] or methods to review target date funds.[24]

---

https://www.linkedin.com/in/jim-heslop-95580634.  Kirk Pressley is a Certified Public Accountant with more than 26 years of banking, public accounting, and internal control experience.  *See* Kirk Pressley, BBVA, *available at* https://www.bbvausa.com/content/dam/bbva/usa/en/pdf/ourstory/Kirk-Pressley-Bio-02052019.pdf.  Javier Hernandez, who has a bachelor's degree in econometrics and quantitative economics and a master's degree in financial services, has had professional experience in economic research and global risk management in the banking industry before working at BBVA.  *See* Javier Hernandez Linkedin Page, *available at* https://www.linkedin.com/in/javier-hernandez-g.  Angel Reglero earned undergraduate and master's degrees in finance and worked at Price Waterhouse Coopers for eight years prior to joining BBVA.  *See* Angel Reglero Linkedin Page, *available at* https://es.linkedin.com/in/angel-reglero-2047b747.  Celie Niehaus is accredited as a Certified Regulatory Compliance Manager and has more than 30 years of experience in risk management in the financial services industry.  *See* Celie Niehaus, BBVA, *available at* https://www.bbvausa.com/content/dam/bbva/usa/en/pdf/ourstory/Celie-Niehaus-Bio-02252019.pdf.

[20] *See e.g.*, ADM-Ferguson 001388 [Committee Meeting Minutes, September 11, 2013]; ADM-Ferguson 001612–1614 [Committee Meeting Minutes, February 14, 2014]; BBVA-Ferguson 000595 [Committee Meeting Minutes, March 12, 2015]; BBVA-Ferguson 001323 [Committee Meeting Minutes, February 11, 2016]; BBVA-Ferguson 001741 [Committee Meeting Minutes, March 24, 2017]; BBVA-Ferguson 001892 [Committee Meeting Minutes, March 23, 2018]; BBVA-Ferguson 001999 [Committee Meeting Minutes, August 18, 2018].

[21] *See e.g.* BBVA-Ferguson 000619 [Fidelity Investments, Investment Consulting Services to BBVA Compass, Investment Trends, February 16, 2015].

[22] *See e.g.* ADM-Ferguson 001852 [Committee Meeting Minutes, August 13, 2014].

[23] *See e.g.* BBVA-Ferguson 000824 [Committee Meeting Minutes, June 26, 2015].

[24] *See e.g.* BBVA-Ferguson 001560 [Committee Meeting Minutes, August 25, 2016].

29.     The discussions of, and actions taken by, the Committee at their meetings are very well documented in the Retirement Committee minutes.  These minutes include, among other topics, detailed summaries relating to the Committee's analysis of the Plan lineup and discussions regarding particular fund options, including those funds that were put on the watch list as well those that were added or removed from the Plan lineup.  The meeting minutes indicate that Committee members were engaged and actively involved in deliberation and decision making.  Various members of the Committee are noted asking thoughtful questions and sharing useful, relevant comments.[25]

30.     Based upon my review of the meeting minutes and materials, and based on my experience, in my opinion the Retirement Committee was run with effectiveness and efficiency.

### 2.     The Retirement Committee Retained an Investment Consultant

31.     In addition to relying on their in-house banking and financial expertise, the Committee retained outside consultants to assist it with the selection and monitoring of investment options, as authorized by their Charter and the Plan's IPS.[26]  Throughout the relevant period, a third party investment consultant provided advice and assisted the Committee in performing the work to meet its fiduciary obligations.  Retaining a third party investment consultant is a sound practice in 401(k) plans.

32.     Envestnet was investment consultant to the Committee from prior to the relevant period through approximately September, 2015.[27]  After a thorough search, the Committee

---

[25] See e.g., BBVA-Ferguson 000824 [Committee Meeting Minutes, June 26, 2015]; BBVA-Ferguson 001332 [Committee Meeting Minutes, April 4, 2016]; BBVA-Ferguson 001681 [Committee Meeting Minutes, November 30, 2016].

[26] ADM-Ferguson 000719, at 0721 [BBVA Compass Bancshares, Inc., Charter of the Retirement Committee, Section 6.1]; ADM-Ferguson 000683, at 707 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014]; ADM-Ferguson 001388 [Committee Meeting Minutes, September 11, 2013]; ADM-Ferguson 001612 [Committee Meeting Minutes, February 14, 2014].

[27] See e.g., BBVA-Ferguson 000017 [Committee Meeting Minutes, May 1, 2013]; ADM-Ferguson 003943 [Committee Meeting Minutes, August 12, 2015].

engaged Willis Towers Watson (Towers Watson) in early 2016.[28]  Towers Watson remains as investment consultant to the Committee.[29]

33.     The investment consultant regularly attended Committee meetings and provided the Committee with detailed periodic (usually quarterly) reports that included a wealth of quantitative and qualitative data and information with respect to each investment option, including fees and performance.[30]  The consultant assisted the Committee with investment manager oversight and selection, including providing detailed measurements of investment performance against Watch List criteria.[31]  They also provided the Committee with periodic updates on manager organization and personnel, fee benchmarking, reviews of the Plan's overall investment structure, fiduciary training, and presentations on other educational topics.  In addition, the consultants advised on updating the IPS.

###       3.      The Plan's IPS Established Reasonable Guidelines, Consistent with Industry Practices

34.     The Retirement Committee, consistent with its Charter, maintained an investment policy statement, which it reviewed and amended on occasion.[32]  An IPS is helpful in establishing a framework for consistent decision making around topics such as the

---

[28] *See e.g.,* ADM-Ferguson 003943 [Committee Meeting Minutes, August 12, 2015]; BBVA-Ferguson 001082 [Committee Meeting Minutes, November 30, 2015]; BBVA-Ferguson 001182 [Committee Meeting Minutes, December 3, 2015]; BBVA-Ferguson 001184 [Committee Meeting Minutes, December 14, 2015]; BBVA-Ferguson 001323 [Committee Meeting Minutes, February 11, 2016].

[29] *See* ADM-Ferguson 004265 [Committee Meeting Minutes, June 20, 2019].

[30] *See e.g.,* BBVA-Ferguson 000824 [Committee Meeting Minutes, June 26, 2015]; BBVA-Ferguson 000836 [Envestnet PMC Plan Analysis Quarter Ending December 31, 2014, Prepared for BBVA Compass Bank SmartInvestor 401(k) Plan]; BBVA-Ferguson 001332 [Committee Meeting Minutes, April 4, 2016]; BBVA-Ferguson 001366 [BBVA Compass Performance Monitoring Report For Periods Ending December 31, 2015].

[31] *See e.g.,* BBVA-Ferguson 000081, at 84-86; BBVA-Ferguson 000629, at 631-632; BBVA-Ferguson 000836, at 838-839; ADM-Ferguson 003954, at 56-57.

[32] The Committee appears to have amended its 2008 investment policy statement in 2014 and 2018.  See BBVA-Ferguson 000024 [Committee Meeting Minutes, February 14, 2014]; BBVA-Ferguson 001892 [Committee Meeting Minutes, March 23, 2018].

CONFIDENTIAL

selection, monitoring, and removal of plan investment options.  Plans are not required to maintain an IPS but, for many plans, it is a best practice.

35.     Based on my industry experience and having drafted, reviewed, and worked with, dozens of investment policy statements, the Plan's IPS included guidelines that were reasonable and consistent with industry practices.  The Plan's IPS covered topics useful for fiduciaries such as "Plan Objectives," "Selection of Investment Options," "Placement on Watch Status" and "Replacement of Investment Managers."[33]  It outlined investment objectives of the Plan,[34] various asset classes of investments to be offered in the Plan,[35] requirements for chosen investment vehicles,[36] and specified the benchmark and peer group for which performance was to be measured for each asset class.[37]  The level of detail in the IPS concerning selection, monitoring, and removal of investment options was consistent with the content of IPSs that I have seen and advised upon.

36.     At between nine and 15 pages in length, the Plan's IPS included an appropriate level of detail consistent with industry practices, establishing reasonable and broad guidelines that were not overly restrictive.

37.     Among the monitoring procedures outlined in the IPS were criteria that, if triggered, would cause a fund to be added to a "Watch List" for more frequent monitoring.

---

[33] ADM-Ferguson 000683 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].

[34] Specifically, the IPS stated that the "primary objectives of the Plan are to offer participants a set of investment options such that: sufficient options are offered to allow participants to build portfolios consistent with their investment risk/return.  Each option is adequately diversified.  Each option has a risk profile consistent with its position in the overall structure. Each option is managed so as to implement the desired risk profile and other investment characteristics.  Each option has expenses that are reasonable in relation to its peer group and in light of its performance within its peer group. Each option performs competitively within its peer group."  ADM-Ferguson 000683, at 0694 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].

[35] ADM-Ferguson 000683, at 0698–0700 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].

[36] ADM-Ferguson 000683, at 0701–0702 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].

[37] ADM-Ferguson 000683, at 0698–0700 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].

A fund could be put on the watch list for quantitative or qualitative reasons, and the IPS mandated that "[a]ny manager that under-performs on a risk-adjusted basis, as measured by the Sharpe ratio, both the median in the peer universe and market index over the most recent market cycle (3 or 5 years) will be placed on Watch."[38]  The use of quantitative risk-adjusted criteria such as the Sharpe Ratio indicates a level of sophistication in the process for monitoring investment performance.  The watch list also included qualitative criteria. The IPS stated that "[i]nvestment managers may be placed on 'Watch' status, replaced, or eliminated whenever the Retirement Committee loses confidence in the management of the strategy or when the current style is no longer deemed appropriate by the Retirement Committee."[39]

38.     The IPS's guidelines were also updated periodically.  For example, in 2018 the Committee revised the IPS and updated the watch list criteria.[40]  The new process identified six qualitative and quantitative criteria for actively managed options,[41] and four criteria for passively managed options;[42] mandating that any fund failing two of the criteria would be

---

[38] ADM-Ferguson 000683, at 0711 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].  The Sharpe ratio is a commonly used metric well established and accepted in the investment management industry.  It measures fund performance by factoring in both the return of a fund as well as the amount of risk taken by the fund to achieve that return.  For example, a conservative bond fund that achieves the same return as a higher risk equity fund will have a higher Sharpe ratio than the equity fund even though their returns were identical.  I have seen the Sharpe ratio utilized in several investment policy statements that I have worked with in my career and believe it to be a reliable metric that investment committees can use to measure the performance of their funds against proper comparators (such as an associated benchmark or peer median).

[39] ADM-Ferguson 000683, at 0711 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].

[40] See BBVA-Ferguson 001864, at 1865–1866 [Committee Meeting Minutes, December 15, 2017]; BBVA-Ferguson 001892, at 1893–1894 [Committee Meeting Minutes, March 23, 2018].

[41] The criteria for active options include 1) "Style Consistency- [c]onsistent style attributes over rolling 3-year period," 2) "Risk-Adjusted Performance . . . – [o]utperforming benchmark on a 3-year period," 3) Consistency of Performance (Batting Average) – [o]utperformed benchmark or peer group in at least half of the trailing 36 months," 4) "Expense Ratio – Expenses less than the median of the peer group," 5) "Team and Firm – Stability and strength of the team that built the track record and their firm," and 6) "Investment Philosophy and Process – Team continuing to follow the philosophy and process used to build the track record."  ADM-Ferguson 000517, at 0526–0527 [BBVA Compass Bancshares, Inc. Compass SmartInvestor 401(k) Plan Investment Policy Statement (Updated as of December 2018)].

[42] The criteria for passive options include 1) "Tracking – Tracking relative to the benchmark in line with peers, level of expenses and expectations for asset class," 2) "Expense Ratio- Expenses less than the average of the peer group," 3) "Team and Firm – [s]tability and strength of the team that built the track record and their firm," and  4) "Investment Process – [t]eam continuing to follow the indexation process in a consistent matter."  ADM-Ferguson 000517, at 0526–

CONFIDENTIAL

placed on the watch list.[43]  A new measure of performance consistency, called "batting

average," was added to the watch list criteria.[44]

39.     The IPS also provided the Committee with broad guidelines for funds that fail to

improve performance during their time on the watch list.  The options include 1)

termination of the fund, 2) extending the watch list period while searching for a fund

replacement and 3) interviewing the fund investment manager to determine whether there

is a reasonable explanation for the underperformance and potentially extending the watch

list period if the Committee deems appropriate.[45]  In my opinion, the IPS provided the

Committee with appropriate leeway in determining how to best deal with specific

underperforming funds.  In my experience, this degree of latitude is appropriate, and

consistent with industry practice given the discretionary nature of fiduciary responsibilities.

An IPS must have flexibility to allow the Committee some breadth to handle unexpected

market environments, including allowing the Committee the leeway to exercise fiduciary

discretion and make decisions on behalf of the Plan participants.

40.     Strict, bright-line rules would be inappropriate because the fit of a fund for a plan

and its performance should be evaluated using multiple quantitative and qualitative criteria

and these criteria could vary for different funds or circumstances.  In my experience there

are market environments, such as during the Global Financial Crisis, when even the most

skilled fund managers may have extended periods of performance challenges and when

quantitative measures for evaluating funds may be less reliable.  A policy, for example, that

mandates fund removal based on inflexible performance rules can cause unnecessary fund

---

0527 [BBVA Compass Bancshares, Inc. Compass SmartInvestor 401(k) Plan Investment Policy Statement (Updated as of December 2018)].

[43] ADM-Ferguson 000517, at 0526–0527 [BBVA Compass Bancshares, Inc. Compass SmartInvestor 401(k) Plan Investment Policy Statement (Updated as of December 2018)].

[44] ADM-Ferguson 000517, at 0526 [BBVA Compass Bancshares, Inc. Compass SmartInvestor 401(k) Plan Investment Policy Statement (Updated as of December 2018)].

[45] BBVA-Ferguson 000280, at 288 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].

turnover.  A Committee requires some flexibility to make prudent investment decisions when faced with a variety of economic climates.

4.      **The Committee Maintained a Diverse Plan Lineup and Periodically Considered Potential Changes, Consistent with Industry Practices**

41.      The Retirement Committee utilized an investment line-up that provided Plan participants throughout the relevant period with a diversified set of investment options. The Plan offered a variety of choices across the risk spectrum from which Plan participants could build a portfolio customized to their unique investment horizon, risk tolerance, and return objectives.  Exhibit 4 shows the options offered to plan participants across the risk spectrum as of 2015 and displays the annualized five-year standard deviation for each fund. The Plan lineup was accommodating to the varying amounts of time plan participants chose to dedicate to the allocation of their plan assets.

42.      The array of Plan investment options with varying risk and return profiles allowed Plan participants interested in selecting single asset class funds to build a custom portfolio from among a money market fund, bond fund, and a range of equity fund— large-cap, mid-cap, small-cap and international—options.[46]  Pre-mixed, multi-asset class target date funds were available for participants who lacked the knowledge, time, or interest to select and manage their Plan investments.[47]  See Exhibit 1 for the list of investment options available during the relevant period.

43.      Among the materials the Retirement Committee periodically reviewed at its meetings was the aggregated utilization of the investment options by Plan participants.  The Retirement Committee reviewed information and data that showed the Plan's participant asset flows and resulting Plan allocation amongst the various funds.  The Committee's

---

[46] *See* Exhibit 1.

[47] *See* Exhibit 1.

quarterly presentations provided a section displaying the resulting allocation of Plan participant assets, aggregated by investment option.[48]  The consultant materials provided data on the current percentage of the Plan allocated to each fund, and compared it to the same for the prior period.  This data would provide the Committee with an aggregate view of participants' use of the Plan's investment options.  Exhibit 3 displays the Plan assets by investment option at year end between 2013-2018.

44.     The Retirement Committee periodically examined the Plan's investment structure and compared the Plan's lineup with that of other defined contribution plans.  The consultants performed a thorough review of the Plan's set of asset classes, the combination of actively and/or passively managed offerings, as well as the vehicles used (for example, the mutual fund share class).[49]  The Retirement Committee meeting minutes show discussions of potential changes to the lineup and/or the ongoing adequacy of the Plan investment structure and lineup.[50]  Such comparisons and information gathering are solid fiduciary practices and consistent with processes followed at other plans I have worked with or advised.

45.     As part of the Committee's ongoing work to educate itself on various aspects of trends in the defined contribution market, it looked to its external experts for additional insight.  The Committee had a report from its recordkeeper, Fidelity, in the March 2015 meeting materials that reviewed with the Committee investment options offered by plans of similar asset size to BBVA, between $0.5 and $1.0 billion.[51]  As another example, in its

---

[48] ADM-Ferguson 003954, at 3965–3966 [Envestnet PMC Plan Analysis for Quarter Ending June 30, 2015]; ADM-Ferguson 004268, at 4275–4276 [Towers Watson BBVA Compass SmartInvestor 401(k) Plan Executive Summary, June 20, 2019].

[49] See e.g., BBVA-Ferguson 001560 [Committee Meeting Minutes, August 25, 2016].

[50] See e.g., BBVA-Ferguson 000004 [Committee Meeting Minutes, September 11, 2012]; BBVA-Ferguson 000335 [Committee Meeting Minutes, December 5, 2014]; BBVA-Ferguson 001569 [Committee Meeting Minutes, August 25, 2016].

[51] BBVA-Ferguson 000619 [Fidelity Investments, Investment Consulting Services to BBVA Compass, Investment Trends, February 16, 2015].

March 12, 2015 meeting the Committee considered funds in additional asset classes as options for the Plan.  Envestnet "provided details about the prevalence of additional asset classes in 401(k) plans comparable to the Company's" even though their consultant believed "the current fund options in the 401(k) option are sufficient."[52]  At the same meeting the Committee discussed the possibility of adding a brokerage window, however, the Committee decided against the addition and reaffirmed the existing lineup after weighing several factors including "the potential impact a brokerage window option might have on participant behavior and asset diversification."[53]

46.     Similarly, in the August 25, 2016 meeting, Towers Watson "reviewed questions regarding [P]lan participants with the Committee to determine the types of fund options best suited for participants."[54]  Towers Watson also "gave recommendations for determining the types and number of investments to be offered, referencing options offered by other defined contribution plan sponsors."[55]  The Plan was aligned with 66% of plans Towers Watson surveyed in 2014, which offered 10-19 investment options (26% of plans offered 20 or more options, and 8% of plans offered 1-9 options).[56]

47.     The Committee conducted another thorough review of the existing fund lineup, including consideration of potential changes to restructure the plan, in discussions that occurred over multiple meetings between 2018 and 2019.  The Committee has recently decided to restructure the Plan's investment options.  After analyzing the Plan's lineup and Plan participants' investing activity in 2018,[57] Towers Watson presented alternative

---

[52] BBVA-Ferguson 000595 [Committee Meeting Minutes, March 12, 2015].

[53] BBVA-Ferguson 000595 [Committee Meeting Minutes, March 12, 2015].

[54] BBVA-Ferguson 001560 [Committee Meeting Minutes, August 25, 2016].

[55] BBVA-Ferguson 001560 [Committee Meeting Minutes, August 25, 2016].

[56] BBVA-Ferguson 001563, at 1583 [Towers Watson "Investment Structure Review," August 2016].

[57] During the March 23, 2018 meeting, Fidelity provided the Committee with a detailed overview of the Plan participants' investing activity and compared it to other peer plans.  *See* BBVA-Ferguson 001892 [Committee Meeting Minutes, March 23, 2018].  In the August 18, 2018 meeting, Towers Watson reviewed the asset classes represented in the Plan lineup,

investment structures for the Committee's consideration, including an "active/passive mirrored approach" which would add additional passively managed options while consolidating some of the actively managed equity options, and a "streamlined passive approach" which would add passively managed fund options and eliminate the Plan's actively managed funds.[58]  After a discussion of these alternative structures in the December 18, 2018 and June 20, 2019 meetings, including a discussion of the pros and cons of utilizing a passively managed lineup and offering a brokerage window, the Committee decided to adopt the streamlined passive approach—but not the brokerage window—and a new fund lineup is scheduled to be introduced at some point in 2020.[59]

48.     It should be noted that immediately prior to the relevant period, the Retirement Committee made several significant changes to the Plan and its lineup, including replacing Charles Schwab with Fidelity as the Plan's recordkeeper and introducing target date retirement funds into the lineup.[60]  While the Committee decided not to alter the Plan lineup's investment structure (other than replacing particular funds) during the relevant period until recently, the important consideration from a fiduciary evaluation perspective is that the Committee properly analyzed at different time periods within the relevant period whether a different structure or additional asset class options would be beneficial to Plan participants.  After reviewing the Committee meeting minutes and the information provided to the Committee in the consulting presentations and reports, I am comfortable concluding that the proper consideration was made at various points during the relevant period.

---

compared it with peer plans' lineups, and noted that "most plan sponsors are streamlining or maintaining the number of investment options."  *See* BBVA-Ferguson 001999 [Committee Meeting Minutes, August 18, 2018].

[58] BBVA-Ferguson 001999, at 2001 [Committee Meeting Minutes, August 18, 2018].

[59] BBVA-Ferguson 002046 [Committee Meeting Minutes, December 18, 2018]; ADM-Ferguson 004265 [Committee Meeting Minutes, June 20, 2019].

[60] *See* ADM-Ferguson 000291 [2013 Form 5500 for the Compass SmartInvestor 401(k) Plan].

49.     In addition, after reviewing the Plan lineup, as well as the Plan participants'
investment behavior with respect to the contribution flows among asset classes over time, it
is my opinion that the Plan's lineup was sufficient to support the needs of the Plan
participants.  Exhibit 3 shows the Plan's asset allocation over time among the various asset
classes.  Participants utilized and had balances in each of the investment alternatives.

50.     Exhibit 4 provides the five-year standard deviation, one of the commonly used
measurements of a fund's risk, for each fund offered in the Plan as of second quarter 2015.
Exhibit 5 shows how each of these funds performed over the same five-year period.  These
exhibits demonstrate that the Plan's lineup adequately provided participants with a variety
of investment options across the risk spectrum.

> **5.     The Retirement Committee Used Reasonable Processes,
> Consistent with Industry Practices to Monitor Funds in
> Accordance with its IPS**

51.     It is important not only to have appropriate and reasonable guidelines in place for
selecting, monitoring, and removing a plan's investment options, but also to follow and
effectuate the guidelines.  After reviewing the Committee's meeting minutes and associated
materials it is my opinion that the Committee followed the proper process to monitor,
remove, and select replacement funds in accordance with the IPS guidelines during the
relevant period.

52.     The Committee's meeting minutes in conjunction with the presentations provided
by the Committee's consultants shows that the Committee was provided with, and
analyzed, a significant amount of quantitative and qualitative data with respect to each
fund.  Typically the consultants' presentations to the Committee included an executive
summary noting a review of the Plan for the quarter, a "Watch List Update" regarding any
fund on watch among the investment options in the Plan's lineup, a review of fund fees,

CONFIDENTIAL

and often an educational topic.[61]  After reviewing the presentations provided to the Committee by both Envestnet and Towers Watson, I have a high opinion of the work done by these consultants to aggregate and present quantitative and qualitative analysis regarding fund options in accordance with the Plan's IPS guidelines.  Their efforts assisted the Committee to effectively monitor and make decisions regarding the Plan's investment options.

### a)  Fund Quantitative and Qualitative Data and Information Reviewed by the Committee

53.     At nearly every Retirement Committee meeting the Committee was provided with detailed quarterly presentations and reports providing a comprehensive review of the performance of the Plan's investment options, the Plan's asset flows, and fund utilization.[62] The presentations and reports included numerous quantitative and qualitative metrics that allowed the Committee to gauge each investment option.[63]

54.     Some of the quantitative metrics provided in the presentations include trailing performance returns for multiple time periods (e.g. 1-Yr, 3-Yr, 5-Yr) for each fund and their corresponding benchmarks and peer group.[64]  Risk and return metrics, such as the Sharpe ratio and standard deviation, were also provided for each fund and benchmark.[65]

---

[61] *See e.g.* ADM-Ferguson 003946, ADM-Ferguson 003954 [Presentation and Report for the August 12, 2015 Committee Meeting].

[62] *See e.g.* ADM-Ferguson 003946, ADM-Ferguson 003954 [Presentations for the August 12, 2015 Committee Meeting].

[63] *See e.g.,* BBVA-Ferguson 000065 [Envestnet BBVA Compass SmartInvestor 401(k) Plan Second Quarter 2014 Review, August 13, 2014]; BBVA-Ferguson 000587 [Envestnet BBVA Compass SmartInvestor 401(k) Plan First Quarter 2015 Review, August 12, 2015]; BBVA-Ferguson 001335 [Towers Watson BBVA Compass Bank SmartInvestor 401(k) Plan Executive Summary for Periods Ending December 31, 2015, April 4, 2016].

[64] *See e.g.,* BBVA-Ferguson 000065 [Envestnet BBVA Compass SmartInvestor 401(k) Plan Second Quarter 2014 Review, August 13, 2014]; BBVA-Ferguson 001764 at 1779 [Towers Watson BBVA Compass Performance Monitoring Report for Periods Ending December 31, 2016].  The Towers Watson presentations also revealed how much of the fund's returns were attributable to the performance of each sector.  *See e.g.*, BBVA-Ferguson 001764 at 1787 [Towers Watson, BBVA Compass Performance Monitoring Report for Periods Ending December 31, 2016].

[65] *See e.g.* BBVA-Ferguson 000598 [Envestnet BBVA Compass SmartInvestor 401(k) Plan Fourth Quarter 2014 Review, March 12, 2015]; BBVA-Ferguson 001335 [Towers Watson BBVA Compass Bank SmartInvestor 401(k) Plan Executive Summary For Periods Ending December 31, 2015, April 4, 2016]  Envestnet reports included a "mutual fund review" section whose "performance commentary" provided the committee with additional quantitative analysis of each fund with

These quantitative metrics are commonly used in the investment management industry to analyze fund performance.

55.      The quarterly presentations and reports also provided qualitative information. Envestnet's "scorecards" included information relating to each fund's years in existence, assets under management and sector diversification.[66]  The "manager commentary," "analyst commentary" or "attribution" notes in these same reports provided qualitative assessments of the fund including the fund management's or analyst's view of the market, as well as descriptions of the fund investment strategy and process.[67]

56.      Towers Watson also presented and analyzed qualitative factors for each fund.  They typically provided the committee with a presentation that included a page titled "Key Issues Summary" which provided a table summarizing certain qualitative, in addition to quantitative, assessments Towers Watson made for each fund including whether the fund had recently experienced organizational or portfolio manager changes.[68]  The summary also provided Towers Watson's assessment for the skill level of the fund manager, the expected future volatility of the fund's performance, and the manager's stability risk.  The

---

respect to particular holdings and sectors of the fund.  ADM-Ferguson 000791, at 799-804 [Envestnet Plan Analysis Quarter Ending March 31, 2012]; ADM-Ferguson 001392, at 399-415 [Envestnet Plan Analysis Quarter Ending June 30, 2013]  They also included analyst research reports for each fund that contained a variety of additional and detailed quantitative metrics and information for each fund.  Some of the additional quantitative metrics included in the analyst research report for each fund include beta, annualized alpha, correlation, risk adjusted return, sterling ratio, treynor ratio, best 1 month and 1 year return, worst 1 month and 1 year return and information ratio.

[66] *See e.g.* BBVA-Ferguson 000836, at 866-886 [Envestnet PMC Plan Analysis Quarter Ending December 31, 2014, Prepared for BBVA Compass Bank SmartInvestor 401(k) Plan].

[67] *See e.g.* BBVA-Ferguson 000836, at 842-848 [Envestnet PMC Plan Analysis Quarter Ending December 31, 2014, Prepared for BBVA Compass Bank SmartInvestor 401(k) Plan].  The Envestnet reports also include analyst research reports which provided Committee members with a wealth of qualitative information regarding each fund.  For example, the reports provided detailed descriptions of each fund's objective, investment style, selection process and criteria, and a description of the fund management personnel.  *See e.g.*, BBVA-Ferguson 000081 at 0241.  The research reports also provide the analyst's opinion and forecast for the fund along with a detailed write up supporting that opinion.  *See e.g.*, BBVA-Ferguson 000081 at 024.

[68] *See e.g.* BBVA-Ferguson 001744 at 1750 [BBVA Compass Bank SmartInvestor 401(k) Plan Executive Summary, March 24, 2017]

factors represented in Towers Watson's "Key Issues Summary" table were later incorporated into the Plans' IPS.[69]

57.     The Committee meeting minutes, in addition to noting that the consultant typically presented the quarterly material to the Committee, often documented specific discussion of various funds.  These discussions included an assessment of various qualitative factors in addition to discussions regarding performance.  For example:

a.    The September 11, 2013 meeting minutes summarize some of the qualitative themes discussed by Envestnet at the meeting.  For example, with respect to the Harbor Capital Appreciation fund, Envestnet noted that the "the fund uses a growth strategy focused on high quality companies with lower-dividends [and] that while these attributes have not been rewarded of late in the market, performance [of high quality stocks] tends to improve over the long run."[70]

b.    During the March 12, 2015 meeting, Envestnet led a discussion of each fund in the Plan lineup.  According to the meeting minutes, the discussion included an analysis of qualitative factors including, for example, "the investment styles and characteristics" of the various equity funds and the "strategy and positioning" of the American Century Diversified Bond fund.[71]

---

[69] ADM-Ferguson 000517, at 0526–0527 [BBVA Compass Bancshares, Inc. Compass SmartInvestor 401(k) Plan Investment Policy Statement (Updated as of December 2018)].  The Towers Watson presentations included a slide titled "Manager Performance Updates" which provided paragraph summaries highlighting the reasons for overperformance or underperformance of certain funds.  *See e.g.* BBVA-Ferguson 001744 at 1754 [BBVA Compass Bank SmartInvestor 401(k) Plan Executive Summary, March 24, 2017].  The Towers Watson presentations also provided each fund's exposure to various industry sectors (e.g. energy, materials, health care, etc.) and compared the fund's sector exposure to the benchmark.  *See e.g.* BBVA-Ferguson 001764 at 1783–1784 [Towers Watson, BBVA Compass Performance Monitoring Report for Periods Ending December 31, 2016].

[70] ADM-Ferguson 001388 [Committee Meeting Minutes, September 11, 2013].

[71] BBVA-Ferguson 000595 [Committee Meeting Minutes, March 12, 2015].

c.  At the August 12, 2015 meeting, Envestnet "presented an overview of [its] on-site meeting and interview with the [Aston/TAMRO] fund managers in July of 2015."[72]  This meeting was consistent with the IPS guidelines for a fund added to the watchlist.  At the meeting, Envestnet "reported on meetings regarding the fund's strategy, and . . . discussed qualitative measures of the fund, noting most employees of the [Aston/TAMRO] fund invest in the fund [and that] turnover within the fund . . . has been low."[73]  Envestnet also "discussed the assets under management by the [fund manager], along with outflows."[74]

d.  At the March 23, 2018 meeting, Towers Watson "discussed performance of the investment lineup" and "point[ed] out that [the Dodge & Cox] fund had sold many high performers and had rotated into healthcare and energy companies."[75]

e.  During the March 27, 2019 meeting, Towers Watson "discussed the Dodge & Cox fund, noting its long term performance outperformed benchmarks but fourth quarter performance was down due in part to increased exposure in the energy sector."  He also "discussed the Harbor Capital Appreciation Fund, noting the fund's strategy of focusing on growth with earning potential" and "then discussed the American Century Diversified Bond fund, noting the fund is underweight in treasuries so performance

---

[72] ADM-Ferguson 003943 [Committee Meeting Minutes, August 12, 2015].

[73] ADM-Ferguson 003943 [Committee Meeting Minutes, August 12, 2015].

[74] ADM-Ferguson 003943 [Committee Meeting Minutes, August 12, 2015].  The discussion of outflows with respect to the Aston/TAMRO fund directly contradicts Claimants' assertion in their Complaint that BBVA "failed to monitor the flow funds into and out of the mutual fund."  *See* Complaint, ¶ 77.

[75] BBVA-Ferguson 001892, at 94 [Committee Meeting Minutes, March 23, 2018].

CONFIDENTIAL

was down . . . [and] then discussed the manager of the fund and the portfolio positioning with the Committee."[76]

### b)   Review and Committee Discussion of Watch List Funds

58.     The Committee, with the assistance of its consultants, followed the watch list guidelines in the IPS.  During the relevant period several funds in the Plan lineup were added to or taken off the watch list at various points during this time.  Exhibit 6 identifies the periods when a fund was added to or removed from the watch list, as well those funds that were either removed or added to the lineup.  Throughout the relevant period, based on the meeting minutes and presentation materials I reviewed, funds the Committee added to the watch list pursuant to the criteria specified in the IPS were reviewed in detail at the Committee meetings and in the associated presentations and materials.

59.     During the 2013-2015 period of Envestnet's tenure as investment consultant, the first part of each quarterly presentation would describe which, if any, funds were on the watch list pursuant to the watch list criteria specified in the Plan's IPS.[77]  The presentations would display the watch list criteria of the fund's risk-adjusted performance measures compared to the fund's benchmark and peer median.[78]  This criteria included its' 3-Yr and 5-Yr Sharpe ratio per the metrics specified in the IPS watch list criteria.[79]   A summary of the IPS Watch List criteria was included in each presentation.[80]

60.     Similarly, the Towers Watson presentations contained a page titled "Watch list" which specified whether each fund had met the criteria specified in the revised IPS and also

---

[76] ADM-Ferguson 004155, at 56 [Committee Meeting Minutes, March 27, 2019].

[77] *See e.g.*, ADM-Ferguson 003946, at 3949–3951 [Envestnet Plan First Quarter 2015 Review].

[78] *See e.g.*, ADM-Ferguson 003946, at 3949–3951 [Envestnet Plan First Quarter 2015 Review].

[79] *See e.g.*, ADM-Ferguson 003946, at 3949–3951 [Envestnet Plan First Quarter 2015 Review].

[80] *See e.g.*, ADM-Ferguson 003946, at 3949 [Envestnet Plan First Quarter 2015 Review].

CONFIDENTIAL

noted which funds in the Plan lineup triggered two or more of the criteria and were therefore put on the watch list.[81]

61.     The Committee meeting minutes indicate that funds put on the watch list were discussed extensively at Committee meetings, with the consultant providing additional quantitative and qualitative analysis and providing an overall recommendation to the Committee on how it should proceed with respect to the fund.  For example:

>   a.  During the September 11, 2013 meeting, the Committee voted to put the Dodge & Cox stock fund on the watch list pursuant to the quantitative triggers specified in the IPS.  Envestnet "advised that despite the quantitative triggers under the [IPS], in recent quarters the fund has performed well, and that [Envestnet] believes the fund's investment theory is playing out."  The minutes indicate that "[t]he members of the Committee engaged in a discussion of the fund, and [Envestnet] responded to questions from the Committee regarding the fund's performance and investment theory."[82]
>
>   b.  During the October 17, 2014 meeting, Envestnet recommended that the Committee terminate the Thornburg International Value fund which had been on put on the watch list earlier in 2014.  This recommendation was based in part on Thornburg announcing that the "Co-Portfolio Manager of the International ADR strategy and former co-Portfolio Manager of the Thornburg Fund, will be leaving the firm" and Envestnet reviewed with the Committee "the reasons for her departure, and Envestnet's concerns which resulted in the recommendation to terminate the Thornburg Fund."[83]

---

[81] *See e.g.*, BBVA-Ferguson 002002, at 2012 [BBVA Compass Bank SmartInvestor 401(k) Plan Executive Summary, August 14, 2018].

[82] ADM-Ferguson 001388 [Committee Meeting Minutes, September 11, 2013].

[83] BBVA-Ferguson 000318 [Committee Meeting Minutes, October 17, 2014].

CONFIDENTIAL

    c.   During the June 26, 2015 meeting, the Aston/Tamro fund which had been put on the watch list in 1Q 2014 was discussed extensively.  Envestnet "noted that the [Aston/TAMRO] fund focused on high quality companies and the better performers in the small cap category have been lower quality companies."  Envestnet also "discussed the management and composition of investments in the fund, and . . .  indicated Envestnet believes this fund will perform well in a market correction. . . [and] reviewed the performance of the fund in down markets as compared to benchmarks."[84]

    d.   During the March 23, 2018 meeting, Towers Watson "noted that Invesco and American Century were added to the watch list effective December 31, 2017" and that "Invesco had underperformed for the last quarter of 2017 due to being underweight in Japan."[85]

    e.   According to the December 18, 2018 meeting minutes, in response to a Committee member's question, Towers Watson "discussed year-to-date performance for each fund on the watch list [and] reviewed rolling three-year performance for the funds, noting Invesco and Principal had been trending positively."[86]

    f.   At the March 27, 2019 meeting, Towers Watson "noted that the Principal Mid Cap Value fund remained on the watch list due to risk adjusted performance, which is above the median in its peer group [but also noted] that over the last year, Principal is improving performance relative to benchmarks, so no immediate action is required."[87]

---

[84] BBVA-Ferguson 000824 [Committee Meeting Minutes, June 26, 2015].

[85] BBVA-Ferguson 001892 [Committee Meeting Minutes, March 23, 2018].

[86] BBVA-Ferguson 002046 [Committee Meeting Minutes, December 18, 2018].

[87] ADM-Ferguson 004155 [Committee Meeting Minutes, March 27, 2019].

### 6.    The Retirement Committee Monitored the Expenses of Investment Options, Consistent with Industry Practices

62.    The Plan's IPS established that the funds utilized by the Plan should have expense ratios that "are reasonable in relation to its peer group and in light of its performance within its peer group."[88]  Consistent with that guidance, the Retirement Committee regularly reviewed the expenses of the investment options in the Plan.

63.    During Envestnet's tenure as the Committee's consultant, the Committee reviewed a chart in each quarterly presentation that compared the expense ratio of each fund in the Plan lineup to the average expense ratio of peer funds in the same asset class.[89]  Similarly, Towers Watson included a page in their quarterly presentations comparing the expense ratio of the Plan's funds to the median expense ratio of peer funds.[90]  Throughout the relevant period, and consistent with the IPS, the fees for each fund in the Plan were found to be reasonable and lower than their respective Morningstar category averages during Envestnet's tenure, or reasonable and lower than or close to the median fee of each peer group during the period since early 2016 with Towers Watson as the Committee's consultant.

64.    The Committee meeting minutes indicate that the Plan's funds' fees were a consistent topic of discussion and focus for the Committee during its meetings.  Exhibit 7 is a table providing examples of excerpts from the various meeting minutes that relate to a discussion of fees.  As the Exhibit demonstrates, the fund fees were a topic of discussion at many of the Committee meetings.  Further, it should be noted that the Committee was

---

[88] *See e.g.* ADM-Ferguson 000683 at 0709 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2014].

[89] *See e.g.* ADM-Ferguson 003954, at 3971 [Envestnet PMC Plan Analysis for Quarter Ending June 30, 2015].

[90] *See e.g.,* BBVA-Ferguson 001366, at 1416 [Towers Watson BBVA Compass Performance Monitoring Report for Periods Ending December 31, 2015]; BBVA-Ferguson 001455, at 1505 [Towers Watson BBVA Compass Performance Monitoring Report for Periods Ending December 30, 2016]; BBVA-Ferguson 001621, at 1671 [Towers Watson BBVA Compass Performance Monitoring Report for Periods Ending September 30, 2016].

apprised that the fees of the investment options were reasonable, in line with, and in many cases below the comparator fees.

65.     The Committee also considered fees as a criterion in selecting funds for the Plan. For example, lower fees was one of the important considerations in selecting the Vanguard target date retirement funds for the Plan in 2017.[91]

66.     Based on my review of the Committee minutes and associated presentations, I conclude that the Committee and their consultants diligently monitored the fees of the funds in the Plan's lineup, consistent with the guidance of the IPS and in accordance with sound fiduciary practice.

### 7.     The Committee Took Action To Make Changes to the Plan Options and Lineup When It Deemed Appropriate

67.     The Committee made changes to the Plan lineup immediately prior to the relevant period relating to the change from Charles Schwab to Fidelity as the Plan's recordkeeper. During the relevant period the Committee made several changes for manager-specific reasons.  In 2012, the Committee replaced the American Funds EuroPacific Growth Fund with the Thornburg International Value fund.[92]  At the beginning of 2013, the Committee decided to transfer the Plan's recordkeeping from Charles Schwab to Fidelity, and as part of that transition, four manager changes occurred.  The Committee replaced two TIAA-CREF bond and Mid Cap equity funds with the American Century Diversified Bond fund and Principal Mid Cap Value fund.[93]  The State Street US Equity Index fund was replaced with the Vanguard Institutional Index fund.[94]  The Committee added a series of Principal

---

[91] BBVA-Ferguson 001741 [Committee Meeting Minutes, March 24, 2017].

[92] BBVA-Ferguson 000001, at 0001–0002 [Committee Meeting Minutes, February 1, 2012].

[93] BBVA-Ferguson 000004, at 005 [Committee Meeting Minutes, September 11, 2012].

[94] BBVA-Ferguson 000004, at 005 [Committee Meeting Minutes, September 11, 2012].

CONFIDENTIAL

Target Date Funds to the lineup in 2013.[95]  In 2015, the Committee replaced the Thornburg International Value fund with the Invesco International Growth fund.[96]  In 2016, the Committee replaced the Aston/TAMRO small cap fund with a Vanguard small cap index fund.[97]  In 2017, the Committee replaced the Principal TDFs with Vanguard target date funds.[98]  Finally, in 2019 the Committee decided to adopt a "streamlined passive" investment structure which will likely result in the removal and addition of several funds in 2020.[99]  These changes illustrate how active and engaged he Committee has been in their efforts to ensure their participants have access to appropriate investment choices.

68.     The Committee meeting minutes also make clear that the Committee members took their fiduciary duties and role on the Committee seriously.  In reading the minutes, I observed members regularly asking questions, raising discussion, and voting electronically when not in attendance.[100]

69.     From my reading of the meeting minutes and materials, the Committee members were not passive recipients of information or the advice provided by their consultants.  On several occasions after listening to the consultant's presentation on a specific issue, Committee members requested their consultant to research and provide additional information on various follow up items pertaining to that issue for the next Committee

---

[95] BBVA-Ferguson 000004, at 006 [Committee Meeting Minutes, September 11, 2012].

[96] BBVA-Ferguson 000595, at 0595 [Committee Meeting Minutes, March 12, 2015].

[97] BBVA-Ferguson 001427, at 1428 [Committee Meeting Minutes, July 14, 2016].

[98] BBVA-Ferguson 001821, at 1822 [Committee Meeting Minutes, July 27, 2017]; BBVA-Ferguson 001843, at 1845 [Committee Meeting Minutes, October 13, 2017].

[99] ADM-Ferguson 004265 [Committee Meeting Minutes, June 20, 2019].

[100] See e.g., BBVA-Ferguson 000014 [Committee Meeting Minutes, March 8, 2013]; BBVA-Ferguson 000318 [Committee Meeting Minutes, October 17, 2014]; BBVA-Ferguson 001741 [Committee Meeting Minutes, March 24, 2017].

CONFIDENTIAL

meeting.[101]  For example, the Committee requested additional information regarding review of TDF funds, given their multi-asset nature and glidepath.[102]

70.      Finally, although the Committee meeting minutes did not explain why the Committee decided to change its investment consultant, the move from Envestnet to Towers Watson involved a thorough request for proposal process that analyzed the firms' strengths, services, and fees, and is another indicator that the Committee was actively engaged and looking for fresh perspectives to ensure it continued to work in the best interest of Plan participants.

### 8.      The Retirement Committee received Fiduciary Training on Multiple Occasions

71.      In my experience, plan fiduciaries benefit from training on the requirements of ERISA and fiduciary duties.  Training helps ensure that committee members have periodic reminders of their role in understanding and executing their fiduciary duties to act in the benefit of the plan, participants and beneficiaries.  It is also helpful as a reminder to Committee members of the important responsibilities they undertake as fiduciary stewards of the Plan, working on behalf of participants and beneficiaries.

72.      The Committee was provided fiduciary training on multiple occasions by retirement industry professionals and by in-house and outside counsel.  For example, at the August 13, 2014 Committee meeting, an ERISA counsel from Maynard, Cooper & Gale provided training regarding fiduciary duties under ERISA to the committee.[103]  The training included a discussion of "prohibited transactions under ERISA and liabilities for a breach of

---

[101] *See e.g.,* BBVA-Ferguson 000014 [Committee Meeting Minutes, March 8, 2013]; BBVA-Ferguson 000020 [Committee Meeting Minutes, September 11, 2013]; BBVA-Ferguson 000024 [Committee Meeting Minutes, February 14, 2014]; BBVA-Ferguson 000318 [Committee Meeting Minutes, October 17, 2014].

[102] *See e.g.* BBVA-Ferguson 000012 [Committee Meeting Minutes, December 7, 2012].

[103] ADM-Ferguson 001852 [Committee Meeting Minutes, August 13, 2014].

fiduciary duties" and the Maynard Cooper attorney "responded to inquiries from the members of the Committee, and a discussion ensued regarding the matters presented."[104]

73.     In-house counsel was also involved with training the Committee with respect to ERISA and their fiduciary duties.  For example, at the June, 2015 Committee meeting, in-house counsel reviewed updates in case law, and "highlighted that the fiduciary duty of plan sponsors regarding prudent investments is an on-going duty, and not only triggered when investments are selected or when a significant change in the investment occurs."[105]

74.     Towers Watson also provided fiduciary training as consultant to the Committee, with two scheduled training sessions occurring at the July 14, 2016 and March 27, 2019 meetings.  Topics discussed at the July 2016 training session included best practices for retirement plan governance and documentation, "the payment of fees and expenses from plan assets and associated fiduciary standards," and an overview of recent ERISA litigation.[106]  Topics discussed at the March 2019 training session included the differences between fiduciary, settlor, and ministerial actions, and various rules required by ERISA.[107] Towers Watson noted at the March 2019 training that "courts generally evaluate compliance with [ERISA] standards on the basis of process not outcome," which is consistent with the advice I provided my retirement plan clients throughout my career.[108]

75.     In summary, a review of Plan related documents, Committee meeting minutes and associated materials reveal that the Company took steps consistent with a competent and engaged fiduciary.  In examples of responsible governance, the Plan Sponsor created and empowered a retirement committee and defined its responsibilities in a committee charter, the Committee maintained and utilized its IPS, engaged the expertise of a consultant, and

---

[104] ADM-Ferguson 001852 [Committee Meeting Minutes, August 13, 2014].

[105] BBVA-Ferguson 000824 [Committee Meeting Minutes, June 26, 2015].

[106] BBVA-Ferguson 001427 [Committee Meeting Minutes, July 14, 2016].

[107] ADM-Ferguson 004155, at 157 [Committee Meeting Minutes, July 14, 2016].

[108] ADM-Ferguson 004155, at 157 [Committee Meeting Minutes, July 14, 2016].

CONFIDENTIAL

updated its guidelines in the IPS on occasion.  The Committee, and its consultant, designed and maintained a diversified Plan lineup consistent with the terms of the IPS, periodically compared their lineup to peer plans, assessed at various points during the relevant period whether a change in investment structure was warranted, and acted to enhance and evolve its components.  The Committee and their consultants utilized a consistent and prudent process and monitored pertinent quantitative and qualitative data on the investment options and manager organizations.  They diligently reviewed fee data for each fund as part of their process for selecting and monitoring funds in the lineup.  The Committee took action to replace funds when it believed circumstances warranted, and kept current with the fiduciary and regulatory environment by receiving fiduciary training and updates.  In short, I conclude that BBVA and its Retirement Committee employed a robust fiduciary process to ensure that the Plan lineup consisted of appropriate investment options for its participants.

**D.**   **Money Market Fund and Actively Managed Fund Related Claims Raised in Claimants' Letters and Associated Complaint.**

76.   Claimants' letters along with the attached Complaint raise specific claims about offering a money market fund, using actively managed funds, fees of the Plan's funds, and failing to remove certain funds from the Plan.  I have already explained my opinion that the Committee's processes for monitoring Plan funds' fees and performances and its decisions to retain/remove funds from the Plan were appropriate and in line with industry practices. In this section I discuss my opinions on offering a money market fund and utilizing actively managed funds in the Plan.

### 1.   Inclusion of a Money Market Fund in the Plan

77.   The Complaint claims that it was inappropriate for the Committee to include a money market fund in the Plan lineup and that the Committee should have replaced the money market fund or augmented the line up with a stable value fund or other bond fund

CONFIDENTIAL

options.[109]  Money market funds are appropriate options to include in 401(k) plans and are among the lowest risk and most conservative investment options.  Money market advisors describe such a fund's objective as "seeks to provide current income and preserve shareholders' principal investment"[110] or "seeks as high a level of current income as is consistent with preservation of capital and liquidity."[111]  The lower level of risk to principal in a money market fund is due to the composition of its investments that typically include short duration maturity, high-quality, and very liquid money market instruments (e.g. U.S. dollar denominated treasury bills and other sovereign paper, bankers' acceptances, certificates of deposit, and repurchase agreements, among others).  Money market funds may be appropriate investment options for those participants with little or no risk tolerance or those seeking to diversify a portfolio that also includes equity and bond investments—in other words—to balance their portfolio with an investment that is largely immune to normal market downturns.

78.     In my opinion, it is appropriate to offer a money market option to 401(k) plan participants.  Many fiduciaries of other 401(k) plans, who are in a similar position as the fiduciaries of the Plan, offer money market funds in their plans.  For example, Vanguard's 2015 study on 401(k) plan practices shows that 71% of Vanguard defined contribution plans offered a money market fund.[112]  In fact, the Committee was aware that offering money market funds in 401(k) plans was common fiduciary practice. Fidelity's presentation to the Committee in 2015 showed that over 75% of Fidelity's defined contribution clients of similar asset size to the Plan (between $500 million and $1 billion in

---

[109] Complaint, ¶¶ 23–24.

[110] *See e.g.* https://investor.vanguard.com/mutual-funds/profile/VMFXX.

[111] *See e.g.* https://www.fidelity.com/mutual-funds/fidelity-funds/money-market-funds-fcash

[112] Vanguard, "How America Saves 2015," https://crain-platform-cpi-prod.s3.amazonaws.com/s3fs-public/CO100040612.PDF.

CONFIDENTIAL

assets) utilized a money market fund in their plan lineup.[113]  These statistics are consistent with my experience; a large majority of the retirement plans I have worked with during my career included a money market option.

79.     The Complaint contends "the Plan did not have an adequate menu of income producing bond options"[114] and that the Plan should have included a stable value fund or some other bond funds instead of or in addition to the money market fund.[115]  I disagree with this claim.

80.     First, as stated in the Complaint, "ERISA does not require a fiduciary to offer any particular investment option."[116]  As I discussed above in Section III.B., ERISA requires that plan sponsors provide access to sufficient investment options to accommodate the varying risk appetites and time horizons of their participant populations.  As Exhibit 4 shows, throughout the relevant period the Plan offered a diversified set of investment options across the risk spectrum that more than adequately satisfied this requirement.  These options included a money market fund, a bond fund, a strategic income fund, a series of target date funds, and several asset classes of equity funds.

81.     Second, the Plan did offer other fixed income options in its lineup.  The Plan included a bond fund, the American Century Diversified Bond fund, throughout the relevant period.[117]  The Funds' objective was to achieve "a high level of income by investing at least 80% of its assets in high and medium-grade, non-money market debt securities."[118]  The Principal LifeTime Strategic Income Fund and nearer retirement date

---

[113] BBVA-Ferguson 000619, at 0625 [Fidelity Investments, Investment Consulting Services to BBVA Compass, Investment Trends, February 16, 2015].

[114] Complaint, ¶ 29.

[115] Complaint, ¶ 33.

[116] Complaint, ¶ 32.

[117] *See* Exhibit 1.

[118] *See* BBVA-Ferguson 000081 at 0273 [Envestnet PMC Plan Analysis Quarter Ending June 30, 2014].

vintages of Principal LifeTime funds also offered participants significant exposure to fixed income.[119]  In my review of the materials, I did not find any requests from Plan participants for a stable value fund or additional fixed income options during the relevant period (participants did voice preferences about exchange traded funds to be added to the Plan lineup.)[120]

82.     Third, although stable value funds are appropriate investment options for 401(k) plans, they also have drawbacks.  Characteristics of stable value funds may or may not make them a good fit for a particular plan, or the risk comfort of a particular Retirement Committee.  Stable value funds, while offering potentially higher returns than money market funds, simultaneously present certain risks that are not present in money market funds.  Stable value funds are comprised of a portfolio of fixed income assets "wrapped" by purchasing insurance contracts from a third-party guarantor to insure the value of some portion of the underlying assets.  The wrap helps maintain a fund's price and stable value funds typically rely on insurance contracts to generate a portion of their returns.  In certain economic downturns, such as during the Global Financial Crisis, the claims-paying ability of the underlying insurance company and consistent ongoing accessibility to wrap coverage can be threatened and, as a result, so to can returns of and redemptions from stable value funds.  In addition, stable value funds generally have liquidity constraints that are not found in money market funds.  One important restriction is the "equity wash" provision.  To minimize withdrawals during certain periods, such as when interest rates are rising, most stable value funds require investors to keep withdrawals in either an equity fund or a non-

---

[119] For example, according to Envestnet's year-end 2014 analyst reports provided to the Committee at the June 26, 2015 meeting, the Principal Lifetime Strategic Income fund and the Principal Lifetime 2015 fund invested over 71% and 47% of their assets, respectively, in fixed income instruments.  *See* BBVA-Ferguson 000836, at 0943, 1033 [Envestnet PMC Plan Analysis Quarter Ending December 31, 2014].

[120] *See* ADM-Ferguson 001388 [Committee Meeting Minutes, September 11, 2013].

CONFIDENTIAL

short-duration fixed income fund for 90 days before transferring those assets to a "competing fund" (e.g., a money market fund or short-duration bond fund).[121]

83.     The materials I reviewed and discussed in Section III.C.4. indicate that the Committee was familiar with stable value funds and potential issues associated with them, and considered adding a stable value fund at various points during the relevant period. Prior to the relevant period, the Plan offered a stable value fund (the SEI Fund), and in 2011, the Committee analyzed and decided to remove this Fund from the lineup.[122]  At the March 28, 2011 meeting, the Committee put the SEI fund on the watch list and "discussed risks associated with long-term inclusion of the fund in the [Plan]" as the Committee's consultant informed them that "all stable value funds [have] experienced a large volume of liquidations" and that there was a "potential illiquidity problem" should the Committee decide to retain the stable value fund.[123]  During their next meeting on May 23, 2011, the Committee "engaged in a discussion of the considerations of maintaining a stable value investment fund in the defined contribution plans and the potential for utilizing the existing [money market fund], in place of the stable value fund, for the Capital Preservation asset class within the risk-based models."[124]  At the same meeting they voted to terminate the stable value fund and move the Plan balances in that Fund to the money market fund.[125] Because the SEI fund required a 12 month notice for termination, the Fund could only be removed from the lineup in August 2012.[126]

---

[121] See "Stable Value FAQ," Stable Value Investment Association, 2013, p. 4, available at https://stablevalue.org/media/misc/Stable_Value_FAQ.pdf

[122] ADM-Ferguson 003938, at 3939 [Committee Meeting Minutes, May 23, 2011]; ADM-Ferguson 003940, at 3940 [Committee Meeting Minutes, August 31, 2011].

[123] ADM-Ferguson 003935 [Committee Meeting Minutes, March 28, 2011]; In addition, the consultant told the Committee that the "market-to-book ratio [of the SEI fund is] 98% and there have been a few higher profile staff departures from the fund, raising some concerns about the fund."

[124] ADM-Ferguson 003938, at 3939 [Committee Meeting Minutes, May 23, 2011].

[125] ADM-Ferguson 003938, at 3939 [Committee Meeting Minutes, May 23, 2011].

[126] See ADM-Ferguson 003938 [Committee Meeting Minutes, May 23, 2011].

CONFIDENTIAL

84.     Therefore, the record indicates that the Committee, just before the relevant period, considered the issues related to stable value funds (such as liquidity issues and other risks) and concluded that the money market fund was a more appropriate vehicle for Plan participants' cash preservation purposes.

85.     The Committee considered the stable value funds again at various points during the relevant period.  In its March 12, 2015 presentation to the Committee, Envestnet reviewed the Plan's fund line up and presented information about additional fund options.[127] Envestnet explained that they believed the current fund options in the Plan were sufficient but the Committee should review the information on additional fund options.[128]  The information provided included stable value as one of several potential additional asset class options for inclusion in the Plan, but noted those funds "[u]nderperform[ ] in rising rate environments, [which are] currently anticipated."[129]  "After discussing the information presented, the Committee determined that the current fund options in the 401(k) Plan [were] sufficient."[130]  The Committee engaged in another review of the Plan lineup in 2016.[131]  The purpose of this review included "identify[ing] gaps, overlap, and opportunities within the structure," and "discuss[ing] investment structure recommendations."[132]  During the Committee meeting, Towers Watson "reviewed questions regarding plan participants with the committee to determine the types of fund options best suited for participants."[133]  The Towers Watson presentation showed that

---

[127] BBVA-Ferguson 000598 at 607, 617-618 [Envestnet BBVA Compass SmartInvestor 401(k) Plan Fourth Quarter 2014 Review, March 12, 2015].

[128] BBVA-Ferguson 000595 [Committee Meeting Minutes, March 12, 2015].

[129] BBVA-Ferguson 000598 at 618 [Envestnet BBVA Compass SmartInvestor 401(k) Plan Fourth Quarter 2014 Review, March 12, 2015].

[130] BBVA-Ferguson 000595 [Committee Meeting Minutes, March 12, 2015].

[131] BBVA-Ferguson 001560 at 1561 [Committee Meeting Minutes, August 25, 2016].

[132] BBVA-Ferguson 001563 at 1573 [Towers Watson "Investment Structure Review," August 2016].

[133] BBVA-Ferguson 001560 at 1561 [Committee Meeting Minutes, August 25, 2016].

stable value funds and money market funds both were commonly held in other 401(k) plans.[134]   After these reviews, the Committee did not add a stable value fund in those years.

86.      The Committee again considered adding a stable value fund to the lineup in 2018 as part of Towers Watson's review of investment structure alternatives for the Plan.[135]   One of the two investment structures proposed by Towers Watson for the Committee's consideration, the "Streamlined Passive" option, originally included a stable value fund.[136]   These alternative structures were discussed in multiple meetings in 2018 and 2019.[137]   I understand that the Committee decided not to add a stable value fund.

87.      The meeting minutes and associated materials show that the Committee 1) considered stable value funds and, given various concerns, decided to eliminate the stable value fund near the beginning of the relevant period, and 2) considered adding a stable value fund back into the lineup during the relevant period as part of periodic lineup reviews.

88.      The Complaint also claims that participants were using the money market fund in inappropriate ways (i.e., as an income generating option) and an unsuitable share of participants' balances were invested in the money market fund.[138]   The Complaint implies that such participant behavior required action from Plan's fiduciaries.

89.      First, it is important to remind claimants that the Plan, as defined in its Plan documents, is a participant-directed plan.   The Plan's IPS indicates that the Plan Sponsor intends to satisfy the requirements of Section 404(c) of ERISA and has designed a plan in

---

[134] BBVA-Ferguson 001563 at 1584 [Towers Watson "Investment Structure Review," August 2016].

[135] BBVA-Ferguson 001892, at 1894 [Committee Meeting Minutes, March 23, 2018].

[136] BBVA-Ferguson 002095, at 114 [Towers Watson BBVA Compass SmartInvestor 410(k) Plan Executive Summary, December 18, 2018].

[137] See e.g. BBVA-Ferguson 002095, at 114 [Towers Watson BBVA Compass SmartInvestor 410(k) Plan Executive Summary, December 18, 2018]; ADM-Ferguson 004265 [Committee Meeting Minutes, June 20, 2019].

[138] Complaint, p. 13.

which participants have the ability to select their investments.[139]  The IPS states that "each Participant has the opportunity to create a portfolio with aggregate characteristics in a range appropriate for his or her specific retirement objectives and level of risk tolerance."[140]

90.     Nevertheless, as consistent with industry practice, throughout the relevant period the Committee regularly reviewed the Plan's asset balances, fund utilization, and cash flows among the Plan's investment options.  In particular, the Committee reviewed data regarding the Plan participants' aggregated use and allocation of assets to the money market fund and other investment options (see my discussion in Sections III.C.4 and III.C.5.).

91.     The balances in the Plan's money market fund during the relevant period were not excessively high.  As Exhibit 3 shows, during the relevant period, the highest aggregated participant allocation of Plan assets to the money market fund was 17% in 2013. Subsequently, the Plan's percentage allocation to the money market fund declined gradually and has hovered around 10% for the last few years.[141]

92.     The larger percentage of Plan assets in the money market fund in 2013 was temporary and partially driven by a change to the Plan's investment structure.  In 2012, the Committee decided to remove the stable value fund option from the lineup due to underperformance, liquidity, and other issues.[142]  Based on the meeting materials, stable value fund balances were transferred to the money market option, increasing the balances in the money market fund from 10% of Plan assets in 2011 to 24% in 2012.[143]  Balances in the money market fund declined to 17% in 2013, and continued to decline gradually in

---

[139] ADM-Ferguson 000517 at 520 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2018].

[140] ADM-Ferguson 000517 at 520 [Investment Policy Statement for the Compass SmartInvestor 401(k) Plan 2018].

[141] *See* Exhibit 3.

[142] ADM-Ferguson 000791, at 795-796 [Envestnet Plan Analysis Quarter Ending March 31, 2012].

[143] *See* ADM-Ferguson 003938, at 3939 [Committee Meeting Minutes, May 23, 2011]; Exhibit 3.

subsequent years until it reached approximately the same allocation level in 2017 (9%) as existed in 2011 (10%).[144]

93.     I note that the default investment for the Plan throughout the relevant period was the target date fund option, rather than the money market fund, therefore, fiduciary QDIA decisions did not direct investments to the money market fund.[145]

94.     In addition, the Plan communicated the performance of the money market fund and the performance of other Plan options to participants on a regular basis.[146]  Participants received an annual disclosure notice that provided the 1-year, 5-year, and 10-year returns and fees of each fund in the Plan lineup, including the money market fund.[147]  These disclosures gave participants information classifying the money market fund under the "Asset Class:Short Term" category and displaying that the fund generated lower returns during the relevant period compared to other Plan options.[148]  This type of notice reminded participants that "[a]dditional information regarding an investment option's risks, as well as its strategy and objectives, including a prospectus or fact sheet if available, can be obtained at www.netbenefits.com."[149]

95.     The Committee periodically undertook a more detailed review of the utilization of the Plan's investment options.  This deeper analysis of participant investment allocation does not raise red flags about the use of the money market fund.  According to a year end

---

[144] *See* Exhibit 3.

[145] *See e.g.* ADM-Ferguson 000129, at 134 [Summary Plan Description for Compass SmartInvestor 401(k) Plan].  Even when a plan uses the money market fund as the default investment option, when participants have the freedom to reallocate their balances to other options in the plan, balances in a money market fund may mostly reflect participants desired choices.

[146] The Committee discussed participant communications regarding the money market fund in the July 27, 2017 meeting. *See* BBVA-Ferguson 001821 [Committee Meeting Minutes, July 27, 2017].

[147] *See e.g.* ADM-Ferguson 000563 at 567–570 [Participant Disclosure Notice of Compass SmartInvestor 401(k) Plan, December 9, 2014].

[148] *See e.g.* ADM-Ferguson 00573 at 585 [Required Disclosure Information of Compass SmartInvestor 401(k) Plan, December 15, 2015].

[149] *See e.g.* ADM-Ferguson 00573 at 585 [Required Disclosure Information of Compass SmartInvestor 401(k) Plan, December 15, 2015].

CONFIDENTIAL

2017 Fidelity analysis, 84 of the 11,076 active participants in the Plan (or less than 1% of active participants as of year end 2017) used the money market fund as their only investment option.[150]  Furthermore, the use of the money market fund was strongly correlated to the age of the Plan's participants.  Employees younger than 30 invested only 1% of their assets in the fund, those aged 30 to 39 invested 5%, those aged 40-49 invested 7%, those aged 50-59 invested 9%, those aged 60-69 invested 17%, and those aged 70 or more invested 14% of their assets in the fund.[151]  Analyzed together, these statistics demonstrate that the vast majority of Plan participants were not using the money market fund as their primary income generating option.

96.     In short, I believe the Committee's decision to offer a money market fund was consistent with industry practices, and the process followed to offer the money market fund was consistent with prudent fiduciary practices.  The Committee provided a diversified lineup, and followed their process that was reasonable and consistent with industry practices to consider the addition of options to the Plan lineup, including a stable value fund.  Regarding a stable value fund, the Committee had first-hand experience with this investment option and diligently considered its potential advantages and disadvantages at various points before and during the relevant period, consistent with prudent fiduciary practices.

---

[150] BBVA-Ferguson 001921, at 1944 [Fidelity, BBVA Compass Retirement Committee Fidelity Investments Update, March 23, 2018]; ADM-Ferguson 000443, at 444 [2017 Form 5500 for the Compass SmartInvestor 401(k) Plan].

[151] BBVA-Ferguson 001921, at 1967 [Fidelity, BBVA Compass Retirement Committee Fidelity Investments Update, March 23, 2018].

CONFIDENTIAL

## 2.    The Inclusion of Actively Managed Funds in the Plan.

97.    The Complaint claims that the Plan should have offered passively managed funds instead of actively managed mutual funds.[152]  ERISA does not impose any such requirement.

98.    In my experience it is quite common for 401(k) plans to offer actively managed funds to their participants.  According to a 2017 Callan study on DC Trends 91.7% of defined contribution plans offered actively managed funds to their menus.[153]  A BrightScope/ICI's 2019 study shows that in 2013 74% of 401(k) plan assets were invested in actively managed funds;[154] and while more recently 401(k) investments in index funds have increased, participant investment holdings remain larger in actively managed funds.[155] According to a 2017 Towers Watson defined contribution plan survey shared with the Retirement Committee, actively managed fund offerings were more prevalent in plans than passively managed ones in every asset class except for target date funds.[156]

99.    The Plan offered participants a combination of active and passive investment options throughout the relevant period as noted in Exhibit 1.  The diversified lineup of actively and passively managed funds across the range of single asset class and multi asset class TDFs was appropriate for the Plan because the Retirement Committee prudently selected and monitored these investment options, working in the best interest of the Plan and participants, and acting in accordance with the reasonable process outlined in its IPS.

---

[152] *See e.g.*, Complaint, ¶¶ 44–47.

[153] Callan, 2017 Defined Contribution Trends Survey, p. 28. at https://www.callan.com/wp-content/uploads/2017/01/Callan-2017-DC-Survey.pdf.  The survey shows that 66.9% of plans offer a mix of actively and passively managed funds, 21.5% of plans offer a "mirror" approach that includes actively managed funds, 3.3% of plans offer only actively managed funds, and only 5.8% of plans offer only index funds.

[154] "The BrightScope/ICI Defined Contribution Plan Profile: A Close Look at 401(k) Plans, 2016," p. 39. at https://www.ici.org/pdf/19_ppr_dcplan_profile_401k.pdf.

[155] "The BrightScope/ICI Defined Contribution Plan Profile: A Close Look at 401(k) Plans, 2016," p. 39. https://www.ici.org/pdf/19_ppr_dcplan_profile_401k.pdf

[156] BBVA-Ferguson 002049, at 2056 [Towers Watson, BBVA Compass Bank SmartInvestor 401(k) Plan Investment Structure Review, May 2018].

100.    I have noted in Section III.C.4. that the Committee, with assistance from its investment consultant, considered and discussed the use of active and passive strategies on a number of occasions.

101.    The Complaint states that "ERISA did not prohibit BBVA from selecting high-cost funds that sought to generate excess returns"[157] … but ERISA required "BBVA to monitor the performance of these funds net of cost and to remove funds that failed to demonstrate the ability to generate excess returns."[158]  As discussed in Sections III.C.5, III.C.6, and III.C.7 the Committee did indeed monitor performance and fees.  The Committee did follow its process to watch list underperforming funds according to the reasonable guidelines stated in its IPS.  And the Committee did, following its process and after deliberation, decide to remove and replace several funds during the relevant period.

102.    In fact, using the reasonable process articulated in its IPS that included both qualitative and quantitative criteria, the Committee removed three of the fund options that are the subject of Claimants' Complaint during the relevant period.[159]

103.    Furthermore, the Plan has always offered passively managed options.[160]  For the entire relevant period, the Plan offered a U.S. large cap index equity fund, and gradually increased the number of passively managed funds, adding a small cap index equity fund in 2016 and a series of passive TDFs in 2017.[161]  Specifically, the Plan offered the Vanguard Institutional Index (U.S. Large Cap) fund, throughout the relevant period.[162]  It is worth

---

[157] Complaint, ¶ 67.

[158] Complaint, ¶ 67.

[159] *See* Exhibit 1 [indicating that the Thornburg International Value Fund, the Aston/Tamro Small Cap 1 Fund, and the Principal LifeTime Funds were all removed during the relevant period].

[160] *See* Exhibit 1

[161] *See* Exhibit 1.  I note that by definition TDFs are not purely index options. Although some TDFs can exclusively use index funds as underlying funds, the asset allocation of TDFs, which change over time, (i.e., "glide paths") are "actively" determined by investment managers.

[162] *See* Exhibit 1.

noting that participants also continued to utilize the two actively managed large cap equity funds managed by Dodge & Cox and Harbor.[163]  In 2016, the Committee removed the actively managed Aston/TAMRO Small Cap fund and, after thoughtful review of several options, the Committee replaced this fund with the passively managed Vanguard Small Cap Index fund.[164]  In 2017, the Plan replaced the Principal LifeTime Funds, which used both actively and passively managed underlying funds in their portfolios, with the passively managed Vanguard Target Retirement funds.[165]  More recently, the Committee decided to adopt an investment structure offering only passively managed investment options.[166]

104.    The record indicates that the Committee discussed the use of actively managed funds periodically.  For example, the August 2016 Committee meeting minutes and Towers Watson presentation indicate that as part of the Plan's investment structure review, the Committee analyzed its use of active management.[167]  The Committee deliberated and considered various questions to determine the types of fund options best suited for the Plan's participants, including active and passive fund management.[168]  Questions included objectives of the investment structure, sophistication levels of plan participants, assessing active management (including performance, risk, fees), and consideration of active versus passive investing.[169]  The Committee discussed active versus passive management in its March 24, 2017 meeting, [170] in response to questions, and at the July 27, 2017 meeting where application of the watch list to actively managed funds was discussed.[171]

---

[163] *See* Exhibit 1.

[164] *See* Exhibit 1; BBVA-Ferguson 001427, at 1428 [Committee Meeting Minutes, July 14, 2016].

[165] *See* Exhibit 1.

[166] ADM-Ferguson 004265 [Committee Meeting Minutes, June 20, 2019].

[167] BBVA-Ferguson 001560 [Committee Meeting Minutes, August 25, 2016], BBVA-Ferguson 001563 [Towers Watson "Investment Structure Review," August 2016].

[168] BBVA-Ferguson 001560 at 561 [Committee Meeting Minutes, August 25, 2016].

[169] BBVA-Ferguson 001563 at 573-576, 581 [Towers Watson "Investment Structure Review," August 2016].

[170] BBVA-Ferguson 001741 at 743 [Committee Meeting Minutes, March 24, 2017].

[171] BBVA-Ferguson 001821 at 823 [Committee Meeting Minutes, July 27, 2017].

CONFIDENTIAL

105.    In short, in my view, the Plan fiduciaries' decision to offer actively managed funds in the Plan was appropriate and followed the reasonable guidelines for selection of investments articulated in its IPS.  The Committee considered the fit of actively managed funds for the Plan and performed appropriate monitoring of active managers.  More recently, the Retirement Committee revisited their options and decided to move to a predominantly passively managed line up.  All these actions indicate a deliberate process behind the decision to use actively and passively managed funds, working according to the Plan documents, and in the best interest of Plan participants.

Respectfully submitted,
March 11, 2020

Kathleen Mann

**Appendix A**

# KATHLEEN MANN

kathleen.mann@comcast.net | (617) 678-6040 | linkedin.com/in/kathleenmann

## SUMMARY

Investment and business professional with over 20 years' experience in fiduciary, asset and wealth management. Successful record of managing an investment advisory and ERISA fiduciary business through the global financial crisis, shaping business strategy, and strengthening client relationships. Experienced at building interdisciplinary teams, working cross-organizationally, and strengthening communication. Comfortable learning and applying new technologies where apt. Cultivate and thrive in a culture that values excellence, candor, teamwork, and innovation.

## AREAS OF EXPERTISE

- Portfolio Strategy
- Liability and Risk-Adjusted Focus
- Thoughtful Risk Management
- Developing Teams

- Fiduciary Governance
- Board and Investment Committee Effectiveness
- Manager Due Diligence

- Actionable Client Solutions
- DB and DC Plan Sponsors, Endowments, Private Accounts
- Advise Executive Management

## PROFESSIONAL EXPERIENCE

KMANN CONSULTING LLC, Brookline, MA                                    2017- Present

**Founder and Consultant.** Fiduciary and investment consulting; retirement plan and endowment fiduciary governance; expert witness reports and testimony.

MASSACHUSETTS TECHNOLOGY COLLABORATIVE, Boston, MA               2017-2018

**Industry Manager, the Innovation Institute at MassTech**

- Strengthened relationships across industry, academia and government to advance MassTech's role in supporting business formation and economic growth in the Commonwealth's technology sector. Presented to groups of cybersecurity CEOs as Project Manager for Cybersecurity.
- Researched and delivered initial mapping of the state's cybersecurity ecosystem. Drafted initial summary of the MA fintech ecosystem. Provided data and insight to MassTech leadership in development of strategies to strengthen business growth in the digital economy. Focus areas included: cybersecurity and financial technology (fintech) among others.

NIXON PEABODY LLP, Boston, MA                                            2014-2016

**Chief Investment Officer, Private Clients Group**

- Directed asset allocation, security analysis, and portfolio management of firm's $2bn in trust and retirement assets, on behalf of firm's trustee attorneys, for trust beneficiaries and clients.
- Led a team of experienced investment professionals and trading staff, chaired the Investment Committee of Watch Point Trust Company, and managed investment aspects of upgrading firm's investment and portfolio systems and client reporting.

STATE STREET GLOBAL ADVISORS (SSgA), Boston, MA                         1998-2013

**Senior Managing Director (SVP)**

**Investment Solutions, Head of Fiduciary Services** (2012-2013)

**Head of the Office of the Fiduciary Advisor** ("OFA") (2003-2012)

Ran the ERISA retirement, endowment and foundation investment and fiduciary advisory business in SSgA, the

investment division of State Street Bank & Trust.

- Designed customized and liability-driven solutions for institutional investors' unique assets/liabilities or spending plan. Worked to understand and achieve client goals, enhance governance in outsourced chief investment officer ("OCIO") rubric via portfolio and risk management, manager selection and oversight, and committee education topics.
- Developed and mentored team of investment professionals to deliver plan-wide investment management, oversight and co-fiduciary advice. Our work enabled clients' investment committees to be more effective fiduciaries of their defined benefit and defined contribution plans, endowment and foundation funds.
- Transformed and integrated a set of company-wide services and investments into an OCIO-type model that became a core component of SSgA Investment Solutions. Built out investment manager due diligence process across major asset classes. Ran set of multi-manager funds, recognized by external consultants Casey Quirk for superior OCIO track record.

**Vice President & Product Engineer of SSgA Global Asset Allocation (GAA), Currency Strategies** (1998-2003)

- Product Engineer: portfolio manager and investment strategy expert. A member of the GAA and Currenty investment team and responsible for presenting strategy details, performance, and portfolio fit.
- Articulated investment strategy of quantitative-based active and passive GAA and Currency products. Introduced investment algorithms for clients and prospects. Developed presentation material, marketing brochures, and client presentations. FINRA Series 3.
- Traveled globally, presenting SSgA strategies and products to firm's global institutional client base, including large- and mid-sized US institutions, and major central banks, as well as to SSgA' s mutual funds board.

## A D D I T I O N A L   P R O F E S S I O N A L   E X P E R I E N C E

<u>MFS INVESTMENTS</u>, Boston, MA                                                                                         1998
Project-Based Consultant.

<u>PUTNAM INVESTMENTS</u>, Boston, MA                                                                              1992-1998
VP, Associate Portfolio Manager, Global Fixed Income (1995-1998); Head of Global Bond Trading (1992-1995).

<u>FIDELITY MANAGEMENT AND RESEARCH (FMR)</u>, Boston, MA                                               1984-1992
Senior Trader, Global Bonds and Currency (1985-1992); Registered Representative (1984-1985) Series 6, 63.

## A S S O C I A T I O N S

100 Women in Finance, Member                                      U.S. Tennis Association, Member
Boston College Wall Street Council, Member                  Brookline, MA Schools, Volunteer
St. Ignatius Church, Chestnut Hill, MA, Volunteer

## E D U C A T I O N

<u>BABSON COLLEGE – FRANKLIN W. OLIN GRADUATE SCHOOL OF BUSINESS</u>, Wellesley, MA             **MBA Finance**
<u>BOSTON COLLEGE</u>, Chestnut Hill, MA                                                                          **BA Economics**

**Appendix B**

# Materials Considered List
## Expert Report of Kathleen Mann

### Pleadings and Legal Documents

Class Action Complaint, *Gloria Ferguson v. BBVA Compass Bancshares, Inc., et. al.* (2019-cv-01135-MHH), July 18, 2019

### Public Source

"Compass Names New Chief Compliance Officer," *Birmingham Business Journal*, June 6, 2018, *available at* https://www.bizjournals.com/birmingham/news/2018/06/06/compass-names-new-chief-compliance-officer.html

"BBVA Compass Names New CFO," *Birmingham Business Journal*, April 24, 2015, *available at* https://www.bizjournals.com/birmingham/news/2015/04/24/bbva-compass-names-new-cfo.html

BrightScope and the Investment Company Institute, "The BrightScope/ICI Defined Contribution Plan Profile: A Close Look at 401(k) Plans, 2016," *available at* https://www.ici.org/pdf/19_ppr_dcplan_profile_401k.pdf

Callan, "2017 Defined Contribution Trends Survey," *available at* https://www.callan.com/wp-content/uploads/2017/01/Callan-2017-DC-Survey.pdf

Compass SmartInvestor 401(k) Plan 2011 Form 5500, filed on October 2, 2012

Compass SmartInvestor 401(k) Plan 2012 Form 5500, filed on October 15, 2013

Stable Value Investment Association, "Stable Value FAQ," 2013, *available at* https://stablevalue.org/media/misc/Stable_Value_FAQ.pdf

Towers Watson, "2014 Towers Watson North American Defined Contribution Plan Sponsor Survey Report"

Vanguard, "How America Saves 2015," *available at* https://crain-platform-cpi-prod.s3.amazonaws.com/s3fs-public/CO100040612.PDF

### Books

Rudolph-Shabinsky, Ivan and C. Jason Psome, "Managed Synthetics," in The Handbook of Stable Value Investments, F. Fabozzi ed., New Hope, PA: Frank J. Fabozzi Associates, 1998

### Produced Documents

ADM-Ferguson 000003

ADM-Ferguson 000129

ADM-Ferguson 000150

ADM-Ferguson 000170

ADM-Ferguson 000190

# Materials Considered List
## Expert Report of Kathleen Mann

ADM-Ferguson 000210
ADM-Ferguson 000231
ADM-Ferguson 000291
ADM-Ferguson 000328
ADM-Ferguson 000366
ADM-Ferguson 000407
ADM-Ferguson 000443
ADM-Ferguson 000481
ADM-Ferguson 000517
ADM-Ferguson 000531
ADM-Ferguson 000547
ADM-Ferguson 000563
ADM-Ferguson 000573
ADM-Ferguson 000588
ADM-Ferguson 000602
ADM-Ferguson 000617
ADM-Ferguson 000633
ADM-Ferguson 000644
ADM-Ferguson 000649
ADM-Ferguson 000653
ADM-Ferguson 000657
ADM-Ferguson 000662
ADM-Ferguson 000667
ADM-Ferguson 000673
ADM-Ferguson 000675
ADM-Ferguson 000676
ADM-Ferguson 000683
ADM-Ferguson 000719
ADM-Ferguson 000722
ADM-Ferguson 000747
ADM-Ferguson 000776
ADM-Ferguson 000784
ADM-Ferguson 000787
ADM-Ferguson 000791
ADM-Ferguson 000916
ADM-Ferguson 000934
ADM-Ferguson 000957
ADM-Ferguson 000963
ADM-Ferguson 000967
ADM-Ferguson 000974
ADM-Ferguson 000977
ADM-Ferguson 000983
ADM-Ferguson 000988

**Appendix B**

# Materials Considered List
## Expert Report of Kathleen Mann

| |
|---|
| ADM-Ferguson 001143 |
| ADM-Ferguson 001164 |
| ADM-Ferguson 001166 |
| ADM-Ferguson 001291 |
| ADM-Ferguson 001294 |
| ADM-Ferguson 001303 |
| ADM-Ferguson 001385 |
| ADM-Ferguson 001388 |
| ADM-Ferguson 001392 |
| ADM-Ferguson 001598 |
| ADM-Ferguson 001610 |
| ADM-Ferguson 001612 |
| ADM-Ferguson 001615 |
| ADM-Ferguson 001815 |
| ADM-Ferguson 001833 |
| ADM-Ferguson 001852 |
| ADM-Ferguson 001856 |
| ADM-Ferguson 001871 |
| ADM-Ferguson 002393 |
| ADM-Ferguson 003935 |
| ADM-Ferguson 003938 |
| ADM-Ferguson 003940 |
| ADM-Ferguson 003943 |
| ADM-Ferguson 003946 |
| ADM-Ferguson 003954 |
| ADM-Ferguson 004155 |
| ADM-Ferguson 004158 |
| ADM-Ferguson 004183 |
| ADM-Ferguson 004265 |
| ADM-Ferguson 004268 |
| BBVA-Ferguson 000001 |
| BBVA-Ferguson 000004 |
| BBVA-Ferguson 000008 |
| BBVA-Ferguson 000012 |
| BBVA-Ferguson 000014 |
| BBVA-Ferguson 000017 |
| BBVA-Ferguson 000020 |
| BBVA-Ferguson 000024 |
| BBVA-Ferguson 000027 |
| BBVA-Ferguson 000046 |
| BBVA-Ferguson 000050 |
| BBVA-Ferguson 000065 |
| BBVA-Ferguson 000081 |

**Appendix B**

# Materials Considered List
## Expert Report of Kathleen Mann

BBVA-Ferguson 000280
BBVA-Ferguson 000295
BBVA-Ferguson 000318
BBVA-Ferguson 000320
BBVA-Ferguson 000322
BBVA-Ferguson 000323
BBVA-Ferguson 000329
BBVA-Ferguson 000335
BBVA-Ferguson 000364
BBVA-Ferguson 000587
BBVA-Ferguson 000595
BBVA-Ferguson 000595
BBVA-Ferguson 000598
BBVA-Ferguson 000619
BBVA-Ferguson 000629
BBVA-Ferguson 000824
BBVA-Ferguson 000836
BBVA-Ferguson 001078
BBVA-Ferguson 001082
BBVA-Ferguson 001085
BBVA-Ferguson 001147
BBVA-Ferguson 001182
BBVA-Ferguson 001184
BBVA-Ferguson 001187
BBVA-Ferguson 001216
BBVA-Ferguson 001267
BBVA-Ferguson 001323
BBVA-Ferguson 001332
BBVA-Ferguson 001335
BBVA-Ferguson 001366
BBVA-Ferguson 001427
BBVA-Ferguson 001430
BBVA-Ferguson 001455
BBVA-Ferguson 001515
BBVA-Ferguson 001527
BBVA-Ferguson 001560
BBVA-Ferguson 001563
BBVA-Ferguson 001621
BBVA-Ferguson 001681
BBVA-Ferguson 001684
BBVA-Ferguson 001703
BBVA-Ferguson 001741
BBVA-Ferguson 001744

**Appendix B**

# Materials Considered List
## Expert Report of Kathleen Mann

| |
|---|
| BBVA-Ferguson 001764 |
| BBVA-Ferguson 001821 |
| BBVA-Ferguson 001843 |
| BBVA-Ferguson 001864 |
| BBVA-Ferguson 001892 |
| BBVA-Ferguson 001895 |
| BBVA-Ferguson 001921 |
| BBVA-Ferguson 001999 |
| BBVA-Ferguson 002002 |
| BBVA-Ferguson 002025 |
| BBVA-Ferguson 002046 |
| BBVA-Ferguson 002049 |
| BBVA-Ferguson 002082 |
| BBVA-Ferguson 002095 |
| BBVA-Ferguson 002121 |

# Exhibit 1: Compass SmartInvestor 401(k) Plan Investment Options
## July 2013 – Present

| Option | Asset Class | Date Added[1] | Date Removed[1] |
|---|---|---|---|
| Vanguard Prime Money Market Instl | Money Market | – | – |
| Vanguard Treasury Money Market Fund[2] | Money Market | 12/15/17 | – |
| American Century Diversified Bond Fund | Bond Fund | – | – |
| Principal LifeTime Strategic Income Fund | Target Date Fund | – | 10/11/17 |
| Principal LifeTime 2015 Fund | Target Date Fund | – | 10/11/17 |
| Principal LifeTime 2020 Fund | Target Date Fund | – | 10/11/17 |
| Principal LifeTime 2025 Fund | Target Date Fund | – | 10/11/17 |
| Principal LifeTime 2030 Fund | Target Date Fund | – | 10/11/17 |
| Principal LifeTime 2035 Fund | Target Date Fund | – | 10/11/17 |
| Principal LifeTime 2040 Fund | Target Date Fund | – | 10/11/17 |
| Principal LifeTime 2045 Fund | Target Date Fund | – | 10/11/17 |
| Principal LifeTime 2050 Fund | Target Date Fund | – | 10/11/17 |
| Principal LifeTime 2055 Fund | Target Date Fund | – | 10/11/17 |
| Vanguard Target 2015 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2020 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2025 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2030 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2035 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2040 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2045 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2050 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2055 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2060 | Target Date Fund | 10/11/17 | – |
| Vanguard Target 2065 | Target Date Fund | 10/11/17 | – |
| Vanguard Target Inc. | Target Date Fund | 10/11/17 | – |
| Aston/TAMRO Small Cap 1 | Small Cap Equity | – | 10/01/16 |
| Vanguard Small Cap Inst. Index Fund | Small Cap Equity | 10/01/16 | – |
| JP Morgan Mid Cap Growth Fund | Mid Cap Equity | – | – |
| Principal Mid Cap Value Fund | Mid Cap Equity | – | – |
| Dodge & Cox Stock Fund | Large Cap Equity | – | – |
| Harbor Funds Capital Appreciation Fund | Large Cap Equity | – | – |
| Vanguard Institutional Index Fund | Large Cap Equity | – | – |
| Invesco International Growth Fund | International Equity | 02/17/15 | – |
| Thornburg International Value Fund | International Equity | – | 02/17/15 |
| Banco Bilbao Vizcaya Argentina | Company Stock | – | – |

Source:  BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Participant Plan Disclosures; Willis Tower Watson Reports.

Note:
[1]  Dates are only displayed for when an option was added or removed from the plan.
[2]  The date displayed for the Vanguard Treasury Money Market Fund is approximated from BBVA Retirement Committee meeting minutes.

## Exhibit 1: Plan Assets By Investment Option

*Confidential*

### Using Form 5500 Year End Data

| Asset Class | | Name of Fund | Benchmark | 2013 Balance | 2014 Balance | 2015 Balance | 2016 Balance | 2017 Balance | 2018 Balance | 2019 Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *Not yet available* |
| **Large Cap Equity** | | | | | | | | | | |
| Large Cap Value | 1 | Dodge & Cox Stock Fund | Russell 1000 Value TR USD | $125,554,952 | $125,057,513 | $107,029,377 | $114,285,980 | $127,564,320 | $107,675,403 | |
| Large Cap Growth | 2 | Harbor Funds Capital Appreciation Fund | Russell 1000 Growth TR USD | $87,327,967 | $86,293,262 | $93,902,613 | $76,980,734 | $100,964,207 | $100,346,898 | |
| | 3 | Vanguard Institutional Index Fund | S&P 500 TR USD | $29,663,403 | $36,574,369 | $42,799,981 | $58,032,809 | $70,237,451 | $66,533,886 | |
| | | *Total US Large Cap Assets* | | *$242,546,322* | *$247,925,144* | *$243,731,971* | *$249,299,523* | *$298,765,978* | *$274,556,187* | |
| | | *Percentage of Total Plan Assets* | | *34%* | *34%* | *33%* | *32%* | *32%* | *30%* | |
| **Mid Cap Equity** | | | | | | | | | | |
| Mid Cap Value | 4 | Principal Mid Cap Value Fund | Russell MidCap Value TR USD | $14,572,215 | $17,402,235 | $16,462,827 | $20,196,740 | $22,357,781 | $18,570,180 | |
| Mid Cap Growth | 5 | JP Morgan Mid Cap Growth Fund Class R6 | Russell MidCap Growth TR USD | $15,747,801 | $21,259,981 | $26,664,852 | $24,287,899 | $33,645,372 | $33,452,843 | |
| | | *Total US Mid Cap Assets* | | *$30,320,016* | *$38,662,216* | *$43,127,679* | *$44,484,639* | *$56,003,153* | *$52,023,023* | |
| | | *Percentage of Total Plan Assets* | | *4%* | *5%* | *6%* | *6%* | *6%* | *6%* | |
| **Small Cap Equity** | 6 | Aston/TAMRO Small Cap 1 | Russell 2000 SmCap TR USD | $44,445,544 | $40,570,760 | $32,410,175 | | | | |
| | | Vanguard Small Cap Index Fund | CRSP US SmallCap TR USD | | | | $33,883,675 | $39,093,142 | $36,679,428 | |
| | | *Total US Small Cap Assets* | | *$44,445,544* | *$40,570,760* | *$32,410,175* | *$33,883,675* | *$39,093,142* | *$36,679,428* | |
| | | *Percentage of Total Plan Assets* | | *6%* | *6%* | *4%* | *4%* | *4%* | *4%* | |
| **International Equity** | 7 | Thornburg International Value Fund Class R6 | Russell Global LgCap ex US TR USD | $79,325,518 | $65,632,113 | | | | | |
| | | Invesco International Growth Fund | Russell Developed LgCap ex-US TR | | | $61,898,967 | $54,052,399 | $63,620,979 | $51,075,553 | |
| | | *Total International Equity Assets* | | *$79,325,518* | *$65,632,113* | *$61,898,967* | *$54,052,399* | *$63,620,979* | *$51,075,553* | |
| | | *Percentage of Total Plan Assets* | | *11%* | *9%* | *8%* | *7%* | *7%* | *6%* | |
| **Total Equity** | | ***Total Equity Assets*** | | ***$396,637,400*** | ***$392,790,233*** | ***$381,168,792*** | ***$381,720,236*** | ***$457,483,252*** | ***$414,334,191*** | |
| | | ***Percentage of Total Plan Assets*** | | ***56%*** | ***54%*** | ***52%*** | ***48%*** | ***49%*** | ***46%*** | |
| **Fixed Income** | 8 | American Century Diversified Bond Fund | BBgBarc US Agg. Bond TR USD | $66,257,147 | $59,200,165 | $54,193,277 | $56,554,219 | $54,478,110 | $50,086,574 | |
| | | *Total Fixed Income Assets* | | *$66,257,147* | *$59,200,165* | *$54,193,277* | *$56,554,219* | *$54,478,110* | *$50,086,574* | |
| | | *Percentage of Total Plan Assets* | | *9%* | *8%* | *7%* | *7%* | *6%* | *6%* | |
| **Money Market** | 9 | Vanguard Prime Money Market Instl | Citi 3 MO Treasury Bill | $121,641,069 | $108,700,708 | $97,689,463 | $101,431,241 | $87,479,133 | $103,988,508 | |
| | | Vanguard Treasury Money Market Fund | BofA ML 91-Day T-Bill | | | | | $31,338 | $31,901 | |
| | | *Total Money Market Assets* | | *$121,641,069* | *$108,700,708* | *$97,689,463* | *$101,431,241* | *$87,510,471* | *$104,020,409* | |
| | | *Percentage of Total Plan Assets* | | *17%* | *15%* | *13%* | *13%* | *9%* | *11%* | |

## Exhibit 1: Plan Assets By Investment Option

*Confidential*

### Using Form 5500 Year End Data

| Asset Class | | Name of Fund | Benchmark | 2013 Balance | 2014 Balance | 2015 Balance | 2016 Balance | 2017 Balance | 2018 Balance | 2019 Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Multi-Asset Class/ Target Retirement Date Funds (TDFs)** | | | | | | | | | | |
| | | Principal LifeTime Strategic Income Fund | S&P Target Date Multi Asset Bnchmk | $1,556,664 | $2,532,952 | $3,412,443 | $4,141,259 | | | |
| | | Principal LifeTime 2015 Fund | S&P Target Date Multi Asset Bnchmk | $6,261,945 | $10,193,335 | $9,326,291 | $9,340,677 | | | |
| | | Principal LifeTime 2020 Fund | S&P Target Date Multi Asset Bnchmk | $7,708,176 | $13,071,973 | $17,659,700 | $22,385,251 | | | |
| | | Principal LifeTime 2025 Fund | S&P Target Date Multi Asset Bnchmk | $8,355,216 | $16,800,186 | $22,516,580 | $30,787,104 | | | |
| Target Date Funds | 10 | Principal LifeTime 2030 Fund | S&P Target Date Multi Asset Bnchmk | $8,434,719 | $16,133,076 | $27,362,036 | $33,981,598 | | | |
| | | Principal LifeTime 2035 Fund | S&P Target Date Multi Asset Bnchmk | $8,772,764 | $16,288,227 | $23,341,330 | $30,663,793 | | | |
| | | Principal LifeTime 2040 Fund | S&P Target Date Multi Asset Bnchmk | $9,026,802 | $17,116,464 | $26,510,213 | $33,205,414 | | | |
| | | Principal LifeTime 2045 Fund | S&P Target Date Multi Asset Bnchmk | $8,102,080 | $14,727,246 | $19,330,761 | $24,099,412 | | | |
| | | Principal LifeTime 2055 Fund | S&P Target Date Multi Asset Bnchmk | $1,196,729 | $2,437,832 | $4,195,567 | $5,771,864 | | | |
| | | Principal LifeTime 2050 Fund | S&P Target Date Multi Asset Bnchmk | $4,426,111 | $8,734,566 | $12,385,656 | $15,559,732 | | | |

*Confidential*

| Asset Class | | Name of Fund | Benchmark | 2013 Balance | 2014 Balance | 2015 Balance | 2016 Balance | 2017 Balance | 2018 Balance | 2019 Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| ***Multi-Asset Class/ Target Retirement Date Funds (TDFs), continued*** | | | | | | | | | | |
| | | Vanguard Target Income | Vanguard Target Index | | | | | $6,277,016 | $5,761,235 | |
| | | Vanguard Target 2015 | Vanguard Target Index | | | | | $10,447,581 | $8,230,821 | |
| | | Vanguard Target 2020 | Vanguard Target Index | | | | | $27,894,948 | $29,711,510 | |
| | | Vanguard Target 2025 | Vanguard Target Index | | | | | $40,967,682 | $44,772,969 | |
| | | Vanguard Target 2030 | Vanguard Target Index | | | | | $46,065,958 | $47,976,011 | |
| Target Date Funds | 10 | Vanguard Target 2035 | Vanguard Target Index | | | | | $42,418,138 | $45,325,336 | |
| | | Vanguard Target 2040 | Vanguard Target Index | | | | | $45,976,145 | $47,461,248 | |
| | | Vanguard Target 2045 | Vanguard Target Index | | | | | $33,703,453 | $36,155,574 | |
| | | Vanguard Target 2050 | Vanguard Target Index | | | | | $22,993,408 | $24,946,792 | |
| | | Vanguard Target 2055 | Vanguard Target Index | | | | | $9,749,082 | $11,159,164 | |
| | | Vanguard Target 2060 | Vanguard Target Index | | | | | $61,036 | $570,254 | |
| | | Vanguard Target 2065 | Vanguard Target Index | | | | | $47,481 | $111,801 | |
| | | *Total TDF Assets* | | *$63,841,206* | *$118,035,857* | *$166,040,577* | *$209,936,104* | *$286,601,928* | *$302,182,715* | |
| | | *Percentage of Total Plan Assets* | | *9%* | *16%* | *22%* | *27%* | *31%* | *33%* | |
| ***Other*** | | | | | | | | | | |
| Company Stock (N/A) | (11) | BancoBilbaoVizcayaArg. (Closed- no new invstmt) | | $36,485,133 | $24,859,601 | $17,438,933 | $14,911,263 | $16,638,384 | $10,044,921 | |
| Loans (N/A) | | Notes receivable from participants | | $19,927,841 | $21,098,138 | $22,532,721 | $23,798,547 | $25,897,698 | $27,296,572 | |
| | | *Total Other Assets* | | *$56,412,974* | *$45,957,739* | *$39,971,654* | *$38,709,810* | *$42,536,082* | *$37,341,493* | |
| | | *Percentage of Total Plan Assets* | | *8%* | *6%* | *5%* | *5%* | *5%* | *4%* | |
| ***Total Plan Net Assets*** | | | | ***$704,789,796*** | ***$724,684,702*** | ***$739,063,763*** | ***$788,351,610*** | ***$928,609,843*** | ***$907,965,382*** | |
| | | | | ***100%*** | ***100%*** | ***100%*** | ***100%*** | ***100%*** | ***100%*** | |

*Source: Form 5500 Filings (2013-2018 Participant Balance Data; 2019 5500 not yet available)*
*\*Indexed Assets included US Large Cap index fund, added Vanguard Small Cap Equity in 2016, then Vanguard TDFs in 2017 on.*

# Exhibit 2: Compass SmartInvestor 401(k) Plan Retirement Committee Meetings Attendance
## 9/11/2013 – 6/20/2019

| | Committee Member[1] | | | | | | | | |
| Meeting | Jim Heslop — Chief Human Resources Officer, Chairman[2] | Javier Hernandez — Chief Risk Office of BBVA USA | Joe Cartee — Chief Compliance Officer[3] | Angel Reglero — Chief Financial Officer[4] | Shane Clanton — General Counsel | Kirk Pressley — Chief Financial Officer[4] | Rosilyn Houston — Chief Talent and Culture Executive, Chairman[2] | Celie Niehaus — Chief Compliance Officer[3] | Quorum Present |
|---|---|---|---|---|---|---|---|---|---|
| 9/11/2013 | ✔ | ✔ | ✔ | ✔ | ✔ | | | | Yes |
| 2/14/2014 | | ✔ | | | ✔ | | | | |
| 5/23/2014 | ✔ | ✔ | ✔ | ✔ | ✔ | | | | Yes |
| 8/13/2014 | ✔ | ✔ | ✔ | ✔ | ✔ | | | | Yes |
| 10/17/2014 | ✔ | | ✔ | ✔ | ✔ | | | | Yes |
| 12/5/2014 | ✔ | | ✔ | ✔ | ✔ | | | | Yes |
| 3/12/2015 | ✔ | ✔ | ✔ | − | ✔ | | | | Yes |
| 6/26/2015 | − | ✔ | ✔ | | ✔ | + | | | Yes |
| 8/12/2015 | | ✔ | | | ✔ | ✔ | + | | Yes |
| 11/30/2015 | | ✔ | | | ✔ | | ✔ | | Yes |
| 12/3/2015 | | ✔ | ✔ | | ✔ | | ✔ | | Yes |
| 12/14/2015 | | | ✔ | | ✔ | ✔ | ✔ | | Yes |
| 2/11/2016 | | ✔ | ✔ | | ✔ | ✔ | ✔ | | Yes |
| 4/4/2016 | | ✔ | ✔ | | ✔ | ✔ | ✔ | | Yes |
| 7/14/2016 | | ✔ | ✔ | | ✔ | ✔ | ✔ | | Yes |
| 8/25/2016 | | ✔ | | | ✔ | | ✔ | | Yes |
| 11/30/2016 | | ✔ | ✔ | | ✔ | | | | Yes |
| 3/24/2017 | | ✔ | ✔ | | ✔ | ✔ | ✔ | | Yes |
| 7/27/2017 | | ✔ | ✔ | | ✔ | ✔ | ✔ | | Yes |
| 10/13/2017 | | | − | | ✔ | ✔ | ✔ | | Yes |
| 12/15/2017 | | ✔ | | | ✔ | | ✔ | | Yes |
| 3/23/2018 | | ✔ | | | ✔ | ✔ | ✔ | | Yes |
| 8/18/2018 | | ✔ | | | ✔ | ✔ | ✔ | + | Yes |
| 12/18/2018 | | | | | ✔ | ✔ | ✔ | ✔ | Yes |
| 3/27/2019 | | ✔ | | | ✔ | ✔ | | | Yes |
| 6/20/2019 | | ✔ | | | ✔ | ✔ | | ✔ | Yes |

Source: Retirement Committee Meeting Minutes; "Compass Names New Chief Compliance Officer," *Birmingham Business Journal*, June 6, 2018, *available at* https://www.bizjournals.com/birmingham/news/2018/06/06/compass-names-new-chief-compliance-officer.html; "BBVA Compass Names New CFO," *Birmingham Business Journal*, April 24, 2015, *available at* https://www.bizjournals.com/birmingham/news/2015/04/24/bbva-compass-names-new-cfo.html

Note:
[1]  A "−" indicates a member's last Committee meeting, while a "+" indicates a member's first Committee meeting.
[2]  Between June and August 2015, Rosilyn Houston took over as Chairman from Jim Heslop.
[3]  Joe Cartee served as Chief Compliance Officer and was on the Committee until late 2017, when he was replaced by the new Chief Compliance Officer, Celie Niehaus.
[4]  Angel Reglero was Chief Financial Officer and a Committee member until March 2015, when he was replaced by Kirk Pressley on the Committee and as Chief Financial Officer.

# Exhibit 3: Compass SmartInvestor 401(k) Plan Asset Allocation by Year
## 2011 − 2018



Source:  Compass Smartinvestor 401(k) Plan 2011 Form 5500, filed on October 2, 2012; Compass Smartinvestor 401(k) Plan 2012 Form 5500, filed on October 15, 2013; ADM-Ferguson 000291; ADM-Ferguson 000328; ADM-Ferguson 000366; ADM-Ferguson 000407; ADM-Ferguson 000443; ADM-Ferguson 000481

Note:  The above chart does not display Plan loans, which constituted approximately 3% of Plan assets in each year.  The Plan made changes to its investment lineup in late 2012, and according to the Plan's 2012 Form 5500, $170 million of Plan assets invested that year in certain funds were "due from broker" at year-end 2012 as part of the transition to new funds.  I estimated the amount of the $170 million allocated to each asset class in 2012 by using the proportion of Plan assets allocated to each of the removed funds as of year-end 2011.

# Exhibit 4: 5-Year Annualized Standard Deviation of Plan Investment Options
## As of June 30, 2015



Source:  ADM-Ferguson 003954 at 3984–4003

Note:  The 5-Year Annualized Standard Deviation of the Vanguard Prime Money Market Instl is 0.03.  "Pr. TDF" is an abbreviation for Principal LifeTime Fund.

Privileged and Confidential

## Exhibit 5: 5-Year Return and 5-Year Annualized Standard Deviation of Plan Investment Options
### As of June 30, 2015



Source:  ADM-Ferguson 003954 at 3984–4003

Note:  The 5-Year Annualized Standard Deviation and 5-Year Performance of the Vanguard Prime Money Market Instl are 0.03, and .1 respectively.  "Pr. TDF" is an abbreviation for Principal LifeTime Fund.

## Exhibit 6: Compass SmartInvestor 401(k) Plan Investment Options Watchlist Status[1]
### 2Q 2013 – 1Q 2019

| Option | 2Q13 | 3Q13 | 4Q13 | 1Q14 | 2Q14 | 3Q14 | 4Q14 | 1Q15 | 2Q15 | 3Q15 | 4Q15 | 1Q16 | 2Q16 | 3Q16 | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vanguard Prime Money Market instl | | | | | | | | | | | | | | | | | | | | | | | | |
| Vanguard Treasury Money Market Fund[2] | | | | | | | | | | | | | | | | | | | | | | | | |
| American Century Diversified Bond Fund | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | | |
| Principal LifeTime Strategic Income Fund | | | | | | | | | | | | | | | | | | − | | | | | | |
| Principal LifeTime 2015 Fund | | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | − | | | | | | |
| Principal LifeTime 2020 Fund | | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | − | | | | | | |
| Principal LifeTime 2025 Fund | | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | − | | | | | | |
| Principal LifeTime 2030 Fund | | | | | | | | | | | | | | | | | | − | | | | | | |
| Principal LifeTime 2035 Fund | | | | | | | | | | | | | | | | | | − | | | | | | |
| Principal LifeTime 2040 Fund | | | | | | | | | | | | | | | | | | − | | | | | | |
| Principal LifeTime 2045 Fund | | | | | | | | | | | | | | | | | | − | | | | | | |
| Principal LifeTime 2050 Fund | | | | | | | | | | | | | | | | | | − | | | | | | |
| Principal LifeTime 2055 Fund | | | | | | | | | | | | | | | | | | − | | | | | | |
| Vanguard Target 2015 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2020 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2025 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2030 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2035 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2040 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2045 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2050 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2055 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2060 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target 2065 | | | | | | | | | | | | | | | | | | + | | | | | | |
| Vanguard Target Inc. | | | | | | | | | | | | | | | | | | + | | | | | | |
| Aston/TAMRO Small Cap 1 | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | − | | | | | | | | | | |
| Vanguard Small Cap Inst. Index Fund | | | | | | | | | | | | | | + | | | | | | | | | | |
| JP Morgan Mid Cap Growth Fund | | | | | | | | | | | | | | | | | | | | | | | | |
| Principal Mid Cap Value Fund | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Dodge & Cox Stock Fund | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | |
| Harbor Funds Capital Appreciation Fund | | | | | | | | | | | | | | | | | | | | | | | | |
| Vanguard Institutional Index Fund | | | | | | | | | | | | | | | | | | | | | | | | |
| Invesco International Growth Fund | | | | | | | | + | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Thornburg International Value Fund | | | | ✓ | ✓ | ✓ | − | | | | | | | | | | | | | | | | | |
| Banco Bilbao Vizcaya Argentina | | | | | | | | | | | | | | | | | | | | | | | | |

Source: BBVA Retirement Committee Meeting Minutes; Envestnet Reports; Participant Plan Disclosures; Willis Tower Watson Reports.

Note:
[1]  A "✓" indicates a quarter an option was on the watchlist, a "−" indicates the quarter an option was removed from the plan, and a "+" indicates the quarter an option was added to the plan.
[2]  The date added for the Vanguard Treasury Money Market Fund is approximated from BBVA Retirement Committee meeting minutes.

# Exhibit 7: Examples of Discussions of Fund Fees
# at Retirement Committee Meetings
## September 2013 – June 2019

| Meeting | Description |
| --- | --- |
| September 11, 2013 | The low fees of the American Century Diversified Bond fund were highlighted by Envestnet as being one of the fund's attributes. |
| February 14, 2014 | "Envestnet presented the net expense ratios for the funds in the 401(k) Plan versus their respective Morningstar Category Averages, noting that the expense ratios for funds in the [P]lan are lower than the peer averages." |
| August 13, 2014 | Envestnet "presented the net expense ratios for funds in the 401(k) Plan, comparing them with their respective Morningstar Category Average." |
| October 17, 2014 | In selecting a replacement for the Thornburg International Fund, and in response to a question from the Committee, the fees of the potential replacements (Invesco International Growth fund and the Harding Loevner International Equity Institutional I fund) were compared. |
| March 12, 2015 | Envestnet "reviewed fees for the various fund options, noting all are below the average of fees for their peers" and highlighted in particular the low fees of the Vanguard Prime Money Market fund. |
| June 26, 2015 | During the June 26, 2015 meeting, Envestnet reviewed the expense ratios and fund fees for funds offered under the 401(k) Plan [and] indicated that all expense ratios for funds in the 401(k) Plan are lower than the peer average. |
| August 12, 2015 | At the August 12, 2015 meeting, Envestnet reviewed the expense ratios and fund fees for funds offered under the 401(k) Plan [and] indicated that all expense ratios for funds in the 401(k) Plan are lower than the peer average, highlighting the Invesco fund and Principal Lifetime funds. |
| April 4, 2016 | Towers Watson "provided a fee analysis for Plan funds [and] discussed the fixed income fund options in the Plan, reviewing fees versus yield." |
| July 14, 2016 | Towers Watson "reviewed fees for [P]lan funds, noting comparisons" to peer plans.  During this meeting Towers Watson also provided an overview of the differences among fees between active and passive fund managers.  The "fees and performance of target date funds" were also discussed, and in response to a question from a Committee member, Towers Watson "agreed to provide additional fee information for the Principal funds to the Committee." |
| August 25, 2016 | Towers Watson "reviewed questions regarding active fund management, including past performance and fees."  Towers Watson also "reviewed investment fees for the Plan and discussed revenue sharing with the Committee."  Towers Watson "then discussed the fees for the Plan's target date funds versus comparable target date funds [and Towers Watson] and members of the Committee discussed fees versus performance generally." |

# Exhibit 7: Examples of Discussions of Fund Fees
# at Retirement Committee Meetings
## September 2013 – June 2019

| Meeting | Description |
| --- | --- |
| November 30, 2016 | As part of a discussion of potential replacement of the Principal target date funds, a fee analysis of each potential replacement fund was discussed. |
| March 24, 2017 | "Various fees associated with the investments were reviewed noting that both target date fund candidates being considered represented significant fee savings compared to other funds. The portfolio characteristics of the money market fund were likewise reviewed." |
| July 27, 2017 | Towers Watson "discussed items for the Committee to consider for 2018, including review of the investment structure in the Plan with a focus on participant behavior and fee benchmarking." |
| October 13, 2017 | "Various fees associated with the investments were reviewed noting that Principal was replaced, which resulted in some savings." |
| December 15, 2017 | Towers Watson presented the fees associated with the funds.  The Committee discussed the continuance of fee and investment litigation, with Towers Watson suggesting "[conducting] a periodic fee analysis of current live fees" to mitigate risks. |
| August 18, 2018 | The Committee discussed Invesco's fees being in the median, and Towers Watson presented a fee analysis for all funds in the Plan. |
| December 18, 2018 | Towers Watson "presented a fee analysis for the 401(k) Plan, noting the fees are line with benchmarks" and "reviewed the features of a streamlined passive option, noting potentially lower fees for passive investments and reduced complexity through few investment options." |
| March 27, 2019 | Towers Watson "presented the fee analysis for the funds in the portfolio, noting Principal's fees were at the median for peers." |
| June 20, 2019 | Towers Watson "discussed fees for the portfolio, noting all fees were at or below median institutional fees for the respective funds." |

Sources: Committee Meeting Minutes