FILED
2020 May-22  PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GLORIA FERGUSON and CASSANDRA MCCLINTON, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Case No. 2:19-cv-01135-MHH |
| BBVA COMPASS BANCSHARES, INC., COMPASS BANCSHARES, INC., and BBVA USA BANCSHARES, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

### **DEFENDANTS' MOTION TO STAY ANSWER DEADLINE**

Defendants BBVA Compass Bancshares, Inc., Compass Bancshares, Inc., and BBVA USA Bancshares, Inc. move this Court to stay their deadline to file an answer until the Court rules on their pending motion to alter or amend the ruling on the motion to dismiss or, alternatively, to certify the Court's order for immediate appeal. The undersigned has contacted Plaintiffs' counsel regarding this motion but has received no response. The undersigned has also informed Plaintiffs' counsel of their intent to file this motion twice before, but Plaintiffs' counsel has not indicated his intent to oppose the motion.

4849-2125-0493.1

This Court denied Defendants' motion to dismiss on May 12, 2020. (Doc. 23.) Defendants' deadline to file an answer is 14 days from the Court's order under Federal Rule of Civil Procedure 12(a)(4)(A), or May 26, 2020. The substance of Defendants' answer depends largely on how the Court decides Defendants' pending motion. If the Court grants Defendants' motion for reconsideration, the case will be dismissed, and Defendants' answer will be unnecessary. If the Court certifies its order for immediate appeal, the outcome of the appeal will determine the necessity and the substance of Defendants' answer.

Plus, several facets of the Plaintiffs' complaint must be supplemented under Federal Rule of Civil Procedure 15(d) before BBVA can file an answer and proceed. Plaintiffs' lone allegation concerning exhaustion asserts that "[t]here are no provisions or procedures in the plan documents to make or appeal the decisions of the Defendant in regard to breach of fiduciary duty claims," and to the extent such procedures exist, they are "futile." (Doc. 1, p. 5–6, n. 2.) This allegation is obviously out of date. Since filing their complaint, Plaintiffs have pursued the Plan's administrative claims process. They must supplement their complaint to reflect that development to enable BBVA to adequately respond.

In light of these concerns, Defendants request that the Court stay their deadline to file an answer until the Court has ruled on the pending motion. If the court certifies its order denying Defendants' motion to dismiss for immediate appeal,

Defendants request that the Court further stay the deadline until all appellate proceedings are finalized.

                                                  Respectfully submitted,

                                                  /s/ Leigh Anne Hodge
                                                  Leigh Anne Hodge

<u>OF COUNSEL</u>:

Leigh Anne Hodge
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8800 (fax)
lhodge@bradley.com

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801-4900
(256) 517-5100
(256) 517-5200 (fax)
ssmith@bradley.com

*Attorneys for Defendants*

3

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Dennis George Pantazis, Jr.
 WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
 301 19th Street North
 Birmingham, Alabama 35203
 (205) 314-0500
 (205) 254-1500 (fax)
 sgpjr@wigginschilds.com

 James H. White, IV
 JAMES WHITE FIRM, LLC
 2100 1st Avenue North, Suite 600
 Birmingham, Alabama 35203
 (205) 383-1812
 james@whitefirmllc.com

 Lange Clark
 LAW OFFICE OF LANGE CLARK. P.C.
 301 19th Street North, Suite 550
 Birmingham, Alabama 35203
 (205) 939-3933
 (205) 939-1414 (fax)
 langeclark@langeclark.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

 NONE

           /s/ Leigh Anne Hodge
           OF COUNSEL