Case 2:19-cv-01135-MHH   Document 29   Filed 06/04/20   Page 1 of 4

FILED
 2020 Jun-04 PM 03:21
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

FILED
2020 Jun-04 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GLORIA FERGUSON and CASSANDRA MCCLINTON, individually and on behalf of others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:19-cv-01135-MHH |
| BBVA COMPASS BANCSHARES, INC., COMPASS BANCSHARES, INC., and BBVA USA BANCSHARES, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' SUPPLEMENT IN SUPPORT OF MOTION TO ALTER OR AMEND**

BBVA provides this supplement to update the Court on the status of Plaintiffs' administrative appeal. Plaintiffs Gloria Ferguson and Cassandra McClinton invoked the Plan's administrative claims process on October 2, 2019. (*See* Doc. 20-1, p. 2–4.) Christine D. Drake, who is not a plaintiff here but stated she "intends to join as a plaintiff in the lawsuit," invoked the process on the same day. (*See id.* at 5–7.) The Retirement Committee issued a decision on all three participants' claims on April 1, 2020. (*See* Doc. 26-1.) The participants' 60-day period to administratively appeal the decision expired on June 1, 2020. (*See* Doc. 15-1, p. 72, § 8.7(a)(2).) Plaintiffs Ferguson and McClinton decided not to file an administrative appeal within the 60-

4829-3707-7438.3

day period. (Ferguson's and McClinton's notice of non-appeal is attached as **Exhibit A**.) Non-plaintiff Drake filed an administrative appeal, supported by an expert report, on June 1, 2020. (Drake's appeal is attached as **Exhibit B**.)

Plaintiffs' claims are not ready to return to court, given the status of the administrative process. Some putative class members (Drake) are exhausting the administrative claims process, while others (Ferguson and McClinton) are not. The administrative record is therefore complete for Ferguson and McClinton, but not for Drake. The Court cannot possibly evaluate the merits of Plaintiffs' claims without a complete administrative record. At some point before moving forward with their claims, Plaintiffs also must amend their complaint to name Drake and supplement their complaint to reflect what has occurred in the administrative process. The most efficient path forward is for the Court to reconsider its denial of BBVA's motion to dismiss or to certify the exhaustion issue for immediate appeal.

Respectfully submitted,

/s/ Leigh Anne Hodge
Leigh Anne Hodge

OF COUNSEL:

Leigh Anne Hodge
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8800 (fax)
lhodge@bradley.com

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801-4900
(256) 517-5100
(256) 517-5200 (fax)
ssmith@bradley.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Dennis George Pantazis, Jr.
  WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
  301 19th Street North
  Birmingham, Alabama 35203
  (205) 314-0500
  (205) 254-1500 (fax)
  sgpjr@wigginschilds.com

  James H. White, IV
  JAMES WHITE FIRM, LLC
  2100 1st Avenue North, Suite 600
  Birmingham, Alabama 35203
  (205) 383-1812
  james@whitefirmllc.com

  Lange Clark
  LAW OFFICE OF LANGE CLARK. P.C.
  301 19th Street North, Suite 550
  Birmingham, Alabama 35203
  (205) 939-3933
  (205) 939-1414 (fax)
  langeclark@langeclark.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  NONE

            /s/ Leigh Anne Hodge
            OF COUNSEL