
FILED
2020 Jun-09 PM 12:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GLORIA FERGUSON and CASSANDRA MCCLINTON,** individually and on behalf of others similarly situated, | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) Case No. 2:19-cv-01135-MHH |
| v. | ) **OPPOSED** |
| **BBVA COMPASS BANCSHARES, INC., COMPASS BANCSHARES, INC., and BBVA USA BANCSHARES, INC.,** | )<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## MOTION TO STAY RULE 26 OBLIGATIONS

Defendants BBVA Compass Bancshares, Inc., Compass Bancshares, Inc., and BBVA USA Bancshares, Inc., move this Court to stay the parties' obligations to confer and make initial disclosures under Federal Rule of Civil Procedure 26 and this Court's Initial Order (Doc. 11) until the Court rules on their pending motion to alter or amend or, in the alternative, for certification of immediate appeal (Doc. 26). The undersigned has conferred with Plaintiffs' counsel, who indicated that Plaintiffs oppose a stay of the parties' Rule 26 obligations while the motion is pending.

On May 12, 2020, the Court entered an order denying BBVA's motion to dismiss Plaintiffs' claims for failure to exhaust administrative remedies. Doc. 23.

The Court's order was based, in part, on a finding that Plaintiffs' failure to exhaust was excused. *Id.* at 10. On May 22, 2020, BBVA filed a motion requesting the Court to alter or amend its May 12, 2020 order or, in the alternative, to certify that order for immediate appeal under 28 U.S.C. § 1292(b). Doc. 26. BBVA also filed a supplement to its May 22, 2020 motion on June 5, 2020, informing the Court that Christine D. Drake, who is not a plaintiff here but has stated she intends to join as a plaintiff, had filed an administrative appeal of the Retirement Committee's April 1, 2020 decision. Doc. 30. Plaintiffs filed their opposition to BBVA's motion to alter or amend, or in the alternative, for certification of immediate appeal on June 5, 2020. Doc. 31.

The Court's ruling on the motion to alter or amend or, in the alternative, for certification of immediate appeal, will materially affect the course of discovery. If granted, the motion may ultimately result in the dismissal of the case without discovery. Staying any Rule 26 obligations during the pendency of the motion will allow the parties to avoid the burden and expense of discovery pending the Court's ruling on the motion. In addition, dispositive motions filed prior to the commencement of discovery weigh heavily in favor of issuing a stay. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367–68 (11th Cir. 1997); *Moore v. Potter*, 141 F. App'x 803, 807–08 (11th Cir. 2005).

Plus, as "an action for review on an administrative record," this case is exempt from the Rule 26 conference and initial disclosure obligations. FED. R. CIV. P. 26(a)(1)(B)(i), (f)(1). Plaintiffs assert claims for breach of fiduciary duty under ERISA, which are "claims for benefits." *See generally* Doc. 1; *see also Lanfear v. Home Depot, Inc.*, 536 F.3d 1217, 1223–24 (11th Cir. 2008). Any judicial review under ERISA will be limited to the administrative record reviewed by the claim administrator. *See Jett v. Blue Cross & Blue Shield of Ala., Inc.*, 890 F.2d 1137, 1139 (11th Cir. 1989). *See also Buckley v. Metropolitan Life*, 115 F.3d 936, 941 n.2 (11th Cir. 1997). This action thus falls within Rule 26(a)(1)(B)'s exemption.

## CONCLUSION

In light of these concerns, Defendants request that the Court stay all Rule 26 obligations of the parties.

Respectfully submitted,

/s/ Leigh Anne Hodge
Leigh Anne Hodge

OF COUNSEL:

Leigh Anne Hodge
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8800 (fax)
lhodge@bradley.com

3

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801-4900
(256) 517-5100
(256) 517-5200 (fax)
ssmith@bradley.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify that on June 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Dennis George Pantazis, Jr.
 WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
 301 19th Street North
 Birmingham, Alabama 35203
 (205) 314-0500
 (205) 254-1500 (fax)
 sgpjr@wigginschilds.com

 James H. White, IV
 JAMES WHITE FIRM, LLC
 2100 1st Avenue North, Suite 600
 Birmingham, Alabama 35203
 (205) 383-1812
 james@whitefirmllc.com

 Lange Clark
 LAW OFFICE OF LANGE CLARK. P.C.
 301 19th Street North, Suite 550
 Birmingham, Alabama 35203
 (205) 939-3933
 (205) 939-1414 (fax)
 langeclark@langeclark.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

 NONE

          /s/ Leigh Anne Hodge
          OF COUNSEL