N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GLORIA FERGUSON and CASSANDRA
MCCLINTON, individually and on behalf
of others similarly situated,

    Plaintiffs,

    v.

BBVA USA BANCSHARES, INC., et al.

    Defendants.

**Civil Action No:**

**2:19-CV-01135-MHH**

## JOINT STATEMENT REGARDING PROPER DEFENDANTS

In accordance with the Court's Order of June 6, 2022 (Doc. 95), Plaintiffs Gloria Ferguson and Cassandra McClinton ("Plaintiffs") and PNC Financial Services Group, Inc. ("PNC") as successor in interest to BBVA USA Bancshares, Inc. ("BBVA"), (together, "the Parties") provide the following details regarding the proper Defendants in this case:

    1.    Defendant Angel Reglero was never served by Plaintiffs and never entered an appearance in this action.

    2.    On September 3, 2021, an order granting Envestnet Asset Management, Inc.'s Motion to Dismiss was entered and, as such, Envestnet Asset Management, Inc. is no longer a Defendant in this action. (Doc. 65.)

    3.    On May 5, 2022, a Joint Stipulation of Dismissal was filed as to the

Defendants Rosilyn Houston, Shane Clanton, Javier Hernandez, Kirk Pressley, Celie Niehaus, Joe Cartee, and Jim Heslop. (Doc. 88.)

4. Plaintiffs have named: (1) Compass Bancshares, Inc., (2) BBVA Compass Bancshares, Inc., and (3) BBVA USA Compass Bancshares, Inc. as defendants in this action. However, they are one in the same. Compass Bancshares, Inc. became BBVA Compass Bancshares, Inc., which became BBVA USA Bancshares, Inc. They are collectively referred to herein as "BBVA".

5. On June 1, 2021, PNC completed its acquisition of BBVA; therefore, BBVA is now PNC.

6. The Parties have conferred and agree that the sole remaining defendant in this action is PNC, as successor in interest to: (1) Compass Bancshares, Inc., (2) BBVA Compass Bancshares, Inc., and (3) BBVA USA Compass Bancshares, Inc.

7. On May 25, 2022, undersigned counsel Sharon Stuart of Christian & Small LLP and Emily Costin of Alston & Bird LLP, entered Notices of Appearance to represent PNC (formerly BBVA) in this action. On May 26, 2022, PNC (formerly BBVA) filed a motion for admission *pro hac vice* of Blake Crohan, also with Alston & Bird LLP, to represent it in this action.

8. On May 26, 202, Scott Smith and Leigh Anne Hodge of Bradley Arant Boult Cummings LLP filed a Motion for Leave to Withdraw as counsel for any defendants in this action.

Respectfully submitted this 10th day of June, 2022.

| | |
|---|---|
| /s/ D.G. Pantazis, Jr (with permission) | /s/ Emily S. Costin |
| James H. White, IV | **ALSTON & BIRD LLP** |
| **JAMES WHITE FIRM, LLC** | Emily S. Costin (admitted *pro hac vice*) |
| Landmark Center | 950 F. Street, N.W. |
| 2100 1st Avenue North, Suite 600 | Washington, DC 20004-1404 |
| Birmingham, Alabama 35203 | Tele: 202-239-3695 |
| james@whitefirmllc.com | Fax: 202-239-3333 |
| | E-mail: Emily.costin@alston.com |
| Dennis George Pantazis, Jr. | |
| **WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC** | **ALSTON & BIRD LLP** |
| | R. Blake Crohan |
| The Kress Building | (*pro hac vice* motion pending) |
| 301 19th Street North | One Atlantic Center |
| Birmingham, Alabama 35203 | 1201 W. Peachtree Street, Suite 4900 |
| dgpjr@wigginschilds.com | Atlanta, GA 30309 |
| | Tele: 404-881-7000 |
| C. Lange Clark | Fax: 404-881-7777 |
| **LAW OFFICE OF LANGE CLARK PC** | Email: blake.crohan@alston.com |
| 301 19th Street North, Suite 550 | **CHRISTIAN & SMALL LLP** |
| Birmingham, Alabama 35203 | Sharon D. Stuart |
| langeclark@langeclark.com | 505 North 20th Street |
| | Suite 1800 Financial Center |
| *Attorneys for Plaintiffs* | Birmingham, Alabama 35203 |
| | Tele: 205-250-6678 |
| | Fax: 205-328-7234 |
| | E-mail: sdstuart@csattorneys.com |
| | |
| | *Attorneys for PNC Financial Services Group, Inc., successor in interest to BBVA USA Bancshares, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James H. White, IV
JAMES WHITE FIRM, LLC
Landmark Center
2100 1st Avenue North, Suite 600
Birmingham, Alabama 35203
james@whitefirmllc.com
*Attorney for Plaintiff*

Dennis George Pantazis, Jr.
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
dgpjr@wigginschilds.com
*Attorney for Plaintiff*

C. Lange Clark
LAW OFFICE OF LANGE CLARK PC
301 19th Street North, Suite 550
Birmingham, Alabama 35203
langeclark@langeclark.com
*Attorney for Plaintiff*

Michael J Clemmer
15 20th Street South Suite 1802
Birmingham, AL 35233-2000
205-297-7925
Fax: 205-524-0129
michael.clemmer@bbva.com
BBVA COMPASS - Office of the General Counsel

/s/ *Emily S. Costin*
**ALSTON & BIRD LLP**
Emily S. Costin (admitted *pro hac vice*)
950 F. Street, N.W.
Washington, DC 20004-1404
Tele: 202-239-3695
Fax: 202-239-3333
E-mail: Emily.costin@alston.com

-5-