# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GLORIA FERGUSON and CASSANDRA McCLINTON, individually and on behalf of others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) CLASS ACTION |
| v. | ) Case No.: 2:19-cv-01135-MHH |
| PNC FINANCIAL SERVICES GROUP, INC., *as successor in interest to BBVA Compass Bancshares, Inc.*, | )<br>)<br>)<br>) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR FINAL
## APPROVAL OF CLASS ACTION SETTLEMENT

**COME NOW**, the "Class Representatives", Gloria Ferguson and Cassandra McClinton, on behalf of themselves and the Class, in the above-styled action, and hereby move this Court for an Order finally approving the class settlement (the "Settlement Agreement") of the Plaintiffs' Claims against PNC Financial Services Group, Inc., as successor in interest to BBVA Compass Bancshares, Inc. ("PNC") and certifying the Settlement Class for settlement purposes only.

The Class Representatives seek final approval of their Class and Settlement Agreement. The Class and other terms of the Settlement Agreement were agreed

upon after several years of intense litigation and arm's-length negotiations with the assistance of a highly respected mediator.

The Settlement Agreement is fair, reasonable, adequate, and likely to warrant final approval under the Eleventh Circuit's long standing class settlement fairness factors as well as the requirements of Fed. R. Civ. P. 23(e). Moreover, the Settlement Class satisfies and is certifiable under Fed. R. Civ. P. 23(a) and (b)(1). The Plan of Distribution of settlement proceeds and Notice should be approved because it is fair, adequate, and reasonable. No objections warrant disapproval of the Settlement.

In support of this Motion, the Class Representatives submit herewith their Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, along with accompanying exhibits.

After the Court conducts its Final Approval Hearing on April 18, 2024, for these reasons, as well as those set forth in the supporting materials submitted herewith, the Class Representatives respectfully request that the Court finally approve the Settlement pursuant to Federal Rule of Civil Procedure 23(e) and enter the proposed Final Judgment (Doc. 121-1 at pp. 68 – 76).

        RESPECTFULLY SUBMITTED,

        */s/ D G. Pantazis, Jr.*
        D. G. Pantazis

        *Counsel for Plaintiffs*

**OF COUNSEL:**
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0557
dgpjr@wigginschilds.com

James H. White, IV
JAMES WHITE, LLC
2100 1st Ave North, Suite 600
Birmingham, Alabama 35203
(205) 383-1812
james@whitefirmllc.com

Lange Clark
LAW OFFICE OF LANGE CLARK, P.C.
301 19th Street North, Suite 550
Birmingham, Alabama 35203
(205) 939-3933
langeclark@langeclark.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, the above and foregoing document was filed and served via the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

>Sharon D. Stuart, Esquire
>CHRISTIAN & SMALL LLP
>505 North 20th Street
>Suite 1800 Financial Center
>Birmingham, Alabama 35203
>sdstuart@csattorneys.com
>
>Emily S. Costin, Esquire
>ALSTON & BIRD LLP
>950 F Street NW
>Washington, DC 20004
>emily.costin@alston.com
>
>Blake Crohan, Esquire
>Ellie Studdard, Esquire
>ALSTON & BIRD LLP
>One Atlantic Center
>1201 W. Peachtree Street, Suite 4900
>Atlanta, Georgia 30309
>blake.crohan@alston.com
>ellie.studdard@alston.com
>
>*Attorney for Defendants*
>*PNC Financial Services Group, Inc.,*
>*Successor in interest to BBVA USA Bancshares, Inc.*

>/s/ D.G. Pantazis
>Of Counsel