# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GLORIA FERGUSON and CASSANDRA McCLINTON,** individually and on behalf of all others similarly situated, | } } } } } |
| Plaintiffs, | } } } |
| v. | } } |
| **BBVA COMPASS BANCSHARES, INC, et al.,** | } } } |
| Defendants. | } |

Case No.: 2:19-cv-01135-MHH

## **ORDER**

The Court directs the Clerk to please close this file as an active case on the Court's docket. The Court retains jurisdiction for purposes of implementing the Stipulation of Settlement and the Final Order and reserves the power to enter additional orders to effectuate the fair and orderly administration and consummation of the Stipulation of Settlement, as may be appropriate for the resolution of disputes arising under the Stipulation of Settlement or the Final Order.

1

**DONE** and **ORDERED** this September 3, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE